

## CARMEL CLAY SCHOOLS

5201 East Main Street, Carmel, Indiana 46033 • Telephone: 317.844.9961 • Fax: 317.844.9965 • www.ccs.k12.in.us

January 31, 2022

Mrs. Dianna Stringham
4151 Limbaugh Way
Westfield, IN 46062

Dear Mrs. Stringham:

This letter notifies you that the school district has placed you on paid administrative leave effective immediately, January 31, 2022 pending review. Your leave will continue until the school district notifies you otherwise.

You are not to report to work or otherwise be on the premises at Carmel High School or any school district property until further notice. If you feel there is a legitimate reason for you to be on school or district property, you may make that request to me in writing and I will review.

You will receive further documentation in the near future outlining next steps.

Please free to contact me at any time if you have any other questions.

Sincerely,

Dr. Thomas A. Oestreich
Assistant Superintendent, Staff and Student Services
Carmel Clay Schools

*Experience excellence...Explore opportunities...Realize potential*

CCS 00001



## CARMEL CLAY SCHOOLS

5201 East Main Street, Carmel, Indiana 46033   •   Telephone: 317.844.9961   •   Fax: 317.844.9965   •   www.ccs.k12.in.us

February 4, 2022

<u>SENT VIA **CERTIFIED MAIL** AND
**EMAILED**</u>

Dianna Stringham
4151 Limbaugh Way
Westfield, IN 46062

## Notice of Principal's Preliminary Decision &
## Statement of Your Conference and Conference/Hearing Rights

Dear Mrs. Stringham:

I have made the preliminary decision to cancel your teaching contract. I am making this recommendation for the following reasons:

- Your unprofessional behavior directed towards your supervisor on January 28, 2022 where you were yelling loudly at her about a form you demanded she sign, when the assistant superintendent already communicated with you that any questions should be directed to him about the topic.

- You continued job performance that falls below what we expect out of our counselors at Carmel High School. You continue to make errors in your role as a counselor that impacts other staff and students.

These reasons constitute, insubordination, incompetence, neglect of duty and other good and just cause within the meaning of Indiana Code section 20-28-7.5-1(b)(6).

You have a right to a private conference with the Superintendent to discuss my preliminary decision. In order to have this right to the Superintendent's Conference you must request it in writing within five (5) days of your receipt of this preliminary decision letter. If you request such a conference, it will be conducted with the Superintendent at our Education Service Center (ESC) located at 5201 East Main Street Carmel, IN 46033. At the conference with the Superintendent you may be accompanied by a representative. If you do not request a conference with the Superintendent, my preliminary decision becomes final.

*Experience excellence...Explore opportunities...Realize potential*

CCS 00002



## CARMEL CLAY SCHOOLS

5201 East Main Street, Carmel, Indiana 46033 • Telephone: 317.844.9961 • Fax: 317.844.9965 • www.ccs.k12.in.us

If you request and have a conference with the Superintendent and are not satisfied with his recommendation, you may request a conference with the Board of Education in Executive Session. To have a private conference/hearing with the Board, you must submit a written request for a private conference with the Board to the Superintendent not later than five (5) days after your conference with the Superintendent. If requested timely, that private conference will be scheduled. You may be accompanied by a representative at this conference as well.

The Board may vote to cancel your teaching contract by a majority vote of the full Board in a public meeting evidenced by a signed statement in the minutes of the Board. The Board's decision will be in writing and is final.

If the Board votes to cancel your teaching contract, your teacher contract will terminate at the end of the day of when the board publicly votes. If the Board does not terminate your contract on that day, you will be scheduled to meet with me in my office on the next day to reassume your duties consistent with the Board's decision.

Enclosed with this preliminary decision is a copy of Indiana Code chapter 20-28-7.5, which provides further detail on the process and your statutory rights.

2/4/2022
DATE

Dr. Thomas Harmas
Principal, Carmel High School

Enclosure

*Experience excellence...Explore opportunities...Realize potential*

ATTORNEYS

Kevin W. Betz
*of Ex-officio Counsel*

Sandra L. Blevins
*Managing Partner*

Jamie A. Maddox
*Partner*

Courtney E. Endwright
*Senior Associate*

Chad H. Holler
*Associate*


PARALEGALS

Abigail L. DeCoursey
*Director of Administration*

**BETZ+**
**BLEVINS**
LITIGATION AND EMPLOYMENT LAW

February 8, 2022

**VIA ELECTRONIC MAIL**
Dr. Michael Beresford, Superintendent
CARMEL CLAY SCHOOLS
5201 E. Main Street
Carmel, IN 46033
mberesfo@ccs.k12.in.us

Re:     *Ms. Dianna Stringham v. Carmel Clay Schools*

Dear Dr. Beresford:

As you know, we represent Ms. Dianna Stringham relating to the proposed cancellation of her teaching contract. We are in receipt of the letter dated February 4, 2022 from Dr. Thomas Harmas to Ms. Stringham notifying Ms. Stringham that a preliminary decision has been made to cancel Ms. Stringham's teaching contract.

This is Ms. Stringham's timely formal written request for a conference with you pursuant to Ind. Code § 20-28-7.5-2. Please contact me with proposed dates and times for this conference.

Please let me know if you have any questions.

Respectfully,

*Jamie A. Maddox*

Jamie A. Maddox

pc:     Brent Borg, Esquire (via email)

PRACTICE AREAS

Severance and
Employment Agreements

Professional Licensing

Wrongful Discharge

Family and Medical
Leave Act

Employee Benefits

Federal and State Court
Litigation

Covenants Not to
Compete

Professor/Teacher
Tenure and Discipline

Physician Rights
and Nurses Rights

Discrimination and
Retaliation


CONTACT

One Indiana Square
211 N. Pennsylvania St.
Suite 1660
Indianapolis, IN 46204

Phone 317.687.2222


Follow us on Twitter:
@BetzBlevins

BetzAdvocates.com

**ADVOCATES FOR INDIVIDUALS**

CCS  00004

ATTORNEYS

Kevin W. Betz
Of Counsel

Sandra L. Blevins
Managing Partner

Jamie A. Maddox
Partner

Courtney E. Endwright
Senior Associate

Chad H. Holler
Associate

PARALEGALS

Abigail L. DeCoursey
Director of Administration

PRACTICE AREAS

Severance and
Employment Agreements

Professional Licensing

Wrongful Discharge

Family and Medical
Leave Act

Employee Benefits

Federal and State Court
Litigation

Covenants Not to
Compete

Professor/Teacher
Tenure and Discipline

Physician Rights
and Nurses Rights

Discrimination and
Retaliation

CONTACT

One Indiana Square
211 N. Pennsylvania St.
Suite 1660
Indianapolis, IN 46204

Phone 317.687.2222

Follow us on Twitter:
@BetzBlevins

BetzAdvocates.com

# BETZ+ BLEVINS

LITIGATION AND EMPLOYMENT LAW

February 28, 2022

**VIA ELECTRONIC MAIL**
Carmel Clay School Board
c/o Andrew A. Manna, Esquire
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
andrew@cchalaw.com

Re:   *Mrs. Dianna Stringham v. Carmel Clay Schools*

Dear Andrew:

As you know, we represent Mrs. Dianna Stringham relating to the proposed cancellation of her teaching contract. A private conference was held on February 24, 2022 between Mrs. Stringham and her counsel and Superintendent Michael Beresford and his counsel.

Although Mrs. Stringham has not yet received Dr. Beresford's recommendation, pursuant to Ind. Code § 20-28-7.5-2, this is Mrs. Stringham's timely formal written request for a conference with the Carmel Clay School Board in the event Dr. Beresford concurs with the Principal's preliminary decision to cancel Mrs. Stringham's contract.

Please contact me with proposed dates and times for this conference. Please let me know if you have any questions.

Respectfully,

*Jamie A. Maddox*

Jamie A. Maddox

pc:   Jonathan L. Mayes, Esquire (via email)

ADVOCATES FOR INDIVIDUALS

CCS 00005



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

5201 East Main Street
Carmel, IN 46033

317.844.9961

www.ccs.k12.in.us

March 1, 2022

Ms. Katie Browning, Board President
Board of School Trustees
Carmel Clay Schools
5201 East Main Street
Carmel, IN 46033

VIA HAND DELIVERY & EMAIL

RE:    Superintendent's Recommendation

Dear President Browning:

On February 24, 2022, I conducted the Superintendent's conference with Dianna Stringham, a counselor at Carmel High School, pursuant to Mrs. Stringham's request and Indiana Code § 20-28-7.5-2. Mrs. Stringham and I visited for approximately one hour as she thoroughly explained her reasons for why I should not following the preliminary recommendation by her principal, Dr. Harmas, to cancel her regular teacher's contract.

Dr. Harmas presented two reasons for cancellation. First, Mrs. Stringham on January 28, 2022, was witnessed by several individuals to be yelling and generally behaving unprofessionally towards her supervisor, Rachel Cole, Director of Counseling. Second, Mrs. Stringham's continued performance issues were not rectified by plans of assistance. Thus, Dr. Harmas found Mrs. Stringham's conduct to constitute insubordination, incompetence, neglect of duty, and other good and just cause as those terms are defined under Indiana law.

In regards to the January incident, Mrs. Stringham acknowledged that she was upset when she confronted Ms. Cole about signing some paper forms, but that she never yelled. However, multiple witnesses, including some who physically were located some distance away, recall the volume at which Mrs. Stringham relayed her frustrations. And this confrontation with Ms. Cole over the forms came after Dr. Thomas Oestreich, Assistant Superintendent for Staff and Student Services, had asked that Ms. Stringham follow up with him should there be any questions regarding the forms.

Furthermore, in relation to her job performance, Mrs. Stringham acknowledged that she had been under a plan of assistance following several years of Highly Effective or Effective evaluations given by Ms. Cole. A plan of assistance was in place during 2020-2021, and a new one installed for the 2021-2022 school year. The 2021-2022 plan of assistance was further extended as well. Nevertheless, performance issues related to communications with families and fulfillment of job duties persisted.

Ultimately Mrs. Stringham believes that the reason for the contract cancellation recommendation from Dr. Harmas was due to animus possessed by Ms. Cole because of her sexual orientation and ethnicity. But at the Superintendent's conference Mrs. Stringham did not offer evidence that animus was a motivating factor. Indeed, this reason was offered as speculation because Mrs. Stringham did not conclude the other reasons were true.

Thus, based on my review and Mrs. Stringham's presentation at the Superintendent's conference, it is the Superintendent's recommendation to the Board of School Trustees that the Board should cancel Mrs. Stringham's regular teacher's contract.

Sincerely,

Dr. Michael Beresford
Superintendent

4323882_1

cc:    Mrs. Dianna Stringham (via email)
       Mr. Jonathan L. Mayes (via email)

BEFORE THE
BOARD OF SCHOOL TRUSTEES
CARMEL CLAY SCHOOLS

| | |
|---|---|
| IN THE MATTER OF THE | ) |
| BOARD OF SCHOOL | ) |
| TRUSTEES CONSIDERATION | ) |
| OF THE CANCELLATION OF | ) |
| THE TEACHING CONTRACT | ) |
| OF DIANNA STRINGHAM AS | ) |
| A COUNSELOR | ) |

**SUPERINTENDENT'S WITNESS AND EXHIBIT LIST**

The Carmel Clay Schools, by and through its Superintendent Dr. Michael Beresford ("CCS"), by counsel, submits its Witness and Exhibit List in advance of the March 15, 2022 board conference:

**Witness List**

1.    Maureen Borto, Assistant Principal, Carmel High School

       Ms. Borto is anticipated to testify as to all matters addressed in the Principal's Preliminary Decision

2.    Rachel Cole, Director of Counseling, Carmel High School

       Ms. Cole is anticipated to testify as to all matters addressed in the Principal's Preliminary Decision

3.    Dr. Thomas Oestreich, Assistant Superintendent, Staff and Student Services

       Dr. Oestreich is anticipated to testify as to Ms. Stringham's behavior and compliance with Carmel Clay Schools policies

4.    Dr. Michael Beresford, Superintendent, Carmel Clay Schools

       Dr. Beresford is anticipated to testify as to matters addressed in the Superintendent's recommendation

5.    Dianna Stringham, Counselor, Carmel High School

Ms. Stringham is anticipated to testify as to all matters addressed in the Principal's Preliminary Decision

6.     Any witness needed for rebuttal purposes

**Exhibit List**

1. 2017-2021 Evaluations

2. 2017-2022 Performance Issues Log

3. 2020 Improvement Plan

4. 2021 Formal Plan of Assistance

5. ████. Records

6. ████. Records

7. ███. Records

8. 2020-2021 SST Notes

9. ████. Correspondence Artifact

10. B. Cool Email Artifact

11. ████ Artifact

12. ████. Artifact

13. ████ Artifact

14. ████. Artifact

15. ████ Artifact

16. ███. Artifact

17. ███ Artifact

18. 9/9/2021 Email

19. ████. Artifact

20. ████. Artifact

21. 9/24/2021 Email

22. 9/30/2021 Email

23. 10/10/2021 Artifact

24. Notes on 10/11/2021 Mtg. and Social Media Post

25. Photo of Sign

26.

      A.  Documents Regarding 1/28/2022

      B.  Board Policy 9600

27. Principal's Preliminary Decision

28. Request for Superintendent's Conference

29. Request for Board Conference

30. Superintendent's Recommendation

31. Any documents for impeachment or rebuttal purposes

Respectfully submitted,

Jonathan L. Mayes
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 (Fax)
jmayes@boselaw.com

*Attorney for Carmel Clay Schools and
Superintendent Dr. Michael Beresford*

CCS  00010

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Superintendent's Witness and Exhibit List"

and electronic copies of the exhibits identified herein have been served upon the following this

10th day of March, 2022:

Ms. Jamie Maddox, *Esq*.
Betz + Blevins
Via e-mail at jmaddox@betzadvocates.com

Mr. Andrew Manna, *Esq.*
Church Church Hittle + Antrim
Via email at Andrew@cchalaw.com

*Counsel for Dianna Stringham*

*Counsel for the Board of School Trustees for Carmel Clay Schools*

_____
Jonathan L. Mayes

3645293_1

CCS  00011

## TABLE OF CONTENTS

| TAB A | Administration Ex. 1 | 2017-2021 Evaluations |
|---|---|---|
| TAB B | Administration Ex. 2 | 2017-2022 Performance Issues Log |
| TAB C | Administration Ex. 3 | 2020 Improvement Plan |
| TAB D | Administration Ex. 4 | 2021 Formal Plan of Assistance |
| TAB E | Administration Ex. 5 | [redacted]. Records |
| TAB F | Administration Ex. 6 | [redacted]. Records |
| TAB G | Administration Ex. 7 | [redacted] Records |
| TAB H | Administration Ex. 8 | 2020-2021 SST Notes |
| TAB I | Administration Ex. 9 | O.D. Correspondence Artifact |
| TAB J | Administration Ex. 10 | B. Cool Email Artifact |
| TAB K | Administration Ex. 11 | [redacted]. Artifact |
| TAB L | Administration Ex. 12 | [redacted]. Artifact |
| TAB M | Administration Ex. 13 | [redacted]. Artifact |
| TAB N | Administration Ex. 14 | [redacted] Artifact |
| TAB O | Administration Ex. 15 | [redacted]. Artifact |
| TAB P | Administration Ex. 16 | [redacted] Artifact |
| TAB Q | Administration Ex. 17 | [redacted] Artifact |
| TAB R | Administration Ex. 18 | 9/9/2021 Email |
| TAB S | Administration Ex. 19 | [redacted] Artifact |
| TAB T | Administration Ex. 20 | [redacted]. Artifact |
| TAB U | Administration Ex. 21 | 9/24/2021 Email |
| TAB V | Administration Ex. 22 | 9/30/2021 Email |
| TAB W | Administration Ex. 23 | 10/10/2021 Artifact |
| TAB X | Administration Ex. 24 | Notes on 10/11/2021 Mtg. and Social Media Post |
| TAB Y | Administration Ex. 25 | Photo of Sign |
| TAB Z | Administration Ex. 26(A) | Documents Regarding 1/28/2022 |
| TAB AA | Administration Ex. 26(B) | Board Policy 9600 |
| TAB BB | Administration Ex. 27 | Principal's Preliminary Decision |
| TAB CC | Administration Ex. 28 | Request for Superintendent's Conference |
| TAB DD | Administration Ex. 29 | Request for Board Conference |
| TAB EE | Administration Ex. 30 | Superintendent's Recommendation |

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2017
Finalization Worksheet
Primary Evaluator: Cole, Rachel



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 3.00 | X 0.150 | 0.45 |
| Final EER Score |  |  | 3.85 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 3.85 | X 0.750 | 2.89 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 3.89 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 25, 2017

Rachel Cole marked this document as "Complete" on May 24, 2017

**Administration Ex. 1**          CCS  00013

**Final Evaluator Comments:**

Dianna you always seem to come in with a big smile and ready for the day and it shows when you are with your students as well.  I love that you are thinking of how we can make certain gaps better for our students and the enthusiasm that you carry.  I look forward to seeing some of that next year and hope you have a great summer.

**Administration Ex. 1**                    CCS  00014

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2018
Finalization Worksheet
Primary Evaluator: Cole, Rachel



## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 4.00 | X 0.150 | 0.60 |
| Final EER Score |  |  | 4.00 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 4.00 | X 0.750 | 3.00 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 4.00 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 2, 2018

Rachel Cole marked this document as "Complete" on May 1, 2018

**Administration Ex. 1**          CCS  00016

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2019
Finalization Worksheet
Primary Evaluator: Cole, Rachel



## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 4.00 | X 0.150 | 0.60 |
| Final EER Score |  |  | 4.00 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 4.00 | X 0.750 | 3.00 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 4.00 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 23, 2019

Rachel Cole marked this document as "Complete" on May 22, 2019

**Administration Ex. 1**          CCS  00017

**Final Evaluator Comments:**

I appreciate your willingness to always help out in our department.  I also recognize how much work you have put into the AP Team and kept a positive attitude along the way.  I also see you working at creating relationships with your students and love that you support them outside of the school day at athletic events.   We have a lot of changes being implemented next year and I am glad you were able to attend the conference and be part of that as well.  I want to keep our communication open and support of everyone in our department a focus as we move forward.  Let's continue to have dialogue anytime we have questions or there are concerns. Looking forward to implementing some of the initiatives we learned about at the conferences and supporting our students more proactively along the way.

**Administration Ex. 1**

CCS  00018

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2020
Finalization Worksheet
Primary Evaluator: Cole, Rachel



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Employee Effectiveness Rubric (EER)**
**Counselor (2016)**

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 3.00 | X 0.300 | 0.90 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 3.00 | X 0.150 | 0.45 |
| Final EER Score |  |  | 3.55 |

**Finalization Worksheet - 75%TER/25%SWL**

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 3.55 | X 0.750 | 2.66 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 3.66 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on Jun 24, 2020

Rachel Cole marked this document as "Complete" on May 19, 2020

**Administration Ex. 1**          CCS  00019

**Final Evaluator Comments:**
Dianna your overall observations when observing working with a student are highly effective.  You do a nice job when sitting with student's one to one listening and taking time to try to support them.  You do need to be careful that we stay within our school policies even if you think you want to make something happen for a student.  I think your heart and intention are to support them, but there are also boundaries and professionally that is an expectation you need to follow even if your opinion differs from our school policy or guidelines.  (Plato World History, Study hall and aide in schedules doubled, Senior Transition).  I think you have given time and done and given great guidance to help students dig themselves out of some holes and/or walked them through how they might make a tough decision on a college or course choice.  You have a lot of patience and it is evident they feel comfortable coming to talk to you.   I do want to express that I do have some concerns.  I feel that information at SST isn't always fully done to the extent it needs to be done and there needs to be continued improvement in that area, I also know that administration has asked you to do something like set a 504 up or contact them back and it simply wasn't done I think because you didn't understand why?  I need you to recognize that and follow through with what was requested or communicate back to them any questions or concerns.  This year we have some information not communicated correctly as well.  Email communication was a concern in some areas and the response back to parents for some needs to improve.  When I had you do the ASVAB scoresheets you gave the counselors some misinformation and we went over it together, when you sent out the email a few weeks ago you shared that information about fifth year seniors and it simply wasn't true...  These are things that I need my counselors to do correctly and that I am fearful I won't be able to catch and correct if I don't know about it.  I want you to know I am concerned about your performance as a counselor.   The Rise framework does show Highly Effective but moving forward I do want to work on improvement in your role as a counselor overall.  I am glad to hear you followed through with reaching out to the employee assistance folks and am very supportive of them and what they do for our district.

**Administration Ex. 1**            CCS  00020

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2021
Finalization Worksheet
Primary Evaluator: Cole, Rachel



**Employee Effectiveness Rubric (EER)**
**Counselor (2016)**

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 3.00 | X 0.300 | 0.90 |
| DOMAIN 2: THE ENVIRONMENT | 3.00 | X 0.150 | 0.45 |
| DOMAIN 3: DELIVERY OF SERVICES | 3.00 | X 0.400 | 1.20 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 2.00 | X 0.150 | 0.30 |
| Final EER Score |  |  | 2.85 |

**Finalization Worksheet - 2020/21**

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 2.85 | X 0.800 | 2.28 |
| Professional Responsibilities | 3.00 | X 0.200 | 0.60 |
| Sum of the Weighted Scores |  |  | 2.88 |
| **Finalization** |  |  | **Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 26, 2021

Rachel Cole marked this document as "Complete" on May 26, 2021

**Administration Ex. 1**                    CCS  00021

**Final Evaluator Comments:**

This has been a challenging year for everyone.  We ended last year with some concerns and did not have the start of the year that I had hoped for.  In October we met to go over an improvement plan and discuss concerns that started from the end of last year and concerns that continued to be problems in the Fall.  I think you showed improvement in the both the third and fourth items listed.  You came to me numerous times and I know you even sought out Mo when you wanted to double check a procedure or protocol for something before acting on it.  You ran different scenarios by me before calling parents back or telling students' information if you needed clarification.  You also replayed conversations in 504 meetings to get feedback and make sure you were representing your role appropriately.  You did all of these things in a timely manner to meet the fourth improvement area.  I still want to see us work on our communication with parents.  Making sure they feel heard and taking time to answer their questions where they feel they are fully understood.  I want you to be able to not panic if you think they are going to be upset and calmly share the information that needs to be shared, ask for guidance from Mo or I prior to the communication or table it and tell them you will need to get back to them and do it that day or the following day.  I want to do some more work on presenting the interventions you have put into motion for students at SST and feedback gathered from teachers or family.  In SST we need to make sure we are focusing on students that you have worked to get back on track and need further guidance, not just bringing every student that is performing poorly academically and reporting out their grades or attendance.  Again, I think this is just a communication skill we need to develop more.  I think your relationship with students one on one is great in the area of building relationships.  I like that you attend out of school activities that are school puts on to support other departments and students.  At any time if you need any help or support please reach out to me or Mo.  If you have any questions or concerns  just ask for some time.  We both are happy to assist and want to be more proactive than reactive.

While the evidence of your work this school year would indicate needs improvement on the finalization, we are using our professional judgement this year to round up your score to effective.  In doing so, please know we still have concerns about your performance and you will continue to be on an improvement plan for the 2021-2022 school year.  This improvement plan will have targeted goals, timelines and formal check ins.  We will meet with you a few weeks prior to the start of the school year to go over the revised improvement plan.

**Administration Ex. 1**                              CCS  00022

| Date | Subtitle | Issue |
|---|---|---|
| 2017-2018 | Fall | Doesn't come to work on a day has a 504 conference set up with an interpreter coming or have it covered. Failed to call in sick day initially or return text message initially when I was attempting to get feedback for coverage. |
| | Toby Steele concern with counselor in commons | Dianna had spoken with Toby about a student she thought might have drug paraphernalia and he told her we don't have enough to do a search. She then asked student "What if I asked you to empty your pockets?" Mom called Toby upset and we met with Counselor on April 30th to discuss. |
| | Mo Borto concern over not addressing email sent to her on student | Counselor shared she was super busy and couldn't open the email so she didn't. It was a very important email for our district about a request for records on a student now attending a facility outside our district. Met 4.30.20 to discuss as well. |
| 5.8.18 | | Student not on graduation list. Did not correct document used by department. |
| 5.31.18 | Jacinda parent meeting | Counselor set up meeting with Math Dept. Chair and parents and then did not come to school that day or cancel the meeting. I sat in with Jacinda to cover for Dianna and Jacinda upset no communication and would not have taken meeting alone. |

**Administration Ex. 2**

CCS  00023

| 2018-2019 | | |
|---|---|---|
| 8.6.18 | | Email communication to parent not appropriate communication. Senior information not presented professionally and parent reached out to me with concern. |
| 8.17.18 | Dawson Cockerham | Put together a schedule with two study halls and two aide positions and then when addressed about it I had to follow up with counselor two times to get it taken care of. |
| 8.27.18 | CTSO email | Met with her and she corrected. |
| 8.29.18 | IED | Counselor used negative and aggressive tone in AM Dept Meeting not appropriate when discussing schedule corrections. I asked her to hold her concerns until after meeting and we would discuss. Rest of meeting went fine. Gave five minute break then met. She apoligized sharing feeling overwhelmed and like she is messing up. |
| 10.18.20 | Out of Compliance | Spoke one on one with Dianna about being out of compliance with parent testing request and stated this absolutely cannot happen again. Make sure she understood to reach out to me before we get to ten days or actually near 10. We would have an emergency meeting before going past ten day timeline. This occured in M Team prior. |
| 2.19.19 | Summer School Form in Feb. | Email communication to teacher that student refused to take a test in her class said counselor said he could take it in summer school. Dianna told her if she had a discipline problem then administration or her DC could help her she had nothing to do with that. We met with Union rep to discuss why was she giving a summer school form to a student in Feb and if he doesn't try we don't have to provide him a summer school opportunity and how this scenario could have been approached differently. |
| 2.20.19 | concerns meeting | Met to discuss dialogue with math situation above, counelor not responding to Ms. Wiseman's email (Admin.), comment she made that she doesn't have time to address student concerns too busy and Evan Cooper testing paperwork follow up. |
| 2.20.19 | Raising voice in meeting | Addressed that she left my office raising her voice and when is feeling impulsive needs to take a break. Frustrated I kept to topic the meeting was set up to discuss and frustrated that I wouldn't affirm statements that she is a good counselor and kept redirecting conversation back to meeting topic. |
| 3.4.19 | Expectation meeting | Follow up email that addressed what was covered at meeting and recap. |
| Spring of 19 | Hebert fallout and AP | Met to address communication that did not go well with Coach Hebert, addressed how that might look differently. End result attempted to meet with Coach Hebert didn't go in the direction we hoped. |

**Administration Ex. 2**

CCS  00024

| | | |
|---|---|---|
| 2019-2020 | Student in plato that didn't need to recover credit | 1. 19-20 school year, S1, you placed a senior student ███████, looking to improve his GPA in Plato WH when the student passed  WH in 9th grade. |
| | Graduation | 19-20 school year graduated student ██████ when he did not graduate. |
| | SST | 19-20 S2, SST performance showed lack of preparation |

**Administration Ex. 2**          CCS  00025

| | | |
|---|---|---|
| 2020-2021 | Cohort schedules incorrect and excessive number | Approximately 30 plus schedules needed to be adjusted because students had the incorrect cohort in their schedule. Melinda, Emily and myself corrected most of these. 8.27.20 still doing these corrections and did three today. |
| | Incorrent math course | 1. 20-21 school year, placed student in incorrect Pre-Calc Regular level for Virtual that had Quantitative Reasoning recommendation |
| | Waitlist procedure | 20-21 school year, asked co-workers to move [student] ahead in waitlist |
| | Multiple conerns with following 504 procedures | 20-21 school year, preparation for, presentation at and actions that followed 504 meeting week of 8/24/20 showed lack of preparation and discard for following 504 protol. |
| | Covid protecol | 20-21 School Year, Covid protocol not initially followed |
| | Following schedule change procedures | 20-21 school year, administration asked you to reach out to [student] and parent as they expressed to admin that he wants to go virtual to finish his coursework. Admin offered CLC for support if student wished to do Plato work in a building with support. The parent and student wanted him to be an all virtual learner at home. You did a CLC application and admin had to clarify no application was needed. |
| 8.24.20 | Mishandled reaching out to HR and staying home with Covid like symptoms | Counselor texts me and says she is working from home on Monday and Tuesday she has covid symptoms. I ask if she contacted HR and they told her to do that? She had not. I explain district policy and ask her to follow it. Take a sick day on Monday and since was getting tested and Lori Degraff later stated she should stay home until she got results and and sent those in with a doctors note saying she can return and does not have covid. |
| 8.25.20 | Mrs. Ferrel email and phone call | Mom emailed and asked me to call her. Her Senior son had asked to change his English class and he and she did not feel Dianna was very supportive, listened or wanted to take the time to support them. She shared the emails were very dismissive and ultimately she said you can talk with Mrs. Cole there is nothing I can do like I don't want to be bothered. Dianna learned from the teacher Mrs. Leveque that [est] didn't want to be in there because of a bully he has had issues with for four years and she asked our new social worker to talk to him. Mom felt that the counselor didn't want to be bothered or even cared. He is wanting to go to IU so this ACP course could be credits there. I intervened, asked questions and listened. I spoke with both Alex and Mom three times and suggested we work with the teacher on his concerns since we couldn't find another English elective that would work with his schedule. I am going to have Taryn now do some follow up check-ins with him and wrote the Mom a follow up email on what Mrs. Leveque shared to do in her class and how she can support him and then called in the evening. |
| 8.27.20 | [student] (Junior) | Placed into Latin II and only took one semester of Latin I. Today is day 11 of school, student came down to tell Dianna, she has been quarantined. I called Mo, email to Dianna. Will wait for an email back to make the change on follow-up. |
| 8.27.20 | [student] W131 and L202 second semester | This was sent to me only last Wednesday when Mo should have received it. On Friday I went to each counselor's room to see if had any unresolved schedules. Dianna shared she didn't have any. This week I am going through deleting emails and check this one that isn't resolved. I ask her on Monday this doesn't look resolved why didn't you mention it Friday? She said she was stressed and didn't remember it. I asked her to figure out the best option to make the schedule work and get back to me so I could follow up with Val. Wednesday I still had nothing and sent a reminder email. Thursday morning I was out, but called her before school to have her see the student and Val shared we didn't want to bump anything if she would be willing to take another English class second semester offer that, if she is upset then we will bump G4 but she wants an opportunity to tell the teacher before we make the switch. I asked her to email me when it was done. At one o'clock I sent another email asking if it was addressed and she responded okay thanks. At one thirty I called another counselor to take care of it before G4. |
| 9.8.20 | Parent email Dr. Harmas | [student] emailed Dr. Harmas wanting a response on schedule request he had emailed Sept. 1st, Sept. 3rd and Sept. 8th with no response from counselor. On Sept. 8th Dianna made the schedule change request and didn't follow our procedures, just moved him into plato course he wanted. Parent emailed Dr. Harmas that it was taken care of and he was placed into the new course. Nothing was run by DC or Asst. Prin. In order for it to happen. |
| 9.22.20 | [est] Email again no class entered Edmentum and short one | 9.21.20 Parent emailed Dr. H again, Astronomy not in son [stud] schedule and still needs another course. Sent email to Dr. H frustrated not taken care of. I spoke to Dianna about it. Both classes are in, she filled out Plato form yesterday and checked they are in. She is calling to make sure he can get in and doesn't have any issues today. I reinforced if she gets an email from this parent she needs to respond or call her that day from this point forward. We need to make sure the parent does not have any more bad experiences, is felt heard and supported and doesn't feel the need to copy Dr. H as well. |
| 9.18.20 | 18 schedules not in correctly | Went over virtual schedules that had missing Plato courses, over scheduled courses, under scheduled and student listed as TCP not meeting requirements. Dianna felt most of these were in Edmentum she just needed to clean them up in PS. |

**Administration Ex. 2**

| Date | Subject | Notes |
|---|---|---|
| 9.25.20 | Follow up to above | Five schedules still not corrected fully. Met again. She would address. [student] schedule is not TCP and cannot be corrected. She was going to look into it. |
| 9.30.20 | Checked on schedules | Three fixed. [student] now has two Psychology courses listed. I emailed to let her know to drop one. Will address TCP student at meeting on Friday. |
| 10.2.20 | Meeting with Mark Wein and Mo to soidify any questions or concerns with Improvement Plan | We met at 12:30 in Mo's office. Karen McDaniel covered until Mo returned from hospital with cast on arm from fall. I went through each concern of improvement plan to make sure the communication was clear and not read into incorrectly and let Dianna share her comments and questions as well. We cleared up that last years Eval of Highly Effective was on her observations and was not a reason to dismiss concerns from last year or free pass to not discuss. I highlighted that it was documented and she agreed it was stated for the observations. In our discussion the only discrepancy was on the [student] incident that Dianna did not hear me say she had the option to go into W131 that day if she pushed it. That is why she wasn't worried to get it taken care of until later in the day and felt she was taking care of the request. She also shared at the end of the meeting when I asked is there anything else she wanted to discuss or share within this meeting that she felt like I was targeting or picking on her and not other counselors. I stated my job is to address schedules that I see or become aware of that are incorrect, address an upset parent and see what if anything we could have done differently and have those discussions or anything else that else that I am aware of that hasn't went the way it was supposed to or followed building policy. If a counselor has done this 15 times in a week we will be talking 15 times. If it is once in that time then it will be once. We learn, we move on but if it becomes excessive then we need to do something different to get in front of it. Yours has become excessive for me between last Spring and now so we are working with a plan to provide some more support. Dianna seemed to understand. She then shared she felt like the only other reason this must be happening to her was because she was gay and I must not like gay people because Abby is gone, James is gone and now she has an improvement plan. So I shared there is absolutely no truth to that statement, it is completely false and actually hurtful. The items listed on the improvement plan are all job performed based and items that I as a DC need to address if they are happening with any counselor in our department period. Some of these same items I have addressed with other counselors but it has been one incident or two and then we moved on. That is a completely false statement and I personally have no idea where that came from. Then she said well I am sorry I thought that. I asked if there was anything else. She said no and Mo and I signed the original document. Dianna said she didn't need another copy and Mo said I needed to send one to her and Sue Sinclair and the meeting ended. |
| 10.202 | Melinda called me about [student] parent upset about guidance for Purdue application | Melinda called me after school rattled that Dianna had allowed her senior student to drop AP Physics when she is applying to Purdue for two Science majors and now isn't taking a science class. Student didn't do as well on SAT and Mom is worried she won't get in. She has a 3.7gpa but added IB Film and only has four courses. We will deal with on Monday. |
| 10.7.20 | Tried to drop and add an Edmentum class without going through proper channels | This was already addressed once with [student]. Counselor at 8 week mark is adding a science course that is required for graduation to a senior that is mid-year grad. She tried to just drop a course and add this one to make it workout but did not go through Mo and I and we technically shouldn't be adding a class at this point in the semester. |
| 10.8.20 | Meeting to discuss parent upset about dropping Sci class and concern not getting in Purdue, Cameron Davis mid-yr grad and struggling student contact | Discussed all three concerns and sent follow-up email 10.8.20 |
| 10.16.20 | Dr. Osterich | Report back from DS on charges of harassment, discrimination race and gender |
| 12.17 | Email to parent | Parent [student name] Dec 16th. Communication we discussed does not need to include you moved two students out. |
| 1.7.21 | [stud] parent email | Mom emailed Dr. H upset not feeling heard, Coun suggested take Econ when he already had it, Sociology was in and he didn't select it, son wasn't feeling supported, requesting a new counselor. |
| 1.21.20 | Lucas Davis parent email | Sent to Dr. H and Dr. B (Mom upset scheduling meeting didn't go better. Dianna put in Adv Comp and shouldn't have, Math placement was incorrect for next year, Mom was upset didn't feel counselor was listening to her son and providing the support and information needed. Counselor wasn't completely upfront when I asked her what was going on. Ultimately did fill me in and shared she didn't share everything initially because she didn't want to get in trouble. Also adding and deleting in Edmentum when not supposed to. |
| 1.21.20 | Mid-year transcripts | Counselor sent these out Jan. 8th before retakes, in incorrect format of pdf and before our dept sends them as a whole |

**Administration Ex. 2**

| | | |
|---|---|---|
| 4.26.21 | In PE I after earning cr | We had to check with IOA students that were not performing well and behind to see if they thought they could finish or would just like to drop with a WF. When Maria went to put in a WF she noticed Ryann Dushane had already earned the credit in the Fall. I spoke to Dianna about it. She said she was sorry and just must have missed it. I shared I appreciated her honesty and she needs to make sure she changes the notes on her student that she needs PE II. We are also not going to award a WF. |
| 4.28.21 | Parent Kim Frederici | Parent reached out to Karen McDaniel didn't feel Counselor answered her questions fully and felt dismissed. Could someone else call her back and answer her questions about not passing the ISTEP and what graduation requirements are needed. |
| | | After 2020-2021 Eval |
| 5.26.21 | Didn't remove courses from PS student | Didn't communicate with teachers to let them know that decision was made to remove student from their virtual courses and is now working on Edmentum. Didn't remove the two courses from PS. Maria will have to go in and remove them. |

| Date | Topic | Description |
|---|---|---|
| 7.22.21 | Late to work | Arrived at 9:05. Enrollment here at 9:00am. Never addressed it with me. I called, no answer. Supposed to be here 8:35 am. |
| 7. .21 | student | Enrollment of student with poor grades into honors Eng and Honors WH? Frosh. |
| July 29th | student | You met with parent of a transgender student and introduced me. After she left I asked if you shared with her our procedures of how we support and make sure transgender students feel supported, welcomed and meet the social worker to make sure they physically know where to go if have questions... You didn't and said do you want me to do that? It is our standard procedure and then you emailed social worker and said Rachel wants me to do this like it wasn't something we strive to do for all students. |
| July 28th email | student | Sent you and email reminding you that you said to email and remind you that you would give her a good teacher for her math course this year. |
| July 27th | student | Another counselor had told a student a course was closed and she couldn't move her in it. Student came in when you worked in the summer and you put her in it over the waitlisted students. |
| July 28th | student | Told student they could be mid-year grad and data and past history didn't support that would work out. Dropped Cosmotology and lost spot for a Pathway and hadn't thought through what could work for her to graduate. I intervened with collaboration with you and we called student and parent together to explain what could happen and details. TOR did not understand process and I explained it to her. C needs to understand this for our students, parents and help staff as well to understand. Knowing can collaborate with me if have questions. |
| 7.22.21 | student email to re-enroll | Student sent email saying she may re-enroll asking to not have you as counselor. I asked you why do you think that is, before I call her Mom to discuss. You weren't sure, but thought you remembered her and that her Mom was white and you think she was African American but don't remember anything bad. I asked you to do an email search and you found an email you had sent that was not professional with your response back and was not an email I could stand behind for a counselor to send a parent from our office. I ended up meeting with parent and student late on Thursday and am going to change their counselor. We discussed what could have been written and what I would have hoped the communication and support would look like in a future similar scenario. |
| 7.27.21 | Day of meeting for IP | You ask me if Jill or Mark are going to come? I sent email letting you know I put them on calendar invite incase you would like to invite them. |
| 8.2.21 | Student email | From student , student shares you told me to email you close to the start of school and remind you to give me a good teacher for my math course. Your respose, I wish I could help accommodate your request, but I cannot. It is school policy to not change schedules because of teachers. I'm sorry. No reference to her saying you would do this and no reference to a better fit for math teacher verses a good or bad teacher? |
| 8.2.21 | CTSO student bump | You asked me to bump CTSO for CF and she wasn't approved to be in the course. |
| 8.3.21 | Email to Admin | Sent communication to Admin. with no clear direction and then indicated that they look and figure out what needed to be done. |
| 8.6.21 | Finite Teacher | Reached out to let you know your student didn't pass Pre-Calc last semester and doesn't have credentials to be in his class. |
| 8.17.21 | Student email already in TCP | Didn't fully read student email before responding and recommended student fill out TCP application when she was already in the program |
| 8.15.21 | Computer for students | You didn't read rolling notes for dept and then tried to blame SWer that they didn't tell you the information that is why you were giving out incorrect information |
| 8.17.21 | Samantha Dauherty | SH in second semester already |
| 8.18.21 | Overbooked and did not communicate | You overbooked two courses and didn't communicate with the teachers you were adding them which would have caught it before they had to let us know. |
| 8.23.21 | RD working with ESC | Do follow through by getting all the information upfront and investigate by asking questions if they are wanting to request virtual school |
| 8.26.21 | Full year SS info | Gave incorrect information out |
| 8.27.21 | Graduation options | Gave incorrect information about options available to students to graduate |
| 8.27.21 | ASVAB email | Shared ASVAB is required by the state to take? |
| 8.28.21 | Student reached out for help in class | Needed to dig deeper. She was inquiring about level of class, ENL and asking for help. You sent email back, but didn't let teacher know and one on one with student would have been best in this situation. |
| 8.30.21 | Student email swithing in Spanish | Didn't explore why she was asking? |
| 9.14.21 | Student in crisis with Dad illness | Didn't follow correct dept. protocol for hot pass and communication |
| 9.24.21 | Request for schedule change | Prior emails specifically says to not make changes yet |

**Administration Ex. 2**

| | | |
|---|---|---|
| 9.24.21 | Delay of support for student schedule change | Promptness and communication was lacking. You should have facilitated this to make sure he was in the correct class and let stakeholders know of concerns. |
| 9.20.21 | Email lacking initiative | Sent email to admin. and stated let me know if I need to do anything response. This was discussed prior. |
| 9.21 | Student asking for help | Response was to see teacher and would have best to include you would check in with them or you with the teacher to see if they did see them |
| 10.11.21 | Meeting with DS | Left meeting upset we are going to continue improvement plan. |
| Began Leave from work shortly after meeting four | | |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Cool/student 12th | Did not have Health requirement on transcript of schedule: Mrs. Cool added it to Spring semester |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Cool/stud /12th | Not getting AHD, will get Core 40. Wasn't scheduled for third and fourth DC, AP or IB courses. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Cool/student /12th | Took Chem and after Chem scheduled ICP, should not go back to Intro level course. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Cool/student 12th | Did not transfer credits from previous school to PEI, PEII and Health. Needs to be coded correctly on transcript to meet graduation requirement. Student took WH1 as a Freshman and made an A. Counselor then allowed then to take AP WH at IOA for first semester last summer. Scheduled him into FC AP WH2 this year as a Senior. Should have taken second semester before taking first semester requirement two times. Not sure why allowed to take AP WH in the summer. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Wernke/student 12th | Mid-Year Grad that does not have Govt. in their schedule or on transcript. Also only has 2.5 math credits at CHS. Need 3 years in high school on transcript. Does not have him in a math course this year or QR course and has a supported study hall and ceramics course in. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Harbor/student 10th | We received a concussion note to release her from concussion. Supporting Counselor noticed when she went in to look at schedule she was doing poorly and has only attended school five days. Looked to see if brought to SST or M Team and no actions were implemented. |

**Administration Ex. 2**          CCS  00030

| | | |
|---|---|---|
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Danubio ██████ /12th | No PE I or PE II credits on transcript or in schedule.  Had Lifetime Fitness which shouldn't be allowed to take until PEI and PEII are done.  We are counting that as PEI and placed in PEII spring semester . |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Mikesell | Let me know on her out of office reply it says Please call Rachel Cole for help or email at rcole@ccs.k12.in.ua |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Email about R. Dooley | Student R. Dooley:  I had two teachers and a DC email me about this students schedule changing and asked why?  There was no communication to staff members and student didn't know it was changed.  She had emailed and asked about it and C just did it.  Also no discussion about going into SSH. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Email /██████ | Student J██████ schedule changed and no communication to staff.  I had TOR of ENL, Eng DC, Eng teacher, SSH teacher and Elective teacher sending me emails asking me why it changed?  Had supporting counselor change ENL 3 to 5.  Remove SSH for next semester.  She already earned credit for ENL 3 and was showing a 3.5 level.  Will pick two different classes next semester.  I talked to Val Piehl about situation who was unaware.  TOR had asked Sept. 15th for SSRT to be moved to ENL was only request. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Harbor ██████ | Supporting counselor noticed on audit that student had Senior Transition Schedule and didn't meet guidelines.  Not AHD or THD, also dropped WL after sem began could have had conversation at that time it was in the window of ten days. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | Cole/██████ /10th | Student missed due to Covid and DS met with her, no follow up of support.  I worked with DC and teacher this week and made a change in placement for course.   Bothers me that I believe if we had more intervention this would not have had to happen. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | ██████ name ██████ /12th | Found five senior students on DS caseload that appears has not had their senior conference.  Supposed to be done Oct. 4th or day or two after if behind.  This was discussed. |
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | 12th | Six Senior student ASVAB scoresheets with DNP on DS desk and two that did pass.  These were supposed to be given to students and plan discussed on next steps. |

| | | |
|---|---|---|
| Second week DS out; I assigned C's students to support her students week of Oct. 18th | [student name] i/12th | CLC-No Senior confs done |
| Third week out DS | [student name] /10th | Student in BOT class and has already completed the course in Summer School Eng 9-2 |
| Third week out DS | [student name] /12th | Parent called concerned her son was not finishing math test with extended time very nice email. Supporting counselor reached out to math teacher to ask if she was providing ext time.  Teacher said his 504 plan doesn't have extended time.  Coun said well I am looking at it and it is the only accommodation he has can you send me what you were sent this year.  Year prior plan was sent and had different accommodation and no extended time. |
| | [student name] / 11th | Student should have been placed in BOT courses for Bio 1 and Eng 10 both sem needed.  He is also failing four classes.  Was brought to SST one time no date entered? |
| | [student name] /10th | SSH teacher asked what student needed to take since done with Eng and I said he is Bio-1-2 in his schedule with Sam Goodbar can you let him work on that to finish in your class and copied Sam. Sam responded she does not have John on her caseload this year.  It ended up we changed the teacher to Grimes.  He had finished it already.  I let the Registrar know and he is going to work on Health. |
| 4th week out | Cool/[student] | In 504 meeting with student I gave to her from DS, the 504 plan had an accommodation of a hot pass.  The student had not received this.  Supporting Counselor had a hot pass made and gave it to the student 11.10.21.  Nor was it on the hot pass document. |
| | Shook, C [student name] 11th | In going over a student for new substitute counselor to check in on, I saw he had Earth Space Sci I-1 in the Fall and Zoology in the Spring. Earth Space is a yearlong course and Zoology is a singleton and an Adv Sci. Student is struggling in Earth Space and transferred here from Houston. |
| | [stude] | [stude] Improvement Plan no follow up since counselor wrote it without student and parent input. |
| 12.1.21 | Shook, Cole/[stu] r/11th [den] | Mom called and asked why he didn't have a social studies class.  He is a Junior and did not have US History in his schedule.  Worked with DC of Social Studies to allow him in his class next semester and doing independent work to earn US History I-1 credit. I called Mom to explain how we were going to support him getting these questions and I didn't know why it was not scheduled.  Student wasn't sure why either. |
| 12.2.21 | [student name] /11th | Student in Geom this year and hasn't passed Alg 1-2, counselor noticed in preparing to schedule. |
| 1.3.22 | DC Nancy Spencer/Three Sr stud in PCC/12th | Course is open to 9-11 grades. Preparing for College and Careers |
| 1.12.22 | Cole | Left building with no communication to me or Admin.  Asst. and did not return. |
| 1.13.22 | Cole | I inquired where she was after our meeting that ended at 3:00pm yesterday and DS stated she had a therapy appt.  I reminded her that she needs to let me know text or email is fine when she has an appt. and is leaving the building along with Julie and Pat our front office Admin. Asst.s and that she needed to copy me on emails. |
| 1.14.22 | Cole | DS left building again without texting, emailing or communicating with me and did not return. |
| 1.18.22 | Borto and Cole | DS was sent an email with timeline on how she would transition back.  One expectation was to  send me 2-3 different meeting dates and times for the following week to update and go over the improvement plan and SFS documentation.  DS did not send any dates. |
| 1.20.22 | | Came to SST unprepared to discuss students on caseload |
| 1.20.22 | Cole | Since return has not been copying me on emails consistently even with reminder to do so last week. |

DS SFS Summary



| | | | | |
|---|---|---|---|---|
| 2 | New Artifact **New** 3.7.I, 2.2.I | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 | New Artifact **New** 4.5.I | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 2 | New Artifact **New** 3.7.I, 2.2.I | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 | New Artifact **New** 4.2.I | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 1 | New Artifact **New** 3.7.I, 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 3 | New Artifact **New** 3.7.I, 4.5.I, 4.2.IN, 2.2.I | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 | New Artifact **New** 4.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 | New Artifact **New** 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 2 | New Artifact **New** 4.2.IN, 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 2 | New Artifact **New** 4.2.IN, 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 2 | New Artifact **New** 4.2.IN, 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 1 | New Artifact **New** 4.2.IN, 2.2.I | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 | New Artifact **New** 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 2 | New Artifact **New** 4.5.IN, 2.2.IN | | Sep 5, 2021 by Rachel Cole | Sent on Sep 5, 2021 Staff viewed: Sep 8, 2021 |
| 1 | New Artifact **New** 2.2.IN | | Sep 22, 2021 by Rachel Cole | Sent on Sep 22, 2021 Staff viewed: Sep 23, 2021 |
| 1 1 | New Artifact **New** 3.7.I, 2.2.IN | | Sep 22, 2021 by Rachel Cole | Sent on Sep 22, 2021 Staff viewed: Sep 23, 2021 |

| | New Artifact [New] 3.7.I | Sep 29, 2021 by Rachel Cole | Sent on Sep 29, 2021 Staff viewed: Sep 30, 2021 |
|---|---|---|---|
| 2 | New Artifact [New] 3.7.I, 2.2.I | Sep 29, 2021 by Rachel Cole | Sent on Sep 29, 2021 Staff viewed: Sep 30, 2021 |
| | New Artifact [New] | Sep 29, 2021 by Rachel Cole | Sent on Sep 29, 2021 Staff viewed: Sep 30, 2021 |
| | New Artifact [New] | Sep 29, 2021 by Rachel Cole | Sent on Sep 29, 2021 Staff viewed: Sep 30, 2021 |
| 1 | New Artifact [New] 4.2.IN | Sep 29, 2021 by Rachel Cole | Sent on Sep 29, 2021 Staff viewed: Sep 30, 2021 |
| | New Artifact [New] | Sep 30, 2021 by Rachel Cole | Sent on Sep 30, 2021 Staff viewed: Sep 30, 2021 |
| 1 | New Artifact [New] 2.2.IN | Oct 10, 2021 by Rachel Cole | Sent on Oct 10, 2021 Staff viewed: Oct 10, 2021 |
| 1  1 | New Artifact [New] 4.2.IN, 2.2.I | Oct 10, 2021 by Rachel Cole | Sent on Oct 10, 2021 Staff viewed: Oct 10, 2021 |
| 2 | New Artifact [New] 3.7.IN, 2.2.IN | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 24, 2022 |
| 1 | New Artifact [New] 3.7.I | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 24, 2022 |
| 1 | New Artifact [New] 2.2.IN | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 24, 2022 |
| 1 | New Artifact [New] 2.2.IN | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 24, 2022 |
| 1 | New Artifact [New] 2.2.IN | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 24, 2022 |
| 1 | New Artifact [New] 4.2.IN | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 25, 2022 |
| 2 | New Artifact [New] 3.7.I, 2.2.I | Jan 23, 2022 by Rachel Cole | Sent on Jan 23, 2022 Staff viewed: Jan 24, 2022 |

**Administration Ex. 2**        CCS 00035

| | | | | |
|---|---|---|---|---|
| 1 | 1 | New Artifact **New**<br>4.2.I, 2.2.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>3.6.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| 1 | 1 | New Artifact **New**<br>3.7.I, 2.2.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>3.7.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| 1 | 1 | New Artifact **New**<br>3.7.IN, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>3.7.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | BOT JD **New**<br>3.7.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| 1 | 1 | New Artifact **New**<br>3.7.IN, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>3.7.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>3.7.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>3.7.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>2.2.IN | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 1 | New Artifact **New**<br>4.5.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>4.5.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>4.5.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>3.7.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |
| | 2 | New Artifact **New**<br>4.5.I, 2.2.I | Jan 23, 2022<br>by Rachel Cole | Sent on Jan 23, 2022<br>Staff viewed: Jan 24, 2022 |

**Administration Ex. 2**

CCS  00036

Dianna Stringham Improvement Plan

Date of Meeting: 9/10/2020

Areas for Improvement

1. Communication (written and verbal)
   a. Facts:
      i. 19-20 ▮student name▮ parent was upset about communication regarding JEL placement and scheduling.  (See email to Dr. Harmas)
      ii. 19-20 Parent asked you if you received their email because it had been several days and no response.  Your only response was "Yes I did."
      iii. 19-20 Spring sent multiple teachers incorrect information on senior student needs to pass or they will return as a fifth year senior. (See email)
      iv. 20-21 school year, S1: Student ▮student▮ reached out multiple times to change P155 to another English class.  Your response was "we are not doing schedule changes and you need to talk to your teacher."  Parent then reached out to me upset that student was dismissed and wanted a counselor change.  Shared her son felt the same way.
      v. 20-21 school year, S1: Student ▮student▮ was going to miss first 4 weeks of school due to back surgery and mom communicated with you.  Based on last year's communication, mom wanted counselor change for lack of attention and not feeling heard.

   b. Rules/Expectations:
      i. Follow rules set in place to sign up for a J-E-L course and correctly communicate those correctly to parent.
      ii. Respond with professionalism within 24 to 48 hours.
      iii. Stay current on guidelines and information regarding student graduation status.
      iv. Listen to student concern and be able to follow the appropriate channels of communication to help ease student concern
      v. Be proactive based on DC suggestions and instead you were reactive.

   c. Impact:
      i. Parent and student did not feel heard or supported due to lack of communication and information.
      ii. Parent felt dismissed and took additional time to phone DC for help.
      iii. Teachers were confused and sent emails to DC who reached out to Counseling DC and corrected.
      iv. Student did not feel supported or heard.  Parent was upset due to a lack of information.
      v. Parent did not feel heard and continued to work through DC due to lack of response from you.

**Administration Ex. 3**                    CCS 00037

2. Following procedures, policies and dates.
   a. Facts
      i. 19-20 school year, S1, you placed a senior student ███████, looking to improve his GPA in Plato WH when the student passed  WH in 9th grade.
      ii. 19-20 school year graduated ███████ when he did not graduate.
      iii. 19-20 S2, SST performance showed lack of preparation
      iv. 20-21 school year, S1, you placed ████████ in Latin II-1, when the student earned a D in Latin I-1 and did not take Latin I-2.  Student brought this to your attention
      v. 20-21 school year, there were at least 25 students in the wrong cohort from your caseload.
      vi. 20-21 school year, placed student in incorrect Pre-Calc Regular level for Virtual that had Quantitative Reasoning recommendation
      vii. 20-21 school year, asked co-workers to move ████████ ahead in waitlist
      viii. 20-21 school year, preparation for, presentation at and actions that followed 504 meeting week of 8/24/20 showed lack of preparation and discard for following 504 protol.
      ix. 20-21 school year, administration asked you to reach out to ███████ and parent as they expressed to admin that he wants to go virtual to finish his coursework.  Admin offered CLC for support if student wished to do Plato work in a building with support.  The parent and student wanted him to be an all virtual learner at home. You did a CLC application and admin had to clarify no application was needed. (See email)
      x. 20-21 (Sept. 8th), Parent ███████ email's Dr. Harmas his three emails he sent to you requesting a schedule change for his son starting Sept. 1st, Sept. 3rd and Sept. 8th.  You make the change Sept. 8th, not following procedures, reaching out to DC or Asst. Principal.  Communication, following procedures and professionalism all not meeting expectations.

   b. Rules/Expectations:
      i. Follow rules that Plato courses are for credit recovery
      ii. Follow graduation rules and document in place.
      iii. Review student data to identify students in need of academic or emotional support prior to SST
      iv. Modify next school year's course requests as needed when adjusting student schedules
      v. Follow guidelines put in place for scheduling and ask questions if need help.
      vi. Look at Math Recommendation sheet and Virtual guidance sheet for courses
      vii. Ask DC or Asst. Prin. if a special situation, otherwise follow rules in place
      viii. Follow specific timeline and procedures for 504s
      ix. Take the time to carefully read the information from administration, clearly communicate with families and provide accurate follow up information
      x. If a student wants to change a course then explore why and seek to understand. If it is a valid reason and it is a Plato course Valerie Piehl was clear that in order to add a Plato course you need to go through Mo and I before just adding it.

**Administration Ex. 3**                                                    CCS  00038

   c.   Impact:
- i. Took a seat from a student in a back on track section who needed the credit recovery help.  Program is only for credit recovery.
- ii. DC, administrator's and CLC team worked with Mom and student who thought they graduated to undo wrong communication and work on plan to get it done.
- iii. Missed students who could have received supports earlier
- iv. Teacher's case load is increased over the section maximum allowed.
- v. Confusion for student and teachers.  Required bumping of sections and multiple people in office working to do additional work to support these students and teacher.
- vi. Student anxiety about starting a new course level late.
- vii. Putting co-workers in uncomfortable positions
- viii. If timelines and procedures are not followed, parents could file due process
- ix. Confusion for parent, student, administration, which delayed virtual classes starting
- x. Parent and student don't understand our process for a schedule change and friends that talk to them will question, why does the process look different for him if shared.

3. Professionalism
   a.   Facts:
- i. 20-21 School Year, Covid protocol not initially followed
- ii. 20-21 School Year, went to Asst. Superintendent with communication about office decor and written in a vague manner
- iii. 20-21 School Year, email response to Asst. Prin. in response to concern of an increasing number of schedules being corrected.
- iv. 20-21 Not taking care of Cresp-Cruz schedule change in a timely manner after five communication requests to follow-up and resolve along over a seven day period

   b.   Rules/Expectations:
- i. Follow HR procedures and required information
- ii. Follow chain of command with communication
- iii. Provide professional response to all stakeholders
- iv. Take action and follow procedures in place in a timely manner

   c.   Impact:
- i. DC is following up to make sure documentation was turned in
- ii. Asst. Superintendent reached out to administration who reached out to me to go over professional hierarchy of next steps with a concern including starting point
- iii. Stakeholders feel a lack of concern for and time dedicated to students and parents
- iv. Student may have missed opportunity to have a spot in requested course, DC had to follow up and ultimately reach out to Asst. Prin. to resolve the situation herself and then reach out to another counselor to get it taken care of after multiple requests for you to do so before fourth period

Actions Necessary for Improvement:

1. Follow up and follow through in a timely manner (24-48 hours) with parents, students and staff. If you don't have the exact answer, follow up to say you are working on it. Always be courteous and professional in your verbal and written communication. Use greetings and salutations in each email. If you can tell the person is not feeling heard, call them. Provide all the information neededIf the person is having trouble accepting or understanding why a decision was made, call them. While on the phone, see if they have other questions and seek to understand their concerns.

2. Communication needs to show grace. Call a parent on the phone or see a student in person so they know they have been heard. By seeking to understand and listening, you can focus your conversations on what we can do to assist. All of this will build a trust between you and the family.

3. Review CHS guidelines for scheduling, specific programs at CHS, 504s and IEPs. If you need access to any of these guidelines, please reach out to Rachel and this can be provided to you. Prior to M-Team for an initial 504, please meet with Rachel or Mo to review you have all the needed information. Prior to a 504, please meet with Rachel or Mo to review that you have all the necessary information and documentation completed in IIEP. Prior to major "seasons" during the year (as defined by Rachel), please meet with Rachel to review the protocols and procedures in place. For example, prior to the start of scheduling, meet with Rachel to review the process and information needed for each scheduling meeting.

4. Ask DC or Asst. Prin. for help in a timely manner when needed.

At your year end conference on 5/19/20 , we had conversations about improvement needed in your position as a CHS Counselor. With that conference and our meeting today, there must be immediate and sustained improvement in your job as your position at Carmel Clay Schools is in jeopardy. We will meet when necessary to review your performance. We will have a formal meeting at the end of each semester.

*I may not agree with all that i writter. However, I am signing because I have received this.*

_____        Sept 22, 2020
Dianna Stringham                 Date

_____        Oct 2nd, 2020
Rachel Cole                      Date

_____        Oct 2nd, 2020
Maureen Borto                    Date

_____        _____
Mark Wien                        Date

**Administration Ex. 3**        CCS  00040

Addendum for Improvement

1. Communication (Written and verbal)
    a. Facts
        i. Rated highly effective 2019-2020
        ii. Rated highly effective 2019-2020
        iii. Rated highly effective 2019-2020
        iv. Rachel told us not to change schedules unless it fell under the reasons to change a schedule. She has also told all counselors to tell the students to work with the teacher. All counselors should have been following this.
        v. Rated highly effective 2019-2020
2. Following procedures, policies and dates
    a. Facts
        i. Rated highly effective 2019-2020
        ii. Rated highly effective 2019-2020
        iii. Rated highly effective 2019-2020
        iv. Yes, CF did bring it up that she would like to retake Latin I and the class was full. I brought it to your attention as soon as possible.
        v. Students in different cohorts   Also, my colleagues have also had many in other cohorts.
        vi. There was NO quantitative reasoning offered for any student. When her schedule was set up, we were only offering Edmentum/Plato classes.
        vii. DSchlp asked the counselors around the end of July, if he could move one of his students to the front of the APC list. He was not written up for this. Yes, I did ask my colleagues. However, since one counselor said no, I did not change the student's schedule.
        viii. I had documents prepped and ready. The parent had decided to put off doing a 504 last Spring. Covid hit and we were all home. The parents decided to wait until the beginning of this year to have a 504 for their student.
        ix. JD spoke with KM about going virtual. KM told me that maybe JD would like to go to the CLC, since DG was now in charge of the CLC. I spoke with dad that day. He said that sounded good. So, I started his application. JD on his in-person day, came in to meet with me. He said that he did not want to go to the CLC, but wanted to be home.

3. Professionalism
    a. Facts
        i. Seriously, I came in on August 24th with a scratchy throat and cough. I sat at my desk for about 30 minutes thinking I should probably leave. I told KW that I was going to leave. I sent a text to Julie and Rachel. As soon as I came home, I sent an email to Lori D.
        ii.
        iii. Already addressed in 2-a-5

iv.  I was taking care of VC's schedule.  Lead counselor had no faith in me or that I would change the schedule.  She told me in the morning that Valarie did not want the student placed in W131 for this semester.  It was already late.  I had a conversation with the student before the email to Rachel was sent.  I told her that she could not take both L202 and W131 at the same time.  I told the student that she might have to take P155 instead of L202.  She was great with that.  I already knew that the student was okay with dropping L202 and picking up P155.

**Carmel Clay Schools**
**Formal Plan of Assistance**

Counselor  Dianna Stringham

Evaluator  Rachel Cole and Maureen Borto

A Plan of Assistance shall be established between the evaluator and the counselor to include the following:

| Plan Components | Action/Comments |
|---|---|
| 1. Note the specific performance expectation(s) not being met. | 2.2 Managing routines and procedures<br>3.7 Maintaining Records and Submitting them in a Timely Fashion<br>4.2 Communicating with Families<br>4.5 Showing Professionalism<br>**Professional Responsibilities:** Follows district policies and procedures<br>**Professional Responsibilities:** Contributes to an inclusive and equitable school culture through collaboration |
| 2. Refer to the appropriate Counselor evidence associated with the identified performance expectations addressed in this plan.  Make additions to or clarify evidence in order to assist the counselor in meeting the expectations of the Plan of Assistance. | 2.2 Managing routines and procedures<br>3.7 Maintaining Records and Submitting them in a Timely Fashion<br>**Professional Responsibilities**: Follows district policies and procedures<br>• We are concerned with your ability to meet deadlines and follow established procedures and guidelines as established by the district, school, and department. For example, on 5/28/21, you sent an email to Mo Borto, Drew Grimes and Sara Knoop about 4 students who would be 5th year students at the CLC for the 21-22 school year.  3 out of the 4 students should not have been on a 5th year senior track.  When I referenced the SST notes, student was discussed once on 3/25/21, student was discussed on 1/11/21 and 3/11/21, student was never discussed at SST. On 3/24/21 and 3/25/21 Mo went to each counselor to discuss 9th and 12th grade students who might need summer school and put in supports then to help them finish the school year on time with their needed credits.  When Mo went to you, student name were never brought up as evidenced by no changes to their schedules.  These students should have been on the top of your SST list in April and May and should have been at the top of your list when Mo came to discuss.  Mo also sent reminder emails to counselors that if there is a 9th or 12th grade student in need of immediate supports to connect with her to provide those supports.  These students were never discussed. |

**Administration Ex. 4**                    CCS  00043

- Another concern was with █student███, in late April and May.  Rachel brought this to your attention that he needed an intervention due to not earning credits in the Fall and failing all his courses at that time in the Spring. Another Counselor was working to try and support his brother with similar grade deficiencies  and brought it to my attention.  Rachel wanted you to work with his Dad to support █stude█ since they were reaching out for help and you and she discussed what that would look like.  There was a lack of communication and follow through with the Teacher of Record who was going to be the point person to support him during the day. When Rachel attempted to update you after she talked with her there still lacked a follow through on the number of classes to be paced, end dates set and you were not leading the intervention. The Teacher of Record was having to check in and ask for guidance and direction consistently along the way.  There was also no communication on your part to let the high school teachers know he was no longer in their virtual courses. They were reaching out to the TOR for support and planning how to possibly get him through the semester. Once the Teacher of Record let us know, it was past the date to remove them from PS causing Maria to have to remove those courses after the rollover.
- You need to be proactive in working with students to meet all the requirements and deadlines for scheduling, specific programs at CHS, 504s and IEPs, and graduation.

4.2 Communicating with Families
- We are concerned about your timeliness, professionalism, and approach to communication.
- You need to be thorough and follow up in a timely manner with parents, students and staff.  If you don't have the exact answer, follow up to say you are working on it.  Always be courteous and professional in your verbal and written communication.  Use greetings and salutations in each email.  If you can tell the person is not feeling heard, call them.  Provide all the information needed.  If the person is having trouble accepting or understanding why a decision was made, call them.  While on the phone, see if they have other questions and seek to understand their concerns.
- Your communication needs to show grace.  Call a parent on the phone or see a student in person so they know they have been heard.  By seeking to understand and listening, you can focus your

2 of 4

|  | conversations on what we can do to assist, which will build a trust between you and the family.<br><br>4.5 Showing Professionalism<br>**Professional Responsibilities**: Contributes to an inclusive and equitable school culture through collaboration<br><ul><li>Your lack of attention to detail in deadlines and collaboration with students and families does not foster collaborative partnerships to enhance student success in a manner that demonstrates integrity, respect, flexibility, fairness, and trust.</li></ul> |
|---|---|
| 3. Note the system that will be used to monitor this Plan of Assistance. Examples: *increased number of counselor walk-throughs, formal or informal observations; methods of collecting feedback from counselor on assigned reading; scheduled follow-up meetings; manner that counselor may submit written evidence or examples of student evidence.* | **Meetings and Observations**<br>Dianna will meet with the administration three times over the course of the plan.  The meetings will occur the week of February 7, the week of February 28, and the week of March 14. Dianna is responsible for reaching out to Mrs. Cole and Ms. Borto 2 weeks prior to meeting, to suggest at least two dates and times for these meetings to take place.<br><br>In addition, the plan will be monitored through at least one informal observation and one formal observation, and a reflection conference will be scheduled after the formal observation.<br><br>Per Dianna's request, we will have a standing 30-minute meeting, every Wednesday from 8:30-9:00am with Mrs. Cole and Ms. Borto each week to discuss feedback on her work with students.<br><br>**Routines/Procedures/Meeting Deadlines**<br>Dianna will meet all deadlines provided by the administration, including, but not limited to, those associated with scheduling and student placement. Dianna is responsible for immediately informing Mrs. Cole and Ms. Borto when any required deadlines are missed. Dianna will submit an organizational plan (lesson plan) to Mrs. Cole and Ms. Borto every other Friday by 4:15 PM, starting on July 30 indicating the deadlines and progress monitoring that need to be met within that time frame. This should include, but is not limited to: scheduling deadlines, 504 conferences, senior meetings, ASVAB, transcripts, graduation deadlines,  etc.  The plan should be structured in the most meaningful way to assist Dianna.<br><br>Dianna will keep an SST log of the date of SST, students she presented, reason for presenting students, and follow up determined at SST.  Dianna will also document the start time and end time of her SST sessions.  These logs will be submitted the Monday following SST by 4:15 PM to Mrs. Cole and Ms. Borto.<br><br>If Dianna would like she may observe a counselor, selected by Mrs. Cole and Ms. Borto, during their SST time |

<table>
<tr><td></td><td>in the first 4 weeks of the plan.  If Dianna wishes to do this, it is Dianna's responsibility to reach out to Mrs. Cole and Ms. Borto to get the name of the counselor.  It is her responsibility to schedule the time and submit a written reflection within 48 hours of that observation.

**Communication**
Email communication will be answered within 48 hours unless it is an emergency.  Emergencies will be answered within 24 hours.

Dianna will keep a communication log for phone messages and emails that involve parental and student requests/concerns. The log will indicate the date and time of the request, student and parent name, request made, follow up provided and method of follow up (email or phone call).  These logs will be submitted each Friday by 4:15 PM to Mrs. Cole and Ms. Borto.

Dianna should make every attempt to contact a parent by phone or email.  If after the 4th attempt there is no response from the parent, Dianna should follow up with Mrs. Cole and Ms. Borto on additional strategies to connect with the parent.

Dianna is required to copy Mrs. Cole and Ms. Borto on any student and parent emails.

**Professionalism**
Dianna will make the administration aware of any student and/or parent situations that she might need assistance in handling via email.  After speaking with Mrs. Cole or Ms. Borto, Dianna should follow up with an email summary of the conversation and next steps.  While Dianna is welcome to ask questions, she should be building independence throughout the timing of the plan.</td></tr>
<tr><td>4. Note the resources and support that will be extended to the counselor to assist in meeting the expectations of the Plan of Assistance.</td><td>Mrs. Cole and Ms. Borto will provide the names of 2-3 counselors Dianna can observe during SST, if Dianna would like to observe a counselor.</td></tr>
<tr><td>5. Note the date by which the plan must be completed</td><td>March 25, 2022</td></tr>
<tr><td>6. If the counselor's requirements to meet the expectations of the Plan of Assistance include participation in professional development activities, note below the nature of the activities, the expected time to be spent in or on the activities, and how feedback and reflection following the activities will be reported to the evaluator.  Also note the anticipated Professional Growth Points for license renewal that will be applicable at the conclusion of the PD activities.</td><td>Professional Growth Points will be awarded based on a log of professional development activities related to the Plan of Assistance.</td></tr>
</table>

**Administration Ex. 4**                    CCS  00046

| 7. Note any pre-scheduled progress meetings between the evaluator and the teacher during the duration of the Plan of Assistance.<br><br>**or**<br><br>Reference or clarify any supporting documents that may be attached to this Plan of Assistance. | Dianna will meet with the administration three times over the course of the plan.  The meetings will occur the week of February 7, the week of February 28, and the week of March 14. Dianna is responsible for reaching out to Mrs. Cole and Ms. Borto 2 weeks prior to meeting, to suggest at least two dates and times for these meetings to take place.<br>A summative Plan of Assistance meeting will take place the week of March 28, 2022.  At that meeting, it will be determined if Dianna will come off the plan, if the plan will be extended or if Mrs. Cole and Ms. Borto recommend non-renewal of Dianna's contract. |
|---|---|

## Signatures

This Plan of Assistance has been extended on _____    Friday, January 21, 2022
                                                                    (Date)

_____    1/26/22
          (Evaluator Signature)

I understand the expectations and provisions of this Plan of Assistance.

_____    1/26/2022
          (Teacher Signature)              (Date)

5 of 4

**Administration Ex. 4**          CCS 00047

CLASSES NEEDED FOR A HIGH SCHOOL DIPLOMA

STUDENT NAME: _____

CLASS OF   2021                    COUNSELOR   STRINGHAM

CLASSES NEEDED:                    WHERE TAKEN:

Adv Comp
Speech or 12-2
US History (YR)              CLC (returning)
Global Econ                       next yr.
PE II
Health           Alg I (YR)  Earth Space (YR)

EXPECTED DATE OF COMPLETION: _____

ACTUAL DATE OF COMPLETION: _____

DATE DIPLOMA MAILED: _____

Registrar Checklist:
  ❑   Update Powerschool
  ❑   Diploma type/level state tab
  ❑   Update Master Sheet
  ❑   Update Post Graduation Information State Tab
  ❑   Update transcript/Naviance
  ❑   Print transcript for Cumulative folder
  ❑   Send transcript to college if necessary

**Administration Ex. 5**                    CCS  00048

## _____ ___ Graduation Checklists      (Use this form for grads 2016-beyond)

Nam ██████████ **student name** ████

__ ___ Diploma

Year of Graduation __21__        Counselor _Stringham_

### English – 8 credits
Eng 9 _____
Eng 10 _____
Eng 11 _____
Comp _____        Speech/ _____
                  Debate*
*Prior to 14-15 elective can substitute

### Math – 4 credits
Alg I _____      _____
Geom _____
Math/QR* _____
*Must enroll and earn credit in math/QR in
junior or senior year.

### Science – 4 credits
Bio 1 _____
Other* _____
*Choose from any physical or earth science
course(s) – not biological sciences

### Social Studies – 4 credits
US Hist 1-2 _____

Ss elective _____

### PE/Health – 3 credits
PE I & II _____
[P]R/Health _____
*No more than 6 PE Elective credits can count
toward the 40 credits for graduation.

### Career Academic Sequence – 6 credits
1. _____        2. _____
3. _____        4. _____
5. _____        6. _____

### Flex Credits* – 5 credits
1. _____        2. _____
3. _____        4. _____
5. _____

*Additional credits in academic or fine
arts courses or credits extending the CAS.

### Elective Credits – 6 credits
1. _____        2. _____
3. _____        4. _____
5. _____        6. _____

Minimum of 40 credits required!

Parent "Core 40 Opt Out" form _____

### Core 40
#### English – 8 credits
Eng 9 ✓
Eng 10 ✓      ✓
Eng 11 ✓
Comp (Speech)/Debate
*Prior to 14-15 elective can substitute

#### Math – 8 credits Minimum*
Alg I (circled)
Geom ✓        ✓
Alg II (circled)    ✓
Math/QR
*Must enroll in math/QR every year

#### Science – 6 credits
Bio 1 ✓        ✓
Chem-Phys
Other ✓ (circled)   (circled)

#### Social Studies – 6 credits
GHW 1-2
OR
W.Hist 1-2 ✓      ✓
AND
US Hist 1-(circled)
Gov
Econ (circled)

#### PE/Health – 3 credits
PE I & II ✓
[P]R/Health ✓
*No more than 6 PE Elect credits count to

#### Directed Electives – 5 credit[s]
(W. Lang, fine arts, career/technical)
1. Med Skills 2-7
3. Span I     4. Cons...
5. Acct. I
*No more than 8 Comm credits count toward 40.

#### Electives – 6 credits
1. Trans I    2. Acct I
3. Trans I    4. _____
5. _____      6. _____

Minimum of 40 credits required.
Minimum of 2.0 GPA required for state
aid. Please note: World Language is not
required for this diploma, but many colleges
prefer language or require 2 years.)

| Credits | GPA |
|---------|-----|
| 9 _____ | _____ |
| 10 _____ | _____ |
| 11 _____ | _____ |
| 12 _____ | _____ |

### International Baccalaureat[e]
#### Group 1

Eng HL 1-2 _____
Eng HL 3-4 _____

#### Group 2
World Lang (choose from Span SL, French
SL, German SL, Greek SL/HL, Latin SL/HL)

_____
_____

#### Group 3
Hist of the Americas 1-4 HL or Psych SL

_____

#### Group 4
Science (choose from Bio HL, Chem SL, or
Physics SL)

_____

28 credits

Adv Comp            Needs
Eng 12-2            12
Science (YR)        credits
Global Econ
US Hist (YR)
Health
PE I
Alg I - 1 + Alg II 2

CAS    Completed

Extended Essay    Completed

Must have at least 3 HL classes, but no
more than 4 HL classes.

ECA      ASVAB
Algebra I ✓
_____
_____
English 10
_____
_____

Updated 10-2014

**Official Transcript**

Student Name: student name
Student Number: student
Birth Date: student
Grade: 12 Gender: Male
Grad Year: 2022
oma Type:

Carmel High School
520 E. Main St.
Carmel, IN 46032
Tel: 317-846-7721 Fax: 317-571-4056
CEEB CODE: 150-445
Counselor: Stringham

| Course (A=AP, H=Honors, I=IB, D=Dual) | | Grade | Semester 1 Grade | Semester 1 Credit | Semester 2 Grade | Semester 2 Credit |
|---|---|---|---|---|---|---|
| 17-18 DeLand High School, FL | | | | | | |
| | Medical Skills | 9 | A | 1.0 | A | 1.0 |
| | English 9-1 | 9 | B | 1.0 | | |
| | English 9-2 | 9 | | | C | 1.0 |
| | Geometry 1 | 9 | B | 1.0 | | |
| | Geometry 2 | 9 | | | B | 1.0 |
| H | Biology I-1 Honors | 9 | C | 1.0 | | |
| H | Biology I-2 Honors | 9 | | | C | 1.0 |
| | Spanish I-1 | 9 | B | 1.0 | | |
| | Spanish I-2 | 9 | | | F | 0.0 |
| | Intro to 2-D Art | 9 | F | 0.0 | | |
| | Intro to 3-D Art | 9 | | | F | 0.0 |
| | Intro to Construction 1 | 9 | C | 1.0 | | |
| | Intro to Construction 2 | 9 | | | F | 0.0 |
| 18-19 Volusia Home Ed Program | | | | | | |
| | Algebra II-1 | 10 | C | 1.0 | | |
| 19-20 Carmel High School | | | | | | |
| | English 10-1 | 11 | B- | 1.0 | | |
| | English 10-2 | 11 | | | C+ | 1.0 |
| | English 11-1 | 11 | D | 1.0 | | |
| | English 11-2 | 11 | | | C | 1.0 |
| | Algebra II-1 (11th-12th) | 11 | C | 1.0 | | |
| | Algebra II-2 (11th-12th) | 11 | | | D+ | 1.0 |
| | Chemistry I-1 | 11 | B | 1.0 | | |
| | Chemistry I-2 | 11 | | | C- | 1.0 |
| | World History 1 | 11 | C- | 1.0 | | |
| | World History 2 | 11 | | | D+ | 1.0 |
| | Accounting I-1 | 11 | C+ | 1.0 | | |
| | Accounting I-2 | 11 | | | C- | 1.0 |
| | Intro to Transportation 1 | 11 | B+ | 1.0 | | |
| | Intro to Transportation 2 | 11 | | | B | 1.0 |
| 20-21 Carmel High School | | | | | | |
| | English 12-2 Online | 12 | F | 0.0 | | |
| | US History 1 | 12 | F | 1.0 | | |
| | Government | 12 | D- | 1.0 | | |
| | Personal Financial Responsibility-Online | 12 | F | 1.0 | | |
| | Global Economics | 12 | F | 1.0 | | |
| | Intro to Manufacturing 1 | 12 | A | 1.0 | | |
| | Health and Wellness Ed-Online | 12 | F | 1.0 | | |
| 20-21 Indiana Online Academy | | | | | | |
| | Physical Ed I | 12 | B+ | 1.0 | | |

**Personal Info**

student name

| Overall Summary | | GPA Summary | S1 | S2 |
|---|---|---|---|---|
| Cum Weighted GPA: | 1.8468 | Gr 9: | 2.5000 | 1.6429 |
| Completed Credit Hrs: | 28.0 | Gr 10: | 2.0000 | |
| | | Gr 11: | 2.2857 | 1.9047 |
| | | Gr 12: | 1.0000 | |

**Work In Progress**

| | |
|---|---|
| Adv Composition-Online | 1.0 |
| English 12-2 Online | 1.0 |
| Algebra I-1 Online | 1.0 |
| US History 2-Online | 1.0 |
| Global Economics-Online | 1.0 |
| Health and Wellness Ed-Online | 1.0 |

**Indiana Graduation Qualifying Exam Status**
Math ISTEP:
English ISTEP:

**Graduation Pathways**
Employability Skills:
Postsecondary-Ready Competencies: ASVAB

**SAT**    Score   Date
ERW:
Math:

Highest Individual ERW and Math Scores Are Reported

**ACT**    Score   Date
Composite:
English:
Math:
Reading:
Science:
Writing:

Highest Individual Scores Are Reported

**AP and SAT Subject Scores**

| Immunizations | Date 1 | Date 2 | Date 3 | Date 4 | Date 5 |
|---|---|---|---|---|---|
| DTaP/DTP/DT/Td: | 04/01/2003 | 06/03/2003 | 08/12/2003 | 05/25/2004 | 04/03/2007 |
| Polio: | 04/01/2003 | 06/03/2003 | 08/12/2003 | 04/03/2007 | |
| MMR: | 05/25/2004 | 04/03/2007 | | | |
| Measles: | | | | | |
| Mumps: | | | | | |
| Rubella: | | | | | |
| Hepatitis B: | 01/31/2003 | 04/01/2003 | 05/03/2003 | | |
| Varicella: | 05/25/2004 | 04/03/2007 | | | |
| Chicken Pox: | | | | | |
| Tdap: | 04/03/2014 | | | | |
| Meningococcal (MCV4): | 09/26/2010 | | | | |

R = Retake Grade

CHS is accredited by the North Central Association of Secondary Schools & Colleges.
This transcript is unofficial unless signed by a school official and embossed by the school seal.

Signature: _____     May 14, 2021

**Administration Ex. 5**

Cove 40

## CLASSES NEEDED FOR A HIGH SCHOOL DIPLOMA

STUDENT NAME: [student name] [student name]

CLASS OF ___21___

COUNSELOR Stringham

| CLASSES NEEDED: | WHERE TAKEN: |
|---|---|
| Eng 10-1 | 10A |
| PE II | 10A |
| Gov | CLC (Fall) |
| Alg II - 2 | CLC (Fall) |
| Bio - 1 | CLC (Fall) |

Needs to
pass
ISTEP math
or
waiver

EXPECTED DATE OF COMPLETION: Oct 1, 2021

ACTUAL DATE OF COMPLETION: _____

DATE DIPLOMA MAILED: _____

Registrar Checklist:
- ☐ Update Powerschool
- ☐ Diploma type/level state tab
- ☐ Update Master Sheet
- ☐ Update Post Graduation Information State Tab
- ☐ Update transcript/Naviance
- ☐ Print transcript for Cumulative folder
- ☐ Send transcript to college if necessary

**Administration Ex. 6**

CCS 00051

## Quick Lookup

*Summer School*

█student name█ student name █ ( ) student █ 12 student █3 STN:student █5   Gender: F   CHS

Homeroom:   Counselor: Stringham   Social Worker: Wanninger   Nurse: Erin Van Kirk

Cohort: Carmel

Email all teachers

Attendance By Class

| Exp | Last Week | | | | | This Week | | | | | Course | Q1 | Q2 | E1 | S1 | E2 | S2 | Absences | | Tardies | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | H | F | M | T | W | H | F | | | | | | | S2 | S2 | 20-21 | S2 | 20-21 |
| 1(B) | V | . | . | UNV | V | . | . | P | V | . | Geometry 2<br>Miller, Josh - Rm: A309 | | | | | NG | B<br>85.3 | 2 | 2 | 0 | 0 |
| 1(G) | . | P | V | . | . | ILL | V | . | . | . | US History 2<br>Laigaard, Chris - Rm: E225 | | | | | NG | B<br>84.3 | 2 | 2 | 0 | 0 |
| 2(B) | V | . | . | UNV | V | . | . | PNC | V | . | Psychology 2, AP<br>Pletcher, Robin L - Rm: E216 | | | | | NG | C-<br>70.3 | 2 | 2 | 0 | 0 |
| 2(G) | . | P | . | . | . | ILL | . | . | . | . | SRT12Spring<br>Foley, Andrew - Rm: E107 | | | | | NG | NG | 4 | 4 | 0 | 0 |
| 3(B) | V | . | . | P | V | . | . | P | V | . | English 10-2<br>Farrow, Roya - Rm: E147 | | | | | NG | C+<br>76.6 | 1* | 1 | 0 | 0 |
| 3(G) | . | P | V | . | . | ILL | V | . | . | . | Intg Chem-Phys 2<br>Keilman, Tammy - Rm: E240 | | | | | NG | A-<br>92.3 | 2 | 2 | 0 | 0 |
| 4(B) | V | . | . | UNV | V | . | . | P | V | . | Economics<br>Foutz, Michelle L - Rm: E231 | | | | | NG | D+<br>69 | 2 | 2 | 0 | 0 |
| 4(G) | . | P | V | . | . | ILL | V | . | . | . | German I-2<br>Payne-Elliott, Joshua - Rm: A222 | | | | | NG | A-<br>89.7 | 2 | 2 | 0 | 0 |
| TR(B-G) | . | . | . | . | . | . | . | . | . | . | Teacher of Record<br>Summeriot, Chelsea - Rm: 999 | NG | NG | NG | NG | NG | NG | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | Attendance Totals | | 17 | 17 | 0 | 0 |

Show dropped classes also

**Administration Ex. 6**

CCS  00052

CLASSES NEEDED FOR A HIGH SCHOOL DIPLOMA

STUDENT NAME: student name

CLASS OF _21_            COUNSELOR _Stringham_

CLASSES NEEDED:              WHERE TAKEN:              Still
                                                       Core 40
Chem - 1                    Edmentum
ES - 1                      Edmentum
Adv Comp                    Edmentum ?

_____            _____

_____            _____

EXPECTED DATE OF COMPLETION: _____

ACTUAL DATE OF COMPLETION: _____

DATE DIPLOMA MAILED: _____


Registrar Checklist:
   ❑  Update Powerschool
   ❑  Diploma type/level state tab
   ❑  Update Master Sheet
   ❑  Update Post Graduation Information State Tab
   ❑  Update transcript/Naviance
   ❑  Print transcript for Cumulative folder
   ❑  Send transcript to college if necessary

**Administration Ex. 7**              CCS 00053

## General HS Graduation Checklists   (Use this form for grads 2023 and beyond)

**student name** ████████

Year of Graduation **21**          Counselor **Stringham**

### General Diploma

**English -- 8 credits**
Eng 9 ✓ ✓
Eng 10 ✓ ✓
Eng 11 ✓ ✓
Comp ___ speech

**Math -- 4 credits**
Alg I ✓ ✓
Geom ✓ ✓
Math/QR Alg II ✓
*Must enroll and earn credit in math/QR in junior or senior year.

**Science -- 4 credits**
Bio I ✓ ✓
Other ICP ✓ ✓
*Choose from any physical or earth science course(s) -- not biological sciences

**Social Studies -- 4 credits**
US Hist 1-2 ✓ ✓
Gov ✓
S. WH ✓

**PE/Health -- 3 credits**
PE I & II ✓ ✓
IPR/Health ✓
*No more than 6 PE Elective credits can count toward the 40 credits for graduation.

**Career Academic Sequence -- 6 credits**
1. Law Ed   2. Intro to Agr
3. Keyboard   4. Law Ed
5. Nutt Well   6. 2 D Art

**Flex Credits* -- 5 credits**
1. Psych   2. Adv 2D Art
3. Trans I ✓ ✓
5. Tech TH
*Additional credits in academic or fine arts courses or credits extending the CAS.

**Elective Credits -- 6 credits**
1. Tech TH   2. Gov
3. W Hist 1   W. Hist 2
5. Alg II-1   6. Drivers Ed
Minimum of 40 credits required!

Parent "Core 40 Opt Out" form _____

### Core 40
**English -- 8 credits**
Eng 9 _____
Eng 10 _____
Eng 11 _____
Comp _____

**Math -- 6 credits Minimum***
Alg I _____
Geom _____
Alg II _____
Math/QR _____
*Must enroll in math/QR every year

**Science -- 6 credits**
Bio I _____
Chem/Phys _____
Other _____

**Social Studies -- 6 credits**
W Hist 1-2 _____
US Hist 1-2 _____
Gov _____
Econ _____

**PE/Health -- 3 credits**
PE I & II _____
IPR/Health _____
*No more than 6

**Directed El**
(W. Lang, fine)
1.
3.
5.
*No more than

**Electives --**
1.
3.
5.
Minimum o
Minimum c
aid. Please note: World Language is not required for this diploma, but many colleges prefer language or require 2 years.)

| Credits | GPA |
|---|---|
| 9 | |
| 10 | |
| 11 | |
| 12 | |

### Employability Skills
Must complete at least 1 of the following:
_____ Project-based Learning
_____ Service-based Learning
_____ Work-based Learning

### Postsecondary-Ready Competency
Must complete at least 1 of the following:
_____ AHD or THD
_____ ACT (18 Eng or 22 Read and 22 Math or 23 Science)
_____ SAT (480 ERW and 530 Math)
_____ ASVAB (AFQT score of 31 min)
_____ State/Industry-rec. Credential/ Certification (from approved DWD list) _____
_____ ...ch Ed Concentrator ...n a C ave or higher in 6 ...ool credits in a career seq)
_____ OC courses (must earn a C ... higher in at least 3 courses)

### IB Diploma
Refer to the planning sheet from IB Coordinator to determine if student is on track for IB Diploma.
On Track Junior Year? _____ (Y or N)
On Track Senior Year? _____ (Y or N)

*Handwritten note:* If we move from Core 40 to Gen Diploma, Lukas just needs to concentrate on Adv Comp. If yes, pls send form signed.

Updated 6-2020

**Administration Ex. 7**          CCS 00054

# CHS Core 40 Opt-Out Form

Student **[student name]** _____ Meeting date/time: _____

Parent/guardian _____

## Reason opt-out meeting initiated

- ☐ Requested by parent/guardian
- ☐ Student has received failing grades in three courses required for Core 40
- ☐ Student's GQE score is in the twenty-fifth percentile or lower (first attempt)

## Communication with parent/guardian

Telephone call to parent regarding opt-out placed: _____
      ☐ spoke with parent ☐ left message with another individual
      ☐ left recorded message ☐ no answer
First written request for opt-out mailed: _____
Second written request for opt-out mailed: _____

## Involved in discussion

- ☒ Counselor _____
- ☐ Administrator _____
- ☐ Spec Ed TOR _____
- ☐ Student _____
- ☐ Parent/Guard. _____
- ☐ Other _____

## Discussed/reviewed

- ☐ Student's career and course plan
- ☒ Student's grades/progress toward Core 40
- ☐ Student's standardized test scores
- ☐ Student and the parent/guardian acknowledge that:
  1. Without a Core 40 Diploma, the student will not be admitted to most four-year colleges (but may still attend a four-year college via transfer from Ivy Tech, Vincennes University, etc.).
  2. Without a Core 40 Diploma, the student, as a general rule, will be less prepared for the workforce.
  3. Without a Core 40 Diploma, the student will not be eligible to receive the maximum amount of financial aid for college from the state of Indiana.

## Diploma Track

The parent and student have determined that the student will achieve greater educational benefits by completing:
      ☒ General Diploma      ☐ Core 40 Diploma

Student Signature_____ Date _____

Parent Signature_____ Date _____

| | | | | | |
|---|---|---|---|---|---|
| Student Name: student name | | **Official Transcript** | | Carmel High School | |
| Student Number: student | | | | 520 E. Main St. | |
| Birth Date: student | | | | Carmel, IN 46032 | |
| Grade: 12 Gender: Male | | | | Tel: 317-846-7721 Fax: 317-571-4056 | |
| Year: 2021 | | | | CEEB CODE: 150-445 | |
| Diploma Type: Core 40 only (Passed GQE or met Graduation Pathway) | | | | Counselor: Stringham | |

| Course (A=AP, H=Honors, I=IB, D=Dual) | Grade | Semester 1 Grade | Credit | Semester 2 Grade | Credit |
|---|---|---|---|---|---|
| **17-18 Sandwich High School II** | | | | | |
| Intro Ag & Lead | 9 | B | 1.0 | | |
| Keyboarding | 9 | | | C | 1.0 |
| English 9-1 | 9 | B | 1.0 | | |
| English 9-2 | 9 | | | C | 1.0 |
| Algebra I-1 | 9 | C | 1.0 | | |
| Algebra I-2 | 9 | | | D | 1.0 |
| Intg Chem-Phys 1 | 9 | D | 1.0 | | |
| Intg Chem-Phys 2 | 9 | | | B | 1.0 |
| Law Education | 9 | | | A | 1.0 |
| Nutrition & Wellness: Orient to Foods | 9 | B | 1.0 | | |
| Physical Ed I | 9 | A | 1.0 | | |
| Physical Ed II | 9 | | | A | 1.0 |
| **18-19 Sandwich High School, IL** | | | | | |
| Drivers Education | 10 | B | 1.0 | | |
| English 10-1 | 10 | C | 1.0 | | |
| English 10-2 | 10 | | | D | 1.0 |
| Eng 12-2: Speech | 10 | | | D | 1.0 |
| Geometry 1 | 10 | D | 1.0 | | |
| Geometry 2 | 10 | | | F (P) | 0.0 |
| Biology I-1 | 10 | B | 1.0 | | |
| Biology I-2 | 10 | | | C | 1.0 |
| Psychology | 10 | B | 1.0 | | |
| Intro to 2-D Art | 10 | B | 1.0 | | |
| Health and Wellness Education | 10 | | | C | 1.0 |
| **19-20 Carmel High School** | | | | | |
| English 11-1 | 11 | D | 1.0 | | |
| English 11-2 | 11 | | | D | 1.0 |
| Geometry 2 | 11 | B | 1.0 | | |
| Algebra II-1 | 11 | | | R | 0.0 |
| World History 1 | 11 | C+ | 1.0 | | |
| World History 2 | 11 | | | C+ | 1.0 |
| US History 1 | 11 | C | 1.0 | | |
| US History 2 | 11 | | | D- | 1.0 |
| Intro to Transportation 1 | 11 | C+ | 1.0 | | |
| Intro to Transportation 2 | 11 | | | D- | 1.0 |
| Technical Theatre 1 | 11 | B | 1.0 | | |
| Technical Theatre 2 | 11 | | | B | 1.0 |
| **20-21 Carmel High School** | | | | | |
| Adv Comp | 12 | F | 0.0 | | |
| Algebra II-2 Online | 12 | I | 0.0 | | |
| Earth/Space 1 Online | 12 | F | 0.0 | | |
| Chemistry I-1, Online | 12 | F | 0.0 | | |
| Government | 12 | D- | 1.0 | | |
| Global Economics | 12 | F | 0.0 | | |
| **20-21 Indiana Online Academy** | | | | | |
| Algebra II-1 | 12 | D | 1.0 | | |

### Personal Info
student name
student name

| Overall Summary | | | GPA Summary | S1 | S2 |
|---|---|---|---|---|---|
| Cum Weighted GPA: | 1.9756 | | Gr 9: | 3.0000 | 2.6667 |
| Completed Credit Hrs: | 36.0 | | Gr 10: | 2.5000 | 1.5000 |
| | | | Gr 11: | 2.2777 | 1.5334 |
| | | | Gr 12: | 0.2778 | |

**Work In Progress**
| | |
|---|---|
| Adv Comp | 1.0 |
| Algebra II-2 Online | 1.0 |
| Earth/Space 1 Online | 1.0 |
| Chemistry I-1, Online | 1.0 |
| Global Economics | 1.0 |

**Indiana Graduation Qualifying Exam Status**
Math ISTEP:
English ISTEP:

**Graduation Pathways**
Employability Skills:
Postsecondary-Ready Competencies: ASVAB

**SAT**     Score   Date
ERW:                          Highest Individual ERW and
Math:                         Math Scores Are Reported

**ACT**     Score   Date
Composite:
English:                      Highest Individual
Math:                         Scores Are Reported
Reading:
Science:
Writing:

**AP and SAT Subject Scores**

| **Immunizations** | Date 1 | Date 2 | Date 3 | Date 4 | Date 5 |
|---|---|---|---|---|---|
| DTaP/DTP/DT/Td: | 02/28/2003 | 04/30/2003 | 06/26/2003 | 03/25/2004 | 06/11/2008 |
| Polio: | 02/28/2003 | 04/30/2003 | 06/26/2003 | 06/11/2008 | |
| MMR: | 03/26/2004 | 06/11/2008 | | | |
| Measles: | | | | | |
| Mumps: | | | | | |
| Rubella: | | | | | |
| Hepatitis B: | 12/21/2002 | 02/28/2003 | 06/26/2003 | | |
| Varicella: | 01/02/2004 | 06/11/2008 | | | |
| Chicken Pox: | | | | | |
| Tdap: | 04/10/2014 | | | | |
| Meningococcal (MCV4): | 04/10/2014 | | | | |

R = Retake Grade

CHS is accredited by the North Central Association of Secondary Schools & Colleges.
This transcript is unofficial unless signed by a school official and embossed by the school seal.   Signature: _____   April 22, 2021

**Administration Ex. 7**                    CCS  00056

| Student Name: student name | **Official Transcript** | Carmel High School |
|---|---|---|

Student Name: student name
Student Number: student
Birth Date: student
Grade: 12 Gender: Male
Grad Year: 2021
Diploma Type: Core 40 only (Passed GQE or met Graduation Pathway)

Carmel High School
520 E. Main St.
Carmel, IN 46032
Tel: 317-846-7721 Fax: 317-571-4056
CEEB CODE: 150-445
Counselor: Stringham

| Course    (A=AP, H=Honors, I=IB, D=Dual) | Grade | Semester 1 Grade Credit | | Semester 2 Grade Credit | |
|---|---|---|---|---|---|
| **17-18  Sandwich High School, IL** | | | | | |
| Intro Ag & Lead | 9 | B | 1.0 | | |
| Keyboarding | 9 | | | C | 1.0 |
| English 9-1 | 9 | B | 1.0 | | |
| English 9-2 | 9 | | | C | 1.0 |
| Algebra I-1 | 9 | C | 1.0 | | |
| Algebra I-2 | 9 | | | D | 1.0 |
| Intg Chem-Phys 1 | 9 | B | 1.0 | | |
| Intg Chem-Phys 2 | 9 | | | B | 1.0 |
| Law Education | 9 | | | A | 1.0 |
| Nutrition & Wellness: Orient to Foods | 9 | B | 1.0 | | |
| Physical Ed I | 9 | A | 1.0 | | |
| Physical Ed II | 9 | | | A | 1.0 |
| **18-19  Sandwich High School, IL** | | | | | |
| Drivers Education | 10 | B | 1.0 | | |
| English 10-1 | 10 | C | 1.0 | | |
| English 10-2 | 10 | | | D | 1.0 |
| Eng 12-2: Speech | 10 | | | D | 1.0 |
| Geometry 1 | 10 | D | 1.0 | | |
| Geometry 2 | 10 | | | R | 0.0 |
| Biology I-1 | 10 | B | 1.0 | | |
| Biology I-2 | 10 | | | C | 1.0 |
| Psychology | 10 | B | 1.0 | | |
| Intro to 2-D Art | 10 | B | 1.0 | | |
| Health and Wellness Education | 10 | | | C | 1.0 |
| **19-20  Carmel High School** | | | | | |
| English 11-1 | 11 | D | 1.0 | | |
| English 11-2 | 11 | | | D | 1.0 |
| Geometry 2 | 11 | B | 1.0 | | |
| Algebra I-1 | 11 | | | R | 0.0 |
| World History 1 | 11 | C+ | 1.0 | | |
| World History 2 | 11 | | | C+ | 1.0 |
| US History 1 | 11 | C | 1.0 | | |
| US History 2 | 11 | | | D- | 1.0 |
| Intro to Transportation 1 | 11 | C+ | 1.0 | | |
| Intro to Transportation 2 | 11 | | | D- | 1.0 |
| Technical Theatre 1 | 11 | B | 1.0 | | |
| Technical Theatre 2 | 11 | | | B | 1.0 |
| **20-21  Carmel High School** | | | | | |
| Adv Comp | 12 | F | 0.0 | | |
| Algebra II-2 Online | 12 | I | 0.0 | | |
| Earth/Space 1 Online | 12 | F | 0.0 | | |
| Chemistry I-1, Online | 12 | F | 0.0 | | |
| Government | 12 | D- | 1.0 | | |
| Global Economics | 12 | F | 0.0 | | |
| **20-21  Indiana Online Academy** | | | | | |
| Algebra II-1 | 12 | D | 1.0 | | |

R = Retake Grade

**Personal Info**

student name
stud

| Overall Summary | | GPA Summary | S1 | S2 |
|---|---|---|---|---|
| Cum Weighted GPA: | 2.0250 | Gr 9: | 3.0000 | 2.6667 |
| Completed Credit Hrs: | 36.0 | Gr 10: | 2.5000 | 1.8000 |
| | | Gr 11: | 2.2777 | 1.5334 |
| | | Gr 12: | 0.2778 | |

**Work In Progress**

| Adv Comp | 1.0 |
|---|---|
| Algebra II-2 Online | 1.0 |
| Earth/Space 1 Online | 1.0 |
| Chemistry I-1, Online | 1.0 |
| Global Economics | 1.0 |

**Indiana Graduation Qualifying Exam Status**
Math ISTEP:
English ISTEP:

**Graduation Pathways**
Employability Skills:
Postsecondary-Ready Competencies: ASVAB

| **SAT** | Score | Date | |
|---|---|---|---|
| ERW: | | | Highest Individual ERW and |
| Math: | | | Math Scores Are Reported |

| **ACT** | Score | Date | |
|---|---|---|---|
| Composite: | | | |
| English: | | | Highest Individual |
| Math: | | | Scores Are Reported |
| Reading: | | | |
| Science: | | | |
| Writing: | | | |

**AP and SAT Subject Scores**

| **Immunizations** | Date 1 | Date 2 | Date 3 | Date 4 | Date 5 |
|---|---|---|---|---|---|
| DTaP/DTP/DT/Td: | 02/28/2003 | 04/30/2003 | 06/28/2004 | 03/26/2004 | 06/11/2008 |
| Polio: | 02/28/2003 | 04/30/2003 | 06/26/2003 | | |
| MMR: | 03/26/2004 | 06/11/2008 | | | |
| Measles: | | | | | |
| Mumps: | | | | | |
| Rubella: | | | | | |
| Hepatitis B: | 12/21/2002 | 02/28/2003 | 06/26/2003 | | |
| Varicella: | 01/02/2004 | 06/11/2008 | | | |
| Chicken Pox: | | | | | |
| Tcap: | 04/10/2014 | | | | |
| Meningococcal (MCV4): | 04/10/2014 | | | | |

CHS is accredited by the North Central Association of Secondary Schools & Colleges.
This transcript is unofficial unless signed by a school official and embossed by the school seal.    Signature: _____    May 14, 2021

**Administration Ex. 7**

**student name** (redacted)

| Date | Basic Info | Follow-up |
|---|---|---|
| 25-Aug | Struggling with home and school | Forwarded to Mary and Taryn |
| 24-Aug | photos | met with Taryn. Taryn will follow **up** with **parents**/Annie to |
| 31-Aug | drama | spoke with counselor/ she didn't want to **say** much/ 8/31 |
| 31-Aug | New student/suicidal last year/504 | plan on speaking to Harry/call Heidi |
| 1-Sep | 4 F's | spoke with mom |
| 1-Sep | Virtual student that wants to drop AP Bio and | Brad said to drop the course. |
| 4-Sep | She would like to go fully virtual | Rachel approved and she moved to virtual |

**student name** (redacted)

| Date | Basic Info | Follow-up |
|---|---|---|
| 8-Sep | She would like to go fully virtual | 9/10 Parent has not contacted me again, so I will follow-up to see if he still wants to go 100% virtual |
| 9-Sep | She would like to go fully virtual and graduate | virtual approved |
| 9-Sep | Wants help from Vevang | 9/10 called mom and emailed all |
| 9-Sep | Wants to drop Manufacturing/failing 3 classes | moved out of his class to sh |
| 17-Sep | Wants to drop Latin/Outdoor exploration | DS talking to mom |
| 17-Sep | Wants out of 5p Ili-Vevang | Joe Schaller |
| 17-Sep | failing all classes | call home |
| 17-Sep | FYI - radar | |
| | | |
| 17-Sep | email from dad 9/16; emailed teachers | meet w/ Maggie 9/24 email from dad. He feels like she was given a gov test the day she returned. I emailed gov teacher |
| 17-Sep | would love a soc wrk to dev a relationship w/ missing school | TW will meet with him |
| 22-Sep | | ***Study hall |
| | | |
| 22-Sep | Would like to go 100% virtual 2nd sem. The whole family has had Covid and dad went into | |
| 22-Sep | Would like to go 100% virtual 2nd sem | |
| 23-Sep | Dad called me and said that Toby is in the hospital. He is Honolulu in the **hospital** for an | Wait...see when he returns..maybe ME |
| | He lives with uncle and aunt. Mom died of an aneirisium when he was 3yrs old, infront of him. | |
| 24-Sep | He's depressed. Needs positive females in his life. | Put in Johny's study hall |

**student name** (redacted)

| Date | Basic Info | Follow-up |
|---|---|---|
| 1-Oct | 2D's and 2F's | |
| 1-Oct | 3 F's | |
| 1-Oct | 3 F's | |
| 1-Oct | 2 D+, 2 F's | |
| 1-Oct | 2 D's, 1 F | DS_BS checking in |
| 1-Oct | 3 F's | |
| 1-Oct | 4 F's | Zach Jones followup |
| 1-Oct | 3 F's | |
| 1-Oct | 3 F's | |
| 1-Oct | 3 F's new student | Connect with club/activity, Greyhound Connections |
| 1-Oct | 2 D's and 2 F's | |
| 1-Oct | 2D's and 4 F's | talk to Johny Harbour |
| 1-Oct | 1 D- and 2 F's | |
| 1-Oct | 1 D- and 3 F's | |
| 1-Oct | 1D+ and 3 F's | |
| 1-Oct | 1 D- and 3 F's | |
| 1-Oct | 4 F's new student | Connect with club/activity, Greyhound Connections |
| 1-Oct | 2D's and 2 F's | |
| 1-Oct | 3F's | |
| 1-Oct | 2D's and 2 F's | TW will check in with her |
| 1-Oct | 1 D- and 3 F's | |
| 1-Oct | 2D's and 2 F's | |
| 1-Oct | 1D- and 4 F's | |

(Notes appearing in right column area): 9/22 teachers have helped [redacted]; Zoom meetings with [redacted] TW; Carmel Youth Assistance TW

**Administration Ex. 8**

CCS 00059

**student name**

| Date | Notes | Additional |
|---|---|---|
| 1-Oct | 1D and 2 F's | |
| 1-Oct | 3 F's | |
| 1-Oct | 1D- and 3 F's | |
| 1-Oct | 3 F | |
| 1-Oct | 2D's and 3 F's | |
| 22-Oct | note to teacher/met w Mary | TW referred to SVs. TW also got him a mentor. DS will follow up with Supported Study Hall teacher. |
| 22-Oct | Still failing classes/racing all weekend | DS will ask Mo if he can take Adv. Comp on Plato |
| 22-Oct | Dad died of covid | TW met with him yesterday per moms request. Teachers are all aware. For now we will let him go through some days as |
| 22-Oct | Dad would like S04 moved closer to now. He feels like [redacted] is having a hard time doing work at home. He would like to change to hybrid for next | Structure discussion/schedule/timers/ working in an open space |
| 22-Oct | Passed out in choir rehearsal/ eating disorder?? | called mom...she says she's fine |
| 22-Oct | Grimes is concerned that she is over her head/ | |
| 22-Oct | Grimes is concerned that she is over her head/ doesn't prepare | TW will refer to SVs mental health services. DS will work with teachers to be empathetic and sensive of the situation. Will **SSH** |
| 5-Nov | Met w/ her on 11/4, she is cutting for the past two weeks. Her mom knows. I also called mom. Mom would like for her to drop AP Human. Also, Mom has breast cancer, and is going to begin chemo treatment. A lot of stress on her. I called | TW and DS will call parents on 11/5 to get treatment scheduled |
| 5-Nov | He is having a hard time with the death of his dad. He is not coming to school. He is still | follow-up w/ Jill Grimes DS |
| 5-Nov | Living with grandma on her couch. His dad is building a house and so he is transitioning from | DS - communicate with teachers to work with student - look at withdrawing from Alg II-1, move to Nestor SH |
| 5-Nov | Spoke with mom yesterday. She is struggling with her depression and anxiety. She will be moving | DS sent a pass for him on 11/4 and student did not come down. |
| 5-Nov | | DS will continue to communicate with English Teacher and Savanna that English is a graduation requirement |
| 5-Nov | Dropping out to take GED | DS will follow up, and will not be allowed to exit. |
| 19-Nov | Crying in the bathroom | Hot pass |
| 19-Nov | Dropped AP Human/has a counselor now | TW - working with student - still struggling (esp in SSH and quiet time). Possible pull from honors Eng next semester. |
| 19-Nov | Spoke with dad, and gave options. He has not gotten back to me yet. | DS following up with dad on decision and **SSHD** progress. DS also looking into job coach for financial & vocational support. |
| 10-Dec | moving to virtual | DS reviewing her courses to prioritize graduation. Edmentum |
| 10-Dec | Failing everything/ CLC??? | DS - move to general diploma and look at edmentum Adv. |
| 7-Jan | Emotionally ashamed of failing all of his semester classes. Mentor? Needs support | DS- in supported study hall will monitor. If still needs further support after several weeks, will consider NHS Peer tutor. |
| 14-Jan | mom gave me survey to be returned to her | DS- Being tested for ADHD. |
| 14-Jan | Quarentined/failing Eng, US, Fr already | DS-Will put in a SSH and also follow up with Joe Stuejpe regarding Greyhound Connections completed |
| 26-Jan | Told Aaron Havice that he was once suicidal. I called him down to talk to him about this. He got | Called mom and she said he's been doing this kind of thing since he was in 6th grade. She was surprised he made it until |
| 26-Jan | New student- Will be McKinney Vento | New student- Will be McKinney Vento. Is living with grandma. Mother moved to Wisconsin. |
| 26-Jan | check in w/ | 2/8 Counselor called student down. Grades have improved |
| 26-Jan | got in trouble/ pls chk in on | 2/8 Counselor met w/ Jack and let him know that there are many supports if he needs them |

Additional right-column entries:
- Maya came back to hybrid. Checked on (5-Nov row "Dropping out to take GED")
- moved to virtual for the semester (5-Nov row)
- Added to NHS Peer tutor (7-Jan row)
- DS-Write-up suicide assessment (26-Jan row)
- 2/8 Halle sent me an email that her ICP teacher was not giving her a fair shot (26-Jan row)

**student name**

**student name**

| Date | Notes | Action | Status |
|---|---|---|---|
| 11-Feb | 2/9 Counselor sent message to virtual students to check on them. Student responded with that she was fearful she would be hit by her dad because of her math grade. 2/10 Counselor called CFS and | TW zooming with student; reach out to West Clay SW re: her sister, communicate with Julie Crist/Mary Reese | |
| 11-Feb | 2/10 Sunt email to counselor that she has | 2/18 moved Ivy to support study hall and dropped AP Human release being signed to for TW to talk to therapist; reinforce | |
| 11-Feb | Highly anxious, comes down to counseling at least once a week | parents are doing correct thing | |
| 11-Feb | Misses a lot at school/ met w/ last week | Met with WD, currently coming back at home | |
| 25-Feb | anxiety around doing art projects/mom wants | Will drop Art and put into SSH. | |
| 25-Feb | Misses a lot of school/ met w/ last week | FYI | |
| 11-Mar | Failing her core classes/ spoke w/mom on 2/26 | DS- will contact mom about evening CLC Edmentum Support. WD will reach out regarding attendence, TW will reach out for a Zoom. DS spoke w/ mom on 3/11 and offered CLC dates | |
| 11-Mar | She's been quarantined 3 times and her mom has breast cancer. | DS - will contact mom and discuss SH as a possibility, I left a message for mom to call me. 3/11 | |
| 11-Mar | email from TKeilman about being concerned. | DS - will contact teachers to discuss T1 supports and connect with Ken Browner to check in with him in SSRT | |
| 11-Mar | her uncle died of an overdose on 3/10 and this is | Spoke with her dad on 3/10 | |
| 11-Mar | Still missing school | WD will look into MED documentation and file ACES | |
| 11-Mar | Dad died from COVID. [SH] not doing. Mom has grief supports in place. | DS/TW will build documentation to bring to M-Team. Spoke to mom and she will be running this by Nick. 3/11 | |
| 11-Mar | Adjusting to school/life | DS will talk to Rachel about Back on Track, After talking to Roya and Rachel, we decided it is in her best interest to stay | |
| 25-Mar | Not doing an: work/100% virtual | | |
| 25-Mar | Not doing work and did not come to CLC sessions | | |
| 25-Mar | family life | | |

**student name**

| Date | Notes | Action | Status |
|---|---|---|---|
| 15-Apr | failing 5 classes and needs all of them | DS - Has qualified for a waiver. DS will communicate with TOR Kara House to determine what interventions have been | sent email to teachers 4/15 |
| 15-Apr | failing 4 classes and needs all of them | implemented and then follow up next week in SST to | sent email to teachers 4/15 |
| 15-Apr | failing 3 classes and lied to mom about being at | Meeting w/ dad and [SH] today | sent email to teachers 4/15 |
| 15-Apr | failing 4 classes and needs all of them. Family | BW will be checking on her. | sent email to teachers 4/15 |
| 15-Apr | only failing 3 | Stress and anxiety/ take out of SSRT to SSH | sent email to teachers 4/15 |
| 15-Apr | failing 4 classes and I feel like he has fallen | Reach out to Rebekah Overby; Screened out for ed neg. | virtual / sent email to RO 4/15 |
| 15-Apr | failing 3 classes | TW will follow up. | sent email to teachers 4/15 |
| 15-Apr | failing 3 classes | email all teachers to get feedback for all | sent email to teachers 4/15 |
| 15-Apr | failing 2 core classes | Follow up with student; offer virtual makeup day | sent email to teachers 4/15 |
| 15-Apr | failing 4 classes, grandma fell and will be living with the family now. She doesn't remember her. | DS will follow up with Greg Stiller and determine what the current plan is with [SH]. If need be, contact parents (if | emailed Greg 4/15 |
| 15-Apr | failing 3 core classes | DS will reach out to John Harbor to get feedback. Inform | emailed Johny 4/15 |
| 15-Apr | | DS - check in with Nestor to see how he's using his SSH. Could | |
| 15-Apr | failing 3 core classes | look at a virtual day of support | emailed Nestor 4/15 |
| 15-Apr | | DS - check in with Nestor to see how he's using his SSH. Could look at a virtual day of support | |
| 15-Apr | Dad would like him to come to school everyday. | DS- will contact Overbey and Grabek. | emailed Nestor 4/15 |
| 29-Apr | | DS- will work with teachers to transition his grades and | 4/29 emailed invested parties |
| 29-Apr | new student that would like to be here all week | create a clear pathway for due dates and priority | |
| 13-May | grades, home, quarantined | DS - working with teachers to build plan for finish of S2. identified a friend to leverage for support. Will try to connect with a student group. DS will look at summer school as an option. Doesn't believe she's too credit deficient. SSH for 1st | 4/29 emailed all teachers |

Administration Ex. 8

CCS  00060



**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 8:58pm

## Title: New Artifact

Student email indicates you would select a good math teacher for her.  This was an opportunity to share what her role might look like in having a better relationship with her math teacher and how that leads to having a good experience and feeling that she is in a good place with her teacher.  I think it would have been wise to explore why her perception was she did not have a good math teacher last year?  I think taking this time would also show you want to understand her concerns and have a relationship with this student to support her and are willing to take the time to do this. (4.2.I) (4.5.IN) (2.2.IN).

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means.  (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students.  (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students.  (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students.  (4.2.I) |

### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| | | | |

**Rachel Cole**

**From:** Dianna Stringham
**Sent:** Wednesday, July 28, 2021 6:42 PM
**To:** [redacted] via Canvas Notifications; Rachel Cole
**Subject:** Re: [redacted] (CHS Counseling) just sent you a message in Canvas.

[redacted]

Good evening! I hope you are getting excited about the start of the school year! I know I'm excited to start the year.
I wish I could help accommodate your request, but I cannot. It is school policy not to change schedules because of teachers. I'm sorry. I know you will do well.
Please let me know if I can help you with anything else.
Thanks,
Mrs. Stringham

---

**From:** [redacted] <notifications@instructure.com>
**Sent:** Wednesday, July 28, 2021 12:23 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** [redacted] (CHS Counseling) just sent you a message in Canvas.

**WARNING. External Sender.**

### Pre-calculus teacher

Hi! When we met at the end of last year to change my schedule you told me to email you close to the start of school and remind you to give me a good teacher for my math course. I would really appreciate having a good math teacher this year considering my struggle with algebra 2 last year. Thanks so much!

[redacted] [redacted]

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

CANVAS

View this message in Conversations | Update your notification settings

PR 2 PR1
4.5, 4.2, 2.2

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 8:59pm



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

## Title: New Artifact

Counselor had communicated with this student that the course was full and they were on the waitlist.  When she returned she saw that her student was in it, but the waitlist hadn't been used and she was not at the top of the list.  We need to follow the procedures we have in for schedule changes and be consistent across the department.  The counselor then had to call the student back and explain she did not get that seat and replace her original schedule which thankfully those courses were still open.  (2.2.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

**Rachel Cole**

**Subject:**              FW: Internship

When you talk with the student if you do t know who made the change will you ask her.  I would like to know. Thanks

Sent from my iPhone

Begin forwarded message:

>      **From:** Bettina Cool <bcool@ccs.k12.in.us>
>      **Date:** July 27, 2021 at 12:46:38 PM EDT
>      **To:** CHS Counselors <CHSCounselors@ccs.k12.in.us>
>      **Subject: FW: Internship**
>
>      Hi Everyone,
>      It looks like someone worked with this student over the summer and made this changed.  I'm concerned
>      because there was/is a waitlist for the Human & Social Services and the Work Based Learning classes.  If
>      you worked with her and can please let me know if I'm missing something, that would be great.  I'll need
>      to understand before calling her to change it back.
>      Thanks,
>      Bettina
>
>      Bettina Cool
>      Carmel High School
>      10-12 School Counselor
>      317-571-5922 Ext 8-7536
>
>      Find us on Twitter @CounselingatCHS
>      Check out the CCS Virtual Mindfulness Room for the High School Community
>
>
>      -----Original Message-----
>      **From:** student name
>      Sent: Thursday, June 3, 2021 2:11 PM
>      To: Bettina Cool <bcool@ccs.k12.in.us>
>      Subject: Internship
>
>      WARNING..External Sender.
>
>      Good Afternoon Mrs. Cool,
>
>      I hope you are enjoying your summer so far! I was wondering if it is possible to drop photography and
>      biblical literature. I have an internship at my church and would like to take the human resource class to
>      go to that internship every other day. Is this possible?
>
>      student name

*PR4*
*2.2*

1



**CARMEL CLAY SCHOOLS**

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 8:59pm

## Title: New Artifact

In this scenario there were lots of variables to be considered and communicated to the parents and student. When the request came in at that point before changing her schedule you really needed to collaborate with me on how to proceed if you didn't fully understand the ins and outs of this student's situation. You dropped the Cosmetology course and luckily they did not want to place it back into her schedule after learning due to her ISTEP scores that she could not be a Mid-year graduate unless she passes ASVAB. A math course was also removed from her schedule in the spring and really should not have been since she did not pass ISTEP math. As a counselor we have to be the ones to provide the big picture for graduation requirements for our student fully to all those involved and that is part of our role at an IEP meeting. After seeing the email and me initiating going to your office to find out more details on this situation it was evident that this was a complicated scenario and we needed to collaborate and make sure we were communicating to both parents and student their options and clearing communicate the best and worse case scenarios. having tThey needed to understand what it would take to make sure their daughter graduated. Staying in a full year schedule, completing the required credits, keeping 95% attendance and taking both the ASVAB and ISTEP while participating in remediation for ISTEP would ensure graduation for the student in May. Secondly having a conversation with the family about what she is going to transition to was also an important piece of this conversation and not just getting her graduated. Trying to just handle this on email without collaborating if you didn't have a clear understanding of how everything could play out was not supporting or providing the service we needed to for this student. (2.2.I) (3.7.I) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Administration Ex. 10**

CCS 00065

**Rachel Cole**

| | |
|---|---|
| **From:** | Dianna Stringham |
| **Sent:** | Wednesday, July 28, 2021 10:43 AM |
| **To:** | Rachel Cole; Maureen Borto |
| **Subject:** | █████ |

Hi Rachel and Mo,

████████ is dropping cosmetology and would like to be a mid-year grad.  I just spoke with mom and told her that I would need to put ████ in the back-on-track class for US History-2 but would need to get permission to do so.  I also told mom that I would get back to her in the next few days.  Please let me know if I'm allowed to put ████ in one of the back-on-track classes. ████ is a Senior.

Thanks,
Dianna


Dianna Stringham
10-12 Counselor
Carmel High School
520 E Main St
Carmel, IN 46032
dstringh@ccs.k12.in.us
317-571-5922 X7505

*"Be the reason someone feels welcomed, seen, heard, valued, loved and supported."  (unknown author)*

1

**Administration Ex. 10**

CCS  00066

| Student Name: | student name |
| Student Number: | student |
| Birth Date: | student 4 |

Grade: 12 Gender: Female
Grad Year: 2021
Diploma Type:

# Official Transcript

Carmel High School
520 E. Main St.
Carmel, IN 46032
Tel: 317-846-7721 Fax: 317-571-4056
CEEB CODE: 150-445
Counselor: Stringham

| Course   (A=AP, H=Honors, I=IB, D=Dual) | Grade | Semester 1 Grade | Semester 1 Credit | Semester 2 Grade | Semester 2 Credit |
|---|---|---|---|---|---|
| **18-19  Carmel High School** | | | | | |
| English 9-1/Geog-Hist World 1 | 9 | C | 1.0 | | |
| English 9-2/Geog-Hist World 2 | 9 | | | B | 1.0 |
| Algebra I-2 CO | 9 | | | B- | 1.0 |
| Algebra I-1 Daily | 9 | D- | 1.0 | | |
| Algebra I-2 Lab CO | 9 | | | B+ | 1.0 |
| Algebra I-1 Lab Daily | 9 | F | 0.0 | | |
| Biology I-1 Online | 9 | | | C- | 1.0 |
| Biology I-1 | 9 | R | 0.0 | | |
| Biology I-2 | 9 | | | D+ | 1.0 |
| Geography-History of World 1/Eng 9-1 | 9 | C | 1.0 | | |
| Geography-History of World 2/Eng 9-2 | 9 | | | B | 1.0 |
| Physical Ed II | 9 | A | 1.0 | | |
| Health and Wellness Education | 9 | F | 0.0 | | |
| Marching Band | 9 | A | 1.0 | | |
| Dance Perform, Color Guard 1 | 9 | A | 1.0 | | |
| Basic Skills S2 | 9 | | | B+ | 1.0 |
| **18-19  Indiana Online Academy** | | | | | |
| Physical Ed I | 9 | B- | 1.0 | | |
| **19-20  Carmel High School** | | | | | |
| English 10-1 | 10 | D+ | 1.0 | | |
| English 10-2 | 10 | | | R | 0.0 |
| Geometry 1 CO | 10 | B | 1.0 | | |
| Geometry 2 CO | 10 | | | C+ | 1.0 |
| Math Lab 3 CO | 10 | A- | 1.0 | | |
| Math Lab 4 CO | 10 | | | C+ | 1.0 |
| Intg Chem-Phys 1 | 10 | D | 1.0 | | |
| Intg Chem-Phys 2 | 10 | | | B- | 1.0 |
| Photography 1 | 10 | D+ | 1.0 | | |
| Photography 2 | 10 | | | D | 1.0 |
| Interpersonal Relationships | 10 | | | A | 1.0 |
| Intro Culinary Arts & Hosp | 10 | | | D | 1.0 |
| Nutrition & Wellness: Orient to Foods | 10 | B | 1.0 | | |
| Basic Skills S1 | 10 | B | 1.0 | | |
| **20-21  Carmel High School** | | | | | |
| English 11-1 | 11 | F | 0.0 | | |
| English 11-2 | 11 | | | B+ | 1.0 |
| Algebra II-1, Daily | 11 | F | 0.0 | | |
| Math Lab, Daily-3 | 11 | F | 0.0 | | |
| Earth/Space 1 Online | 11 | F | 0.0 | | |
| Adv Sci, Astronomy | 11 | D- | 1.0 | | |
| US History 1 | 11 | F | 0.0 | F | 0.0 |
| US History 2 | 11 | | | F | 0.0 |
| Sociology | 11 | | | A- | 1.0 |
| AdvNtrnWell: Baking | 11 | | | B | 1.0 |
| **20-21  Indiana Online Academy** | | | | | |
| English 10-2 | 11 | B+ | 1.0 | | |
| **21-22  Indiana Online Academy** | | | | | |
| English 11-1 | 12 | C+ | 1.0 | | |
| US History 1 | 12 | A- | 1.0 | | |

### Personal Info

student name
student name

| Overall Summary | | GPA Summary | S1 | S2 |
|---|---|---|---|---|
| Cum Weighted GPA: | 2.1833 | Gr 9: | 2.1482 | 2.6190 |
| Completed Credit Hrs: | 34.0 | Gr 10: | 2.3333 | 2.2222 |
| | | Gr 11: | 0.8000 | 2.5000 |
| | | Gr 12: | 3.0000 | |

### Work In Progress

| | |
|---|---|
| Adv Comp | 1.0 |
| Debate 1 | 1.0 |
| Adv Sci, Physical Geology | 1.0 |
| Government | 1.0 |

### Indiana Graduation Qualifying Exam Status

Math ISTEP:    Did Not Pass
English ISTEP:  Pass

### Graduation Pathways

Employability Skills:
Postsecondary-Ready Competencies:

### SAT
|  | Score | Date | |
|---|---|---|---|
| ERW: | | | Highest Individual ERW and |
| Math: | | | Math Scores Are Reported |

### ACT
|  | Score | Date | |
|---|---|---|---|
| Composite: | | | |
| English: | | | Highest Individual |
| Math: | | | Scores Are Reported |
| Reading: | | | |
| Science: | | | |
| Writing: | | | |

### AP and SAT Subject Scores

### Immunizations

| | Date 1 | Date 2 | Date 3 | Date 4 | Date 5 |
|---|---|---|---|---|---|
| DTaP/DTP/DT/Td: | 07/09/2004 | 03/28/2004 | 01/04/2005 | 09/26/2005 | 03/28/2008 |
| Polio: | 07/09/2004 | 03/28/2004 | 01/04/2005 | 03/28/2008 | |
| MMR: | 09/26/2005 | 03/28/2008 | | | |
| Measles: | | | | | |
| Mumps: | | | | | |
| Rubella: | | | | | |
| Hepatitis B: | 07/09/2004 | 03/28/2004 | 09/26/2005 | | |
| Varicella: | 09/26/2005 | 03/28/2008 | | | |
| Chicken Pox: | | | | | |
| Tdap: | 04/07/2015 | | | | |
| Meningococcal (MCV4): | 04/07/2015 | 08/17/2020 | | | |

R = Retake Grade

CHS is accredited by the North Central Association of Secondary Schools & Colleges.
This transcript is unofficial unless signed by a school official and embossed by the school seal.

Signature: _____    July 29, 2021

**Administration Ex. 10**

CCS  00067

**Rachel Cole**

| | |
|---|---|
| **From:** | Rachel Cole |
| **Sent:** | Thursday, July 29, 2021 8:25 PM |
| **To:** | Dianna Stringham; Maureen Borto |
| **Subject:** | RE: student |

Hi Dianna,

It doesn't look like she has passed ISTEP Math.  I have a couple concerns after looking at her historical grades.

- What diploma are you setting up for her to earn upon graduation?
- Are you trying to get her to graduate with Pathways or the Traditional way prior to Pathways?
- What courses do you think she needs to graduate?
- Did you discuss everything that needs to happen in order for her to graduate in December and be a mid-year grad?  I think her parent needs to be aware of the requirements as well.
- Why is she wanting to graduate early?  What is she going to do upon graduation?
- Do you think this is a good decision for this student?  Did you share your concerns or support of the decision?

Respond to the questions above and let's talk through this one.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Dianna Stringham
**Sent:** Wednesday, July 28, 2021 10:43 AM
**To:** Rachel Cole <RCole@ccs.k12.in.us>; Maureen Borto <mborto@ccs.k12.in.us>
**Subject:** Maya Davies

Hi Rachel and Mo,

student is dropping cosmetology and would like to be a mid-year grad.  I just spoke with mom and told her that I would need to put stude in the back-on-track class for US History-2 but would need to get permission to do so.  I also told mom that I would get back to her in the next few days.  Please let me know if I'm allowed to put stude in one of the back-on-track classes.  stude is a Senior.

Thanks,
Dianna

Dianna Stringham
10-12 Counselor
Carmel High School
520 E Main St
Carmel, IN 46032
dstringh@ccs.k12.in.us
317-571-5922 X7505

1

*PR 1*
*#2, 2.2, 3.7*



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:01pm

## Title: New Artifact

A Math teacher reached out to you on the last day of Registration week and let you know that your student actually failed Pre-Calc the spring semester prior. You did respond and called home and made the schedule change to repeat that course. My concern is why the math teacher is having to share this information with the counselor, I am wondering if the family was communicated with to do summer school. I see that she never registered with IOA, so I am wondering why we didn't change her schedule if they decided to not do summer school at that point. I am also concerned if there are other students who may fail in this scenario and we are not aware of it. The parent and student are relying on the counselor to keep their schedule correct and communicate with them if they need to repeat a course or discuss other options. (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |

*Why did this happen?*
*Teacher catching it?*

**Rachel Cole**

| | |
|---|---|
| **From:** | Dianna Stringham |
| **Sent:** | Friday, August 6, 2021 2:31 PM |
| **To:** | Scott Staley |
| **Cc:** | Rachel Cole |
| **Subject:** | RE: LF |

Scott,

Hi!  You are correct, she does not have the credentials to be in Finite.  I just called home and said she should take
PreCalc over.

Thank you,

Dianna

**From:** Scott Staley
**Sent:** Thursday, August 5, 2021 12:21 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** LF
**Importance:** Low

Hi Dianna,

I am going through students' grades. I see [REDACTED] received an F for 2nd semester last year in PreCalculus. I
believe she can still take Finite, but I want to follow up since I have 34 students and 35 students in my 2 Finite Math
classes. Currently I have 32 desks in my new classroom E 206. Hopefully she took it during the summer or plans to
retake it 2nd semester.

Thanks,

Scott

G Scott Staley
CHS Mathematics Teacher
ACP Finite Math & PreCalculus Instructor



520 East Main Street
Carmel, Indiana  46032
317-846-7721  ext. 7056

1

*RE.1*

*2.2 /3.7*

**Administration Ex. 11**          CCS  00070



**CARMEL CLAY SCHOOLS**

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:03pm

## Title: New Artifact

You did not follow our department rolling notes and when I replied to let you know the correct procedure so all parties would understand that you were now aware and how we would proceed you replied with a response to blame it on someone else in the department. I took an email from an Asst. Prin. to tell them our counselors understand the process, I took a phone call from the bookstore that they were getting students coming down and there was confusion, Pat and Julie dealt with students who were confused and then I tried to clarify with you and communicate to everyone that I think we are all now on the same page without letting them know you hadn't taken the time to read our department notes. You then respond to blame it on someone else which, if that is really what you thought should have only gone to me to discuss. It wasn't true so to again get the correct information established I sent another email and copied and pasted the information for everyone to see we do have a process, it has been communicated and we just all need to follow it. (2.2.I) (3.7.I) (4.2.IN) (4.5.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records, and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

CCS   00071

**Rachel Cole**

| | |
|---|---|
| ·om: | Rachel Cole |
| Sent: | Sunday, August 15, 2021 9:53 PM |
| To: | Dianna Stringham; Michelle Chiang |
| Cc: | Taryn Wanninger; Sara Knoop |
| Subject: | RE: student name |

Dianna,

It was in our department rolling notes on 8.9.21 under stuff you need to read.  I cut and pasted it below from the notes.  It is your responsibility to read this information.

**If you have a student that is grade 10-12 on free and reduced lunch and they reach out asking for a computer reach out to social worker and work with them to see if that is a need and we can work to provide one hopefully.  This is only if the family cannot afford one and they do not have one that we would consider it.  Frosh automatically get one but 10-12 is on a need and don't have a computer to use for school type basis.**

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Dianna Stringham
**Sent:** Sunday, August 15, 2021 9:46 PM
**To:** Rachel Cole <RCole@ccs.k12.in.us>; Michelle Chiang <mchiang@ccs.k12.in.us>
**Cc:** Taryn Wanninger <twanning@ccs.k12.in.us>; Sara Knoop <sknoop@ccs.k12.in.us>
**Subject:** RE: student

Rachel,

Thank you for the information.  Taryn, my social worker, did not inform me about the new rules on getting a chrome book for students.  I found out from Leanda that social workers were told in the morning about the new rule on chrome books and she emailed all of her counselors about the rule.  So, I'm sorry I didn't know.  It's difficult to know something when you are not told.  It is just frustrating not to receive information.
Thanks for the update.
Dianna

**From:** Rachel Cole
**Sent:** Saturday, August 14, 2021 8:17 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>; Michelle Chiang <mchiang@ccs.k12.in.us>
**Cc:** Taryn Wanninger <twanning@ccs.k12.in.us>; Sara Knoop <sknoop@ccs.k12.in.us>
**Subject:** RE: Destiny DiCurcio

Hi Dianna,

If you have a student that is on free and reduced lunch and they don't have a laptop or computer at home and are asking if it is a possibility to get one then give their name to Taryn or Sara and they will look into it and see if that is something we can do and they qualify.  It isn't an automatic if they are free and reduced they get one and I don't want

1

4,5, 22, 37, 4,2

CCS 00072

you to ask the student if they are free and reduced.  Just inquire if they have a computer at home and why they are asking.  If it sounds like it might be a possibility  then say I am not sure if we can get one but I will give your name to Ms. Wanniger or Ms. Knoop and they will see you to check if this is something we can do. End the conversation there and then if Sara or Taryn do determine it is a situation we can support, then they will let Michelle Chiang know the student nay receive one and they will let the student know.  If you have any questions about this process just see me Monday.  Thanks.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Dianna Stringham
**Sent:** Friday, August 13, 2021 12:54 PM
**To:** Michelle Chiang <mchiang@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** Destiny DiCurcio

Michelle.,
Hi again!  Could you please rent a chromebook to █████████ ?
Thank you,
Dianna

2

**Administration Ex. 12**                      CCS  00073



**CARMEL CLAY SCHOOLS**

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:02pm

## Title: New Artifact

You weren't aware this student was already in the TCP program and sent her an application. Take time to look up their schedule and see what is going on with them and any of your notes if you can't remember before responding to an email without knowing. You should really look at every student's schedule before responding to their email if it is a schedule change request. You can learn a lot by just seeing their course requests. (2.2.IN) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

Administration Ex. 13

*[handwritten note, top right]: You her counselor and offered her TCP appln when she is sitting in it? · student enabling it?*

**Rachel Cole**

| | |
|---|---|
| **From:** | student name |
| | Tuesday, August 17, 2021 1:37 PM |
| **To:** | Dianna Stringham |
| **Cc:** | Rachel Cole |
| **Subject:** | Re: Schedule |

WARNING..External Sender.

I am already in the TCP program.
I have a few questions that I'd like go over with you.  Is it possible to schedule a meeting?

> On Aug 11, 2021, at 2:30 PM, Dianna Stringham <dstringh@ccs.k12.in.us> wrote:
>
> [redacted]
> Hi!  I hope you had a great summer and ready to get back to it!  If
> you would like to do the "senior" transition to college program, you
> need to fill-out this form and return it to me.  😊
> I'll me waiting to hear.
> Thanks,
> Mrs. Stringham
>
> -----Original Message-----
> From: [redacted]
> Sent: Wednesday, August 11, 2021 1:25 PM
> To: Dianna Stringham <dstringh@ccs.k12.in.us>
> Subject: Schedule
>
>
> WARNING..External Sender.
>
> Mrs. Stringham,
> I would like to drop painting since it's an elective and I've got a
> full load. Could that block become a TCP? Please let me know thank you
> Kaitlyn Emmerson <transition to college.pdf>

1

*[handwritten, bottom right]: PR 1   2,2, 3.7*

CCS  00075



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:06pm

**Title: New Artifact**

You can retake a full year of a class to improve your grade. I am not sure why you indicated you can't? (2.2.IN) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

**Rachel Cole**

| | |
|---|---|
| From: | Dianna Stringham |
| Sent: | Thursday, August 26, 2021 3:47 PM |
| To: | student name |
| Cc: | Rachel Cole |
| Subject: | RE: Classes |

student

Hi again!  Yes, you can retake 2 classes this summer.  😊
Have a great evening!!!
Mrs. Stringham

-----Original Message-----
From: student name                              >
Sent: Thursday, August 26, 2021 3:42 PM
To: Dianna Stringham <dstringh@ccs.k12.in.us>
Subject: Re: Classes


WARNING..External Sender.

Ok thank you! I already retook two classes from sophomore year over the summer, so could I take two more this summer? Sorry, just making sure I read that correctly.

Sent from my iPhone

> On Aug 26, 2021, at 3:11 PM, Dianna Stringham <dstringh@ccs.k12.in.us> wrote:
>
> student
> Hi!  How are you today?  I hope you are enjoying your classes.  Our policy on retaking classes in the summer is that a student can only retake 2 classes (not full-year). For example, you could take English 10-2 and Chemistry-1.
> I hope that helps with your planning.  If you have more questions, we can probably meet up.
> Thanks,
> Mrs. Stringham
>
> -----Original Message-----
> From: student name              >
> Sent: Thursday, August 26, 2021 3:03 PM
> To: Dianna Stringham <dstringh@ccs.k12.in.us>
> Subject: Classes
>
>
> WARNING..External Sender.
>
> Hi Miss Stringham! This is kind of a random question but I was wondering if I could retake classes from my sophomore year over this summer?

> Sent from my iPhone

1



**CARMEL CLAY SCHOOLS**

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:06pm

**Title: New Artifact**

The student can take ISTEP and not pass and waiver to graduate if he meets the other needed requirements of gpa and attendance. When communicating this information it is difficult to email it. It however is even more challenging when we don't communicate fully all of the information. We don't want students and parents thinking that if they don't pass ISTEP or can't do the Pathways they won't graduate. A phone call or zoom meeting would have probably been better as long as you communicated all of the information. An email can work but you need to make sure it is thorough and complete. (2.2.IN) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counselling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counselling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counselling center or classroom. *(2.2.IN)* | C/MSW's routines for the counselling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

*- Doesn't have time - pass*
*E...*

## Rachel Cole

| | |
|---|---|
| **From:** | Dianna Stringham |
| **Sent:** | Friday, August 27, 2021 3:34 PM |
| **To:** | student name |
| **Cc:** | Rachel Cole |
| **Subject:** | RE: ASVAB Test? |
| **Attachments:** | grad pathway.pdf; employability sheet.pdf |

stud

Hi!  How are you?  The reason that you are taking the ASVAB is to qualify for the Pathways to get a diploma.  You have two options, take the ISTEP and pass or do the Pathways.  The pathways are filling 3 buckets.  The first bucket is going after a diploma, the second is Employability skills completion and the sheet and the third is the Post-secondary qualifiers.  In the third bucket, the post-secondary qualifiers would be the ASVAB, the SAT, the ACT and some other things.  I am going to send you the Pathways sheet from the state of Indiana.  Please read these over and understand that it is necessary for you to take the ASVAB.
Best of luck on Tuesday!!! You can do this!
Thanks,
Mrs. Stringham


**From:** student name
**Sent:** Friday, August 27, 2021 3:28 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** ASVAB Test?


**WARNING..External Sender.**

Hey Mrs. Stringham,

I just got a pass in class that says I need to go take this ASVAB test on next Tuesday? I googled it and it looks like it's some armed forces test. Is there a way around this? I don't want to go take a 3 hour test when I'm not going into the military.

Thanks,
stu

*2.2, 4.2*

**Administration Ex. 15**          CCS 00079



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:06pm

**Title: New Artifact**

This is incorrect information to share.  The ASVAB is not required by the state.  It is one option and we feel a very good option where many of our students have success in making the minimum score of 31 to use for Graduation Pathways.  If they don't take it we can look at other options if need be.   (2.2.I) (4.2.IN)

# DOMAIN 2: THE ENVIRONMENT
## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

CCS   00080

**Administration Ex. 16**

*ASVAB is not required by the state*

## Rachel Cole

| | |
|---|---|
| **From:** | Dianna Stringham |
| **Sent:** | Friday, August 27, 2021 4:03 PM |
| **To:** | student name |
| **Cc:** | Rachel Cole |
| **Subject:** | ASVAB |

student

Hi!  How was your week?  I know you told me that you have your Covid shot on Tuesday.  However, this test is required by the state for graduation.  It would be important for you to be there.  It is so hard to predict what will happen in December.  If it is possible to move your shot to the afternoon on Tuesday, that would still even work.
I am hoping you can be there if possible.
Have a wonderful weekend.
Thanks,
Mrs. Stringham

**Administration Ex. 16**

2.2, 4, 2

CCS  00081

**Rachel Cole**

**To:** Dianna Stringham
**Subject:** RE: ASVAB

Hey Dianna,
This test isn't required by the state. I was just saying if she could move her appointment I think it would be worth the effort to do so. If not she will just need to make sure we get ISTEP in this year. Let me know if you would like to discuss further.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Dianna Stringham
**Sent:** Friday, August 27, 2021 4:03 PM
**To:** student name ██████
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** ASVAB

st ████
Hi! How was your week? I know you told me that you have your Covid shot on Tuesday. However, this test is required by the state for graduation. It would be important for you to be there. It is so hard to predict what will happen in December. If it is possible to move your shot to the afternoon on Tuesday, that would still even work.
I am hoping you can be there if possible.
Have a wonderful weekend.
Thanks,
Mrs. Stringham

1

**Administration Ex. 16**

2, 2, 4, 2
CCS  00082



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Jan 20, 2022 at 9:07pm

**Title: New Artifact**

This student is reaching out for help and expressing she thinks she may be misplaced. As her counselor you need to help guide her through how to help herself but also communicate with the teacher and let her know of her concerns. If she thinks she is misplaced then we can have a conversation with Jen Drudge to move her. Since she is ENL she may need to have her TOR pulled in as well. To simply send an email back to her to figure everything out on her own and not communicate any of this information to the teacher or TOR is not helping this student. Hopefully you are going to follow up with the student and Chem teacher to see how she is progressing or if further conversation is needed. (2.2.IN)

# DOMAIN 2: THE ENVIRONMENT
## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

**Rachel Cole**

---

**To:**          Emily Hostetler
**Cc:**          Dianna Stringham
**Subject:**     RE: <span style="background-color:red">student</span> (CHS Counseling) just sent you a message in Canvas.

Thanks Emily!

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Emily Hostetler
**Sent:** Tuesday, August 31, 2021 5:31 PM
**To:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** Re: <span style="background-color:red">stude</span> (CHS Counseling) just sent you a message in Canvas.

Hi there. Sorry for the slow reply. I'm only in the building on blue days. I hear that <span style="background-color:red">student</span> struggling with chemistry. At this point I've only seen her a few times. It's hard for me to know if this is a language barrier or just not understanding the concepts. Jasmin hasn't asked a single question during class which also makes it difficult to know how's she's struggling. I did reach out via email to encourage her to ask questions. I also pointed out that there are daily videos posted on canvas to give students extra support. Jen Drudge is available to help students during SSRT. I will speak with Jasmin again tomorrow during class. Thanks for reaching out.

Emily Hostetler

Get Outlook for iOS

**From:** Rachel Cole <RCole@ccs.k12.in.us>
**Sent:** Monday, August 30, 2021 7:28:33 PM
**To:** Emily Hostetler <ehostetl@ccs.k12.in.us>
**Subject:** FW: <span style="background-color:red">S</span> (CHS Counseling) just sent you a message in Canvas.

Hi Emily,
I was copied on the email below and wanted you to be aware of this student's concerns. I know Dianna is out tomorrow and wasn't sure if she followed up with a phone call or email. I think this student needs you to reach out to them. It sounds like they are a bit overwhelmed. After working with them if you think we need to look at changing placement we can certainly work with Jen Drudge and see if that is a possibility. It may be they just need take a moment and figure how to navigate this class. Appreciate anything you can do to assist them.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Dianna Stringham
**Sent:** Monday, August 30, 2021 8:51 AM

**Administration Ex. 17**                    CCS  00084

**student name** via Canvas Notifications <reply+58e4f0ae3c5e5b7a-3402~100720512-1630193864@notifications.canvaslms.com>
Cc: Rachel Cole <RCole@ccs.k12.in.us>
Subject: RE: **student** (CHS Counseling) just sent you a message in Canvas.

**stud** h,

Hi and good morning!  How are you on this Monday?  I'm sorry you are having some difficulties in Chemistry.  You will need to meet with your teacher during SSRT and she if you could get any additional help.  This is the next steps that you need to take.  It is really too late to change your schedule.  However, if your ENL testing comes back and you need to put in another class (ENL 3 &4), we will then look at what class to take out.  So, I would get a pass for tomorrow and Thursday and go to Mrs. Hostetler's room.
Have a great day!
Mrs. Stringham

From: **S** <notifications@instructure.com>
Sent: Saturday, August 28, 2021 7:38 PM
To: Dianna Stringham <dstringh@ccs.k12.in.us>
Subject: **student** (CHS Counseling) just sent you a message in Canvas.

WARNING..External Sender.

### Dificulties

Hi Miss Stringham! I hope you're having a great Saturday! I just wanted to inform you that during the chemistry class I had difficulties do understand the lesson. As you know I was a french educated student and I was learning chemistry in french. So now moving to english I'm having difficulties understanding the words in english. On Monday I have 3 quizez and a test on Wednesday. I'm asking if I can lower the level so I can learn the basics.
Thank you so much for understanding!!


   **student name**

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

CANVAS

View this message in Conversations  |  Update your notification settings

**Administration Ex. 17**          CCS  00085

**Rachel Cole**

| | |
|---|---|
| **From:** | Rachel Cole |
| **Sent:** | Thursday, September 9, 2021 10:50 AM |
| **To:** | Dianna Stringham |
| **Cc:** | Maureen Borto |
| **Subject:** | Follow up meeting with Dianna |

Hello Dianna,

I am writing a follow up to our meeting last Monday August 30th at 4:00pm. Mo Borto, Jill Grimes (invited union representation), you and I met in my office to give you feedback on your work so far this year in relation to the areas in your improvement plan. This was our first meeting of three that are scheduled to give feedback so you are aware of any concerns we may see and provide ongoing feedback.

In this meeting Mo and I reviewed the action items within the plan which require you to turn in documentation of emails, phone records, task calendar and setting up meeting dates and SST observations. These are in your plan to assist you in keeping your job responsibilities organized, providing thorough communication that acknowledges and supports students/families, following routines and procedures within our department, maintaining records and showing professionalism. We acknowledged that you were staying on top of action items from the improvement plan and it is evident you are trying, there are, however, still major areas of concern. In the meeting we shared several examples where improvement is still needed, especially in the area of communication and professionalism. The examples are now uploaded in SFS as artifacts and tagged according to the feedback we provided. Going forward, we will upload documentation as it presents itself, in addition to addressing them directly with you.

During the meeting you voiced your concerns, including that you felt the plan was going well because you were meeting the timelines of these action items, so you did not understand how there are still so many concerns. You also shared that you felt we were picking on you specifically and that other counselors make mistakes. You also brought up other employees you feel have also been treated similarly to you. We explained that we will not discuss other employees. You also indicated we are doing this because of your race and sexual orientation, which we indicated had already been investigated by the district.

While you are welcome to share your concerns when we meet, we would like that to be a constructive conversation. At our next two meetings, we will continue to focus on providing you feedback on meeting the expectations of the plan.

If you have any further questions, I am happy to discuss.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN, 46032

**Administration Ex. 18**                    CCS  00086



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Jan 20, 2022 at 9:06pm

## Title: New Artifact

This student should have been dealt with a week and half sooner when the TOR reached out asking that his schedule be changed. The guidance I provided at that time was to follow up and find out what was going on. His Radio teacher a week and a half later reaches out to inquire about his schedule and was it going to be changed. If you had followed up initially he wouldn't have missed radio class time, the attendance report would have been entered correctly, there wouldn't have been miscommunication with the TOR and the discipline incident should have been reported to Mr. Glander to address.   (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner.  (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion.  (3.7.I) |

**Rachel Cole**

| | |
|---|---|
| **From:** | Dianna Stringham |
| **Sent:** | Wednesday, September 15, 2021 4:30 PM |
| **To:** | Chloe Minnaar |
| **Cc:** | Rachel Cole |
| **Subject:** | RE: CEG Radio? |

Chloe,

Hi and how are you? ▋stud▋ cannot go into a class after 5 weeks of missing instruction.  Would he go into another Basic skills or peer tutoring?  Or could he go into a study hall?

Thanks,

Dianna

**From:** Chloe Minnaar
**Sent:** Wednesday, September 15, 2021 2:44 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** CEG Radio?

Can we take ▋student name▋ out of radio? He is not loving it…. There are some peer conflicts in there

Chloe Minnaar
Carmel High School
Basic Skills Teacher
:minnaar@ccs.k12.in.us
317-846-7721 ext. 7633
https://www.doe.in.gov/sites/default/files/specialed/notice-procedural-safeguards-september-20-2019.pdf

1

**Rachel Cole**

From:           Chloe Minnaar
Sent:           Friday, September 24, 2021 9:59 AM
To:             Dianna Stringham
Cc:             Rachel Cole
Subject:      RE: student in radio

Gotcha!

I figured if he did peer tutoring it would give him a good elective choice and a nice environment. ☺

**From:** Dianna Stringham
**Sent:** Friday, September 24, 2021 9:29 AM
**To:** Chloe Minnaar <cminnaar@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Chloe,
Rachel asked me to call down ██████ and speak with him about the class.  She thought that we should keep him there and
not just take him out.  So, I want to make sure we are doing the right thing for ████.
I'll get back to you. ☺
Thanks,
Dianna

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:27 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

I thought you had him moved into peer tutor with ██████

**From:** Dianna Stringham
**Sent:** Friday, September 24, 2021 8:28 AM
**To:** Chloe Minnaar <cminnaar@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** FW: student in radio

Chloe,
Hi and how are you? I know things have been stressful.  I am wondering if we could talk about ████.  I'm not sure if he
should be moved out or not?  I want to make sure that Lacey, Rachel and Mo are okay with him moving out.  Let's
explore this more.
Thanks,
Dianna

**From:** Brandy Ostojic
**Sent:** Thursday, September 23, 2021 5:07 PM

1

**Administration Ex. 19**

CCS  00089

**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** student in radio

Hello,
The week before last one of my radio students, Studen ███████ came up to me in hall and said he dropped my class.
I've been counting him as UNV in PS, thinking he'd drop off soon.  But he is still in there as of today.  So just checking to make sure he really did drop it or ??
Thanks!

BRANDY OSTOJIC
*ADVISER, CHTV*
*TV & RADIO TEACHER*
*CARMEL HIGH SCHOOL*



2

## Rachel Cole

| | |
|---|---|
| **From:** | Rachel Cole |
| **Sent:** | Friday, September 24, 2021 1:18 PM |
| **To:** | Chloe Minnaar; Dianna Stringham |
| **Subject:** | RE: student in radio |

Thanks Chloe.  Dianna needs to have a conversation with <mark>stud</mark> and see what is going on.  She will follow up with you once that is done.  We don't typically remove students from a class once we have been in school for that long and I saw it was Sept. 15th that the request was made.  Hopefully we can work to support whatever issue he was having and get him through this semester and possibly look at changing for sem 2 right before break if he is still wanting a change.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:59 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Gotcha!

I figured if he did peer tutoring it would give him a good elective choice and a nice environment. 😊

**From:** Dianna Stringham
**Sent:** Friday, September 24, 2021 9:29 AM
**To:** Chloe Minnaar <cminnaar@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Chloe,
Rachel asked me to call down <mark>stu</mark> and speak with him about the class.  She thought that we should keep him there and not just take him out.  So, I want to make sure we are doing the right thing for <mark>stude</mark>
I'll get back to you.  😊
Thanks,
Dianna

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:27 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

I thought you had him moved into peer tutor with <mark>stude</mark>

1

**Administration Ex. 19**        CCS  00091

**Rachel Cole**

| | |
|---|---|
| From: | Rachel Cole |
| Sent: | Friday, September 24, 2021 1:22 PM |
| To: | Brandy Ostojic |
| Subject: | FW: student in radio |

Hi Brandy,
Thanks for reaching out. Dianna will need to follow up with him. His schedule had not been changed and he should have been attending class. We are going to try and keep him in there at least for this semester. He requested to drop the course Sept. 15th but that was too far into the semester for us to really consider a course change. My hope is Dianna can find out why the request was made and between her, his resource teacher and working with you he can be supported through whatever concern he was having to stay in class. If he really doesn't want to take it second semester then we will look at doing a schedule change in Dec. before winter break for the second semester. Let me know if you have any questions and thanks again!

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:59 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Gotcha!

I figured if he did peer tutoring it would give him a good elective choice and a nice environment. 😊

**From:** Dianna Stringham
**Sent:** Friday, September 24, 2021 9:29 AM
**To:** Chloe Minnaar <cminnaar@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Chloe,
Rachel asked me to call down stus! and speak with him about the class. She thought that we should keep him there and not just take him out. So, I want to make sure we are doing the right thing for stud.
I'll get back to you. 😊
Thanks,
Dianna

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:27 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>

1

## Rachel Cole

| | |
|---|---|
| From: | Dianna Stringham |
| Sent: | Friday, September 24, 2021 1:32 PM |
| To: | Rachel Cole |
| Subject: | RE: student in radio |

Rachel,
Hi and how are you? I did meet with ███ today and there was another student in the class making life difficult for him. He called him a "pedophile" and stuck tape on his back. Since the young man that did this is a freshman, we went to talk with CJ. Cj took care of the discipline, which I think he just did a conflict-resolution conversation. ███ wanted to stay in the class if he wasn't going to be harassed by this student.
I spoke with Brandi today as well. She is happy to catch ███ back up. He has been going to help Mr. Hansel with his class during this time.
Chloe made the assumption that I changed the class when I did not. She wanted it changed, not the student.
So, he is in Radio still.
Thanks,
Dianna

**From:** Rachel Cole
**Sent:** Friday, September 24, 2021 1:14 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** RE: student in radio

Dianna,
On Sept. 15th I shared that you needed to find out why the request was being made to drop a class at this point. That isn't something we normally do and what would we put in it's place? We can't expect a teacher to take him in new and catch him up. Since you hadn't asked why the request was being made to move him I wanted you to explore and ask questions to why this request was made. Was it a problem with another student in the class? Did he think the teacher wasn't supportive and he couldn't be successful? Where was this coming from? We had a request a few days earlier from a different student in a different class and it was because they didn't like sitting next to a certain student. We changed the seating chart and they were happy with that change and said they were okay to stay in the class now. We don't want students just dropping a class if it is something we can address and support, especially one that may be a great connection for them to our school and group of students they might become connected to and learn a skill along the way.

It doesn't sound like you reached out to ███ or connected with him. It is now a week and a half later and I am wondering where he has been during this period? You need to talk to Brandi and let her know that you didn't change his schedule and she should have marked him unverified so she did what she should have done as the teacher. You also need to reach out to ███ and see why he was even wanting to not be in the class and see if you can work to support whatever is going on there and possibly have Chloe provide some support as well. He needs to stay in this class for this semester and you can check with him in early December to see if he is still hoping to drop it for second semester. At that time if he is still wanting to change classes then you can give him the schedule change form and he could possibly take peer facilitating if that is what he wants. These conversations need to happen this afternoon or early Monday. Once you find out where he has been going during that period you need to call his parents and make them aware that he did miss those class periods and will now have to work at making up that work. (Touch base with Brandi on what this might look like.) Delaying talking with him has caused more stress for this young man and more work on his Radio Teacher and yourself. These conversations need to be timely. If there is a situation that you think warrants moving him you can run it by me, but I am not convinced there is for this semester.

**Administration Ex. 19**                    CCS  00093

Let Brittany know what is going on after you find out and about the skipping.

Let me know if you have any questions.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:59 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Gotcha!

I figured if he did peer tutoring it would give him a good elective choice and a nice environment. 😊

**From:** Dianna Stringham
**Sent:** Friday, September 24, 2021 9:29 AM
**To:** Chloe Minnaar <cminnaar@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

Chloe,
Rachel asked me to call down stude and speak with him about the class. She thought that we should keep him there and not just take him out. So, I want to make sure we are doing the right thing for stud.
I'll get back to you. 😊
Thanks,
Dianna

**From:** Chloe Minnaar
**Sent:** Friday, September 24, 2021 9:27 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** RE: student in radio

I thought you had him moved into peer tutor with Hansel.

**From:** Dianna Stringham
**Sent:** Friday, September 24, 2021 8:28 AM
**To:** Chloe Minnaar <cminnaar@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** FW: student in radio

Chloe,
Hi and how are you? I know things have been stressful. I am wondering if we could talk about stud. I'm not sure if he should be moved out or not? I want to make sure that Lacey, Rachel and Mo are okay with him moving out. Let's explore this more.

2

Thanks,
Dianna

**From:** Brandy Ostojic
**Sent:** Thursday, September 23, 2021 5:07 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** student in radio

Hello,
The week before last one of my radio students, ███████████ came up to me in hall and said he dropped my class.
I've been counting him as UNV in PS, thinking he'd drop off soon.  But he is still in there as of today.  So just checking to make sure he really did drop it or ??
Thanks!

BRANDY OSTOJIC
ADVISER, CHTV
TV & RADIO TEACHER
CARMEL HIGH SCHOOL



3

**Administration Ex. 19**

CCS 00095



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Jan 20, 2022 at 9:09pm

## Title: New Artifact

This was one of the email communications we discussed to not end with let me know if I need to do anything else. The support needs to be a team approach and even when writing the intervention plan it needs to have the parents and student involved in that process. When working with staff members it is also a team collaboration. (4.2.IN)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

**Rachel Cole**

| | |
|---|---|
| .om: | Dianna Stringham |
| **Sent:** | Monday, September 20, 2021 8:27 AM |
| **To:** | Brittany Wiseman |
| **Cc:** | Rachel Cole |
| **Subject:** | FW: S███████ |

Brittany,

Hi and how are you today?  Here is a doctor's note for student███.
Please let me know if I need to do anything else.
Thanks,
Dianna

**From:** Dianna Stringham
**Sent:** Monday, September 20, 2021 8:26 AM
**To:** student name████████████████Rachel Cole <RCole@ccs.k12.in.us>
**Cc:** student name████████████████
**Subject:** RE: studen████

Misti,

Good morning to you!  How are things today?  Please tell stud███ that we miss him here.  How is he doing?
I appreciate you keeping me updated.  Please let me know if the intervention plan is helping.
Thanks,
Dianna

**From:** Misti DeVore <mdevore@taylorlitigation.com>
**Sent:** Thursday, September 16, 2021 8:48 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Matt DeVore <matt.d@premier-group.com>
**Subject:** Re: Noah DeVore

**WARNING..External Sender.**

Thank you so much!  We had an appointment yesterday and we are following up with her recommended testing and treatment while we wait on the specialist appointments.  I have attached a note from her for the school.  Thank you so much for your call and willingness to always help, it really means a lot to us.

I talked to him about his classes and he is not ready to drop his pre-calc class yet but he also hasn't been back to school yet.  He really wants to try to catch up and finish it if he can.  I will keep you updated on all of this.

Thank you again!

Misti

**Administration Ex. 20**          CCS  00097

On Wed, Sep 15, 2021 at 1:12 PM Dianna Stringham <dstringh@ccs.k12.in.us> wrote:

Teachers,
Good afternoon!  I have put together an intervention plan for ██████ .  Please read the document and work at
helping ███ stay on top of things.  █████ has not been attending school due to an undiagnosed illness.  He throws up
everyday and then can't come to school.
Let's work together and help ████ improve his productivity.
Please let me know if you have any questions.
Thanks,
Mrs. Stringham


--
█████████
Director / Shareholder

Inline image

3003 E. 98th Street, Suite 201
Carmel, IN  46280
T: [317] 228-9910
F: [317] 228-9972

Inline image

3

**Rachel Cole**

| | |
|---|---|
| **From:** | Rachel Cole |
| **Sent:** | Friday, September 24, 2021 5:25 PM |
| **To:** | Dianna Stringham |
| **Subject:** | Follow up email from meeting two |

Hello Dianna,

We met last Tuesday, Sept. 14th for our second meeting. Mo Borto and Jill Grimes (Union Rep) were also in attendance. In this meeting we recognized that we did not have as many items to address specifically, but we were still seeing some areas of concern. The first item we reviewed was the need to follow our department hot pass protocol. The second item was that when a staff member emails about a student concern, please respond to them that you are going to work on the student concern and will follow-up with them on the situation. It is important that you do not finish the email as you are asking the staff member if they would like you to do anything. You need to respond with action steps. A feeling of a team approach is important.

When we asked if there was something on our end we could do to support you during this time, you shared you felt blindsided by the artifacts being uploaded and amount of items that were addressed in the first meeting. You indicated you would prefer to try and have those concerns addressed at the time it occurs instead of at the next meeting. You also shared that you felt like there was some modeling provided, but that there were times you may need more, especially if it is a concern of ours. I shared that I thought it did make sense to try and go over email concerns or other concerns that come up sooner than later. I had addressed some of them, but not all of them. It isn't always easy to find the time to have direct conversations, but I would try to do that and possibly schedule a meeting if needed to carve out the time.

In regards to modeling, in the past, I have modeled with the ████' student situation, █████s Mother, the parent that wanted the teacher changed for math without talking to the teacher, changing the ENL schedule with Jen and Kim, and you reaching out to Social Worker for a Chromebook. I will continue to model for you through our one on one conversations, but the goal is for you to work towards independence. Building that independence is built into the plan as it indicates below:

"Dianna will make the administration aware of any student and/or parent situations that she might need assistance in handling via email. After speaking with Mrs. Cole or Ms. Borto, Dianna should follow up with an email summary of the conversation and next steps. While Dianna is welcome to ask questions, she should be building independence throughout the timing of the plan."

These summaries are designed to be your reference point as you go forward and encounter similar situations. Please share these summaries with me or Mo as we model things for you.

You also shared that you wanted to know if the SFS tool was being used to accumulate data to fire you or was it information being used to document concerns and show growth. The plan is designed for growth and SFS is to document evidence of the plan. Our meetings are designed to provide you feedback along the way. In addition to the artifacts in SFS, there will be at minimum 2 informal observations and 1 formal observation during the time of the plan.

Please let me know if you have any questions.

Rachel Cole
Director of Counseling

1

**Rachel Cole**

| | |
|---|---|
| **From:** | Rachel Cole |
| **Sent:** | Thursday, September 30, 2021 8:39 AM |
| **To:** | Dianna Stringham |
| **Cc:** | Maureen Borto |
| **Subject:** | Follow up Meeting 3 |

Hi Dianna,

This is a follow up from my end on our third meeting Monday with Jill Grimes (Union Rep) and Mo Borto. We talked through the scenario with ████ and how that should have been handled differently starting back to when the TOR initially reached out asking to move him. Your role with ████ is to help identify why he wanted to switch out of his class. If at that point, you had met with ████ to get that information to help problem solve, the other issues and miscommunication would not have followed. We also talked about making sure to be present and communicate with staff members on students who are going through a crisis. There needs to be follow up initiated by you if you do miss a meeting that you were invited to and the communication sent to you needs to be read thoroughly before passing an email request on that isn't supposed to happen yet. I shared that I wanted you to come up with some type of system that you wrote the students name on a calendar, note, or something to remind yourself you need to follow up and not let these concerns go or be forgotten until someone else brings it back to you.

You did share after reflecting on the feedback from our first two meetings that you need to slow down and get more organized, which we all agreed would be helpful. The aspect you did not recognize is why it is important to slow down. We explained to you slowing down allows you to gather all of the information you need on a student in order to know who to involve and what the next steps should be.

You and I met afterwards to discuss the ASVAB document and meeting coming up. My concern was it wasn't fully put together for what our students need at Carmel High School. From our meeting you got clarification and now know what needs to be presented in the document, but it should have initially been set up that way. You followed their brochure and, even though we can use parts of it, we have to meet the needs of our students. My expectation is that this is something you can oversee and accomplish without me having to fully check and login to the system.

We set our next meeting time for October 11 at 8am. I will continue to reach out as items come up weekly if it is doable and you shared you thought that was helpful as well.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Oct 10, 2021
Sent to Staff: Oct 10, 2021
Viewed by Staff: Oct 10, 2021
Printed: Jan 20, 2022 at 9:10pm

**Title: New Artifact**

When a student reaches out to their counselor they are asking for your help and aren't sure what that totally looks like. They just know they need some help.  The suggestions you made were good, but you need to let the teacher know they are struggling and it is okay to tell the student.  It would have been ideal to actually talk with them face to face if you could and look at their grades in the class and learn more of what was going on.  This week check back in with her so see if she has had a conversation with the teacher and how she is feeling at this point.  I am assuming you would write her name down and do a follow up.   (2.2.IN)

**DOMAIN 2: THE ENVIRONMENT**
**2.2 Managing Routines And Procedures**

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

**Administration Ex. 23**

CCS  00101

Meeting four ended with Dianna saying she did not want to continue with improvement plan on October 11th.  She was not going to do that.  Union rep suggested she take some time to think it over. She took the day off and then posted this social media post.  Ultimately, taking a leave from work that she initiated with ESC.

## Rachel Cole

| | |
|---|---|
| **From:** | Rachel Cole |
| **Sent:** | Monday, October 18, 2021 12:39 PM |
| **o:** | Rachel Cole |
| **Subject:** | Social Media Post |

Dianna Stringham

This will be a long post. I think?  I want to make this clear before any rumors begin.  For the past year and a half, I have been emotionally abused and picked on by my department chair.  I have gone through the correct channels and they have all sided with her.  I have been under emotional distress since April of Covid. I filed a complaint to our assistant superintendent.  I told him my truth about being discriminated against.

He sided with her.

Some background:

My boss put pressure on a social worker that was dating women at the time.  Before this, she told her can you believe Stringham is married to a woman?  Also, when she found out she was dating women, she asked her why and offered to take her to her church. Another time, I heard her through the walls yelling about this social worker that "I want her gone".  They put so much pressure on her that she had to take a leave.  She was forced out.

It happened again this year with another social worker.  She is not gay. She is conservative. She posted something online and was shunned for it.  Later, she was reprimanded for her post. Very unfair!  She was pushed out as well.

I am struggling to understand what is happening with all the stress and anger in my department.  It is toxic and has finally gotten to me.

This is my 8th year and I have been highly effective 6/8 years.  Last year, she tried to give me a "Needs improvement " out of retaliation.  On my yearly evaluation, she had given me highly effectives and effectives.  So, the president of our union was able to turn this over.  So last year was effective.

Now, she and the assistant principal decided I needed an improvement plan.  So, since the end of July they have had me copy her on all my emails, put salutations on every email, log my phone calls, have 4 formal meetings during this time, email a reflection on every conversation or meeting we would have, and keep a "hot list" of students.

1

She has written me up 32 times since the beginning of the year for the most ridiculous things. Things that could easily be explained. Mistakes other counselors have done. Little things that are easily resolvable.

Here's an example: A student has been sick, unknown illness. I have been in contact with that parent since the beginning. This parent has been taking her child to doctor after doctor. She still doesn't have a diagnosis. Two weeks ago, I told the mom that I needed medical documentation and a release. All along I'm copying a different asst principal. The asst principal directly over our department wants me to speak with the doctor. So, I do this. Finally, with all this documentation the student might go to our alternative school. Yes, this took time that I had no control of, but I was written up for this.

I have to share one more ridiculous write-up. Our policy is that after 10 days a student cannot change classes. I told a student that they could not do a class because of this policy. This was an inappropriate thing to say. ????? Written up! The list of ridiculous write ups go on and on.

This has been my hell!!! I broke out in hives last week all over my body. Doctor says it's from stress. At the same doctor's visit, the doc told me I now have high blood pressure. This is a new thing.

Yesterday, she and the assistant principal over my department decided I need to continue my improvement plan. They don't care that this is effecting my health. They don't care about me. So, I'm going to take a leave of absence . I have been broken and I'm heartbroken. I can't believe how mean she is to people in our department. If she's not mean to you, you must be a favorite.

This is my truth. I just want you to know before people start making up stuff. I have done nothing egregious, nothing.

**Administration Ex. 24**

CCS  00104



CCS 00105

Administration Ex. 25

**Rachel Cole**

| | |
|---|---|
| **From:** | Dianna Stringham |
| **Sent:** | Friday, January 28, 2022 10:35 AM |
| **To:** | Thomas Oestreich; Shelley Coover |
| **Cc:** | Rachel Cole; Maureen Borto |
| **Subject:** | Fw: Verification Form |

Dr. Ostreich and Shelley,

This harassment is unbelievable. I asked Rachel to sign the documents this morning and she said she didn't feel comfortable signing that my practicum and internship were not done at Carmel High School.

I told her I called the Professional Licensing board and they said that all I had to do was have my current employer sign off on those two sheets. Rachel said ,"no I will not do it. I'm done with this. "

I then asked her to put on letterhead that I worked for Carmel for the past 8 years. She refused to even do this. I asked her again to call the professional licensing board and she said no. I am highly frustrated with Rachel and how she treats me. If this were any other counselor, she would sign it no problem. When it comes to me, she discriminates against me because I'm gay or a Latina or both. I'm so tired of her discrimination against me. She is hateful and mean.

Thanks,
Dianna


Please add to my complaint.

**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Sent:** Wednesday, January 26, 2022 9:52 PM
**To:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Subject:** Re: Verification Form

Dr. O,

Hi! Yes, you are not interpreting this correctly. I have already done my practicum and internship 19 years ago. This is just saying that I have completed the hours. This is NOT as a mental health counselor. I am having to take 4 additional courses to get my Mental Health license. I have to complete 3000 hours post completion of the 4 classes, which will not happen until the end of August. The state told me is that I just have to have my employer sign the practicum and internship hours because I have worked as a licensed school counselor. My degree is completed and was completed in May 2003. I can actually have any of the schools that I have worked for complete this form because I have already been working as a licensed school counselor.

I hope this is clear. I am not trying to pull one over on anyone.

I'm not sure how you got this. I gave this to Rachel to sign and she never spoke to me about it. As she doesn't speak to me about much of anything.

Thanks,
Dianna

**From:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Sent:** Wednesday, January 26, 2022 3:20 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** Verification Form

Good Afternoon Mrs. Stringham,

**Administration Ex. 26**

CCS 00106

I am in receipt of your request that CCS fill out a form representing that you have completed certain requirements for licensure as a mental health counselor or mental health counselor associate. It does not appear that CCS can validly attest to the information that has been requested. Among other requirements, the form requires a person filling it out to represent that you have completed an internship, received academic credit, and performed supervised clinical experience. As far as your employment with CCS is concerned, none of these is true.

If you think I have misinterpreted this form or what you are requesting, then I recommend that you contact me directly for further discussion.

Thank you,
Dr. Oestreich

**Dr. Thomas Oestreich**
Assistant Superintendent, Staff and Student Services



**Carmel Clay Schools**
*Together We Achieve*
5201 E Main St. Carmel, IN 46033
**O** (317)844-9961, ext. 1094
**F** (317)844-9965
**ccs.k12.in.us**



2

**Administration Ex. 26**



Reset Fo



**APPLICATION FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC) OR A MENTAL HEALTH COUNSELOR ASSOCIATE (LMHCA)**
State Form 50319 (R9 / 9-21)
Approved by State Board of Accounts, 2017

BEHAVIORAL HEALTH AND HUMAN SERVICES LICENSING BOARD
PROFESSIONAL LICENSING AGENCY
402 West Washington Street, Room W072
Indianapolis, Indiana 46204
Telephone: (317) 234-2054
E-mail: pla8@pla.IN.gov
www.pla.IN.gov

INSTRUCTIONS:
1. The fee for this application is $50.00, payable to the Indiana Professional Licensing Agency, in accordance with 839 IAC 1-2-5.
2. If applying for a temporary permit, please include your fee of $25.00 in accordance with 839 IAC 1-2-5.
3. Completed application and fees should be mailed to the address listed in the upper right hand corner of this form.
4. All fees are non-refundable and non-transferable.
5. Please refer to the instructions on our website, www.pla.IN.gov, for the licensing requirements.

\* This agency is requesting disclosure of your Social Security Number in accordance with IC 4-1-8-1; disclosure is mandatory and this record cannot be processed without it.
\*\* This information is being requested for workforce statistical purposes only; disclosure is voluntary.

| FOR OFFICE USE ONLY | |
|---|---|
| Application Fee | Permit fee |
| Date fee paid *(month, day, year)* | Date fee paid *(month, day, year)* |
| Receipt number | Receipt number |
| License number issued | Permit number issued |
| License issuance date *(month, day, year)* | Permit issuance date *(month, day, year)* |

**DO NOT WRITE ABOVE THIS LINE**

**BASIS FOR LICENSURE**

License Type (check only one):   ☒ Mental Health Counsel   ☐ Mental Health Counselor Associate

Obtained by Method: *Associate applicants must apply by examination.*
☒ Examination   ☐ Reciprocity

Do you wish to apply for a Temporary Permit? *Only Examination applicants are eligible to request the temporary permit. One permit allowed per applicant.*
☐ Yes   ☒ No

If you have passed mental health counseling examination, provide the following information for the most recent examination passed:

Date *(month, day, year):* _____   State: _____

Level of the Examination *(select one):*   ☐ NCE   ☒ NCMHCE   ☐ Other *(Specify):*

**APPLICANT INFORMATION**

Name of applicant *(last, first, middle)*  Stringham   Dianna
Social Security Number  316 86 5297

Date of birth *(month, day, year)*  06/25/1967
Gender\*\*  ☐ Male  ☒ Female
Telephone number *(daytime)*  (317) 514 1004
E-mail address  diannastringham@yahoo.co

Address of applicant *(number and street or rural route)*  4151 Limbaugh Way
City, state, and ZIP code  Westfield, IN 46062

Pursuant to IC 12-32-1-5 and IC 12-32-1-6, I swear under the penalty of perjury that: *(Please select one of the following.)*
☒ I am a United States Citizen.   ☐ I am a qualified alien (as defined under 8 U.S.C. § 1641).   ☐ I am authorized by the federal government to work in the United States.

Are you the spouse of a member of the military who is assigned to a duty station in Indiana? *(Optional)*
☐ Yes   ☒ No

Are you an active duty member of the military? *(Optional)*
☐ Yes   ☒ No

**GRADUATE EDUCATION (MASTER'S OR DOCTORAL)**

| Name of academic institution | Department | Program title |
|---|---|---|
| Indiana University | Edu | Counselor Ed |
| Location *(city and state)*  Indianapolis Indiana | Dates attended *(mm/yy - mm/yy)* | Degree earned  MS |
| Ball State University | Edu | Elem Ed |
| Location *(city and state)*  Muncie Indiana. | Dates attended *(mm/yy - mm/yy)*  08/85-12/90 | Degree earned  BS |
| Name of academic institution | Department | Program title |
| Location *(city and state)* | Dates attended *(mm/yy - mm/yy)* | Degree earned |

## EMPLOYMENT HISTORY FOR THE PAST FIVE (5) YEARS

*Please list all places of professional employment, including self-employment.*

| Name of employer | Position or title | Name of supervisor |
|---|---|---|
| Carmel High School | Counselor | Dr. Tom Harmas |
| Location (city and state) | Dates employed (mm/yy - mm/yy) | Average hours per week |
| Carmel, Indiana | 07/2014- | 40 |
| Duties or responsibilities | | |
| High school counselor | | |

| Name of employer | Position or title | Name of supervisor |
|---|---|---|
| Frankfort High School | Director of counseling | Dr. Kay Antonio |
| Location (city and state) | Dates employed (mm/yy - mm/yy) | Average hours per week |
| Frankfort, Indiana | 07/2006 - 06/2011 | 40 |
| Duties or responsibilities | | |
| Director of Counseling Department | | |

| Name of employer | Position or title | Name of supervisor |
|---|---|---|
| North Putnam High School | Counselor | Mr. Alan Zerkel |
| Location (city and state) | Dates employed (mm/yy - mm/yy) | Average hours per week |
| Roachdale, IN | 08/2003 - 06/2006 | 40 |
| Duties or responsibilities | | |
| High school Counselor | | |

| Name of employer | Position or title | Name of supervisor |
|---|---|---|
| | | |
| Location (city and state) | Dates employed (mm/yy - mm/yy) | Average hours per week |
| | | |
| Duties or responsibilities | | |

| Name of employer | Position or title | Name of supervisor |
|---|---|---|
| | | |
| Location (city and state) | Dates employed (mm/yy - mm/yy) | Average hours per week |
| | | |
| Duties or responsibilities | | |

| ne of employer | Position or title | Name of supervisor |
|---|---|---|
| | | |
| Location (city and state) | Dates employed (mm/yy - mm/yy) | Average hours per week |
| | | |
| Duties or responsibilities | | |

## STATES LICENSED

List all states and territories, **including Indiana**, in which you have been licensed to practice any regulated health occupation. Verification of all listed licenses must be submitted directly to the board from the state/territory that issued each license. *Licenses issued by the Indiana Professional Licensing Agency will not need verifications.*

| Type of License / Certificate / Registration / Permit | State | Number | Date Issued (month, day, year) | Status |
|---|---|---|---|---|
| School Counselor Rule 46-47 | IN | 1498108 | 5/7/2018 | Professional |
| | | | | |
| | | | | |
| | | | | |

**Administration Ex. 26**

CCS 00109

| QUESTIONS | | |
|---|---|---|
| If your answer is "Yes" to any of the following, explain fully in a signed written statement, including all related details, and provide copies of all relevant arrest or court documents. Describe the event including the location, date and disposition. Falsification of any of the following is grounds for permanent revocation of the license or permit issued pursuant to this application. | | |
| 1. Has disciplinary action ever been taken regarding any health license, certificate, registration or permit that you hold or have held? | ☐ Yes | ☒ No |
| 2. Have you ever been denied license, certificate, registration or permit to practice any regulated health occupation in any state (including Indiana), country or U.S. Territory? | ☐ Yes | ☒ No |
| 3. Do you have any condition or impairment *(including a history of alcohol or substance abuse)* that currently interferes, or if left untreated may interfere, with your ability to practice in a competent and professional manner? | ☐ Yes | ☒ No |
| 4. *Except for minor violations of traffic laws resulting in fines, and arrests or convictions that have been expunged by a court,* | | |
| (1) have you ever been arrested; | ☐ Yes | ☒ No |
| (2) have you ever entered into a prosecutorial diversion or deferment agreement regarding any offense, misdemeanor, or felony in any state; | ☐ Yes | ☒ No |
| (3) have you ever been convicted of any offense, misdemeanor, or felony in any state; | ☐ Yes | ☒ No |
| (4) have you ever pled guilty to any offense, misdemeanor, or felony in any state; or | ☐ Yes | ☒ No |
| (5) have you ever pled *nolo contendre* to any offense, misdemeanor, or felony in any state? | ☐ Yes | ☒ No |
| 5. Have you ever been denied staff membership or privileges in any hospital or health care facility or had such membership or privileges revoked, suspended or subjected to any restrictions, probation or other type of discipline of limitations? | ☐ Yes | ☒ No |
| 6. Have you ever been admonished, censured, reprimanded or requested to withdraw, resign or retire from any hospital or health care facility in which you have trained, held staff membership or privileges or acted as a consultant? | ☐ Yes | ☒ No |
| 7. Have you ever had a malpractice judgement against you or settled any malpractice action? | ☐ Yes | ☒ No |

| AUTHORIZATION FOR RELEASE OF INFORMATION |
|---|

I hereby authorize, request and direct any person, firm, officer, corporation, association, organization or institution to release to the Professional Licensing Agency any files, documents, records or other information pertaining to the undersigned requested by the Agency or any of its authorized representatives in connection with processing my application for licensure.

I hereby release the aforementioned persons, firms, corporations, associations, organizations and institutions from any liability with regard to such inspection or furnishing of any such information.

I further authorize the Professional Licensing Agency to disclose to the aforementioned persons, firms, officers, corporations, associations, organizations, and institutions any information which is material to my application, and I hereby specifically release the Agency, and the Board from any and all liability in connection with such disclosures.

A photostatic copy of this authorization has the same force and effect as the original.

| AFFIRMATION |
|---|

I affirm under penalties for perjury, that the foregoing representations are true.

| Signature of applicant | Date *(month, day, year)* |
|---|---|
| *Hanna Stringham* | |

## FORM C
## VERIFICATION OF GRADUATE COURSEWORK FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC) OR A MENTAL HEALTH COUNSELOR ASSOCIATE (LMHCA)
Part of State Form 50319 (R9 / 9-21)

In addition to this form, an official transcript from your degree granting institution and any other educational institutions at which you may have completed coursework or clinical experience must be sent directly from the institution(s) to the Professional Licensing Agency. Delays in the application approval process often the result of the Board's need to obtain more information from applicants regarding the specifics of individual course content. In order to ensure expediency in the application approval process, the Board suggests, but does not require, that applicants submit course catalog descriptions or course syllabi to accompany Form C. Please indicate the semester/quarter and year
In which each course was completed.

### COURSEWORK INFORMATION
List the course number and course title of the graduate coursework you have completed in the required content areas as they appear on your transcript. If the course titles as stated on your transcript do not clearly reflect the required content areas, you may be requested to provide additional supporting documentation such as course syllabus, term papers, etc. You may use the same course for more than one content area. Also, each content area may contain more than one course. Please use FORM C-1 to assist you in determining which courses to list in each content area.

**HUMAN GROWTH AND DEVELOPMENT**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**SOCIAL AND CULTURAL FOUNDATIONS**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**HELPING RELATIONSHIPS**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**GROUP WORK**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**CAREER AND LIFESTYLE DEVELOPMENT**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**APPRAISAL**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**RESEARCH AND PROGRAM EVALUATION**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**PROFESSIONAL ORIENTATION**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**FOUNDATIONS OF MENTAL HEALTH COUNSELING**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/Quarter _____ Year _____ |
|---|---|---|---|---|
| | | | | |

**CONTEXTUAL DIMENSIONS**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/ Quarter |
|---|---|---|---|---|
| | | | | Year |

**KNOWLEDGE AND SKILLS FOR THE PRACTICE OF MENTAL HEALTH COUNSELING**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/ Quarter |
|---|---|---|---|---|
| | | | | Year |

Applicants for licensure as a mental health counselor must show successful completion of a degree curriculum which shall encompass a minimum of forty-eight (48) semester hours, or seventy-two (72) quarter hours, of graduate study for the master's degree or a minimum of ninety-six (96) semester hours of graduate study for the doctoral degree. Further, the applicant for licensure shall document a minimum of sixty (60) hours of graduate credit in mental health counseling or a related field. Only graduate level courses are acceptable. The board will not accept coursework counted or credited toward an undergraduate degree.

Applicants for licensure as a mental health counselor must also show successful completion of a one hundred (100) hour practicum, a six hundred (600) hour internship and a three hundred (300) hour advanced internship. Please list these requirements below.

**PRACTICUM**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/ Quarter |
|---|---|---|---|---|
| | | | | Year |

**INTERNSHIP**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/ Quarter |
|---|---|---|---|---|
| | | | | Year |

**ADVANCED INTERNSHIP**

| Name of Educational Institution | Course Number | Course Title | Credit Hours | Semester/ Quarter |
|---|---|---|---|---|
| | | | | Year |

| Printed name of applicant | Date of birth |
|---|---|
| Signature of applicant | Date (month, day, year) |

Administration Ex. 26                    CCS  00112

**FORM C-1**
**GRADUATE COURSEWORK CONTENT AREAS**
Part of State Form 50319 (R9 / 9-21)

**HUMAN GROWTH AND DEVELOPMENT**
Studies that provide an understanding of the nature and needs of individuals at all developmental levels.
> Theories of individual and family development and transitions across the life-span;
> . Theories of learning and personality development;
- **C.** Human behavior including an understanding of developmental crises, disability, addictive behavior, psychopathology, and environmental factors as they affect both normal and abnormal behavior;
- **D.** Strategies for facilitating development over the life span.

**SOCIAL AND CULTURAL FOUNDATIONS**
Studies that provide an understanding of issues and trends in a multicultural and diverse society.
- **A.** Multicultural and pluralistic trends including characteristics and concerns of diverse groups;
- **B.** Attitudes and behavior based on such factors as age, race, religious preference, physical disability, sexual orientation, ethnicity and culture, family patterns, gender, socioeconomic status, and intellectual ability;
- **C.** Individual, family, and group strategies with diverse populations.

**HELPING RELATIONSHIPS**
Studies that provide an understanding of counseling and consultation processes.
- **A.** Counseling and consultation theories including both individual and systems perspectives as well as coverage of relevant research and factors considered in applications;
- **B.** Basic interviewing, assessment, and counseling skills;
- **C.** Counselor or consultant characteristics and behaviors that influence helping processes including age, gender and ethnic differences, verbal and nonverbal behaviors and personal characteristics, orientations, and skills;
- **D.** Client or consultee characteristics and behaviors that influence helping processes including age, gender and ethnic differences, verbal and nonverbal behaviors and persona characteristics, traits, capabilities, and life circumstances.

**GROUP WORK**
Studies that provide an understanding of group development, dynamics, counseling theories, group counseling methods and skills, and other group work approaches.
- **A.** Principles of group dynamics including group process components, developmental stage theories, and group members' roles and behaviors;
> Group leadership styles and approaches including characteristics of various types of group leaders and leadership styles;
> . Theories of group counseling including commonalities, distinguishing characteristics, and pertinent research and literature;
- **D.** Group counseling methods including group counselor orientations and behaviors, ethical standards, appropriate selection criteria and methods, and methods of evaluation of effectiveness;
- **E.** Approaches used for other types of group work, including task groups, prevention groups, support groups, and therapy groups.

**CAREER AND LIFESTYLE DEVELOPMENT**
Studies that provide an understanding of career development and related life factors.
- **A.** Career development theories and decision-making models;
- **B.** Career, avocational, educational, and labor market information resources, visual and print media, and computer-based career information systems;
- **C.** Career development program planning, organization, implementation, administration, and evaluation;
- **D.** Interrelationships among work, family, and other life roles and factors including multicultural and gender issues as related to career development;
- **E.** Career and educational placement, follow-up and evaluation;
- **F.** Assessment instruments and techniques relevant to career planning and decision-making;
- **G.** Computer based career development applications and strategies, including computer-assisted career guidance systems;
- **H.** Career counseling processes, techniques and resources including those applicable to specific populations.

**APPRAISAL**
Studies that provide an understanding of individual and group approaches to assessment and evaluation.
- **A.** Theoretical and historical bases for assessment techniques;
- **B.** Validity including evidence for establishing content, construct, and empirical validity;
- **C.** Reliability including methods of establishing stability, internal and equivalence reliability;
- **D.** Appraisal methods including environmental assessment, performance assessment, individual and group test and inventory methods, behavioral observations, and computer-managed and computer-assisted methods;
- **E.** Psychometric statistics including types of assessment scores, measures of central tendency, indices of variability, standard errors, and correlations;
> Age, gender, ethnicity, language, disability, and culture factors related to the assessment and evaluation of individuals and groups;
- **J.** Strategies for selecting, administering, interpreting, and using assessment and evaluation instruments and techniques in counseling.

## RESEARCH AND PROGRAM EVALUATION
Studies that provide an understanding of types of research methods, basic statistics, and ethical and legal considerations in research.
  A. Basic types or research methods to include qualitative and quantitative research designs;
  B. Basic parametric and non parametric statistics;
  C. Principles, practices, and applications of need assessment and program evaluation;
  D. Uses of computers for data management and analysis.

## FESSIONAL ORIENTATION
Studies that provide an understanding of all aspects of professional functioning including history, roles, organizational structures, ethics, standards, and credentialing.
  A. History of the helping professions including significant factors and events;
  B. Professional roles and functions including similarities and differences with other types of professionals;
  C. Professional organizations, primarily ACA, its divisions, branches, and affiliates, including membership benefits, activities, services to members, and current emphases;
  D. Ethical standards of the ACA and related entities, ethical and legal issues, and their applications to various professional activities (*e.g., appraisal, group work*);
  E. Professional preparation standards, their evolution, and current applications;
  F. Professional credentialing including certification, licensure, and accreditation practices and standards, and the effects of public policy on these issues; and
  G. Public policy processes including the role of the professional counselor in advocating on behalf of the profession and its clientele.

## FOUNDATIONS OF MENTAL HEALTH COUNSELING
Studies in this area include, but are not limited to, the following:
  A. Historical, philosophical, societal, cultural, economic, and political dimensions of mental health counseling;
  B. Roles, functions, and professional identity of mental health counselors;
  C. Structures and operations of professional organizations, training standards credentialing bodies, and ethical codes pertaining to the practice of mental health counseling;
  D. Implications of professional issues unique to mental health counseling including, but not limited to, recognition, reimbursement, right to practice, core provider status, access to and practice privileges within managed care systems, and expert witness status; and
  E. Implications of sociocultural, demographic, and lifestyle diversity relevant to mental health counseling.

## CONTEXTUAL DIMENSIONS: MENTAL HEALTH COUNSELING
Studies in this area include, but are not limited to, the following:
  A. Assumptions and roles of mental health counseling within the context of the health and human services systems, including functions and relationships among interdisciplinary treatment teams, and the historical, organizational, legal, and fiscal dimensions of the public and private mental health care systems;
  B. Theories and techniques of community needs assessment to design, implement, and evaluate mental health care programs and systems;
  C. Principles, theories, and practices of community intervention, including programs and facilities for inpatient, outpatient, partial treatment, and aftercare, and the human services network in local communities; and
  D. Theoretical and applied approaches to administration, finance and budgeting; management of mental health services and programs in the public and private sectors; principles and practices for establishing and maintaining both solo and group private practice; and concepts and procedures for determining accountability and cost containment.

## KNOWLEDGE AND SKILLS FOR THE PRACTICE OF MENTAL HEALTH COUNSELING
Studies in this area include, but are not limited to, the following:
  A. General principles of etiology, diagnosis, treatment, and prevention of mental and emotional disorders and dysfunctional behavior, and general principles and practices of the promotion of optimal mental health;
  B. Specific models and methods for assessing mental status; identification of abnormal, deviant, or psychopathological behavior, and the interpretation of findings in current diagnostic categories [*e.g., Diagnostic and Statistical Manual (DSM)*];
  C. Application of modalities for maintaining and terminating counseling and psychotherapy with mentally and emotionally impaired clients, including crisis intervention, brief, intermediate, and long-term approaches;
  D. Basic classifications, indications, and contraindications of commonly prescribed psychopharmacological medications for the purpose of identifying effects and side effects of such medications;
  E. Principles of conducting an intake interview and mental health history for planning and managing of client caseload;
  F. Specialized consultation skills for effecting living and work environments to improve relationships, communications and productivity, and for working with counselors of different specializations and with other mental health professionals in areas related to collaborative treatment strategies;
  G. The application of concepts of mental health education, consultation, outreach and prevention strategies, and of community health promotion and advocacy; and
  H. Effective strategies for influencing public policy and government relations on local, state, and national levels to enhance funding and programs affecting mental health services in general and the practice of mental health counseling in particular.

**FORM P**

**VERIFICATION OF PRACTICUM FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC) OR A MENTAL HEALTH COUNSELOR ASSOCIATE (LMHCA)**

Part of State Form 50319 (R9 / 9-21)

*Complete SECTION A and then forward this form to the educational institution at which you have completed your practicum.*

| SECTION A / APPLICANT INFORMATION |
|---|

Name of applicant *(last, first, middle, maiden)*   Stringham   Dianna

Date of birth   06/25/1967

My minimum one hundred (100) hour practicum was completed under the auspices of the following educational institution:

Carmel High School   located at   Carmel   Indiana
*(Name of Institution)*   *(City and State)*

I completed the practicum between the following dates:   07/2014   06/2015

I completed the practicum at the following location:   Carmel High School

Date began *(Month/Year)*   Date completed *(Month/Year)*   *(Specific location of practicum)*

| SECTION B / VERIFICATION OF COMPLETION OF THE ONE HUNDRED (100) HOUR PRACTICUM |
|---|

*SECTION B must be completed by an official of the institution that has granted you the academic credit for this supervised clinical experience.*

As an official of the school named above, I certify, that the above-named applicant has completed at least the following experience during the completion of the practicum:

(1) Applicant has completed at least a one hundred (100) hour practicum that enabled the applicant to develop basic counseling skills and to integrate professional knowledge and skills appropriate to the applicant's program emphasis.

(2) Applicant has completed a minimum of forty (40) hours of direct service with clients during this practicum and at least one fourth (1/4) of the hours were completed in group work.

As an official of the school named above, I certify that the above-named applicant did receive the following supervision during the completion of the practicum: Applicant received a minimum of one (1) hour per week of individual supervision and a minimum of one and one-half (1 1/2) hours per week of group supervision with other students over a minimum of one (1) academic term. For the purposes of this certification, individual supervision is defined as supervision rendered to one (1) person at a time, and group supervision is supervision rendered to at least two (2) and not more than twelve (12) individuals at one (1) time.

During the completion of this practicum, the applicant did receive the following total number of hours of face-to-face supervision: _____

I further certify that the supervision for this practicum was conducted by either a program faculty member or a supervisor working under the supervision of a program faculty member using audiotape, videotape and / or direct observation. The applicant's supervisor(s) held the following position(s), degree(s), license(s), and / or certification(s) - *[Provide name(s) and qualification(s) below]*:

Program faculty member

Site supervisor

Additionally, I certify the applicant's performance was evaluated throughout the practicum and a formal evaluation was performed at the conclusion of the practicum by the program faculty supervisor, in consultation with the site supervisor, if applicable.

| Position/Title at institution | Name of institution |
|---|---|

Name *(last, first, middle, maiden or previous name)*

| Work telephone number | Cellular telephone number | E-mail address |
|---|---|---|
| (    ) | (    ) | |

| Signature | Date *(month, day, year)* |
|---|---|

**RETURN THIS FORM TO:**
Professional Licensing Agency
402 West Washington Street, Room W072
Indianapolis, IN 46204

**FORM I**
**VERIFICATION OF INTERNSHIP FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC) OR A MENTAL HEALTH COUNSELOR ASSOCIATE (LMHCA)**
Part of State Form 50319 (R9 / 9-21)

Complete **SECTION A** and then forward this form to the educational institution at which you have completed your internship.
**SECTION B** must be completed by an official of the institution that has granted you the academic credit for this supervised clinical experience.

| SECTION A / APPLICANT INFORMATION |
|---|

Name of applicant (last, first, middle, maiden)   **Stringham   Dianna**      Date of birth **06/25/1967**

My minimum six hundred (600) hour internship was completed under the auspices of the following educational institution:
**Carmel High School**   located at   **Carmel   Indiana**
(Name of institution)                                                                (City and State)

I completed the internship between the following dates:   I completed the internship at the following location:
**07/2015      06/2016**        **Carmel High School**
Date began (Month/Year)   Date completed (Month/Year)   (Specific location of practicum) .

| SECTION B / VERIFICATION OF COMPLETION OF THE SIX HUNDRED (600) HOUR INTERNSHIP |
|---|

As an official of the school named above, I certify, that the above-named applicant has completed at least the following experience during the completion of the internship:

(1) Applicant has completed at least a six hundred (600) hour internship that enabled the applicant to refine and enhance basic counseling skills, to develop more advanced counseling skills and to integrate professional knowledge and skills appropriate to the student's initial post graduation professional placement.

(2) Applicant has completed a minimum of two hundred forty (240) hours of direct service with clients appropriate to the program of study.

(3) Additionally, the applicant was provided with the following opportunities:
   (a) for the student to become familiar with a variety of professional activities other than direct service.
   (b) for the student to develop audiotapes and/or videotapes of the student's interactions with clients appropriate for use in supervision.
   (c) for the student to gain supervised experience in the use of a variety of professional resources, such as, assessment instruments; computers; print and nonprint media; professional literature; research; and information and referral to appropriate providers.

an official of the school named above, I certify that the above-named applicant did receive the following supervision during the completion of the internship: Applicant received a minimum of one (1) hour per week of individual supervision and a minimum of one and one-half (1 1/2) hours per week of group supervision, throughout the internship. For the purposes of this certification, individual supervision is defined as supervision rendered to one (1) person at a time, and group supervision is supervision rendered to at least two (2) and not more than twelve (12) individuals at one (1) time.

During the completion of this internship, the applicant did receive the following total number of hours of face-to-face supervision: _____

I further certify that the supervision for this internship was conducted by either a program faculty member or a supervisor working under the supervision of a program faculty member using audiotape, videotape and/or direct observation. The applicant's supervisor(s) held the following position(s), degree(s), license(s), and/or certification(s) - [Provide name(s) and qualification(s) below]:

Program faculty member

Site supervisor

Additionally, I certify the applicant's performance was evaluated throughout the internship and a formal evaluation was performed at the conclusion of the internship by the program faculty supervisor, in consultation with the site supervisor, if applicable.

| Position held at the institution | Name of institution |
|---|---|

Name of (last, first, middle, maiden or previous name)

| Work telephone number | Cellular telephone number | E-mail address |
|---|---|---|
| (    ) | (    ) | |

| Signature | Date (month, day, year) |
|---|---|

RETURN THIS FORM TO:
Professional Licensing Agency
402 West Washington Street, Room W072
Indianapolis, IN 46204

**FORM E2**
**VERIFICATION OF EXPERIENCE FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC)**
Part of State Form 50319 (R9 / 9-21)

---

*Complete **SECTION A** and then forward this form to your previous or current employer(s) for completion of **SECTION B**. You must submit proof that you have required at least 3,000 hours of post-graduate clinical experience over a two (2) period of time. **This form may be duplicated if your 3,000 hours of experience have been completed at more than one place of employment.** If you are no longer able to contact your previous employer(s), you may complete **SECTION C** (on the reverse side of this form) for each previous place of employment. Sign the form(s) and return the form to the Professional Licensing Agency at the address listed on the bottom of this form.*

| SECTION A / APPLICANT INFORMATION | |
|---|---|
| Name of applicant *(last, first, middle, maiden)* | Date of birth *(month, day, year)* |
| Name of employer | Dates of employment *(month/year to month/year)* |
| Location of place of employment or place of practice | |

| SECTION B / EMPLOYER / EMPLOYMENT INFORMATION | |
|---|---|
| *This section is to be completed by the applicant's previous or current employer and sent directly to the Professional Licensing Agency at the address listed on the bottom of this form.* | |
| Total number of months the above-named applicant served in the practice of mental health counseling | |
| Total number of hours served at the address below | State average number of hours worked per week |
| Address(es) of where the above-named applicant provided the majority of his / her mental health counseling services | |
| Printed name of employer and title | |
| ...ar telephone number | Work telephone number | Email address |
| Signature of employer | Date *(month, day, year)* |

RETURN THIS FORM TO:
Professional Licensing Agency
402 West Washington Street, Room W072
Indianapolis, IN 46204

CCS 00117

**FORM E2**
**VERIFICATION OF EXPERIENCE FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC)** *(continued)*
Part of State Form 50319 (R9 / 9-21)

<div align="center">SECTION C / AFFIRMATION OF EXPERIENCE</div>

*ᴗ be completed by applicant if the applicant's previous employer is no longer able to complete SECTION B (on reverse side of this form). Please indicate below the reason why your previous employer is no longer able to complete SECTION B (on the reverse side of this form). If you are affirming experience acquired through more than one previous employer this form may be duplicated but you must submit one AFFIRMATION OF EXPERIENCE for each previous employer that is no longer able to complete SECTION B (on the reverse of this form).*

I am unable to have my previous employer(s) complete SECTION B for the following reason:

☐ Deceased     ☐ Unable to be located     ☐ Other reason

*If you have checked "Other reason", please briefly explain:*

_____

_____

Total number of months that you have been providing mental health counseling services directly to clients on an average of at least _____

hours per week, at the address below: _____

Total number of hours served at the address below: _____

Period of time in which you provided these services: _____ to _____
                                                      *(month / year)*         *(month / year)*

Name of facility and address where mental health counseling services were provided:

_____

*Provide the name of a professional colleague who can attest to the validity of the above statements:*

_____            (_____) _____
Name of colleague *(last, first, middle, maiden)*        Daytime telephone number of colleague

_____
Address of colleague *(number and street, city, state, and ZIP code)*

_____
*List all graduate degrees, credentials and / or state board issued licenses / certifications held by this colleague*

<div align="center">APPLICATION AFFIRMATION</div>

I hereby swear or affirm under the penalties perjury that the above statements are true, complete and correct.

| Signature of applicant | Date *(month, day, year)* |
|---|---|
|  |  |

CCS  00118

**FORM S-2**
**VERIFICATION OF SUPERVISION FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC)**
Part of State Form 50319 (R9 / 9-21)

*Complete **SECTION A** and then forward this form to your previous or current supervisor(s) for completion of **SECTION B**. You must submit proof that you have received at least one hundred (100) hours of face to face supervision acquired during your 3,000 hours of post-graduate clinical experience. **This form may be duplicated if your one hundred (100) hours of face to face supervision have been completed through multiple supervisors.** If you are no longer able to contact your previous supervisor(s), you may complete **SECTION C** (on the reverse side of this form) for each previous supervisor. Sign the form(s) and return the form to the Professional Licensing Agency at the address listed on the bottom of this form.*

| SECTION A / APPLICANT INFORMATION | |
|---|---|
| Name of applicant (*last, first, middle, maiden*) | Social Security number * |
| Name of supervisor | Dates of supervision (*month/year to month/year*) |

| SECTION B / SUPERVISOR INFORMATION |
|---|

*This section is to be completed by the applicant's previous or current supervisor and sent directly from the applicant's previous or current supervisor to the Professional Licensing Agency at the address listed on the bottom of this form.*

Total number of hours of face to face supervision you provided to the above-named applicant: _____

Total number of months above supervision was completed: _____

The above-named applicant was providing mental health counseling services directly to clients at the time of my supervision?

☐ Yes    ☐ No    If No, please explain: _____

I hold the following graduate degree(s), credential(s), and / or state board issued license(s) / certification(s) that qualify me to serve as a mental health counselor

supervisor: _____

Printed name of supervisor

| Cellular telephone number | Work telephone number | Email address |
|---|---|---|
| Signature of supervisor | | Date (*month, day, year*) |

CCS  00119

**FORM S-2**
**VERIFICATION OF SUPERVISION FOR LICENSURE AS A MENTAL HEALTH COUNSELOR (LMHC)** *(continued)*
Part of State Form 50319 (R9 / 9-21)

| SECTION C / AFFIRMATION OF SUPERVISION |
|---|

To be completed by applicant if your previous supervisor is no longer able to complete *SECTION B* (on reverse side of this form). Please indicate below the reason why your previous supervisor is no longer able to complete *SECTION B* (on the reverse side of this form). *If you are affirming supervision received from more than one previous supervisor, this form may be duplicated but you must submit one AFFIRMATION OF SUPERVISION for each previous supervisor that is no longer able to complete SECTION B (on the reverse side of this form).*

*Please indicate below the reason why your previous supervisor is no longer able to complete SECTION B.*

My previous supervisor named below is:

    Deceased        Unable to be located        Other reason

*If you have checked "Other reason", please briefly explain:*

_____

_____

Supervision was provided by: _____
                                                        *(Name of supervisor / last, first, middle, maiden)*

Total number of hours of face-to-face supervision you have received from this supervisor while providing mental health counseling services
directly to clients: _____

Date of Supervision:_____ to _____
                                *(month / year)*                           *(month / year)*

*List all graduate degrees, credentials and / or state board issued licenses / certifications that qualified this individual to serve as a*
*mental health counselor supervisor:* _____

| APPLICATION AFFIRMATION |
|---|

I hereby swear or affirm under the penalties perjury that the above statements are true, complete and correct.

| Signature of applicant | Date (month, day, year) |
|---|---|
| | |

CCS  00120

## Rachel Cole

**From:** Rachel Cole
**Sent:** Friday, January 28, 2022 11:56 AM
**To:** Maureen Borto
**Subject:** 1.28.22 Altercation in my office DS

Documentation of Dianna Stringham coming in my office and causing an office disturbance and unprofessional actions on 1.28.21

Counselor came in my office and body language was tense and aggressive from the beginning. She asked, "Why won't you sign these documents, it is just saying that I have worked as a counselor and have met these requirements already." She listed very quickly what she is trying to accomplish, taking courses, already finished her masters years ago... I honestly could not keep up with all of it because she was talking so fast and loud, but bottom line she said "I just need you to sign the forms in a raised voice. The state said you just need to sign them since I have worked as a school counselor here for eight years." I told her I can't sign those forms because they specifically say that I supervised group work, had one hour weekly meetings to discuss counseling skills and other details that did not happen with me at CHS. I did not supervise an internship or the most of the specific details listed. She said "That doesn't matter. They don't care about that they just said you can sign it because I was a counselor here. I can go to Frankfort or one of my other schools and have them sign this, it is just easier to have you do it." I told her I don't feel comfortable signing it, you need to go to one of those schools if you think that is something they can sign then that is what you need to do. She started raising her voice even more saying "You are ridiculous. You are ridiculous." I said I am done with this conversation. She said "Then call the state and ask them, call them!" and was literally yelling at me, leaning over my desk. I told her I am not going to call them. I am done with this. She said "Is this because you want to fire me? Is this why you are doing this? You are ridiculous. Ridiculous." Yelling each statement. I said I understand that is what you think. I am not discussing this anymore and she still wouldn't leave and said "Call Them, just call them and ask." Physically you could see her becoming more enraged and frustrated. Dianna also wanted me at the end to put on letterhead that she has worked at Carmel Clay Schools for eight years and was almost demanding and attacking with her demeanor. At this point I was no longer listening to the yelling and trying to end the disruption for myself and the office. Mo Borto actually came walking in and Dianna shared with her that this is ridiculous and yelling I wouldn't sign the documents or do the letterhead, she just needs to call the state. Mo stated that Dianna needs to direct her concerns to Dr. O, asked me to come to her office and we walked out of my office. I left and when I returned my Administrative Asst. and Counselor came in and asked if I was okay? What should they do if that happens again? They are so sorry. They could hear Dianna yelling at me and weren't sure what to do so they called Mo. I told them thank you. I was sorry this was something they had to deal with and appreciated them calling an Administrator. I didn't see the attack/altercation coming and will not stay in a room with this counselor and allow this disruption to go this long again. Anything I did to try and diffuse and end it only escalated the situation even though I remained calm with my responses.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

CCS 00121



| Book | Carmel Clay Schools Board Policies |
|------|------|
| Section | 9000-Relations |
| Title | Civility and Decorum |
| Code | 9600 |
| Status | Active |
| Adopted | September 27, 2021 |

Carmel Clay Schools ("CCS") is dedicated to maintaining a supportive learning environment free from disruptive conduct. CCS, through this policy, intends to promote mutual respect, civility, decorum, and orderly conduct among CCS employees, students, parents/guardians, and other members of the public.

CCS employees, students, parents/guardians, and other members of the public are expected to treat one another with civility, courtesy, and respect during all CCS operations, programs, and activities, including on school grounds or at school-sponsored events.

Respectful dialogue amongst CCS employees, students, parents/guardians, and other members of the public are welcomed and even encouraged. This policy is not intended to stifle the expression of differing viewpoints, rather to promote problem-solving and the respectful communication of differing viewpoints. However, any conduct that disrupts or interferes with the good order or administration of any CCS operation, program, or activity will not be tolerated.

Disruptive or uncivil behavior includes, but is not limited to:
 a. Actions taken or words conveyed with the purpose to intimidate, threaten, or harass;
 b. Using profanities or obscenities;
 c. Raising one's voice above an appropriate level;
 d. Personal attacks;
 e. Gesturing in a manner that causes one to fear for their safety;
 f. Invading, or remaining in one's personal space after being asked to move away;
 g. Physically blocking others from moving about freely; or
 h. Using physical force, or threat of physical force.

An incident of uncivil or disruptive behavior from parents/guardians, or other members of the public will be documented and sent to the Director of Student Services.

CCS will address disruptive and uncivil behavior in a progressive manner. Usually, CCS

CCS 00122

will first remind the individual to remain civil and be respectful and courteous to others. If disruptive and uncivil behavior continues, CCS may take the following non-exhaustive actions: remove the individual from the general area to provide time for de-escalation; remove the individual from the area for the remainder of the meeting or event; implement a communication plan; and/or issue a no-trespass order.

Nothing in this policy shall prevent CCS from appropriately involving law enforcement or meeting reporting requirements under Indiana law.

For CCS employees and students who behave in an uncivil or disruptive manner, appropriate disciplinary action will be taken in accord with negotiated agreements, employee handbooks, and the Student Code of Conduct.

The Superintendent or designee may develop administrative guidelines to implement this policy.

Legal Citation:
IC §20-33-9-10

Cross References         9600 - Civility and Decorum

Last Modified by Amy Dudley on November 23, 2021

CCS  00123



## CARMEL CLAY SCHOOLS

5201 East Main Street, Carmel, Indiana 46033 • Telephone: 317.844.9961 • Fax: 317.844.9965 • www.ccs.k12.in.us

February 4, 2022

**SENT VIA CERTIFIED MAIL AND EMAILED**

Dianna Stringham
4151 Limbaugh Way
Westfield, IN 46062

### Notice of Principal's Preliminary Decision &
### Statement of Your Conference and Conference/Hearing Rights

Dear Mrs. Stringham:

I have made the preliminary decision to cancel your teaching contract. I am making this recommendation for the following reasons:

- Your unprofessional behavior directed towards your supervisor on January 28, 2022 where you were yelling loudly at her about a form you demanded she sign, when the assistant superintendent already communicated with you that any questions should be directed to him about the topic.

- You continued job performance that falls below what we expect out of our counselors at Carmel High School. You continue to make errors in your role as a counselor that impacts other staff and students.

These reasons constitute, insubordination, incompetence, neglect of duty and other good and just cause within the meaning of Indiana Code section 20-28-7.5-1(b)(6).

You have a right to a private conference with the Superintendent to discuss my preliminary decision. In order to have this right to the Superintendent's Conference you must request it in writing within five (5) days of your receipt of this preliminary decision letter. If you request such a conference, it will be conducted with the Superintendent at our Education Service Center (ESC) located at 5201 East Main Street Carmel, IN 46033. At the conference with the Superintendent you may be accompanied by a representative. If you do not request a conference with the Superintendent, my preliminary decision becomes final.

*Experience excellence...Explore opportunities...Realize potential*

**Administration Ex. 27**

CCS 00124



## CARMEL CLAY SCHOOLS

5201 East Main Street, Carmel, Indiana 46033 • Telephone: 317.844.9961 • Fax: 317.844.9965 • www.ccs.k12.in.us

If you request and have a conference with the Superintendent and are not satisfied with his recommendation, you may request a conference with the Board of Education in Executive Session. To have a private conference/hearing with the Board, you must submit a written request for a private conference with the Board to the Superintendent not later than five (5) days after your conference with the Superintendent. If requested timely, that private conference will be scheduled. You may be accompanied by a representative at this conference as well.

The Board may vote to cancel your teaching contract by a majority vote of the full Board in a public meeting evidenced by a signed statement in the minutes of the Board. The Board's decision will be in writing and is final.

If the Board votes to cancel your teaching contract, your teacher contract will terminate at the end of the day of when the board publicly votes. If the Board does not terminate your contract on that day, you will be scheduled to meet with me in my office on the next day to reassume your duties consistent with the Board's decision.

Enclosed with this preliminary decision is a copy of Indiana Code chapter 20-28-7.5, which provides further detail on the process and your statutory rights.

_2/7/2022_
DATE

Dr. Thomas Harmas
Principal, Carmel High School

Enclosure

*Experience excellence...Explore opportunities...Realize potential*

ATTORNEYS

Kevin W. Betz
Senior Emeritus Counsel

Sandra L. Blevins
Managing Partner

Jamie A. Maddox
Partner

Courtney E. Endwright
Senior Associate

Chad H. Holler
Associate

PARALEGALS

Abigail L. DeCoursey
Director of Administration

PRACTICE AREAS

Severance and
Employment Agreements

Professional Licensing

Wrongful Discharge

Family and Medical
Leave Act

Employee Benefits

Federal and State Court
Litigation

Covenants Not to
Compete

Professor/Teacher
Tenure and Discipline

Physician Rights
and Nurses Rights

Discrimination and
Retaliation

CONTACT

One Indiana Square
211 N. Pennsylvania St.
Suite 1660
Indianapolis, IN 46204

Phone 317.687.2222

# BETZ+ BLEVINS
LITIGATION AND EMPLOYMENT LAW

February 8, 2022

**VIA ELECTRONIC MAIL**
Dr. Michael Beresford, Superintendent
CARMEL CLAY SCHOOLS
5201 E. Main Street
Carmel, IN 46033
mberesfo@ccs.k12.in.us

Re:   *Ms. Dianna Stringham v. Carmel Clay Schools*

Dear Dr. Beresford:

As you know, we represent Ms. Dianna Stringham relating to the proposed cancellation of her teaching contract. We are in receipt of the letter dated February 4, 2022 from Dr. Thomas Harmas to Ms. Stringham notifying Ms. Stringham that a preliminary decision has been made to cancel Ms. Stringham's teaching contract.

This is Ms. Stringham's timely formal written request for a conference with you pursuant to Ind. Code § 20-28-7.5-2. Please contact me with proposed dates and times for this conference.

Please let me know if you have any questions.

Respectfully,

*Jamie A. Maddox*

Jamie A. Maddox

pc:   Brent Borg, Esquire (via email)

**Follow us on Twitter:**
@BetzBlevins

**BetzAdvocates.com**

ADVOCATES FOR INDIVIDUALS

**Administration Ex. 28**

CCS  00126

**ATTORNEYS**

Kevin W. Betz
Senior Emeritus Counsel

Sandra L. Blevins
Managing Partner

Jamie A. Maddox
Partner

Courtney E. Endwright
Senior Associate

Chad H. Holler
Associate

**PARALEGALS**

Abigail L. DeCoursey
Director of Administration

**PRACTICE AREAS**

Severance and
Employment Agreements

Professional Licensing

Wrongful Discharge

Family and Medical
Leave Act

Employee Benefits

Federal and State Court
Litigation

Covenants Not to
Compete

Professor/Teacher
Tenure and Discipline

Physician Rights
and Nurses Rights

Discrimination and
Retaliation

**CONTACT**

One Indiana Square
211 N. Pennsylvania St.
Suite 1660
Indianapolis, IN 46204

Phone 317.687.2222

# BETZ+ BLEVINS

LITIGATION AND EMPLOYMENT LAW

February 28, 2022

**VIA ELECTRONIC MAIL**
Carmel Clay School Board
c/o Andrew A. Manna, Esquire
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
andrew@cchalaw.com

Re:   *Mrs. Dianna Stringham v. Carmel Clay Schools*

Dear Andrew:

As you know, we represent Mrs. Dianna Stringham relating to the proposed cancellation of her teaching contract. A private conference was held on February 24, 2022 between Mrs. Stringham and her counsel and Superintendent Michael Beresford and his counsel.

Although Mrs. Stringham has not yet received Dr. Beresford's recommendation, pursuant to Ind. Code § 20-28-7.5-2, this is Mrs. Stringham's timely formal written request for a conference with the Carmel Clay School Board in the event Dr. Beresford concurs with the Principal's preliminary decision to cancel Mrs. Stringham's contract.

Please contact me with proposed dates and times for this conference. Please let me know if you have any questions.

Respectfully,

*Jamie A. Maddox*

Jamie A. Maddox

pc:   Jonathan L. Mayes, Esquire (via email)

**Follow us on Twitter:**
@BetzBlevins

BetzAdvocates.com

**ADVOCATES FOR INDIVIDUALS**

Administration Ex. 29

CCS  00127



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

5201 East Main Street
Carmel, IN 46033

317.844.9961

www.ccs.k12.in.us

March 1, 2022

Ms. Katie Browning, Board President
Board of School Trustees
Carmel Clay Schools                             VIA HAND DELIVERY & EMAIL
5201 East Main Street
Carmel, IN 46033

     RE:    Superintendent's Recommendation

Dear President Browning:

On February 24, 2022, I conducted the Superintendent's conference with Dianna Stringham, a counselor at Carmel High School, pursuant to Mrs. Stringham's request and Indiana Code § 20-28-7.5-2. Mrs. Stringham and I visited for approximately one hour as she thoroughly explained her reasons for why I should not following the preliminary recommendation by her principal, Dr. Harmas, to cancel her regular teacher's contract.

Dr. Harmas presented two reasons for cancellation. First, Mrs. Stringham on January 28, 2022, was witnessed by several individuals to be yelling and generally behaving unprofessionally towards her supervisor, Rachel Cole, Director of Counseling. Second, Mrs. Stringham's continued performance issues were not rectified by plans of assistance. Thus, Dr. Harmas found Mrs. Stringham's conduct to constitute insubordination, incompetence, neglect of duty, and other good and just cause as those terms are defined under Indiana law.

In regards to the January incident, Mrs. Stringham acknowledged that she was upset when she confronted Ms. Cole about signing some paper forms, but that she never yelled. However, multiple witnesses, including some who physically were located some distance away, recall the volume at which Mrs. Stringham relayed her frustrations. And this confrontation with Ms. Cole over the forms came after Dr. Thomas Oestreich, Assistant Superintendent for Staff and Student Services, had asked that Ms. Stringham follow up with him should there be any questions regarding the forms.

Furthermore, in relation to her job performance, Mrs. Stringham acknowledged that she had been under a plan of assistance following several years of Highly Effective or Effective evaluations given by Ms. Cole. A plan of assistance was in place during 2020-2021, and a new one installed for the 2021-2022 school year. The 2021-2022 plan of assistance was further extended as well. Nevertheless, performance issues related to communications with families and fulfillment of job duties persisted.

Ultimately Mrs. Stringham believes that the reason for the contract cancellation recommendation from Dr. Harmas was due to animus possessed by Ms. Cole because of her sexual orientation and ethnicity. But at the Superintendent's conference Mrs. Stringham did not offer evidence that animus was a motivating factor. Indeed, this reason was offered as speculation because Mrs. Stringham did not conclude the other reasons were true.

Thus, based on my review and Mrs. Stringham's presentation at the Superintendent's conference, it is the Superintendent's recommendation to the Board of School Trustees that the Board should cancel Mrs. Stringham's regular teacher's contract.

Sincerely,

Dr. Michael Beresford
Superintendent

4323882_1

cc:   Mrs. Dianna Stringham (via email)
      Mr. Jonathan L. Mayes (via email)

**Administration Ex. 30**

CCS 00129

**BEFORE THE BOARD**
**OF SCHOOL TRUSTEES OF CARMEL CLAY SCHOOLS**

| | |
|---|---|
| **IN RE: THE BOARD OF SCHOOL TRUSTEES** | ) |
| **CONSIDERATION OF THE CANCELLATION** | ) |
| **OF DIANNA STRINGHAM'S TEACHING CONTRACT** | ) |

**DIANNA STRINGHAM'S WITNESS AND EXHIBIT LISTS**

Dianna Stringham, by counsel, for her Witness List and Exhibit List states as follows:

**Witness List:**

1.  Dianna Stringham.

2.  Rachel Cole.

3.  Maureen (Mo) Borto.

4.  Dr. Michael Beresford.

5.  Dr. Thomas Oestreich.

6.  Any and all individuals and/or witnesses associated or involved with allegations contained in the *Notice of Principal's Preliminary Decision & Statement of Your Conference and Conference/Hearing Rights* dated February 4, 2022.

7.  Any and all individuals and/or witnesses associated or involved with allegations contained in the letter regarding *Superintendent's Recommendations* dated March 1, 2022.

8.  Any and all witnesses named by Carmel Clay Schools.

9.  Any and all witnesses necessary for rebuttal testimony.

Ms. Stringham reserves the right to amend, modify and/or add to this witness list.

**Exhibit List:**

1.  Report of discrimination made by Ms. Stringham against Ms. Rachel Cole dated September 1, 2020.

2.  Emails between Ms. Stringham, Dr. Oestreich and Mark Wien regarding Ms. Stringham's report of discrimination dated between August 30, 2020 and September 1, 2020.

CCS  00130

3.      Written complaint by Ms. Stringham.

4.      Improvement Plan for Ms. Stringham dated September 10, 2020 and End of
         Year Update dated May 12, 2021.

5.      Addendum for Improvement by Ms. Stringham.

6.      Extended Observation #1 for Ms. Stringham conducted by John Joseph
         Williams dated October 1, 2014.

7.      Extended Observation #1 for Ms. Stringham conducted by Linda Skafish
         dated October 7, 2015.

8.      Extended Observation #1 for Ms. Stringham conducted by Linda Skafish
         dated September 13, 2016.

9.      Extended Observation #1 for Ms. Stringham conducted by Karen McDaniel
         dated September 28, 2017.

10.     Extended Observation #1 for Ms. Stringham conducted by Karen McDaniel
         dated September 18, 2018.

11.     Extended Observation #1 for Ms. Stringham conducted by Karen McDaniel
         dated October 23, 2019.

12.     Extended Observation #1 for Ms. Stringham conducted by Maureen Borto
         dated September 29, 2020.

13.     Short Observation #1 for Ms. Stringham conducted by Rachel Cole dated
         September 24, 2021.

14.     Employee Effectiveness Rubric for Ms. Stringham completed by Rachel Cole
         dated May 24, 2019.

15.     Artifact write-ups for Ms. Stringham completed by Rachel Cole dated
         September 5, 2021.

16.     Additional artifact write-ups for Ms. Stringham completed by Rachel Cole
         with various dates in September and October 2021.

17.     Carmel Clay Schools Formal Plan of Assistance for Ms. Stringham completed
         by Rachel Cole and Maureen Borto dated July 27, 2021.

2

CCS  00131

18.     Email from Rachel Cole to Ms. Stringham regarding a follow up to a meeting, dated September 9, 2021.

19.     Email from Rachel Cole to Ms. Stringham regarding a follow up to a meeting, dated September 24, 2021.

20.     Email from Rachel Cole to Ms. Stringham regarding a follow up to a meeting, dated September 30, 2021.

21.     Designation Notice under the Family and Medical Leave Act dated November 15, 2021.

22.     Letter from Deb Wolfe to Ms. Stringham  regarding an approved leave of absence, dated November 15, 2021.

23.     Health Care Provider and Attending Physician Statement for Ms. Stringham dated October 20, 2021.

24.     Updated Health Care Provider and Attending Physician Statement for Ms. Stringham dated December 16, 2021.

25.     "Welcome Back" email to Ms. Stringham from Maureen Borto dated January 11, 2022.

26.     Report of Discrimination and/or Harassment made by Ms. Stringham against Rachel Cole dated January 3, 2022.

27.     Carmel Clay Schools Formal Plan of Assistance for Ms. Stringham complete by Rachel Cole and Maureen Borto dated January 21, 2022.

28.     Rubric Summary of sixty-two (62) Artifacts for Ms. Stringham with various dates in 2022.

29.     Artifact write-up for Ms. Stringham completed by Rachel Cole dated January 23, 2022.

30.     List of Artifacts for Ms. Stringham submitted or updated by Rachel Cole with various dates in January 2022.

31.     Artifact write-up for Ms. Stringham completed by Rachel Cole dated January 23, 2022.

32.     Emails between Dr. Oestreich and Ms. Stringham regarding licensure verification form dated January 26, 2022.

33.     Email response from Ms. Stringham to Dr. Oestreich and Shelley Coover regarding harassment by Ms. Cole dated January 28, 2022.

34.     Carmel High School Faculty Handbook for year 2021-2022.

35.     Carmel High School PLC Handbook for year 2021-2022.

36.     Emails between Ms. Stringham and Taryn Wanninger regarding specific student issue dated July 29, 2021 and August 2, 2021.

37.     Email from Ms. Stringham to student responding to student question dated July 28, 2021.

38.     Email from Ms. Cole to Ms. Stringham regarding Ms. Stringham's response to a student issue dated August 30, 2021.

39.     Email from David Schleper to other counselors regarding previous issue dated August 4, 2020.

40.     Letter from Jamie Maddox to Dr. Beresford regarding Ms. Stringham dated December 3, 2021.

41.     Ms. Stringham's Amended Charge of Discrimination dated February 25, 2022.

42.     Letter from Dr. Oestreich to Ms. Stringham placing Ms. Stringham on paid administrative leave dated January 31, 2022.

43.     Notice of Principal's Preliminary Decision & Statement of Your Conference and Conference/Hearing Rights dated February 4, 2022.

44.     Letter from Jamie Maddox to Dr. Beresford requesting a conference pursuant to Indiana Code, dated February 8, 2022.

45.     Letter from Dr. Beresford to Katie Browning regarding *Superintendent's Recommendations* dated March 1, 2022.

46.     Letter from Jamie Maddox to Andrew Manna requesting a conference with the Carmel Clay Schools Board dated February 28, 2022.

47.     Any and all documents related to allegations contained in the *Notice of Principal's Preliminary Decision & Statement of Your Conference and Conference/Hearing Rights* dated February 4, 2022.

4

48.     Any and all documents related to allegations contained in the letter regarding *Superintendent's Recommendations* dated March 1, 2022.

49.     Documents produced by Carmel Clay Schools.

50.     Documents appearing on Carmel Clay Schools' Exhibit List.

51.     Any and all documents necessary for rebuttal.

Ms. Stringham reserves the right to amend, modify and/or add to this exhibit list.

Respectfully submitted,

*s/ Jamie A. Maddox*
Jamie A. Maddox, Atty. No. 26522-49
Chad H. Holler, Atty. No. 35253-49
*Attorneys for Dianna Stringham*

BETZ + BLEVINS
One Indiana Square
Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by electronic mail this 10th day of March, 2022:

Andrew A. Manna, Esquire
CHURCH CHURCH HITTLE & ANTRIM
Two North Ninth Street
Noblesville, Indiana 46060
Andrew@cchalaw.com

Jonathan L. Mays, Esquire
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Jmayes@boselaw.com

*s/ Jamie A. Maddox*
Jamie A. Maddox

CCS  00134



## CARMEL CLAY SCHOOLS

### Report of Discrimination and/or Harassment

This form is to be used by any employee or student who has either observed or been subject to discrimination and/or harassment. To insure a full investigation, it should be completed as accurately as possible; however, it is not critical to be 100 percent precise. An investigation may require the complainant to be interviewed.

Date of Report: SEPTEMBER 1, 2020

Employee Name: DIANNA                                  STRINGHAM
First                          MI                        Last

Location/School: CHS                 Position: COUNSELOR

Email: dstringh@ccs.k12.in.us    Phone: 317 514 1004

Name of Accused: RACHEL COLE

Location/School: CHS                 Position: DIRECTOR of COUNSELING

Relationship of the Accused to the Complainant (manager, co-worker, client, etc): Direct supervisor

Date of Incident: MARCH 2020 — current
(If more than one event, please report each event on a separate form)

Where did the specific event occur: @ CHS

Please explain the events that occurred (if needed, please attach additional page):

On separate page

Please list names of Witnesses, if any. MELINDA STEPHEN, BETTINA COOL, Abby Cartwright, Mark Wien, Jill Grimes, MISSY STRINGHAM

The information provided in this complaint is true and correct to the best of my knowledge. I am willing to cooperate fully in the investigation of my complaint and provide whatever evidence Carmel Clay Schools deems relevant.

Complainant's Signature: Dianna Stringham    Date: Sept 1, 2020

Teacher Exhibit 1/- p. 001

CCS 00135



Redacted: Attorney-
Client Privilege

**From:** Mark Wien <mwien@ccs.k12.in.us>
**Sent:** Tuesday, September 1, 2020 10:11 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** FW: Complaint

Good morning-

When do you think you will schedule this meeting?

Wien

From: Thomas Oestreich
Sent: Monday, August 31, 2020 11:30 PM
**To:** Dianna Stringham <diannastringham@yahoo.com>
**Subject:** RE: Complaint

Good Evening Dianna,

Thank you for your email and sharing your story. I would be happy to schedule a time to meet with you this week or in the near future at your convenience. Additionally, I am sharing our Non-Discrimination & Anti-Harassment Statement and Policy below including a link to a compliant form.

If you have any questions or would like to meet, please let me know.

Sincerely,
Dr. Oestreich

Book
Carmel Clay Schools Board Policies

Section
0100-General Personnel

Title
Non-Discrimination & Anti-Harassment Statement and Policy

It is the policy of Carmel Clay Schools to maintain an education and work environment which is free from all forms of discrimination and harassment, including sexual harassment and harassment based on sexual orientation. Carmel Clay Schools does not discriminate or tolerate harassment on the basis of a protected class including but not limited to race, color, national origin, gender, age, religion, genetic information or disability in the programs or activities which it operates or the employment therein or admission thereto. This commitment applies to all School Corporation operations, programs, and activities. All students, administrators, teachers, staff, and all other school personnel share responsibility for avoiding, discouraging, and reporting any form of unlawful harassment. This policy applies to unlawful conduct occurring on school grounds immediately before, during, or immediately after school

Teacher Exhibit 2 - p. 001

CCS 00136

hours; in any school program or activity taking place in school facilities, on school transportation, or at other off-campus locations, such as at school-sponsored field trips or a training program; or using property or equipment provided by the school, including school-owned computers and the school's computer network.

Carmel Clay Schools has designated several staff members as coordinators of non-discrimination and anti-harassment. The identity and contact information for these staff members are listed below. The coordinators are responsible for monitoring and ensuring compliance with all non-discrimination and anti-harassment law. The coordinators shall receive and process any formal complaints of discrimination or harassment based on a protected class. The coordinators shall document all reports of incidents of disability discrimination or harassment and establish a protocol for recordkeeping.

| Title | Name | Phone | Email | Mailing Address | Forms of Harassment Addressed by the Coordinator |
|-------|------|-------|-------|-----------------|--------------------------------------------------|
| Section 504 Coordinator | Stephanie Fairchild | 317-844-9961 | sfairchi@ccs.k12.in.us | 5201 E. Main Street Carmel, IN 46033 | Disability |
| Title IX Coordinator | Dr. Tom Oestreich | 317-844-9961 | toestrei@ccs.k12.in.us | 5201 E. Main Street Carmel, IN 46033 | Gender |
| Title VI Coordinator | Dr. Tom Oestreich | 317-844-9961 | toestrei@ccs.k12.in.us | 5201 E. Main Street Carmel, IN 46033 | Race |
| Anti-Harassment Coordinator | Dr. Tom Oestreich | 317-844-9961 | toestrei@ccs.k12.in.us | 5201 E. Main Street Carmel, IN 46033 | All other forms of harassment |

### Non-discrimination & Anti-harassment Policy and Procedures

Carmel Clay Schools will vigorously enforce its prohibition against discrimination and harassment based on sex, race, color, national origin, religion, disability, genetic information, sexual orientation, or any other protected class, and encourages those within the School Corporation community as well as third parties who feel aggrieved to seek assistance to rectify any such problems.

Harassment may take many forms, including: verbal acts and name-calling; graphic and written statements; or other conduct that may be harmful, humiliating, or physically threatening. Harassment does not have to include intent to harm, be directed at a specific target, or involve repeated incidents. Harassment may be any act, speech, or gesture sufficiently severe, pervasive, or persistent so as to interfere with or limit the ability to participate in or benefit from the services, activities, or opportunities provided by the School.

The goal of these policies and procedures is to ensure they adequately address and provide sufficient options for responding effectively to incidents of discrimination and harassment. Carmel Clay Schools, through school administration, will ensure that its policy and procedures against discrimination are widely distributed and easily understood by students, parents of students, and employees. Carmel Clay Schools will take appropriate steps to educate employees, students, and parents regarding its non-discrimination and anti-harassment policies and reporting procedures. This may include: presentations during employee training; seminars, workshops, or speakers; or signs, posters, or demonstrations highlighting important parts of the policy. Policies and reporting procedures will be made available to the school community through hardcopy and via the School's website.

Anyone who believes that a student or staff member has possibly been or is the victim of discrimination or harassment is encouraged to immediately report the situation to an appropriate staff member such as a teacher, counselor or administrator. Any employee who suspects discrimination or harassment must report the behavior to his/her immediate superior.

The reporter need not be the victim of the discrimination or harassment. Complaints against a staff member should not be reported to the staff member that is alleged to be the harasser. Instead, complaints against a staff member should be reported to that staff member's supervisor or appropriate coordinator based on the form of harassment. For example, harassment based upon disability should be reported to the Section 504 Coordinator. Complaints need not be in formal written format. Reporters may informally and verbally report discrimination and harassment to an appropriate staff member pursuant to this policy.

If a report of harassment is received by Carmel Clay Schools, the administration will inform the alleged target of the harassment on whose behalf the report was made (and family members, if appropriate) of the options for formal and informal action and of Carmel Clay School's responsibilities. All investigations into harassment complaints will be prompt, thorough, and impartial. The means of investigating discrimination and harassment will include but not be limited to: witness interviews; request for written witness statements; record identification and review; assessment of whether discrimination or harassment occurred; and, if discrimination or harassment is substantiated, an assessment of how to appropriately stop the harassment, remedy the harassment, and prevent recurrence.

Carmel Clay Schools will investigate formal and informal complaints of disability discrimination and harassment. Carmel Clay Schools will take all reasonable steps to investigate and respond to the complaint in a manner consistent with a request for confidentiality from the alleged target of the harassment. If the alleged target insists that his or her name not be disclosed to the harasser, the School's ability to respond may be limited. Carmel Clay Schools, however, will consider at all times its responsibility to provide a safe and nondiscriminatory environment for students and staff.

### Complaint Form

This form should be filed with the appropriate non-discrimination and anti-harassment coordinator. The coordinators shall receive and process formal complaints of discrimination or harassment based on a protected class. All investigations into formal harassment complaints will be prompt, thorough, and

Teacher Exhibit 2 - p. 002

CCS  00137

Impartial. Notice of the outcome of the investigation will be provided to parties involved in the complaint to the extent permitted by law. A formal investigation outcome may be appealed by any party in writing to the coordinator within ten (10) days receipt of the outcome of the formal investigation. The written appeal should identify the reasons why the coordinator should reconsider the outcome of the investigation. The coordinator should respond to the appealing rty within ten (10) days of receipt of the written appeal indicating any reconsideration of the investigation outcome based on the appeal. A reconsideration the formal investigation outcome may be appealed by any party in writing to the School's governing body within ten (10) days of receipt of the coordinator's reconsideration. The governing body or their designee should respond to the appealing party within forty-five (45) days of receipt of the written appeal indicating the final outcome of the investigation. Notice of the final outcome of the investigation will be provided to parties involved in the complaint to the extent permitted by law.

All investigations into harassment complaints will be prompt, thorough, and impartial. The means of investigating discrimination and harassment will include but not be limited to: witness interviews and interviews with the reporter of the allegations, the alleged victim, and the alleged harasser; request for written witness statements; record identification and review; assessment of whether discrimination or harassment occurred; and, if discrimination or harassment is substantiated, an assessment of how to appropriately stop the harassment, remedy the harassment, and prevent recurrence.

Carmel Clay Schools prohibits retaliation against persons who report discrimination or harassment or participate in related proceedings. Carmel Clay Schools will notify the person reporting the discrimination or harassment and all individuals participating in the investigation, including the alleged harasser, of the School's policy prohibiting retaliation. Carmel Clay Schools will make all possible efforts to prevent retaliation against individuals reporting discrimination or harassment or participating in related proceedings.

In the course of discrimination and harassment investigations, Carmel Clay Schools will assess whether the nature of the conduct has civil rights implications. If the harassing behavior is on the basis of a protected class including but not limited to race, color, national origin, gender, age, religion, or disability, Carmel Clay Schools will respond in accordance with the applicable federal civil rights statutes, regulations, and guidance from the United States Department of Education ("USDOE"). Carmel Clay Schools shall follow the then current guidance from the USDOE regarding the standards for discrimination and harassment including the standard of whether a hostile work environment exists.

If harassment has occurred, Carmel Clay Schools will take prompt and effective steps reasonably calculated to stop the harassment, remedy the harassment, and prevent the harassment from recurring. This may include, but is not limited to: separating the harasser and the target, providing counseling for the target and/or harasser, or taking prompt disciplinary action against the harasser. These steps should not penalize the target of the harassment.

As described in policy 0139, disciplinary action against the harasser may include but not be limited to suspension and expulsion for students, discharge for employees, exclusion for parents, guests, volunteers, and contractors, and removal from any office for governing body members.

Following a substantiated discrimination or harassment incident, Carmel Clay Schools shall make sure the target knows how to report subsequent problems and shall follow-up to ensure that there have not been continuing or new incidents of discrimination or harassment.

Incidents of harassment may be referred to appropriate law enforcement officials.

Carmel Clay Schools encourages students, parents and staff to work together to prevent acts of harassment of any kind including but not limited to bullying.

Overall, the Carmel Clay Schools process will provide for prompt and equitable resolution of complaints of discrimination and harassment

### Prohibition Against Retaliation
Carmel Clay Schools prohibits retaliation against persons who report discrimination or harassment or participate in related proceedings. Carmel Clay Schools will notify the person reporting the discrimination or harassment and all individuals participating in the investigation of the School's policy prohibiting retaliation. Carmel Clay Schools will make all possible efforts to prevent retaliation against individuals reporting discrimination or harassment or participating in related proceedings.

NOTE: Sexual conduct/relationships with students by Corporation employee or any other adult member of the School Corporation community is prohibited, and any teacher, administrator, coach or other school authority, or staff member who engages in certain sexual conduct with a student may be disciplined up to and including termination and may also be guilty of the criminal charge of "sexual battery" as set forth in Indiana Code 35-42-4-8. In the case of a child under fourteen (14) years of age, the person may also be guilty of "child molesting" under Indiana Code 35-42-4-3. In the case of a child between the ages of fourteen (14) and sixteen (16), the person may also be guilty of "sexual misconduct with a minor" under Indiana Code 35-42-4-9. The issue of consent is irrelevant in regard to the latter two (2) criminal charges. Any employee accused of sexual relations with a student will be placed on leave with pay until school administrative proceedings are completed. Proven sexual relationships with a student regardless of the age of the student will initiate the termination process for the employee.

The Superintendent shall establish administrative guidelines further describing the formal and informal process for making a charge of harassment, the process for investigating claims of harassment, and the process for rendering a decision regarding whether the claim of harassment was substantiated. This policy and the administrative guidelines will be readily available to all members of the School Corporation community and posted in appropriate places throughout the School Corporation.

Teacher Exhibit 2 - p. 003

CCS  00138

9/1/2020                                                    Mail - dstringh@ccs.k12.in.us

**Dr. Thomas Oestreich**

Assistant Superintendent, Staff and Student Services



**Carmel Clay Schools**
*Together We Achieve*
5201 E Main St. Carmel, IN 46033
**O** (317)844-9961, ext. 1094
**F** (317)844-9965
**ccs.k12.in.us**



---

**From:** Dianna Stringham <diannastringham@yahoo.com>
**Sent:** Sunday, August 30, 2020 12:11 PM
**To:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Subject:** Complaint

---

WARNING..External Sender.

my story



**my story**

My story Dianna Stringham Counselor 2014-current I was hired
under Mrs. Linda Stafish, Counseling director and ...

Teacher Exhibit 2 - p. 004

CCS 00139

4/4



My story
Dianna Stringham
Counselor 2014-current

Redacted: Attorney-Client Privilege

I was hired under Mrs. Linda Skafish, Counseling director and Mr. John Williams, principal. I was hired as a counselor for the 10-12 side of the school. There is a Freshman center with Freshman counselors.

I currently work under Mrs. Rachel Cole, Counseling director and Dr. Thomas Harmas, principal.
She began as our director, January 2018. Previously, Rachel worked in the Freshman center as a counselor.

I met Rachel in August of 2014. I was doing an enrollment for a new student to Carmel High School. She was outside my door saying that she wanted to meet the new counselor. I heard her say that she didn't care if she was being loud. This was my first impression of her. I actually met her later that week in person.

My first year under Rachel was not too bad. I thought she was innocuous, while my fellow counselors howled at the fact that she became the director. They felt that she was not capable and would say so in the lunch room. She didn't know what she was doing and incompetent. They felt that Kevin McDoughnon or Cathy Patane should have been chosen. They are both very even tempered, fair, and capable. Later, to find out maybe she was more malignant than I anticipated.

My first negative run-in with Rachel was in a counseling meeting. She was moving student's schedules around without consulting counselors. This made us all upset because some student's temperaments are more fragile than others. She felt that random moving of the students was better. However, this typically back fires because some students do not do well with change. To me, this shows the beginning of her micromanaging and lack of trust. At that time, I asked Rachel not to blast me out in emails. She had a tendency to do that to me. I asked her if she had an issue to address me about it personally. She felt it was necessary to hit all the key stakeholders. (Fall of 2018)

February 2019

At this time, counselors are scheduling junior students for the following year. We have met with each student for a one-one meeting. I had back to back students and only had twenty minutes to go over a great deal of information. One of those things was summer school. We had forms prepared for our meeting with students. The policy at the time was any student could retake any class for any reason, even if it was a passing grade. I had a student come in and wanted to retake a class that he was currently enrolled in. He had decided that he was no

CCS  00140

longer going to participate in the class. Emails went around again. This time, I felt like she was not trusting me and that she was talking down to me. I went into her office on Friday, February 15th, and it did not go well for either of us. I was asking her if she respected me as a counselor. Which she answered, "Well, I don't know." I got very angry and told her ,"She's ridiculous." and slammed the door. It is not a moment that I'm proud of doing. I had been meeting with a counselor across the street telling her how I felt about Rachel.
I also spoke with Jill Grimes, one of the union representatives. We, Rachel and I agree to go into a meeting with Brittany Wiseman and Jill Grimes present. At that time, I felt like we had moved passed our barriers. Later to find out how wrong I was.

March/April 2019

Abby Cartwright, Freshman social worker, came to my office to talk. She was terrified. She didn't want Rachel to know that she was in my office talking to me. Rachel was not in the office that day, so it made Abby feel better about talking. She asked me if I thought that Rachel was targeting me or treating me differently because I am gay. I told her at the time, that I didn't think so. Although, we, Rachel and I, have had words. Abby told Rachel that she had been dating women, and Rachel told her that she didn't think that was a great idea. A little background on Abby. She had worked at Carmel High School for 9 years as a social worker. In her personal life, she was married to a man and had two children. They ended up divorcing and Abby started dating women. Abby was telling me that Rachel was making life very difficult for her. One of the things that made Rachel upset was that students (10th graders, typically) would want to come back and talk to Abby. Abby had about 5-6 high risk students that felt comfortable talking to her and had a relationship with her during Freshman year. Rachel was infatick about Abby not talking to these students. Why? What's best for students?
Anyway, Abby thought that things changed after Abby started dating women. Abby felt that Rachel was trying to get rid of her. She talked to several people to help her, but the teacher's union could not help at that time. Social workers were not under teacher contracts, so they could not represent her. Abby then went to human resources and told them the story. She took a leave of absence because she was a bundle of nerves.

April of 2019

I was on the AP team and we had a room that we worked in next to Rachel's office. Normally, we don't hear anything coming out of her office because we are too busy talking ourselves. This particular day, I was in there alone working on putting student stickers in a binder. There were about 2,000 stickers, so it took me a few hours. Because I was in there alone, I overheard Rachel and Karen McDaniel talking about Abby. Rachel, in a hateful voice, said I want her gone. She does not need to be here anymore. Karen said to her that Tom wants us to follow protocol and document everything. I was stunned at the time to learn that she WAS intentionally trying to get rid of Abby.

May 2019

John Hebert, football coach is upset during AP testing. We had to use the gym above his weight room. Kris Hartman asked me to ask John if they could stop dropping the weights, while the students are in the weight room. John gave me a look like I was crazy and yelled at me to get out of his weight room. I went back to the AP team and told them that did not go well. I thought that John and I had a pretty good relationship, so I was surprised he snapped.

CCS  00141

Well, we had a meeting in Rachel's office. He said he didn't like how I communicated with him, even after I apologized. He continued to say that I was not a good communicator and I stopped him and said that the meeting was over.

The year ended fine. Summer came and went.

February 2020
I'm given a new assignment. I 'm now going to be incharge of ASVAB notification of scores with students. I feel like things are going well. ;)

March 16th, 2020
We are now quarantined. We now have to work from home.

March 31st,2020

Stephanie Payne sends out an email telling all counselors that she is overwhelmed with all the things we have to do from home. Other counselors chime in and Rachel sends an encouraging email to all the counselors on how we can better support the student.

April 23rd, 2020
This is where the curt emails begin and have not stopped.
I had SST, which is a meeting between Administrators and a counselor. At this point, a month in, I had been in contact with almost all my students that need support. Thank goodness none of my students were not in emergency situations. I woke up probably 5 minutes before my SST meeting and pulled my hair back and threw on a robe. In the meeting, they asked if I had any one to talk about. Well, I had been talking to and working with my students. So, I said no. At that point, Karen McDaniel says, " You are going to tell me that you have no students to talk about?" Well, I can tell she is upset. So, I grab my notebook and start talking about the students that I was already in contact with. I'm in trouble.
Later that day, Rachel says we need to talk.
She sets up guidelines and tells me exactly what she wants done and that we have to meet before every SST to go over my list first.
I also say something about the 504 that Mo Borto mentions in this meeting. She tells me that is not my job. Huh? So, I don't do anything with this. The next SST, Mo tells me to make sure to set up any 504 students that need to be taken care of.

April 24th, 2020
I am doing what I'm supposed to be doing, which is pulling grades from students and reaching out to teachers to see if the students are doing their work.
Karen McDaniel sent out a confusing email to counselors that said, please send me a list of students that will be 5th year students. Okay, according to the State of Indiana, all students should be able to graduate from high school.
So, this was confusing. So, I sent out an email on a student and said please tell me what's going on with this student. I don't want her to be a 5th year senior. Well, this got me in trouble. Rachel sends a curt email that begins with "This isn't true. Why are you telling techers a senior on track to could come back as a 5th year?"

CCS  00142

April 29, 2020

Christy Cutsinger and I have been in contact quite a bit. She exaggerates that I have not spoken to her in over two weeks. This is not true. I would call her and talk to her about the changes or wants for her boys. She reaches out to Rachel Cole and says that I haven't been in contact with her for two weeks. Rachel starts her email with, " I need you to follow-up with [student name]'s parent today." Wrong name, but I know who she is talking about.

April 30th, 2020

[student name] is at the CLC, Carmel's Learning Center, which is our alternative school. I receive a message from Karen McDaniel that he is moving to a General Diploma, and she wants to know what classes he needs to graduate. Sally McDougal also chimes in and says what he has completed and what he needs. Rachel then chimes in telling me to Praise him and let [student] know I'm in his corner.

May 11th, 2020

She sends me an email reminding me to set up a 504 for a student. Mo had asked me to do this before. I have already set it up. It now becomes part of the paragraph in my review. I was told by Rachel not to do it. Then it made an administrator upset that it wasn't done yet. I was caught between the two of them.
Also, in this email, Rachel tells me bring different names to SST. If the spreadsheet I have created is not enough. By the way, no other counselor is asked to create a spreadsheet for SST.

May 15th

I received an email from Rachel that I need to go over my evaluation with her and Karen. My review is Highly effective as it has been for the past 5 years, but now I have to meet with her and Karen. She writes a paragraph citing things that have happened in the past. I feel a lot of this is not correct, but feel pressure in signing the evaluation. I love my job and the people I work with. I don't want to leave or be fired. By the way, no one else has to go over their evaluations with Rachel and Karen.

May 27th
Andrew Disko
I set up a meeting with this parent to discuss his schedule possibilities and invite Rachel. She shows up 30 minutes late for the Zoom meeting.

June 23, 2020

[student name] is mailed a diploma. I am blamed for this. There are many people involved in this, his teacher at the CLC, our registrar, the director of the CLC, but I'm the one she blames. She sends a very direct and curt message to me about this should not happen in the first place, and that she should not have to call all these people to check on this. Is it possible it was the registrar's fault? After all, she is the one that sends them out.

July 22

A student that has been homeschooled for the first two years of high school would like credit in some of the classes. I reach out to department chairs to see if they want to award this student credit. Rachel makes the assumption that I didn't know what I was doing. Her email begins with "We have been doing this for years". After the emails go back and forth, she

CCS  00143

concedes that oh, I thought you never had one of those students before.

July 24th
I am working at school. I have a little time, so I put together a list of closed classes. So, when a counselor is enrolling a student they could take a quick peek and see if it's opened or not. She responds with her corrections. She wants the counselors only to use the information for an idea but don't use it solely and put someone in.

August 11th, 2020
Rachel asks me to meet with her to discuss a few issues. The issues are that I have students in the wrong cohorts. Why is this happening? Do you not understand? I said that it was just a mistake. She was like you have too many. I also know that my colleagues had a bunch as well. Yes, I made some errors. I was called into her office to be reprimanded. I asked my colleagues, if they had been and they all said NO. What??
I asked Rachel at the time, are you trying to fire me? She brushed it off with "oh, no"
I also let her know that my son intentionally crashed his car on August 9th trying to kill himself. Tears flow at this time. I also let her know that I signed up to bring her a meal tomorrow evening. I ended up buying food from Salad Works. I didn't want her to think for a second that I would do anything malicious. I signed up for this. It was not mandatory.

I think what to note here, is that Rachel did NOT call anyone into her office for making errors on schedules. I asked the other counselors.

August 12th
Rachel has social workers put together SEL activities for the students in SSRT. My wife, Missy, tells me that one of the activities with an "Okay" sign can be construed as "white power". Truth, I did not even know this. So, I tell Rachel over text and she responds with "Yep". Missy's math department chair sends out an email to all her staff alerting them about this. She tells them that they are free to choose or not to choose the activity. My director of counseling sends NOTHING.

August 13th
Another email that begins with,"Please make sure to address this tomorrow if you haven't already."

August 15th, 2020                    Dave's email: 8/4/2026

I had a coach reach out to me about one of his star athletes and wanted him placed in APC, which is Advance Physical Conditioning. I told him I could not do it because we had a wait list. I remembered David Schelper asked the counselors about two weeks ago if he could bump his student to the top of the wait list. Everyone said that it was fine. So, he moved his student. I had one counselor respond with a no, so I didn't do it. Later, I received an email from Rachel. It states, " I would say no. Why would we move him in front of everyone else?"

August 16th
Wrong cohorts. So, CHS is doing hybrid schedules. One group, the Carmel group would be at school one day. The next day, the other group, the Greyhounds would be at school in-person and the Carmel group at home.
On the schedule, they are just differentiated by numbers not by colors or anything else. As it

CCS  00144

is normally, it can be very confusing. You can see a class and think, "oh, good an opening." Nope. In other words, it was very confusing for the counselors. I spoke with a majority of counselors and they had mistakes in this too. However, none of them got called into Rachels office for making these mistakes. Just me.

August 17th
A student that is virtual wants to add a class with a teacher. She asks the teacher. The teacher consults her department chair. This department chair goes to the assistant principal over that department. The class needs to be bumped for one more seat. The only person that can bump that is the director of counseling, Rachel Cole. I ask Rachel to bump the virtual class and she comes back with hold on. Throws in a barrier about the wait list for this class. The students on the wait list are all hybrid students. However, before I sent her the email I had already checked the students on the wait list. Her email states, " We discussed this last year that teachers don't make this decision….."We just need to follow the procedures we have in place and things typically work out."
I responded to her that it had already been through the teacher, department chair, assistant principal. Again, unnecessary badgering. At the beginning of my email, I was clear that it had gone through all the process.

August 24th,2020
The day begins with me having Covid symptoms. I have to get tested in the evening and stay home until I get my results back.
Rachel sends an email in the email she states, "Just make sure that you are taking care of items like this when you arent' her and arranging someone to cover, or zoom; obviously communicate with the person that is involved so they know what to do and how to proceed and copy me so I am in the know.
These are things I already know, but speaks to me like I have no intelligence.

August 25th, 2020

Email: "Dianna can you look at this?.... Can you shed some light on this?"
Curt

August 25th, 2020
The straw that breaks the camel's back.

I sent an email to Rachel on August 21st about a student that came to me and asked if she could be in two dual credit classes at the same time. One is a prerequisite for the other. I told my student that I didn't think so, but would check.

Rachel's response:    Yes that is the case and has always been the case. This is one of those items that you would check before registration and schedules go out. Look through her schedule and the W131 numbers and see what will work best. B3 isn't an option. I don't have time to do this work. Let me know what you think is the best option and I will take a look at it later. I stopped by Friday late and asked if you had any scheduling issues and you didn't mention it. I thought this was resolved.

CCS  00145

August 26th, 2020
I sent an email about a student being in the wrong cohort on August 19th.

Rachel finally gets to the email and says this:

I just bumped this. I am still going through my email. I stopped by Friday at the end of the
day and asked each counselor if they still had schedules that need to be adjusted, I had so
many emails I wanted you to just tell me and we would fix it then. So I literally sat with each
person if hey had one and we corrected it then. You said that yours were taken care of. I
don't think this one was, so I have corrected it. Take a look at it and let me know if it needs to
be adjusted.

My response: Good morning! I was fried by Friday afternoon. I had a hell week and was
happy to have survived. I'm sorry that my memory was not 100% at that moment. I push
things out to you when I do them. Again, sorry.

She knew I had a hard week and came around at 4:15. We are allowed to leave at 4pm. I was
just getting some things done.


August 27th, 2020
8:00am
Rachel sends me a text about calling her. She wants me to call down a student and change her
schedule for next semester. She tells me in this phone call that Valarie, assistant principal,
does not want the student placed in W131. It is a dual credit course with IU and it really is too
late.
She wants me to talk to her about placing her in P155 and staying in W131 in the second
semester. I say okay, I will.

1:02 pm
Rachel send an email to me and Maureen Borto. The title: Have you addressed the priority I
called you about this morning?

"It needs to be resolved before G4 today and she is going to leave after third period."

I respond with : "Okay, thank you."

So, I look at the student's schedule and see that she is about to go to lunch. So, I write her a
pass and tell the student assistant that she is at lunch now, but send it up after the bell.

I'm in my office wondering what happened to my student. The dismissal bell is about to ring
and this student is going to leave. So, I call her classroom and the teacher just hangs up. ????
So, I call again. The teacher being frustrated, yells," I'm busy and I sent her down." Hangs
up on me. In my head, why would this teacher act this way? Pushing back my tears, my
student shows up. I am glad to see her and ask her where she's been. She says that she was
coming back from Melinda Stephan's office. So, I say to her that we have to deal with her
schedule. She says to me that Mrs. Stephan was taking care of it and that she was going to
email me. Oh. I ask her at that point when did you talk to Mrs. Stephan?
She responds with,"Just now."
She hands me both passes. Now, I see what just happened. I tell her that's good and dismiss

CCS  00146

her.
I then go to Melinda's office and ask her why she did that. She says that she is going to do whatever Rachel tells her to do. Rachel called her out of lunch and asked her to take of this student now. Melinda goes up to Joe Stuelpe's classroom and tells him that she is to come down and see her after class and not go home. NOW, I see why Joe was upset. He got two passes and two phone calls for this student while trying to teach class. I can see why that would be frustrating to him.

I text Rachel after that.
Me:  Why did you ask Melinda to do my work?  I sent a pass for ▇ and she didn't come .  Joe Stuelpe hung up on me. I called him back and he yelled "I'm busy and sent her down". He hung up again. I was baffled at why he would react that way, until I found out that Melinda also sent a pass.  Why?  He was rude.  Are you treating me this way because I'm gay?

Rachel:  This needed to be resolved before 4th period because if she would have gone today.  That is why I called you early to address and told yu that. ▇student name▇ wanted time to talk to the teacher if we ended up doing that way. I emailed and you had not taken care of it late. So I reached out to Melinda to get it taken care of and she walked up to make she got the pass and didn't leave after class.  I don't have any more time to deal with this right now.  I will cover at another time we can meet.  I am still working on the student that was placed in the wrong level of Latin.  Should hear shortly.

Me.  You asked me to take care of this and I was.  You pulled  Melinda out of lunch to do this.


Later that day

I contact Abby Cartwright to let her know that the shit  has started again.  She said I thought it would.
We talk about all the things that happened since school has started.
Abby said to me that she had something to share with me that Rachel had said to her about me.  She was Abby's mentor the year I was hired, so Abby would meet with Rachel on a regular basis.
Abby told me to brace myself for what she was about to tell me would be upsetting.
She tells me during one of their meetings that she could not believe that I was married to a man and then marry a woman, and isn't that weird.
Abby said that really stuck with her.

August 28,2020

I also reached out to one of the Teacher union representatives, Jill Grimes.  She and I have meet on two occasions about Rachel.  I ask if we could meet and discuss this on Friday.  She agrees and asks me if Mark Wien can be a part of the meeting.  He is the legal representative for the teacher's union.  He's not an attorney.  I tell them everything that is stated in this paper.

He was going to meet with someone from Human Resources.  I tell him that I am hiring an attorney and that I can't take the slow water drip.  She is trying to get rid of the only minority and gay counselor.  I told them that I would write my complaint and send it to human resources.

CCS  00147

*1st improvement plan*

Dianna Stringham Improvement Plan

Date of Meeting: 9/10/2020

Areas for Improvement

1. Communication (written and verbal)
   a. Facts:
      i. 19-20 [student name] parent was upset about communication regarding JEL placement and scheduling. (See email to Dr. Harmas)
      ii. 19-20 Parent asked you if you received their email because it had been several days and no response. Your only response was "Yes I did."
      iii. 19-20 Spring sent multiple teachers incorrect information on senior student needs to pass or they will return as a fifth year senior. (See email)
      iv. 20-21 school year, S1: Student [student] reached out multiple times to change P155 to another English class. Your response was "we are not doing schedule changes and you need to talk to your teacher." Parent then reached out to me upset that student was dismissed and wanted a counselor change. Shared her son felt the same way.
      v. 20-21 school year, S1: Student [student] was going to miss first 4 weeks of school due to back surgery and mom communicated with you. Based on last year's communication, mom wanted counselor change for lack of attention and not feeling heard.

   b. Rules/Expectations:
      i. Follow rules set in place to sign up for a J-E-L course and correctly communicate those correctly to parent.
      ii. Respond with professionalism within 24 to 48 hours.
      iii. Stay current on guidelines and information regarding student graduation status.
      iv. Listen to student concern and be able to follow the appropriate channels of communication to help ease student concern
      v. Be proactive based on DC suggestions and instead you were reactive.

   c. Impact:
      i. Parent and student did not feel heard or supported due to lack of communication and information.
      ii. Parent felt dismissed and took additional time to phone DC for help.
      iii. Teachers were confused and sent emails to DC who reached out to Counseling DC and corrected.
      iv. Student did not feel supported or heard. Parent was upset due to a lack of information.
      v. Parent did not feel heard and continued to work through DC due to lack of response from you.

CCS 00148

2. Following procedures, policies and dates.

   a. Facts

      i. 19-20 school year, S1, you placed a senior student ███████████ looking to improve his GPA in Plato WH when the student passed WH in 9th grade.

      ii. 19-20 school year graduated ████████ when he did not graduate.

      iii. 19-20 S2, SST performance showed lack of preparation

      iv. 20-21 school year, S1, you placed ███████████ in Latin II-1, when the student earned a D in Latin I-1 and did not take Latin I-2. Student brought this to your attention

      v. 20-21 school year, there were at least 25 students in the wrong cohort from your caseload.

      vi. 20-21 school year, placed student in incorrect Pre-Calc Regular level for Virtual that had Quantitative Reasoning recommendation

      vii. 20-21 school year, asked co-workers to move ███████████ ahead in waitlist

      viii. 20-21 school year, preparation for, presentation at and actions that followed 504 meeting week of 8/24/20 showed lack of preparation and discard for following 504 protocol..

      ix. 20-21 school year, administration asked you to reach out to ███████ and parent as they expressed to admin that he wants to go virtual to finish his coursework. Admin offered CLC for support if student wished to do Plato work in a building with support. The parent and student wanted him to be an all virtual learner at home. You did a CLC application and admin had to clarify no application was needed. (See email)

      x. 20-21 (Sept. 8th), Parent ███████ email's Dr. Harmas his three emails he sent to you requesting a schedule change for his son starting Sept. 1st, Sept. 3rd and Sept. 8th. You make the change Sept. 8th, not following procedures, reaching out to DC or Asst. Principal. Communication, following procedures and professionalism all not meeting expectations.

   b. Rules/Expectations:

      i. Follow rules that Plato courses are for credit recovery

      ii. Follow graduation rules and document in place.

      iii. Review student data to identify students in need of academic or emotional support prior to SST

      iv. Modify next school year's course requests as needed when adjusting student schedules

      v. Follow guidelines put in place for scheduling and ask questions if need help.

      vi. Look at Math Recommendation sheet and Virtual guidance sheet for courses

      vii. Ask DC or Asst. Prin. if a special situation, otherwise follow rules in place

      viii. Follow specific timeline and procedures for 504s

      ix. Take the time to carefully read the information from administration, clearly communicate with families and provide accurate follow up information

      x. If a student wants to change a course then explore why and seek to understand. If it is a valid reason and it is a Plato course ███████ was clear that in order to add a Plato course you need to go through Mo and I before just adding it.

CCS 00149

c.  Impact:
  i.   Took a seat from a student in a back on track section who needed the credit recovery help.  Program is only for credit recovery.
  ii.  DC, administrator's and CLC team worked with Mom and student who thought they graduated to undo wrong communication and work on plan to get it done.
  iii. Missed students who could have received supports earlier
  iv.  Teacher's case load is increased over the section maximum allowed.
  v.   Confusion for student and teachers.  Required bumping of sections and multiple people in office working to do additional work to support these students and teacher.
  vi.  Student anxiety about starting a new course level late.
  vii. Putting co-workers in uncomfortable positions
  viii. If timelines and procedures are not followed, parents could file due process
  ix.  Confusion for parent, student, administration, which delayed virtual classes starting
  x.   Parent and student don't understand our process for a schedule change and friends that talk to them will question, why does the process look different for him if shared.

3.  Professionalism
  a.  Facts:
    i.   20-21 School Year, Covid protocol not initially followed with when to report absence, to whom to report absence with required information
    ii.  20-21 School Year, went to Asst. Superintendent with communication about office decor and written in a vague manner
    iii. 20-21 School Year, email response to Asst. Prin. in response to concern of an increasing number of schedules being corrected.
    iv.  20-21 Not taking care of ▮student▮ schedule change in a timely manner after five communication requests to follow-up and resolve along over a seven day period
  b.  Rules/Expectations:
    i.   Follow HR procedures and required information
    ii.  Follow chain of command with communication
    iii. Provide professional response to all stakeholders
    iv.  Take action and follow procedures in place in a timely manner
  c.  Impact:
    i.   DC is following up to make sure documentation was turned in
    ii.  Asst. Superintendent reached out to administration who reached out to me to go over professional hierarchy of next steps with a concern including starting point
    iii. Stakeholders feel a lack of concern for and time dedicated to students and parents
    iv.  Student may have missed opportunity to have a spot in requested course, DC had to follow up and ultimately reach out to Asst. Prin. to resolve the situation herself and then reach out to another counselor to get it taken care of after

Actions Necessary for Improvement:

1. Follow up and follow through in a timely manner (24-48 hours) with parents, students and staff. If you don't have the exact answer, follow up to say you are working on it. Always be courteous and professional in your verbal and written communication. Use greetings and salutations in each email. If you can tell the person is not feeling heard, call them. Provide all the information neededIf the person is having trouble accepting or understanding why a decision was made, call them. While on the phone, see if they have other questions and seek to understand their concerns.

2. Communication needs to show grace. Call a parent on the phone or see a student in person so they know they have been heard. By seeking to understand and listening, you can focus your conversations on what we can do to assist. All of this will build a trust between you and the family.

3. Review CHS guidelines for scheduling, specific programs at CHS, 504s and IEPs. If you need access to any of these guidelines, please reach out to Rachel and this can be provided to you. Prior to M-Team for an initial 504, please meet with Rachel or Mo to review you have all the needed information. Prior to a 504, please meet with Rachel or Mo to review that you have all the necessary information and documentation completed in IIEP. Prior to major "seasons" during the year (as defined by Rachel), please meet with Rachel to review the protocols and procedures in place. For example, prior to the start of scheduling, meet with Rachel to review the process and information needed for each scheduling meeting.

4. Ask DC or Asst. Prin. for help in a timely manner when needed.

At your year end conference on 5/19/20 ,we had conversations about improvement needed in your position as a CHS Counselor. With that conference and our meeting today, there must be immediate and sustained improvement in your job as your position at Carmel Clay Schools is in jeopardy. We will meet when necessary to review your performance. We will have a formal meeting at the end of each semester.

_____          _____
Dianna Stringham                         Date

_____          _____
Rachel Cole                              Date

_____          _____
Maureen Borto                            Date

_____          _____
Mark Wien                                Date

CCS 00151

End of Year Update: 5/12/21

Dianna,

Actions Necessary for Improvement:

1. Follow up and follow through in a timely manner (24-48 hours) with parents, students and staff. If you don't have the exact answer, follow up to say you are working on it. Always be courteous and professional in your verbal and written communication. Use greetings and salutations in each email. If you can tell the person is not feeling heard, call them. Provide all the information needed. If the person is having trouble accepting or understanding why a decision was made, call them. While on the phone, see if they have other questions and seek to understand their concerns. This is still an area of concern and needs improvement:

   a. On 12/16/20, you emailed parent [student name ███████]. In your communication you included you moved two students out. In a prior discussion with Rachel, it was discussed, not to include that information.

   b. On 1/7/21, [student ███] mom emailed Dr. Harmas upset about not feeling heard. You suggested [stude██] take Economics, when he already had the course, he was in sociology and he didn't select it. [stude██] was not feeling supported or heard.

   c. On 1/21/21, [student ████]' mom emailed Dr. Harmas and Dr. Beresford upset the scheduling meeting did not go well. You put in Adv. Comp and should not have and his math placement was incorrect for next year. While you were upfront with Rachel when she asked you what was going on, you still were not taking the time to listen to the student and parent. The student's counselor was changed as a result of these interactions.

2. Communication needs to show grace. Call a parent on the phone or see a student in person so they know they have been heard. By seeking to understand and listening, you can focus your conversations on what we can do to assist. All of this will build a trust between you and the family. This is still an area of concern and needs improvement:

   a. On 12/16/20, you emailed parent [student name ███████]. In your communication you included you moved two students out. In a prior discussion with Rachel, it was discussed, not to include that information.

   b. On 1/7/21, [student ███] mom emailed Dr. Harmas upset about not feeling heard. You suggested [stude██] take Economics, when he already had the course, he was in sociology and he didn't select it. [stude██] was not feeling supported or heard.

   c. On 1/21/21, [student ████] mom emailed Dr. Harmas and Dr. Beresford upset the scheduling meeting did not go well. You put in Adv. Comp and should not have and his math placement was incorrect for next year. While you were upfront with Rachel when she asked you what was going on, you still were not taking the time to listen to the student and parent. The student's counselor was changed as a result of these interactions.

3. Review CHS guidelines for scheduling, specific programs at CHS, 504s and IEPs. If you need access to any of these guidelines, please reach out to Rachel and this can be provided to you. Prior to M-Team for an initial 504, please meet with Rachel or Mo to review you have all the needed information. Prior to a 504, please meet with Rachel or Mo to review that you have all the necessary information and documentation completed in IIEP. Prior to major "seasons"

CCS 00152

during the year (as defined by Rachel), please meet with Rachel to review the protocols and procedures in place. For example, prior to the start of scheduling, meet with Rachel to review the process and information needed for each scheduling meeting. This area has improved, but we would like that to continue:

    a.   You sent out mid-year transcripts on January 8th before retakes were processed. The transcripts were also in an incorrect format.

    b.   In late April, you were asked to check with IOA students who were not performing well and behind to see if they thought they could finish or would just like to drop with a WF. When Maria went to put in a WF she noticed <mark>student name</mark> had already earned the credit in the Fall. When Rachel spoke with you, you said you were sorry and just must have missed it.

4.   Ask DC or Asst. Prin. for help in a timely manner when needed. This area has improved, please continue to do so in a proactive manner.

Based on our previous meeting and your year end evaluation, you continue to need improvement in our position as a CHS Counselor. There must be immediate and sustained improvement in your job as your position at Carmel Clay Schools is in jeopardy. Going into the 2021-2022 school year, we will meet when necessary to review your performance. We will have a formal meeting at the end of each semester.

_____        _____

Dianna Stringham                            Date

_____        _____

Rachel Cole                                   Date

_____        _____

Maureen Borto                                Date

CCS 00153

Addendum for Improvement

1. Communication (Written and verbal)
   a. Facts
      i. Rated highly effective 2019-2020
      ii. Rated highly effective 2019-2020
      iii. Rated highly effective 2019-2020
      iv. Rachel told us not to change schedules unless it fell under the reasons to change a schedule. She has also told all counselors to tell the students to work with the teacher. All counselors should have been following this.
      v. Rated highly effective 2019-2020
2. Following procedures, policies and dates
   a. Facts
      i. Rated highly effective 2019-2020
      ii. Rated highly effective 2019-2020
      iii. Rated highly effective 2019-2020
      iv. Yes, ▇▇ did bring it up that she would like to retake Latin I and the class was full. I brought it to your attention as soon as possible. This is part of our job.
      v. Students in different cohorts. Yes, it did happen. Also, my colleagues have also had many in other cohorts.
      vi. There was NO quantitative reasoning offered for any student. When her schedule was set up, we were only offering Edmentum/Plato classes.
      vii. DSchlp asked the counselors around the end of July, if he could move one of his students to the front of the APC list. He was not written up for this. Yes, I did ask my colleagues. However, since one counselor said no, I did not change the student's schedule.
      viii. I had documents prepped and ready. The parent had decided to put off doing a 504 last Spring. Covid hit and we were all home. The parents decided to wait until the beginning of this year to have a 504 for their student.
      ix. ▇▇ spoke with KM about going virtual. KM told me that maybe ▇▇ would like to go to the CLC, since DG was now in charge of the CLC. I spoke with dad that day. He said that sounded good. So, I started his application. ▇▇ on his in-person day, came in to meet with me. He said that he did not want to go to the CLC, but wanted to be home. So, this is NOT an issue.
      x. Yes, I changed his schedule.

3. Professionalism
   a. Facts
      i. Seriously, I came in on August 24th with a scratchy throat and cough. I sat at my desk for about 30 minutes thinking I should probably leave. I told KW that I was going to leave. I sent a text to Julie and Rachel. As soon as I came home, I sent an email to Lori D.

ii.   Big deal! Yes, I did send an email to RM. If Carmel is going to pick art for my wall, I wanted it to be art that I liked. RM did not think it was a big deal. He put a happy emoji on the email.

iii.  Already addressed in 2-a-5

iv.   I was taking care of ▮▮▮▮ schedule. Lead counselor had no faith in me or that I would change the schedule. She told me in the morning that ▮▮▮▮▮ did not want the student placed in W131 for this semester. It was already late. I had a conversation with the student before the email to Rachel was sent. I told her that she could not take both L202 and W131 at the same time. I told the student that she might have to take P155 instead of L202. She was great with that. I already knew that the student was okay with dropping L202 and picking up P155.

Additional information:

Lead counselor needs to stop targeting her only ethnic and gay counselor. There is very limited number of minorities at Carmel High School in teaching or counseling positions.

All counselors have done the listed infractions. However, they are not written up for their infractions. So, this needs to happen to all counselors or none.

During this pandemic time, all people need to give each other grace. Lead counselor needs to lead with kindness, grace and patience.

CCS 00155

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by John Joseph Williams
Started: Oct 1, 2014
Sent to Dianna Stringham on Oct 2, 2014
Viewed by Dianna Stringham on Oct 3, 2014
Post-Observation Conference: Oct 3, 2014
Completed: Oct 3, 2014
Printed: Oct 11, 2021 at 8:47am

_____   _____
*Staff Signature*            *Date*

_____   _____
*Administrator Signature*    *Date*

**SCRIPTING**
Extended Observation on Dianne Stringham

Senior Meetings

10-1-2014 2:05 PM

C. was meeting with a senior, the student was explaining to the C. what possible majors she was interested in.  C. asked the student what colleges she was looking at.  C. was familiar with the colleges the student mentioned and was able to make comments about the schools.  C. also recommended a college fair that was taking place this evening. (2.2.HE)

C. asked the student where she was on the college application stage.  Student indicated she was waiting to see which college she might attend to play softball.
C. asked the student if she had gone through the NCAA clearinghouse.

C. made the student aware of the financial aid night.  C. also gave and explained to the student a list of scholarships including the CEF scholarships.

C. gave information about the SAT and ACT dates.  Also mentioned the late fees.

C. was able to tie in the students' PSAT math scores.  C. gave information about the SAT prep courses.

C. asked if there were other questions.  C. also was able to establish a rapport with the student.

C. office was appropriately decorated with a variety of college banners. (2.4.E)

Teacher Exhibit 6 - p. 001          Dianna Stringham - Extended Observation - Started: Oct 1, 2014 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 3

CCS 00156

C. invited another student in.  C. stood up and met the student as he came in.  C. explained to the student what they were going to be talking about.  C. reviewed where they were right now.

C. went over graduation requirements with the student.  C. was very detailed and positive with the student and was able to answer questions the student had.  After going through the transcript, the C. asked if the student had any questions.

C. checked name and information for ordering the students diploma. "exciting stuff"

C. asked the student what he was thinking about majoring in.  C. recollected that the student had talked about pre-med before.  C. asked which schools he was looking for.

C. asked the student if they had any questions about college applications.  C. shared the list of scholarships and gave some tips and suggestions.  C. also gave the student some information on the ACT prep opportunities. (1.4.E)

C. asked if there were other questions the student might have.

C. talked about the student's essay.  Very positive and upbeat.  Made herself available if the student needed further information (2.1.E) .

C. brought is a student to check on a new student.  This was in response to an email from the student's chemistry teacher.  C. asked the student to tell her what is happening.  The C. faced the student and gave appropriate feedback as the student explained what was going on.

C. asked the student how it was going overall.  The C. committed to helping the student and went through a list of opportunities for help.

C. talked through the different academic issues that the student was facing. (3.2.HE)

Sorry for butting in in to the conversation.

C. brought in the third student for senior meeting.  C. asked the student how things were going.  The student indicated he had been meaning to come in and talk about his schedule.

2:46 PM

## DOMAIN 1: PLANNING AND PREPARATION
### 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|

Dianna Stringham - Extended Observation - Started: Oct 1, 2014 - Printed: Oct 11, 2021 at  8:47am - Page 2 of 3

CCS  00157

C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school and in the community. *(1.4.HE)*

C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, (and) some familiarity with resource/personal(?) relationship. *(1.4.E)*

C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. *(1.4.IN)*

C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. *(1.4.I)*

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective**

Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)*

**Effective**

C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)*

**Improvement Necessary**

C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)*

**Ineffective**

C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)*

## 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless; efficient, expansive and geared to the individual needs of each student. *(2.2.HE)*

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)*

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)*

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)*

## 2.4 Organizing Physical Space

**Highly Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. *(2.4.HE)*

**Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. *(2.4.E)*

**Improvement Necessary**

C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. *(2.4.IN)*

**Ineffective**

The physical environment is in disarray or is inappropriate to the planned activities. *(2.4.I)*

# DOMAIN 3: DELIVERY OF SERVICES
## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

**Highly Effective**

C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. *(3.2.HE)*

**Effective**

C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. *(3.2.E)*

**Improvement Necessary**

C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. *(3.2.IN)*

**Ineffective**

C/MSW's program is independent of identified student needs. *(3.2.I)*

Teacher Exhibit 6 - p. 003     Dianna Stringham - Extended Observation - Started: Oct 1, 2014 - Printed: Oct 11, 2021 at 8:47am - Page 3 of 3

CCS  00158



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
#1
Evaluated by Dianna Stringham
Started: Oct 3, 2014
Has not been sent to Dianna Stringham for review
Printed: Oct 11, 2021 at 8:47am

Dianna Stringham - - Started: Oct 3, 2014 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 1

CCS  00159

Teacher Exhibit 6 - p. 004



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Linda Skafish
Started: Nov 18, 2014
Sent to Dianna Stringham on Nov 18, 2014
Viewed by Dianna Stringham on Nov 19, 2014
Completed: Nov 18, 2014
Printed: Oct 11, 2021 at 8:47am

_____
*Staff Signature*                                    *Date*

_____
*Administrator Signature*                            *Date*

**SCRIPTING**
Dianna Stringham

Short observation 11-18-2014

Start: 9:45

Dianna is in the middle of a meeting with a student planning courses/schedule for the next year. Student is seated near her and can see both computer monitors where the student's schedule is displayed and where course requests for next year are listed. The student has a copy of his transcript, which Dianna has given him. Other materials that Dianna might need during the meeting are easily accessible either on the table in her office or on the bookcase near the student. Office is pleasant and inviting. (2.4.E)

Student asked about the differences between the SAT and ACT. Dianna explained some of the differences, making the connection between the SAT and the PSAT the student had taken in October and then asked the student what he thought about the PSAT. Student got animated and said he thought he had done well on it; if the SAT was like the PSAT he thought he'd like to start with that one . Diane encouraged him to plan to take the SAT first before deciding on whether to take the ACT. There was some additional discussion between Dianna and the student about whether his test scores would appear on the transcript, requesting the test scores to be sent to CHS, and ways to go about preparing for the test. Dianna gave him some printed information related to college admissions testing. (3.4.E)

CCS 00160

D: Let's finish putting in your courses here.

She turned toward the computer screen, which the student could see, and began refocusing the conversation toward the student's course choices for next year.

Dianna read through the courses he had already decided on: AP Capstone, math as recommended by his teacher. She then asked if he had thought about his electives

Dianna asked if he had thought about his electives.

S: (again with high energy)&mdash;yes, yes, I want to focus on languages and engineering.

He chose Chinese II, said her wanted to take IB Physics (had been recommended for it).

Dianna asked about APC&mdash;

D: I see you are in APC this year.  Do you play a sport?

S: Yes, I do track and had thought I'd do soccer but that didn't work out.

Student asked about why PE II is on his schedule.  He said that he should have gotten a waiver for it because he ran track last spring and had turned in the paperwork. Dianna said that he would need to talk to Bruce Wolf for some help in figuring out why he didn't get the credit last year and that she would take the student over to Mr. Wolf's office when they finished up with the scheduling. (1.4.E)

Dianna redirected the conversation back to scheduling.

Reviewed the student's courses:  read through them checking to see if everything was entered correctly.  Discussion about whether to take the POE or Civil Engineering class.  He said he knew about the differences between the two courses; decided on the POE as of today.  Will let Dianna know if changes his mind.

D: Now you have one more class…?

Student said he'd like to do French IV;

D pointed out that the teacher hadn't recommended that the take French IV.

Student said he understood that, but it was because he told the teacher he probably didn't want to do it; but since then has changed his mind.

D asked about alternate elective.

Student said alternative choices would be APC and Civil Engineering.

D: OK, good.  That's a full schedule.

Teacher Exhibit 6 - p. 006          Dianna Stringham - Short Observation - Started: Nov 18, 2014 - Printed: Oct 11, 2021 at  8:47am - Page 2 of 5

CCS  00161

D: Now what kinds of questions do you have for me?

S: I heard Purdue needs for me to take Precalc.   Student wanted to know if he could take another math course during the summer to get to a higher math course.

Dianna explained about Algebra II being the course he would take next year,  and he would then have Precalc as a senior.

D: So you will be fine.

S: The things is; I want to use my time as wisely as I can in high school, like maybe I need to have more math.

D: Right now you're sitting at a 68 percent in geometry, so keep working hard on it now and bring that grade up and then we can figure out a plan.

Dianna printed a copy of the student's schedule; retrieved it from the printer and asked the student to sign it.  She gave the student a copy to keep. (3.7.E)

Student checked the courses.

Dianna noticed he was reading it carefully and asked, "Does that look right to you?"

S: Yes, just checking it because some of my classes got messed up & don't want that to happen again.

Gave him his copy; signed his pass; sent him back to class;

Took student over to Bruce Wolf.

overall session:  (1.1.HE) (2.1.E) (2.2.HE)

End: 10:02

## DOMAIN 1: PLANNING AND PREPARATION
### 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

CCS  00162

## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. (1.4.HE) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district and some familiarity with resources available through the school. (1.4.E) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. (1.4.IN) | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. (1.4.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

Teacher Exhibit 6 – p. 008

Dianna Stringham – Short Observation – Started: Nov 18, 2014 – Printed: Oct 11, 2021 at 8:47am – Page 4 of 5

CCS 00163

## 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. *(3.4.HE)* | C/MSW brokers with other programs within the school or district to meet student needs. *(3.4.E)* | C/MSW's efforts to broker services with other programs in the school are partially successful. *(3.4.IN)* | C/MSW does not make connections with other programs in order to meet student needs. *(3.4.I)* |

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |

CCS 00164

**Carmel Clay Schools**
*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #2
Evaluated by Linda Skafish
Started: Jan 13, 2015
Sent to Dianna Stringham on Jan 13, 2015
Viewed by Dianna Stringham on Jan 14, 2015
Post-Observation Conference: Jan 16, 2015
Completed: Jan 16, 2015
Printed: Oct 11, 2021 at 8:47am

_____
Staff Signature                                    Date

_____
Administrator Signature                        Date

**SCRIPTING**
Dianna Stringham

Extended observation 1-13-15

Start 10:30

This was a meeting of Dianna with the juniors who have Dianna as counselor. The focus of the meeting was to provide students with the information they need to begin planning for the courses they want to take during the senior year. It took place during SRT in one of the rear classroom areas of the auditorium. Students were given scheduling materials in their SRTs before coming down for the meeting. Dianna made use of a PowerPoint as she talked to the students about the scheduling process. (1.3.E) (1.5.E)

Dianna stood outside the auditorium and greeted students as they came in.

D:  good morning, welcome class of 2016!  (2.1.E) This is going to take all of our time; we may have some latecomers but I'm going to start.  Let's go over some very important dates on this.  (She displays the PP slide showing the scheduling timeline.)  Today we are having our meeting so you can select your courses soon.  OCR opens today; Applications for courses are due the 30th&mdash;be really careful about that; some of us won't have met by then.  OCR important for you to do before you meet with me.  You should have received your course recommendation sheet from your SRT teacher.

Dianna moved on to the slide that showed a sample of a student's course recommendations/scheduling worksheet.

D:  Some classes are going to require an application&mdash;reminded again about the Jan 30th deadline.

CCS  00165

Dianna talked about the schedule change policy and why it's so important for students to choose their classes carefully, while displaying the slide.

D moved on to summer school, taking about options for taking courses here as well as taking a courses through IOA.   She gave dates for both.

D talked about the pros for taking a course through IOA.   She read what was written on the PP slide.

D–Moved on to graduation requirements.

D:  most of you know what type of diploma you are pursuing; we'll also talk about this when you meet with me.

D–told students where they could find grad requirements in the POS.

D–talked about various options in English; read  (from the PP) the areas that there are electives available.

D:  I'd like you to read through your POS; again read the courses from the PowerPoint.

D:  Social studies:  again looked at the screen and read from the screen.

Any questions about that?

There were none.

D: Dual credit&mdash;lot of choices as you can see behind me. (Displayed the slide.)

D: I'm not going to read all of this, you can see how many we have.

D: Dual credit -credit CHS, but also a transcript of the credit you earn at the college.

D:  What are the differences between AP and ACP?

She talked about the AP program, explaining that it's a national program, and how the exams are scored.

D: what kind of college credit you get depends on your score on that AP exam and where you are going to college.

D:  ACP, dual credit, get a college transcript (mostly transferrable).

D moved on to JEL, again displaying the PP slide.   She mentioned some of the courses available through the ACP program and referred students to the website for more information.

D– moved on to the PP slide about Rigor: read the question from the PowerPoint, then told students that the courses they should take are ones that they want to do well in and ones that they will enjoy. (1.2.E)

D moved to talk about the Online-Scheduling process:

D:&mdash;it is very, very important that you do this before we meet.  Use Firefox; the OCR is open now until the 20th.  She showed screen shots in the PP,

Teacher Exhibit 6 - p. 011                    *Dianna Stringham - Extended Observation - Started: Jan 13, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 2 of 6*

CCS  00166

explaining how to access the OCR and what the user name and passwords are for students; she walked them through it step-by-step, and told them it was good if they hit "submit" early and often, so they wouldn't get bumped out.

Next she moved on to the part of the presentation related to planning for College and Careers.

She told students to take advantage of the resources available through CCRC.

Next, she talked about the Indiana Career Explorer; password is on the CHS website; told students what they would find there and how it can help.

D: At our meeting we'll be talking about your post-secondary plans. Work, military, college, apprenticeships.

D: What do college consider? Well your grades are really important. Your first semester, I hope went well for you, right, yes?

Some students nod.

D: This is your last semester to shine, shine, shine! This semester is the final one that will show up on your transcript when you apply (to college) next fall.

D-talked about importance of not coasting.

D: Standardized test scores are important; you should be signing up now for the tests. (

D: Recommendations? Who are you going to ask? If you are going into science, you'll need to ask your science teachers to write a letter of recommendation for you.

D: College essay is a time for you to shine; have someone check your essays before you submit them.

D: Some college require an interview or letter of rec and others don't.

D: Your resume should include both what you do school ad what you do away from school.

D: OK-testing; when you register for the ACT or SAT. (Displayed the PP slide on tests.) You can have scores sent (to colleges) as part of your registration fee; if you go back and have them sent later, the price gets pricier. (1.4.E)

D: Follow us on twitter and Facebook&mdash;you'll know when college reps re coming. (again displayed slide)

D: Keep your cyber profile are clean and not have anything on them that you'll be embarrassed about (another slide)

D-Quickly went through the information on the last slide which included a summary of the important points:

D: Meeting today (you're at it); Tomorrow: parent meeting, tell them to come.

D: OCR-what search engine do you need to use?

Several students knew and responded&mdash;Firefox.

Teacher Exhibit 6 - p. 012          *Dianna Stringham - Extended Observation - Started: Jan 13, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 3 of 6*

CCS  00167

D: and what's that Jan 30 deadline for applications?

(3.2.E)

That ended the presentation, students began packing up and were dismissed.

*(Overall preentation:*  (3.6.E) (4.2.E) )

End: 11:00

# DOMAIN 1: PLANNING AND PREPARATION
## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. *(1.2.HE)* | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. *(1.2.E)* | C/MSW displays partial knowledge of child and adolescent development. *(1.2.IN)* | C/MSW displays little or no knowledge of child and adolescent development. *(1.2.I)* |

## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3.HE)* | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3.E)* | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)* | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)* |

## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. *(1.4.HE)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district and some familiarity with resources external to the school. *(1.4.E)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. *(1.4.IN)* | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. *(1.4.I)* |

CCS 00168

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. *(1.5.HE)* | C/MSW has developed a plan that includes the important aspects of counseling in the setting. *(1.5.E)* | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. *(1.5.IN)* | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. *(1.5.I)* |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)* | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)* | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)* | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)* |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. *(3.2.HE)* | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. *(3.2.E)* | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. *(3.2.IN)* | C/MSW's program is independent of identified student needs. *(3.2.I)* |

## 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of productive communication between teachers, parents and individual students. *(3.6.HE)* | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. *(3.6.E)* | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. *(3.6.IN)* | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. *(3.6.I)* |

*Dianna Stringham - Extended Observation - Started: Jan 13, 2015 - Printed: Oct 11, 2021 at  8:47am - Page 5 of 6*

CCS  00169

# DOMAIN 4: PROFESSIONAL RESPONSIBILITIES
## 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

Dianna Stringham - Extended Observation - Started: Jan 13, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 6 of 6

CCS 00170

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #3
Evaluated by Linda Skafish
Started: Apr 21, 2015
Sent to Dianna Stringham on Apr 21, 2015
Viewed by Dianna Stringham on Apr 22, 2015
Completed: Apr 21, 2015
Printed: Oct 11, 2021 at 8:47am

_Staff Signature_                              _Date_

_Administrator Signature_                      _Date_

**SCRIPTING**
Dianna Stringham

Short observation 4-20-15

Start: 8:30

This is a 504 annual review conference. Karen McDaniel chaired the conference. Dianna, the student's mother and the student's Spanish teacher were the other participants. Diana had prepared all of the needed documents through Indiana IEP and had sent the needed documents to the mother prior to the conference. She checked with the mom, before the conference began, to make sure she had brought the needed consent forms with her, letting her know that she was just checking to see if she needed to print new copies. (1.4.E) (1.5.E)

Introductions were made.

Made sure that mom knew who everyone was. (2.2.HE)

A computer was used (IN IEP) and documents were projected on the screen in the conference room so that all were able to see information being accessed. (2.4.E)

The Spanish teacher provided information about student's progress in her class.

Mom asked what his grade was right now.

He has a C-.

Teacher Exhibit 6 - p. 016

_Dianna Stringham - Short Observation - Started: Apr 21, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 4_

CCS 00171

Displayed the details of his grade in Spanish (using PowerSchool).

Student had an F and a D- on two tests; quizzes and other grades are As and Bs. Discussion between the mom and teacher about details of the student's behavior and progress in this class.

Dianna listening intently.

KM asked about whether he was using his accommodations.

Teacher said he doesn't use his extended time, but she has him seated directly in front of her.

KM asked is he's making little mistakes, some things that might be done better if he took more time.

Teacher said it's some of the prior content that he has gaps with that is causing him difficulties.

Mom nods and agrees.

Displayed Indiana IEP to get the 504 documents up on the screen.

Next KM asked Dianna what other kind of feedback she had from other teachers.

Dianna said there was nothing different or new from what she had reported in January. (Referenced some emails from teachers.) No behavior issues. (3.6.E)

Dianna to mom: I saw him at the Jesuit College Fair we had a few weeks ago.

Mom talked a bit about his plans for college; student is interested in some of the Catholic schools.

Dianna: Using his accommodations in several of his classes. Other than that, nothing significant.

Mom talked about his PE problems. She didn't provide details, but it was apparent that there had been a problem in the class that Dianna had helped resolve. Student dropped PE and is now in a study hall.

Mom asked if he needed to have another wellness class. And said she would have like to have seen him take another academic class.

D: At the time we made the change, we were too far into the semester for him to be able to pick up an academic class.

Moved ahead to discussion of his grades.

KM reviewed grades, displaying them on the screen. Said she was so please to see that his grades are moving up.

(3.4.E) (3.7.E) (3.1.HE)

End: 8:45

# DOMAIN 1: PLANNING AND PREPARATION
## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. (1.4.HE) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district and some familiarity with resources external to the school. (1.4.E) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. (1.4.IN) | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. (1.4.I) |

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. (1.5.HE) | C/MSW has developed a plan that includes the major elements of counseling in the setting. (1.5.E) | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. (1.5.IN) | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. (1.5.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

CCS 00173

# DOMAIN 3: DELIVERY OF SERVICES

## 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE) | C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E) | C/MSW's assessments of student needs are perfunctory. (3.1.IN) | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I) |

## 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. (3.4.HE) | C/MSW brokers with other programs within the school or district to meet student needs. (3.4.E) | C/MSW's efforts to broker services with other programs in the school are partially successful. (3.4.IN) | C/MSW does not make connections with other programs in order to meet student needs. (3.4.I) |

## 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. (3.6.HE) | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. (3.6.E) | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. (3.6.IN) | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (3.6.I) |

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

CCS 00174



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2014-2015
Initiated by Linda Skafish
Started: May 15, 2015
Sent to Staff: May 15, 2015
Artifact has NOT been viewed by the staff member
Printed: Oct 11, 2021 at 8:47am

**Title: Reflection questions from D Stringham 5-15-15**

Attached document was prepared by Dianna Stringham and submitted on 5-14-15.

(1.4.E)

(1.3.E) (1.5.E) (1.6.E) (3.5.E) (4.3.E) (4.2.E) (2.3.E)

## DOMAIN 1: PLANNING AND PREPARATION
### 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3.HE)* | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3.E)* | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)* | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)* |

### 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|

Teacher Exhibit 6 - p. 020

Dianna Stringham - Artifact - Started: May 15, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 3

CCS 00175

CCS 00176

**Highly Effective**

C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. *(1.4.HE)*

**Effective**

C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school. *(1.4.E)*

**Improvement Necessary**

C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. *(1.4.IN)*

**Ineffective**

C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. *(1.4.I)*

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

**Highly Effective**

C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. *(1.5.HE)*

**Effective**

C/MSW has developed a plan that includes the important aspects of counseling in the setting. *(1.5.E)*

**Improvement Necessary**

C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. *(1.5.IN)*

**Ineffective**

Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. *(1.5.I)*

## 1.6 Developing A Plan To Evaluate The Counseling Program

**Highly Effective**

C/MSW's evaluation plan is highly sophisticated, with imaginative sources of evidence and a clear path toward improving the program on an ongoing basis. *(1.6.HE)*

**Effective**

C/MSW's plan to evaluate the program is organized around clear goals and the collection of evidence to indicate the degree to which the goals have been met. *(1.6.E)*

**Improvement Necessary**

C/MSW has a rudimentary plan to evaluate the counseling program. *(1.6.IN)*

**Ineffective**

C/MSW has no plan to evaluate the program or resists suggestions that such an evaluation is important. *(1.6.I)*

# DOMAIN 2: THE ENVIRONMENT
## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

**Highly Effective**

C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. *(2.3.HE)*

**Effective**

C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. *(2.3.E)*

**Improvement Necessary**

C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. *(2.3.IN)*

**Ineffective**

C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. *(2.3.I)*

# DOMAIN 3: DELIVERY OF SERVICES
## 3.5 Demonstrating Flexibility And Responsiveness

**Highly Effective**

C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. *(3.5.HE)*

**Effective**

C/MSW makes revisions in the counseling program when they are needed. *(3.5.E)*

**Improvement Necessary**

C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. *(3.5.IN)*

**Ineffective**

C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. *(3.5.I)*

# DOMAIN 4: PROFESSIONAL RESPONSIBILITIES
## 4.2 Communicating With Families

**Highly Effective**

C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)*

**Effective**

C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)*

**Improvement Necessary**

C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)*

**Ineffective**

C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)*

## 4.3 Participating In A Professional Community

**Highly Effective**

C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. *(4.3.HE)*

**Effective**

C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. *(4.3.E)*

**Improvement Necessary**

C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. *(4.3.IN)*

**Ineffective**

C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. *(4.3.I)*

*Dianna Stringham - Artifact - Started: May 15, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 3 of 3*

CCS 00177

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2015
Finalization Worksheet
Primary Evaluator: Skafish, Linda



**Carmel Clay Schools**
**Carmel, Indiana**

## Employee Effectiveness Rubric (EER)
## Counselor (2015)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 3.00 | X 0.300 | 0.90 |
| DOMAIN 2: THE ENVIRONMENT | 3.00 | X 0.150 | 0.45 |
| DOMAIN 3: DELIVERY OF SERVICES | 3.00 | X 0.400 | 1.20 |
| DOMAIN 4: PROFESSIONAL RESPONSIBILITIES | 3.00 | X 0.150 | 0.45 |
| Final EER Score |  |  | 3.00 |

## Finalization Worksheet - 2014-15A

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 3.00 | X 0.750 | 2.25 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 3.25 |
| **Finalization** |  |  | **Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 21, 2015

Linda Skafish marked this document as "Complete" on May 22, 2015

Teacher Exhibit 6 - p. 023  *Dianna Stringham - Finalization - Evaluation Ending Jun 2015 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 2*

CCS 00178

**Final Evaluator Comments:**

Diane-

We appreciate your efforts and hard work in getting acclimated to CHS, in learning the curriculum and counseling department structures and procedures.  We anticipate that you will become a strong and intricate member of the department.

thank you for all that you've done.

Linda



Teacher Exhibit 6 - p. 024   *Dianna Stringham - Finalization - Evaluation Ending Jun 2015 - Printed: Oct 11, 2021 at 8:47am - Page 2 of 2*

CCS  00179

15-16

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Linda Skafish
Started: Oct 7, 2015
Sent to Dianna Stringham on Oct 7, 2015
Viewed by Dianna Stringham on Oct 8, 2015
Post-Observation Conference: Oct 9, 2015
Completed: Oct 9, 2015
Printed: Oct 11, 2021 at 8:47am

_____
Staff Signature                                    Date

_____
Administrator Signature                       Date

**SCRIPTING**
Dianna Stringham

Long observation

10/7/2015

Start:  8:45

Dianna is meeting individually with seniors in her caseload.  These are "senior meetings" and are carefully planned to provide time for her to talk with each of her seniors about their progress toward meeting graduation requirements, graduation participation, diploma information verification, progress on planning for the student's college applications or other post-secondary plans, use of Family connection and other needs the student might have.

Prior to scheduling these meetings, Dianna had a series of small group meetings with seniors which were in a computer lab so that student could have assistance in how to use their Family Connection accounts and to get information about what they needed to be doing as seniors with college applications, recommendations, seniors pictures, caps and gowns, etc.

Dianna had scheduled these individual appointments with her seniors and had sent out passes and reminders about the date and time.  Her office is arranged to facilitate these meetings.  Students are seated in close proximity to her desk so they can see what's on her computer screen.  She had needed materials/handouts easily accessible.  (1.3.HE)

Student arrives for appointment.

D: feel free to ask me anything, ask lots of questions

Teacher Exhibit 7 - p. 001          Dianna Stringham - Extended Observation - Started: Oct 7, 2015 - Printed: Oct 11, 2021 at  8:47am - Page 1 of 11

CCS  00180

D-begins by going over the student's transcript with him, item by item.

D:  You've done an excellent job; GPA great, goes through details about type of course, ECAs, ACT, SAT, D:  explains super-scoring on SAT

D:  Overall, you June 6th date was the best

D:  AP Euro test score should get you some credit

D:  Questions about your transcript?

Student didn't.

D-Shows and explains the diploma tracking form

D-Adds the senior classes to the diploma tracking form, details the courses the student still needs

Student is listening nodding verbally agreeing

D-Checks the extra requirements for the academic honors diploma

D:  Questions about what you need?

Student had none

D:  What are your future plans?

S:  I plan to go.to the U of Southern Indiana; I've already committed there and have been admitted.

D:  What's your sport again?

S:  Soccer.  There's a game today!

D:  Whats your position?

S:  Goal keeper

D:  Oh!

D:  What's your plan for study

S:  Law school, eventually, but I'm not sure about my major

*Missed opportunity to find out more about the student&mdash;what's the draw for law? Etc.*

D:  Lots of writing in law&mdash;maybe you should think about doing an English major

CCS  00181

S: I'm thinking poli sci, or econ, or business

D: When people go into law, they can come from any background, but it's important to focus on strengthening your writing as an undergrad.

D: Have you been on family connection

S: I think so, but I'm not sure

D: Let me show you here

D- moves to her computer and pulls up family connection on the screen

D: I'll show you what it looks like

D: Ok, you have put in U of Southern Indiana; your application has been submitted and we've sent your transcript

D- showed him the scholarship tools in Fam Connection

D: I know you've already committed to USI, but if you need a backup&mdash;suggests a couple of other options to consider

D: Do you have your senior check list? It has some important dates

S: I have it but I didn't bring it

D: Would you like another copy

S: Yes

D-hands him a copy

D: I'm going to give you a copy of this magazine here.  I like this magazine.

D- shows him the pages about the FAFSA.  Explains about college goal Sunday; FAFSA opens January 1

D: Also in here is a map of where all of the Indiana schools are, kind of interesting

D-Points out the info about the top 50 jobs in Indiana

D: On the back, also has info about all of the colleges in the state

D: I wouldn't put this on the bottom of your  locker

D: Tests, are you done taking them?

Student said he was

CCS  00182

D: Do you happen to follow up on twitter or Instagram

S: No

D: Will give you this then. (hands him a copy of the handout with the social media information)

D: Come over here and let's look at your info for you diploma   (again moves over to her desk and computer)

D and the student checks through all of the details&mdash;name, id, grad participation, verifies type of diploma seeking

D–Has student sign off that they've taken care of the details

D: Look over this info and I'm going to make you a copy

D: Do you have any questions for me?

S: None that I can think

D: You know you can come in any time.

Student leaves.

Next Dianna makes phone call

Background related to the call: new student who Dianna had taken to MTeam; he's  one who is severely depressed, recommending that we evaluate him;
Dianna going to follow up with mom about whether she's gotten the paperwork and encourage her to return it ASAP

D– makes phone call

D–Introduces herself

D: I just wanted to call and follow up. did you receive the paperwork on  stude   it would have been sent out last Wednesday

(mother didn't get it)

D: Let me check on your address

D: Let me know in the next couple of days if you still don't get it

D: Also just checking, we had spoken before about maybe seeing an outside counselor

D: Is that...?

D: So budget is a concern?

CCS  00183

D: I can check with our social worker to see if there's somebody that does a sliding scale

D: I can get back with you

D: I saw [Stude] today

D: When the MTeam met we decided to get him in a supported study hall.  He wanted to change sports medicine, but I told him I'd rather he stay in a class that he's passing.  He was surprised he was passing

D: We will certainly be in touch

Kept talking about what's happening with Jess

Gave mom and update on his current grades

Passing 3 classes, but failing 3 others

Mom talks and Dianna listens

Listening more

D-Gives verbal affirmation that she's listening

Conversation about the photo class; student needs to take some additional picture

D: [Stude] told MR. Daly that he really likes the class

D: Let me know when you get the materials;

D: Make sure you let me know

D: Ok right thanks

Hangs up

phone conversation: (3.6;HE)

Next student arrives

D: Hi [student] asks if OK for observation

S: Yes

D: I actually had a conversation with your dad yesterday

S: Yeah, I heard

Dianna Stringham - Extended Observation - Started: Oct 7, 2015 - Printed: Oct 11, 2021 at  8:47am - Page 5 of 11

CCS  00184

CCS  00185

D: He told me he wasn't from the US.  Like I wouldn't know with his Scottish accent!

Student laughs

D: This is your senior meeting, can you believe it?

S–Laughs and says no

D- provides overview of what they'd be doing in the meeting

D–Starts with transcript, Goes over it in detail, year by year.

Student asks about a retake and what happens to the grade

D–explains and points the retake out on transcript

S: So the GPA calculates the B and not the original  D

D: yes, that's right

D: So your cum gpa is 2.78

D–Goes over test scores:  ECAs, PSAT and SAT scores

D: SAT&mdash;just one score right now

S: I just retook it

D: AP Human Geography&mdash;score of 3; could get you some credit

D–Moves on to the diploma tracking sheet&mdash;you need Adv com; need Alg II-2, govt, econ; looks like you have everything accounted for to get the core 40'

D: What are you future plans?

S:  Elementary ed or special ed

D:  Dad mentioned something about IUPUI?

S:  It's my first choice, or maybe Ball State

D: any others, like ISU or U of southern Indiana

S:  I should probably apply to those

D:  Seniors checklist&mdash;you have one?

Teacher Exhibit 7 - p. 006

*Dianna Stringham - Extended Observation - Started: Oct 7, 2015 - Printed: Oct 11, 2021 at  8:47am - Page 6 of 11*

Student did

D:  Pointed out the important dates

D:  Let me give you a copy of this&mdash;(the magazine)

D-Goes through some of the features in the mag&mdash;FAFSA; talks about the FAFSA accounts

S:  Parents&mdash;do we have to have two different accounts because of my brother?

D:  Your brother will have a pin, you'll have a pin and your parents get one also.  Their PIN which will match and tie together the yours and your brother's accounts

S-nods, indicating she understands

D:  The other thing I like in here is the jobs list.

D-Points out that school teacher is the #2 hot job on the list (good job prospects for what student wants to do)

D-Asks about taking the ACT again

D:  Let me give you some info about test prep for the ACT

Student is taking the ACT again at Indian Wesleyan.  She asks about the difference between the two tests.

Dianna gives a description about what the ACT looks like

D:  SAT has 9 subtests; ACT chunks it in 4 pieces

D:  Gives students the handout with the test dates

Do you follow us on twitter or Instagram?

Student didn't.

D:  So... Let's order your diploma

D-Moves to the computer, student pulls up a chair

D:  Is this your student ID number?

D:  Plan to go to graduation

D:  You passed your ECA

*Dianna Stringham - Extended Observation - Started: Oct 7, 2015 - Printed: Oct 11, 2021 at  8:47am - Page 7 of 11*

CCS  00186

D: Diploma will be core 40

D: So now we ordered your diploma

D: Now I need you to sign this and think of any questions you might have for me

When we're looking at colleges does it matter if you stay on campus?

D: a school like IUPUI, they do a good job of having a good mix of activities and things going on for students who aren't living on campus.   The nice thing about IUPUI is that it's changed so much over the last few years, focusing on activities and including students who are living off campus.

D: I know you would

Student laughs

D: Yes, there are students who live right there,   but I don't think you'll miss out to live at home and attend there

D: U of southern Indiana one of the most of economical

D: Have you been on college visits?

S: Yes, IUPUI, Ball State,

S: I'm going on PSAT day

D: I imagine the 14th is going to be a really popular day for campus visits; make sure you set it up before you go. Will be good to see what your options might be,

D: Let me make a copy of this for you.  I'll be right back.

Student looks at magazine while Dianna is gone

D: Do you think of any other questions you might have for me

Student had none

D: Let me know if you have questions or if you need me for anything

S:Didn't have pass, so Dianne wrote her one.

Thanked her and left.

End: 9:30

Evidenced throughout the observation: (1.4.E) (1.5.HE) (2.1.E) (2.2.E) (2.4.HE) (3.1.E) (3.2.HE) (3.3.HE) (3.7.E)

CCS 00187

# DOMAIN 1: PLANNING AND PREPARATION
## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3.HE)* | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3.E)* | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)* | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)* |

## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. *(1.4.HE)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school. *(1.4.E)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. *(1.4.IN)* | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. *(1.4.I)* |

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. *(1.5.HE)* | C/MSW has developed a plan that includes the important aspects of counseling in the setting. *(1.5.E)* | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. *(1.5.IN)* | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. *(1.5.I)* |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)* | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)* | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)* | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)* |

CCS 00188

## 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## 2.4 Organizing Physical Space

**Highly Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE)

**Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E)

**Improvement Necessary**

C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN)

**Ineffective**

The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I)

# DOMAIN 3: DELIVERY OF SERVICES
## 3.1 Assessing Student Needs

**Highly Effective**

C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE)

**Effective**

C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E)

**Improvement Necessary**

C/MSW's assessments of student needs are perfunctory. (3.1.IN)

**Ineffective**

C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I)

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

**Highly Effective**

C/MSW helps individual students and teachers formulate academic, personal/social and career plans. (3.2.HE)

**Effective**

C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E)

**Improvement Necessary**

C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN)

**Ineffective**

C/MSW's program is independent of identified student needs. (3.2.I)

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

**Highly Effective**

C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE)

**Effective**

C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E)

**Improvement Necessary**

C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN)

**Ineffective**

C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I)

Teacher Exhibit 7 - p. 010     Dianna Stringham - Extended Observation - Started: Oct 7, 2015 - Printed: Oct 11, 2021 at 8:47am - Page 10 of 11

CCS 00189

## 3.6 Establishing A Culture For Productive Communication

**Highly Effective**

The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. *(3.6.HE)*

**Effective**

C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. *(3.6.E)*

**Improvement Necessary**

C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. *(3.6.IN)*

**Ineffective**

C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. *(3.6.I)*

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)*

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)*

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)*

**Ineffective**

C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)*

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Karen McDaniel
Started: Dec 7, 2015
Sent to Dianna Stringham on Dec 9, 2015
Viewed by Dianna Stringham on Dec 10, 2015
Completed: Dec 9, 2015
Printed: Oct 11, 2021 at 8:47am

_Staff Signature_ _____ _Date_ _____

_Administrator Signature_ _____ _Date_ _____

**SCRIPTING**
2:09 - The C and the S are working together at her desk. The T and S are going over his grades and she encourages him to work really hard on the final exam and to get help from his teachers before the final. (1.1.HE)

The S expresses concern to be sure he has selected classes appropriate for his college/career choices. The C nods her head that she understands and asks the S to look over his transcript with her. (3.2.HE)

The C goes through the components of the transcript. She compliments the S on his Pass + on his ECA. (2.1.E) She shares with him information re: upcoming SAT/ACT exams.

The S and C then go over each area of the diploma requirements necessary for his diploma type. She uses the information to ensure he is on track for his desired diploma type. (3.7.HE)

The C and S go through some of his options for his upcoming math class and they also discuss dual-credit options with his math class. She encourages him to participate, since it is a much better deal, economically, then taking the class at the college. (1.2.HE) (3.3.HE)

The counselling office is organized well, with the arrangement set up with the student's participation in mind. The S and C are sharing a computer screen so the S can see what the C is inputting for his upcoming school year. (2.2.HE) (2.4.HE)

2:19 - End of Observation

CCS 00191

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

**Highly Effective**

C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE)

**Effective**

C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E)

**Improvement Necessary**

C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN)

**Ineffective**

C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I)

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

**Highly Effective**

In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE)

**Effective**

C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E)

**Improvement Necessary**

C/MSW displays partial knowledge of child and adolescent development. (1.2.IN)

**Ineffective**

C/MSW displays little or no knowledge of child and adolescent development. (1.2.I)

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective**

Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE)

**Effective**

C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E)

**Improvement Necessary**

C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN)

**Ineffective**

C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I)

## 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless; efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## 2.4 Organizing Physical Space

**Highly Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE)

**Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E)

**Improvement Necessary**

C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN)

**Ineffective**

The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I)

# DOMAIN 3: DELIVERY OF SERVICES
## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans for students. (3.2.HE) | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

CCS 00193

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #2
Evaluated by Karen McDaniel
Started: Feb 2, 2016
Sent to Dianna Stringham on Feb 2, 2016
Viewed by Dianna Stringham on Feb 4, 2016
Completed: Feb 2, 2016
Printed: Oct 11, 2021 at 8:47am

_____    _____
Staff Signature            Date

_____    _____
Administrator Signature    Date

## SCRIPTING

10:02 - The S and C are sitting together, facing one another and the desk/computer monitor. (2.1.E)

The C and the S go through the key components of his transcript and then go through his 4 year plan to determine which classes he needs to complete before the end of next school year.

The S and C talk about the diploma types available to him, including information on the senior transition to college program. (2.3.E)

The S asks Qs throughout the session and the C provides accurate, detailed information. She tells the S he would be a good candidate for the program based on his academic and personal success during his previous three years here at CHS. (1.1.HE) (1.2.HE)

She tells him to talk it over with his parents and then get back to her. She encourages him to consider it but that it isn't a requirement. She wants him to have as much info as possible so he can make a good, solid decision. (3.1.HE) (3.2.HE) (3.3.HE)

They talk about schools he is interested in and why taking some of the dual credit or AP courses are a good idea.

The C provides the S with info about the classes he is considering.

The C inputs his classes and then discusses that they will also go into Family Connection as well before he leaves. (3.4.E)

The C's office and work space are conducive to S engagement and all necessary materials are within arm's length. The setup of the counseling center is S focused and centered. (2.2.HE) (2.4.HE)

10:12 - End of Observation

CCS 00194

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

**Highly Effective** — C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE)

**Effective** — C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E)

**Improvement Necessary** — C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN)

**Ineffective** — C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I)

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

**Highly Effective** — In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE)

**Effective** — C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E)

**Improvement Necessary** — C/MSW displays partial knowledge of child and adolescent development. (1.2.IN)

**Ineffective** — C/MSW displays little or no knowledge of child and adolescent development. (1.2.I)

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective** — Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE)

**Effective** — C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student interactions. (2.1.E)

**Improvement Necessary** — C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN)

**Ineffective** — C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I)

## 2.2 Managing Routines And Procedures

**Highly Effective** — C/MSW's routines for the counseling center or classroom are seamless, efficient, expensive and geared to the individual needs of each student. (2.2.HE)

**Effective** — C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary** — C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective** — C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

**Highly Effective** — C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. (2.3.HE)

**Effective** — C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. (2.3.E)

**Improvement Necessary** — C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. (2.3.IN)

**Ineffective** — C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. (2.3.I)

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE) | C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E) | C/MSW's assessments of student needs are perfunctory. (3.1.IN) | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I) |

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. (3.2.HE) | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. (3.4.HE) | C/MSW brokers with other programs within the school or district to meet student needs. (3.4.E) | C/MSW's efforts to broker services with other programs in the school are partially successful. (3.4.IN) | C/MSW does not make connections with other programs in order to meet student needs. (3.4.I) |



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #3
Evaluated by Linda Skafish
Started: Mar 17, 2016
Sent to Dianna Stringham on Mar 21, 2016
Viewed by Dianna Stringham on Mar 21, 2016
Completed: Mar 21, 2016
Printed: Oct 11, 2021 at 8:47am

_____
*Staff Signature*                         *Date*

_____
*Administrator Signature*               *Date*

**SCRIPTING**
Dianna Stringham

Short observation, 3-17-16

Start: 8:30

Dianna had sent passes for two students.

First student had left a request to see Dianna. Dianna welcomes student to office and greets her warmly, smiling and animated.

D: You had asked to see me, what do we need to talk about?

Student says she didn't pass the ECA and wondered what to do about it and what it means for her graduation. (Student appeared to have limited English proficiency.)

D: Well you just took it, so when those scores come back, if you don't pass it again, you'll have to go through a waiver process, so you can get your diploma. We can talk about that when your scores back from this time come back, and we know whether you've passed or not.

D: When we talk about the ECA, how do you feel about the test? You just took it, how was it

Student said she didn't take it recently, but had taken it in December.

Dianna appeared to be confused about when the test was, turned and asked the observer&mdash;didn't they just take the ECA last week?

Teacher Exhibit 7 - p. 018       *Dianna Stringham - Short Observation - Started: Mar 17, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 6*

CCS  00197

Observer clarified that underclassmen (10th graders) were taking part of the ISTEP+ during the past two weeks, and that the ECA will be administered in April, after spring break. It was given in late November/early December and that is likely when the student took it and didn't pass it.

(Observer's comment: the expectation is that a counselor should have a strong working knowlede about the ECA/GQE; it's timeline, requiremets and the school's procedures for 12th grades who have not yet passed the GQE. The last two department meetings included a "check-in" to make sure all of the pre-waiver conferences had already happened or were in process. To find out that this one had not been scheduled and the need for it identified during a student-initiated meeting with the counselor is an indication of an oversight possibly caused by poor record keeping. The counselor is ultimately responsible for certifying that the student has met diploma requirements.) (2.2.IN)

Dianna turned back to the student and explained that she would again be given remediation opportunities before she would take the ECA again in April.

Student nodded.

D: Explained waiver process, including that attendance and grades are considered.

D: You are on track for your core 40

Student nods agreement.

D: Your English teacher would have to sign of that you've met the criteria. Those are some of the factors that go into it. You can still graduate.

D: What we&lsquo;ll do is have a waiver conference with MR Williams, if you don't pass. Mrs. Mansburger and myself will be there..

D: If you don't pass this next time, you can still graduate;

D: You have worked really hard this year to make sure you have for you need for your diploma. You've struggled ith US History and govt.

D: Compared to the first semester, you've improved.

D: Does that make you feel a little better-

Student: Can I ask another question about SAT?

Student says she needs to have her scores sent to Ivy Tech

D: You know to go to College Board? (while pulling up the website on her computer.

Student: Yes

D: Go to SAT, then, go to "Sending scores to colleges" (demos it, showing the student the website and pointing out where to find it.

D: Asks student to login. Do you want to log in and see?

D stands up and has the student move over to the computer.

Teacher Exhibit 7 - p. 019          Dianna Stringham - Short Observation - Started: Mar 17, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 2 of 6

CCS 00198

Student tries logs in, but isn't successful

Dianna watchs and prompts student; but student appears nervous and can't get in.

Student: I'm going to do it at home

Dianna moves to the computer and student returns to her seat.

D: (resuming her seat and turning the computer screen so the student can see it) When you get on there, you'll get to this page & you can send your scores to Ivy tech

S: They already talked to me about it

D: If you scores are high enough, you won't need to take their test--the Accuplacer

Student gets ready to leave and Dianna is signing her pass.

Observer interrupted and mentioned that we do a "pre-wavier"conference for seniors who are set to graduate who haven't yet passed the ECA before the students take the ECA in April so the student will know if she's eligible for a waiver before she tests and that it should be scheduled with JW through Jan Brown.

D: (turns to student) OK, then you can take those, and I'll be in touch with you about that conference sometime soon.

D sent student back to class.

Has another student come in.

D-Hi Clare

Student explains why she didn't come in the other day when she had gotten a pass from D to come down.

Student:  This is about my paper, right? (referring to her paperwork for the Sr Transition to College program).

Student goes into a long explanation about the family reorganizing/cleaning garage and how she had lost the paperwork.

D:  That's OK.  I can give you another one.   (pulls out the form and begins to complete it.)

S: I went to DC last weekend; it was amazing; my dad loves it there; one of the organizations he runs is based there.

D: What were some of the thnigs you liked about it?

S: Big city like NY, but doesn't feel like it; it's not like NY.  I visited American, Catholic and GW; I like GW the best; it's in the city; American is nice, but it's more in the suburbs

Dianna talked about Family Connection and resources that can be found there.  (1.4.E) Suggests student can use it to do some research and to tag some of the schools that she's thinking about.  Encourages the student to identify some "Back burner" schools (3.3.E)

Teacher Exhibit 7 - p. 020                     *Dianna Stringham - Short Observation - Started: Mar 17, 2016 - Printed: Oct 11, 2021 at  8:47am - Page 3 of 6*

CCS  00199

S: Me and my dad are going to NY and Boston this summer to visit some other schools.  Then I'll compare and decide what I want.

They chat a bit about Cape Cod.

D: OK, I'm filling this out for you (the STCC form), hands it to the student

S: I'll bring it back to you tomorrow.

D: You need to sign it and have your parents sign it

S: OK, I'll bring it back

D: How's your foot?

S: I can't feel it; missed my appointment last week because we went to DC.  I didn't wear the boot there. I think I messed it up.

Student comments on Dianna's shirt and asks about whether DS had done the bracket for the NCAA.

Some talk about the b-ball tournament followed, including about the rankings of the teams.

Dianna brings the discussion back to the needed form.

D:  Good to see you ~~stude~~ ~~nt~~

They wrap it up.  Dianna signs pass and send student back to class.

Evidenced at various times throughout the observation: (1.1.HE) (2.1.E) (2.4.HE) (1.2.HE)

End: 8:45

## DOMAIN 1: PLANNING AND PREPARATION
### 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. *(1.1.HE)* | C/MSW demonstrates understanding of counseling theory and techniques. *(1.1.E)* | C/MSW demonstrates basic understanding of counseling theory and techniques. *(1.1.IN)* | C/MSW demonstrates little understanding of counseling theory and techniques. *(1.1.I)* |

CCS  00200

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group, and exceptions to the general patterns; C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is expansive, including those available through the school or district and in the community. (1.4.HE) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school. (1.4.E) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. (1.4.IN) | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. (1.4.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

Teacher Exhibit 7 - p. 022

# DOMAIN 3: DELIVERY OF SERVICES
## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.HE)* | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.E)* | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.IN)* | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.I)* |

*Dianna Stringham - Short Observation - Started: Mar 17, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 6 of 6*

CCS  00202

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2016
Finalization Worksheet
Primary Evaluator: Skafish, Linda



Carmel Clay Schools
Carmel, Indiana

## Employee Effectiveness Rubric (EER)
## Counselor (2016)



| | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 3.00 | X 0.150 | 0.45 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 4.00 | X 0.150 | 0.60 |
| Final EER Score | | | 3.85 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 3.85 | X 0.750 | 2.89 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores | | | 3.89 |
| **Finalization** | | | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 24, 2016

Linda Skafish marked this document as "Complete" on May 26, 2016

Teacher Exhibit 7 - p. 024   *Dianna Stringham - Finalization - Evaluation Ending Jun 2016 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 2*

CCS 00203

CONFIDENTIAL
STAFF COPY

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2015-2016
Initiated by Linda Skafish
Started: May 13, 2016
Sent to Staff: May 13, 2016
Viewed by Staff: May 16, 2016
Printed: Oct 11, 2021 at 8:47am

Carmel Clay Schools
Carmel, Indiana

**Title: Artifact documenting Domains 1 & 4**

Domains/Indicators documented in attachment.

(4.4.HE) (4.3.HE) (3.4.HE) (4.2.HE) (4.5.E) (3.5.HE)

## DOMAIN 3: DELIVERY OF SERVICES
### 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. (3.4.HE) | C/MSW brokers with other programs within the school or district to meet student needs. (3.4.E) | C/MSW's efforts to broker services with other programs in the school are partially successful. (3.4.IN) | C/MSW does not make connections with other programs in order to meet student needs. (3.4.I) |

### 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3/5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

Teacher Exhibit 7 - p. 026

*Dianna Stringham - Artifact - Started: May 13, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 2*

CCS  00205

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I) |

### 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. (4.3.HE) | C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. (4.3.E) | C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. (4.3.IN) | C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. (4.3.I) |

### 4.4 Engaging In Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. (4.4.HE) | C/MSW seeks out opportunities for professional development based on an individual assessment of need. (4.4.E) | C/MSW's participation in professional development activities is limited to those that are convenient or are required. (4.4.IN) | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. (4.4.I) |

### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE) | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E) | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN) | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I) |



Carmel Clay Schools
Carmel, Indiana

16-17

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Linda Skafish
Started: Sep 13, 2016
Sent to Dianna Stringham on Sep 13, 2016
Viewed by Dianna Stringham on Sep 14, 2016
Post-Observation Conference: Sep 14, 2016
Completed: Sep 14, 2016
Printed: Oct 11, 2021 at 8:47am

_____
Staff Signature                           Date

_____
Administrator Signature              Date

**SCRIPTING**
Dianna Stringham

Observation, 9/13/2016

Start: 9:48

Dianna is meeting individually with her senior students and has scheduled twenty minute appointments with each of them. She sent passes for the students scheduled for this morning earlier in the day. Her office is set up to support these meetings. A chair for the student is positioned close to her desk so the student can see Dianna's computer monitors. Dianne has several windows open on her screens to use as she talks with each student (PowerSchool, the google doc that's been set up by another counselor to use to verify the student's legal name for the diploma, diploma type etc., and Naviance/Family Connection). Dianna has also set up various materials to use during these meetings; they are arranged neatly on her desk to allow for easy access. (2.4.HE) (Next magazine, diploma tracking sheet, senior check list, SAT/ACT info sheets with dates for each, info on test prep resources, Information/an invitation to join her Canvas group. (1.3.HE)

D-Greets student as he comes in.

D and student have some light chit chat about the student.

D-We've been through your concussions.

D-provides overview of what they'll be doing during the meeting

D-Verifies that student is seeking Academic and Technical Honors diploma

Teacher Exhibit 8 - p. 001        Dianna Stringham - Extended Observation - Started: Sep 13, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 1 of 11

CCS   00207

D-reviews the student's transcript with him, praising and affirming his hard work

D-Reviews test scores; ECA (He has passed both), RSAT scores; ACT scores; tells him scores are good.

D-review AP scores; talks a bit about AP and possibility of credit, depending on where the student goes to college

D- You're taking ACP Comp, W141 and P155, will need that one for the AHD

D-You're actually in IB Math Studies; that's good

Student nods, smiles and agrees.

D-You need govt and econ

D-Reviews diploma tracking form with the student, verifying with the student that he has taken all of the courses that he needs to meet diploma requirements (3.1.HE)

D-AP Bio and ?? qualify you for the Honors diploma

D-So let's order your diploma; Let me pull you up (she open the google doc, accesses the student and bring up the form specific to the student to gather the needed information)

Student: My grades are pretty solid, even with these hard classes, and while I'm working.

D-Where are you working?

Student answers and says he's been working there since the summer.

D-Looking at your grades; pretty tough classes; but you're doing well.

D-returns to the diploma information survey google doc.

D-This is the exciting part

D-Are you going through the ceremony (he is)

D-What we don't have on file is your social security number

Student-I can give it to you if you want

D-Well let me give you a form, that explains why we need it.  Are you 18?

Student-Not yet

D-gets the SS form and tells him to take it home for his parents to review before determining if they want to provide his SS number

CCS  00208

D-What is your career plan?

Student-I want to go to med school and be a doctor

D-affirms (3.2.E)

D-What's your first choice for a school?

Student: IU

D-What other schools are you considering?

S-Purdue and Ball State; I'm also looking at a couple of others as back up

He doesn't mention names of schools and Dianna doesn't ask.

D-You do know that you can major in in anything if you're pre-med?  What major are you thinking about?

Student says he hasn't decided on an exact major and is hoping to get some exposure to some possibilities before deciding; says he's going in with an open mind, just knowing that I'll be doing the pre-med courses.

D-mentions a couple of possibilities:  physics, chemistry, biology, dietetics.

Student nods

D-Have you been on Family Connection?

S-I have

D-Let me pull you up (she opens Naviance and finds the student)

D-Have you started any applications?

Student says he has added the IU, Purdue and Ball State, has asked teachers for recommendations, and has request that transcripts be sent

D-Gives him a copy of the senior check list, asking if he has one?

He didn't

D-Points out the changes to FAFSA (on the checklist) and suggests that he share it with parents,

D-Senior pictures&mdash;the due date for that is coming up

D-You do know, on Family Connection, you can look for scholarships?  You can do a search for both local and national scholarships

D shows the student the scholarship tab on FC

CCS  00209

D-FAFSA opens October 4th

D-They will use 2015 taxes instead of waiting for 2016 taxes; it won't take as long

D-SAT/ACT-took them both

Student:  I just took the ACT, but am also taking the October SAT

D-You have a copy of your transcript

D-You can follow the counseling dept. on Twitter or Instagram

D-Let me know if there's anything I need to clarify with you

D-Let me make some copies of these papers for you

D-Gives him the *Next* magazine as she leaves to use the copier, saying that it has good stuff in it.

D-returns to office and hands student his copies

D-Any questions for me?

Student:  I'm good

D-You are good!

Student says he's wondering if I could do the SRT office aid again, says he doesn't need the time during SRT for homework and enjoyed being in the counseling office as an aid last year.

D:  Will you check with Mrs. Pacalo?

Student:  I did already

D: Let me talk to her and I'll get back with you; signs his pass so he can return to class

Student leaves; another enters.

D: <mark>Studen</mark> how are you?
<mark>t name</mark>

Student says she needs a transcript and has some questions about NCAA

D:  you can go into family connection to request the transcript; pulls it up and shows her where to find the page to use when requesting transcripts for scholarships or athletics

Student says she was in FC the other day

*Dianna Stringham - Extended Observation - Started: Sep 13, 2016 - Printed: Oct 11, 2021 at  8:47am - Page 4 of 11*

CCS  00210

D- shows her exactly where to request the transcript;

Student says the coach wants the transcript emailed to her.

D-You can put that in there, just include the email; I'd like for you to try to do it this way

Student: I already did it with the eligibility center; the only problem is it has to be done by Friday.

How will I know that it's been done by then?

D-I'll also need to let the person in charge know that you're a 21ˢᵗ century scholar. Let's look

D- writes an email right then verifying that the student is a 21ˢᵗ century school&mdash;sent it to Becky so that she can waive the NCAA fee;

Student: I already have paid that one; my mom paid it a year or two ago.   What I'm wanting is the waiver for the application fee for IUPUI.

D-Oh, let me get that for you; leave office briefly and returns with the IUPUI waiver

Student: I'm saving so much Money&mdash;SAT and this!

D-That's right!

Dianna completes the waiver form for the student; gives it to her (3.4.HE)

D-Hold on a second, I may have an envelope in here; she finds an envelope in the cabinet and gives it to the student

D-I can get the address for you; searches on-line for IUPUI admissions office address and student completes the envelope

Student fills out her part of the waiver form and gives it to Dianna

D-We can mail this off today once you finish this

D-Just in case, put your coaches name and email here, just get back to me if you don't have success through Family Connection in requesting the transcript, since you need it by Friday

Student has the coach's name and email and gives them to Dianna

D-Whatever you need, I can try to help you

D-And you've finished your application already?

Student:  No, but I'm working on it.  I don't have the essay done yet.

D-It's just a personal statement.   What they need to know about you that makes you different from other students

CCS  00211

Dianna gives some examples

D-You're wanting to do education-let them know exactly what you want to do-is it special education?

Student says yes.

D-Any other questions, stud oox

Student: No I think that's it.

D-That's OK, anytime you need something just come down

Student: OK

D-signs the student's pass

Student returns to class

Another student peeks in the door, asking if she can come in; I'm just here for my senior conference

D-Hi stud come on in

Dianna pulls up student's grades in PowerSchool

D-oh my gosh! Your grades are good, but what about government?

Student says she is struggling with government

D-Are you using your accommodations? extended time?

Student says she isn't

D-Do you want me to talk to him? Do you want to talk to him or do you need me to talk to him?

S: I can do it

Dianna says that's a good plan, being able to advocate for yourself is a good skill to have

D-So let's take a look at all of your stuff

D-take out student's transcript, reviews it with the student and uses the diploma tracking form to determine exactly what courses the student has left to complete diploma requirements.

D- How's Algebra II going?

CCS 00212

Student:  Good

D-You need government.  You're going to talk to Mr. Elder, right?

Student agrees

D-What career do you have in mind?

Student:  Helping with special needs

D-Are you wanting to go to college?

Student says yes

D-Do you have some schools in mind?

Student:  Ball State

D- Others?  In state or out of state?

Student:  Out of state

D-Have you looked schools out of state?  Where?

Student:  Illinois, we were going, but we haven't done it yet.

D-Gives her a copy of the Next magazine, saying that it has some addresses of schools and other specific information that she might want, although only Indiana schools are included.

D- So Ball State out of state schools; major would be special education (taking notes)

D-Did your parents go to college or are you first generation?

Student- yes they did

D-Do you know how to go into to Family Connection?

Student:  Yeah, I've been in there

D-This is what the front page looks like.

Student has Ball State entered as a college she's applying to

D-Have you started on the application?

Teacher Exhibit 8 - p. 007          *Dianna Stringham - Extended Observation - Started: Sep 13, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 7 of 11*

CCS  00213

Student:  No, I just now took the ACT.

Dianna shows how to Access the Ball State website using the links in FC; then shows how to find the admissions office and the online application

D-You create an account for yourself

D-Is there anyone at home that can help you with it?

D-suggests student consider attending one of the college application workshops, saying that there are two scheduled for tomorrow, one during the late start and the other during SRT and that counselors would be there to help.

D-Do you have a copy of your senior checklist?

Student didn't

D-Goes through some the important dates&ndash;graduation, last day for senior pictures, changes to FAFSA

D-Asks if student knows how to find scholarships on Family Connection

D-Demonstrates it; talks about links and shows what you can find;

D-Have you done any of these career inventories?

Student: No

D-Oh, you've done this!

Student: I have?

D- You can follow us on Twitter or Facebook

D-I also have set up a canvas page-gives student the half sheet with information about joining D's Canvas.

D-Do you have any questions about family connection?

D- Moves on to Graduation survey, checking ID, student name; going through the ceremony (3.7.HE)

D completes the survey as student answers questions.

D-Has student sign the senior checklist to document that she's gone over everything with the student

D-Am giving you a copy, this is all for you

D-Goes to make a copy; comes back and gives it to student

D-Any other questions?  No?  You know where to find me

Teacher Exhibit 8 - p. 008          Dianna Stringham - Extended Observation - Started: Sep 13, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 8 of 11

CCS 00214

Thanks for coming in

Signs pass and student returns to class.

Let me know if you need help

End: 10:41

evidenced at numerous times throughout the observation:    (1.1.E) (1.2.E) (1.4.HE) (1.5.HE) (2.1.E) (2.2.HE) (3.3.E)

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. (1.3.HE) | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. (1.3.E) | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. (1.3.IN) | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. (1.3.I) |

CCS 00215

## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and the community. (1.4.HE) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school. (1.4.E) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. (1.4.IN) | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. (1.4.I) |

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. (1.5.HE) | C/MSW has developed a plan that includes the important aspects of counseling in the setting. (1.5.E) | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. (1.5.IN) | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. (1.5.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

*Dianna Stringham - Extended Observation - Started: Sep 13, 2016 - Printed: Oct 11, 2021 at 8:47am - Page 10 of 11*

CCS 00216

# DOMAIN 3: DELIVERY OF SERVICES

## 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE) | C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E) | C/MSW's assessments of student needs are perfunctory. (3.1.IN) | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I) |

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. (3.2.HE) | C/MSW helps students and teachers formulate academic, personal/social, and career plans for all students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. (3.4.HE) | C/MSW brokers with other programs within the school or district to meet student needs. (3.4.E) | C/MSW's efforts to broker services with other programs in the school are partially successful. (3.4.IN) | C/MSW does not make connections with other programs in order to meet student needs. (3.4.I) |

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Karen McDaniel
Started: Oct 13, 2016
Sent to Dianna Stringham on Oct 13, 2016
Viewed by Dianna Stringham on Oct 18, 2016
Completed: Oct 13, 2016
Printed: Oct 11, 2021 at 8:48am

Staff Signature                                          Date

Administrator Signature                              Date

## SCRIPTING
This observation took place on Friday, October 7th, 2016

The counseling team started their day at 6:30 a.m. in a team meeting with administration and outside grief counselors.  During this meeting, the counseling team was briefed on the plan for the day, including the sad news that one of our students had passed, that we would speak to the band students first at 7:00 a.m. and then allow them time to grieve/process in the auditorium.  The counseling staff dropped everything they were doing to provide assistance to those students throughout the entire day.  They assisted in individual, as well as small group counseling.  The counseling team also worked closely with ICART (Indiana Crisis Assistance Response Team) volunteers to provide therapeutic ways for students to work through their grief, which included providing large pieces of chart paper for students to sign/write messages.  It also included a drop box for students to write messages anonymously to their peer and his family.  The counseling team notified parents of students who were struggling to ensure they were aware and tend to their student safely once they got home.  The counseling team worked together to not only cover each other for lunch and the office to be covered, but to assist each other when they emotionally needed a break from a very difficult day.  The counseling team continued to provide support for friends and siblings throughout the following week. (1.1.HE) (1.2.HE) (2.1.HE) (2.3.HE) (3.1.HE) (3.3.HE) (3.5.HE) (3.6.HE) (4.2.HE) (4.5.HE)

## DOMAIN 1: PLANNING AND PREPARATION
1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

Teacher Exhibit 8 - p. 012

*Dianna Stringham - Short Observation - Started: Oct 13, 2016 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 3*

CCS  00218

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

**Highly Effective**

In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. *(1.2.HE)*

**Effective**

C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. *(1.2.E)*

**Improvement Necessary**

C/MSW displays partial knowledge of child and adolescent development. *(1.2.IN)*

**Ineffective**

C/MSW displays little or no knowledge of child and adolescent development. *(1.2.I)*

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective**

Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)*

**Effective**

C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)*

**Improvement Necessary**

C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)*

**Ineffective**

C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)*

## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

**Highly Effective**

C/MSW has established clear standards of conduct for counseling sessions and student feedbacks is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. *(2.3.HE)*

**Effective**

C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. *(2.3.E)*

**Improvement Necessary**

C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. *(2.3.IN)*

**Ineffective**

C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. *(2.3.I)*

# DOMAIN 3: DELIVERY OF SERVICES
## 3.1 Assessing Student Needs

**Highly Effective**

C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contributes to program planning. *(3.1.HE)*

**Effective**

C/MSW assesses student needs and knows the range of student needs in the school. *(3.1.E)*

**Improvement Necessary**

C/MSW's assessments of student needs are perfunctory. *(3.1.IN)*

**Ineffective**

C/MSW does not assess student needs or the assessments result in inaccurate conclusions. *(3.1.I)*

*Dianna Stringham - Short Observation - Started: Oct 13, 2016 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 3*

CCS 00219

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3.5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

## 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. (3.6.HE) | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. (3.6.E) | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. (3.6.IN) | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (3.6.I) |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I) |

## 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students when needed. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE) | C/MSW displays high standards of honesty, integrity and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E) | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN) | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I) |

Teacher Exhibit 8 - p. 014

CCS 00220



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #2
Evaluated by Rachel Cole
Started: Feb 24, 2017
Sent to Dianna Stringham on Feb 24, 2017
Viewed by Dianna Stringham on Feb 26, 2017
Completed: Feb 24, 2017
Printed: Oct 11, 2021 at 8:48am

_____    _____
Staff Signature                                              Date

_____    _____
Administrator Signature                                  Date

## SCRIPTING

Dianna met with a student who was a Senior female basketball player. She asked where her she was thinking of attending college at this point. The student felt very comfortable talking with the counselor. She ran through three possibilities she was considering and seemed to be most interested in Colorado Christian. The student also mentioned walking on at Butler but really didn't want to stay in Indiana. The C also probed into what programs or path of study was the student looking to study. The C pointed out that her son went to U of Indy and you really don't see your kids just because they are in town unless they come home. Also she could come watch her play if she went to Butler along with family members! She then transitioned to looking at her grades and addressed a lower than average Pre-Calc grade. The student stated she took a test that she was not prepared to take and got burned but she has learned from that mistake and her last test that isn't posted yet will help in bringing it up. The counselor then wrapped up and said is there anything else we need to cover. The student said I don't think so but I will come back to talk if needed and the meeting ended.
(1.2.HE) (1.1.HE) (2.4.HE) (2.1.HE) (3.3.HE) (4.5.E).

## DOMAIN 1: PLANNING AND PREPARATION
### 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

**Highly Effective**

In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. *(1.2.HE)*

**Effective**

C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. *(1.2.E)*

**Improvement Necessary**

C/MSW displays partial knowledge of child and adolescent development. *(1.2.IN)*

**Ineffective**

C/MSW displays little or no knowledge of child and adolescent development. *(1.2.I)*

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective**

Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)*

**Effective**

C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)*

**Improvement Necessary**

C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)*

**Ineffective**

C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)*

## 2.4 Organizing Physical Space

**Highly Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. *(2.4.HE)*

**Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. *(2.4.E)*

**Improvement Necessary**

C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. *(2.4.IN)*

**Ineffective**

The physical environment is in disarray or is inappropriate to the planned activities. *(2.4.I)*

# DOMAIN 3: DELIVERY OF SERVICES
## 3.3 Using Counseling Techniques In Individual And Classroom Programs

**Highly Effective**

C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.HE)*

**Effective**

C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.E)*

**Improvement Necessary**

C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.IN)*

**Ineffective**

C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.I)*

*Dianna Stringham - Short Observation - Started: Feb 24, 2017 – Printed: Oct 11, 2021 at 8:48am - Page 2 of 3*

CCS 00222

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)* | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. *(4.5.E)* | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. *(4.5.IN)* | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. *(4.5.I)* |

COMMENT: It was obvious you had a great relationship with this student and she felt comfortable talking to you and valued your guidance. I could tell she felt she had a mentor rooting for her, even if she messed up in a class she was willing to own it and share that she was addressing it! Way to go!
*Comment by Rachel Cole on Feb 24, 2017 at 8:58am*

*Dianna Stringham - Short Observation - Started: Feb 24, 2017 - Printed: Oct 11, 2021 at 8:48am - Page 3 of 3*

Teacher Exhibit 8 - p. 017

CCS 00223

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #3
Evaluated by Karen McDaniel
Started: Mar 23, 2017
Sent to Dianna Stringham on Mar 27, 2017
Dianna Stringham has not electronically viewed this observation
Completed: Mar 27, 2017
Printed: Oct 11, 2021 at 8:48am

Staff Signature _____ Date _____

Administrator Signature _____ Date _____

**SCRIPTING**
A student has just left the C office.  The S is excited because she is returning to work with the C on organization, note taking and study skills. (1.2.HE) (2.1.HE) (3.6.HE)The C is preparing the resources she will use to assist the S with her executive functioning skills.  There are various visuals she and the S can discuss and then take with her.  (2.4.HE) (3.1.HE)Until the S returns, the C and I discuss some interventions put into place for a S who is nearing graduation.  The C was instrumental in helping put into place a schedule more appropriate for his day. (3.2.HE)

**DOMAIN 1: PLANNING AND PREPARATION**
1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
|  In addition to accurate knowledge of the typical developmental characteristics of the age group, and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

Carmel Clay Schools
Carmel, Indiana

CCS 00224

Teacher Exhibit 8 - p. 018          Dianna Stringham - Short Observation - Started: Mar 23, 2017 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE) | C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E) | C/MSW's assessments of student needs are perfunctory. (3.1.IN) | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I) |

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. (3.2.HE) | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

## 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of communication between teachers/parents and individual students. (3.6.HE) | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. (3.6.E) | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. (3.6.IN) | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (3.6.I) |

Dianna Stringham - Short Observation - Started: Mar 23, 2017 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2

CCS 00225

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2017
Finalization Worksheet
Primary Evaluator: Cole, Rachel



*Carmel Clay Schools*
*Carmel, Indiana*

## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 3.00 | X 0.150 | 0.45 |
| Final EER Score |  |  | 3.85 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 3.85 | X 0.750 | 2.89 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 3.89 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 25, 2017

Rachel Cole marked this document as "Complete" on May 24, 2017

Teacher Exhibit 8 - p. 020 *Dianna Stringham - Finalization - Evaluation Ending Jun 2017 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS 00226

**Final Evaluator Comments:**

Dianna you always seem to come in with a big smile and ready for the day and it shows when you are with your students as well. I love that you are thinking of how we can make certain gaps better for our students and the enthusiasm that you carry. I look forward to seeing some of that next year and hope you have a great summer.



CONFIDENTIAL STAFF COPY

Teacher Exhibit 8 - p. 021 *Dianna Stringham - Finalization - Evaluation Ending Jun 2017 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2*

CCS 00227

17-1ᶜ

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Karen McDaniel
Started: Sep 28, 2017
Sent to Dianna Stringham on Sep 28, 2017
Viewed by Dianna Stringham on Sep 29, 2017
Post-Observation Conference: Oct 5, 2017
Completed: Oct 5, 2017
Printed: Oct 11, 2021 at 8:48am

_____
Staff Signature                         Date

_____
Administrator Signature              Date

## SCRIPTING

Start of Observation - 9:33The C and the S are working next to one another at the Cs desk. They share her large monitor with all necessary information displayed. The C also has all needed documents close at hand during the counseling session. The S sits comfortably near the C and engaged in authentic conversation about her future. (2.1.HE) (2.2.HE) (2.4.HE) (3.1.HE) (3.3.HE)The C and S discuss her upcoming plans after she finishes as a mid-year grad. The S is excited to travel to Greece and Hawaii in the coming months. It is obvious the C that she is in good shape for applying for college. The C applauds her for being her major and which colleges she is interested in. The S shares with the C that she is in good shape for applying for college. The C applauds her for being prepared for the coming year.The C goes over all necessary information for CHS and the state regarding information for her diploma. (3.7.HE)The C shares information re: scholarships, applications, FAFSA, etc. using her Family Connection account, which is displayed on the screen. (3.4.HE) (3.2.HE)The C advises the S on her social media use and ensuring that it represents who she is. This advice has recently been added to the topics the C is covering during her senior meetings. The C makes a copy of the paperwork they completed for the S to keep. (3.5.HE)The S exits the office and another S enters.The C begins the session by looking at the Ss grades and asking him about what he is doing to improve his grades. She gives him direct advice on meeting with his teachers and provides him with some executive functioning/time management information. (1.2.HE) (1.1.HE)They also discuss his college essays and how she and the College Career C can provide him support. The session also includes discussing future majors and colleges. End of Observation - 10:13

## DOMAIN 1: PLANNING AND PREPARATION
### 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

Teacher Exhibit 9 - p. 001          Dianna Stringham - Extended Observation - Started: Sep 28, 2017 - Printed: Oct 11, 2021 at  8:48am - Page 1 of 4

CCS  00228

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

## DOMAIN 2: THE ENVIRONMENT
### 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| Students seek out the C/MSW reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

### 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |

Teacher Exhibit 9 - p. 002

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE) | C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E) | C/MSW's assessments of student needs are perfunctory. (3.1.IN) | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I) |

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. (3.2.HE) | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. (3.4.HE) | C/MSW brokers with other programs within the school or district to meet student needs. (3.4.E) | C/MSW's efforts to broker services with other programs in the school are partially successful. (3.4.IN) | C/MSW does not make connections with other programs in order to meet student needs. (3.4.I) |

## 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student/ parent/ or teacher input. (3.5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

## 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive in initiating and facilitating a culture of communication both between teachers, parents and individual students. (3.6.HE) | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. (3.6.E) | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. (3.6.IN) | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (3.6.I) |

CCS 00230

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)*

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)*

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)*

**Ineffective**

C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)*

CCS  00231

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Rachel Cole
Started: Dec 5, 2017
Sent to Dianna Stringham on Dec 5, 2017
Viewed by Dianna Stringham on Dec 6, 2017
Completed: Dec 5, 2017
Printed: Oct 11, 2021 at 8:48am

Carmel Clay Schools
Carmel, Indiana

_____
Staff Signature                         Date

_____
Administrator Signature              Date

## SCRIPTING

9:09 Stringham Scheduling with Student Asked her grades are doing this year. She has all A's and thinks she is doing well. C reviewed her transcript from middle school and freshman year and walked her through the steps. (2.1.HE) She explained she would be taking the ISTEP tests this spring. Reminded her she will take a SAT or ACT probably when she finishes Alg II. She then shared with her a checklist. She walked her through what is required for Academic Honors. Listed what she is taking this semester and next that meets the requirements as well. She explained the six ways to get the AHD. She showed her she had Dig Apps and then shared if she takes her the AP exam this year in APHG she would have me that requirement. She then pulled up her schedule. S shared she wanted to change her schedule a bit that she entered. She said she would like to take AP Seminar instead of AP Lit. She said she is interested in Ohio State and she looked up what was on their website. C then walked through how to get Capstone diploma and what that would look like for her. C then took each class and walked her through each. On science she had physics regular and C mentioned she may want to take AP Physics. (4.1.HE) (2.2.HE) S asked about IS Piano. C grabbed POS and said you could apply for Adv Piano and give her an application. She explained we will put in another elective and if you get it then we will drop elective and replace it. She made sure to include she was in IB Hi st and it is a two year commitment. (1.3.E) (4.3.E) (4.4.E) (4.5.HE) (1.1.HE) (1.5.HE) (2.3.HE)

## DOMAIN 1: PLANNING AND PREPARATION
### 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

Teacher Exhibit 9 - p. 005

*Dianna Stringham - Short Observation - Started: Dec 5, 2017 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 4*

CCS 00232

## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3.HE)* | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3.E)* | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)* | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)* |

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. *(1.5.HE)* | C/MSW has developed a plan that includes the important aspects of counseling in the setting. *(1.5.E)* | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. *(1.5.IN)* | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. *(1.5.I)* |

## DOMAIN 2: THE ENVIRONMENT
### 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)* | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)* | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)* | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)* |

### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

### 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. *(2.3.HE)* | C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. *(2.3.E)* | C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. *(2.3.IN)* | C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. *(2.3.I)* |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. (4.1.HE) | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. (4.1.E) | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. (4.1.IN) | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. (4.1.I) |

## 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. (4.3.HE) | C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. (4.3.E) | C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. (4.3.IN) | C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. (4.3.I) |

## 4.4 Engaging In Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. (4.4.HE) | C/MSW seeks out opportunities for professional development based on an individual assessment of need. (4.4.E) | C/MSW's participation in professional development activities is limited to those that are convenient or are required. (4.4.IN) | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. (4.4.I) |

## 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE) | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E) | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN) | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I) |

COMMENT: I thought you did a nice job with this student and were very honest and appropriate in your guidance through scheduling her. Trying to challenge her but keep balance and have her look ahead. Nice Job! I love how you relate to your students and treat them all like you are happy to see them no matter when they come.
*Comment by Rachel Cole on Dec 5, 2017 at 10:46pm*

COMMENT: Thank you! I love working with my students and have the philosophy that it may not be my first student that I saw that day. However, for the student, it may have taken a great deal of courage to come and see me. I want each and every person to feel welcome into my office. You never know what's going on in
*Dianna Stringham - Short Observation - Started: Dec 5, 2017 - Printed: Oct 11, 2021 at 8:48am - Page 3 of 4*
Teacher Exhibit 9 - p. 007

their lives. :)
*Comment by Dianna Stringham on Dec 6, 2017 at 8:10am*

*Dianna Stringham - Short Observation - Started: Dec 5, 2017 - Printed: Oct 11, 2021 at 8:48am - Page 4 of 4*

CCS 00235

Teacher Exhibit 9 - p. 008

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #2
Evaluated by Rachel Cole
Started: Feb 24, 2018
Sent to Dianna Stringham on Feb 24, 2018
Viewed by Dianna Stringham on Feb 26, 2018
Completed: Feb 24, 2018
Printed: Oct 11, 2021 at 8:48am

**Carmel Clay Schools**
**Carmel, Indiana**

_____
Staff Signature                          Date

_____
Administrator Signature                  Date

## SCRIPTING

11:31 Dianna StringhamC is meeting with Student shared it paid off retaking the Alg. II. The student asked about taking off Spanish I. C explained that she has three years on her transcript so she needs to keep it on there for the AHD. If you remove it she would not qualify. (4.1.HE) C. walked her through our transcript just so she understood which each meant. (2.1.HE) They then discussed taking the SAT test. Student asked if SAT is in state and if ACT is out of state. C. corrected her that was not true. All schools will take either. C. then shared some dates and resources she could use in getting ready to take them. (2.2.HE) C. asked her what she wants to study in college. (1.3.HE) Either Bus. or Medicine and she is thinking about Kelly at IU. They then transitioned to her schedule for next year. (3.3.HE) She shared she didn't want to do AP Capstone Research. She said she would rather take W131 and P155 so it will transfer to IU. In math she shared she wants to take AP Stat, AP Physics and AP Bio and fourth year of Biomedical interventions will show as is in Science. Also IB Bus Mgt. She shared she wants to take AP Govt over the summer. She also wants to do the STP next year. (1.2.HE) (2.3.HE) (2.4.HE) (4.3.HE)

## DOMAIN 1: PLANNING AND PREPARATION
### 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group, as well as exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

CCS 00236

## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

**Highly Effective**

C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3.HE)*

**Effective**

C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3.E)*

**Improvement Necessary**

C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)*

**Ineffective**

C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)*

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective**

Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)*

**Effective**

C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)*

**Improvement Necessary**

C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)*

**Ineffective**

C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)*

## 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)*

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)*

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)*

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)*

## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

**Highly Effective**

C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. *(2.3.HE)*

**Effective**

C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. *(2.3.E)*

**Improvement Necessary**

C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. *(2.3.IN)*

**Ineffective**

C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. *(2.3.I)*

## 2.4 Organizing Physical Space

**Highly Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. *(2.4.HE)*

**Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. *(2.4.E)*

**Improvement Necessary**

C/MSW attempts to create an inviting and well-organized physical environment are partially successful. *(2.4.IN)*

**Ineffective**

The physical environment is in disarray or is inappropriate to the planned activities. *(2.4.I)*

Teacher Exhibit 9 - p. 010

*Dianna Stringham - Short Observation - Started: Feb 24, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 3*

CCS 00237

# DOMAIN 3: DELIVERY OF SERVICES
## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.HE)* | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.E)* | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.IN)* | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.I)* |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. *(4.1.HE)* | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. *(4.1.E)* | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. *(4.1.IN)* | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. *(4.1.I)* |

## 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. *(4.3.HE)* | C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. *(4.3.E)* | C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. *(4.3.IN)* | C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. *(4.3.I)* |

COMMENT: I thought you did a nice job meeting with this student.  You gave her a lot to think about and it was evident she felt comfortable with you and would come back if she had additional questions.
*Comment by Rachel Cole on Feb 24, 2018 at 4:20pm*

Teacher Exhibit 9 - p. 011

*Dianna Stringham - Short Observation - Started: Feb 24, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 3 of 3*

CCS 00238

**Carmel Clay Schools**
**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #3
Evaluated by Rachel Cole
Started: Mar 26, 2018
Sent to Dianna Stringham on Mar 26, 2018
Viewed by Dianna Stringham on Mar 27, 2018
Completed: Mar 26, 2018
Printed: Oct 11, 2021 at 8:48am

*Staff Signature* _____ *Date* _____

*Administrator Signature* _____ *Date* _____

## SCRIPTING
3/3/18 Dianna Stringham Sending a transcript for a student that is not hers. Student thanked her and left. She then transitioned to working on Graduation Checklist document for 2023 class. She later showed me a copy of what she was working on and has been putting a lot of thought into preparing a document we could use in house for the new pathways requirements coming in a year. (1.1.HE) (1.4.E) (1.5.HE) (2.1.HE) (2.4.HE) (3.4.HE) (3.5.HE) (4.2.HE) (4.4.E)

## DOMAIN 1: PLANNING AND PREPARATION
### 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. *(1.1.HE)* | C/MSW demonstrates understanding of counseling theory and techniques. *(1.1.E)* | C/MSW demonstrates basic understanding of counseling theory and techniques. *(1.1.IN)* | C/MSW demonstrates little understanding of counseling theory and techniques. *(1.1.I)* |

### 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. *(1.4.HE)* | C/MSW displays awareness of governmental regulations and of resources for students available both in the school or district, and while familiarity with resources external to the school. *(1.4.E)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. *(1.4.IN)* | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. *(1.4.I)* |

Teacher Exhibit 9 - p. 012

*Dianna Stringham - Short Observation - Started: Mar 26, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 3*

CCS  00239

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. (1.5.HE) | C/MSW has developed a plan that includes the important aspects of counseling in the setting. (1.5.E) | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. (1.5.IN) | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. (1.5.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. (3.4.HE) | C/MSW brokers with other programs within the school or district to meet student needs. (3.4.E) | C/MSW's efforts to broker services with other programs in the school are partially successful. (3.4.IN) | C/MSW does not make connections with other programs in order to meet student needs. (3.4.I) |

## 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3.5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

Teacher Exhibit 9 - p. 013

Dianna Stringham - Short Observation - Started: Mar 26, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 3

CCS 00240

# DOMAIN 4: COUNSELOR RESPONSIBILITIES

## 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

## 4.4 Engaging In Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. *(4.4.HE)* | C/MSW seeks out opportunities for professional development based on an individual assessment of need. *(4.4.E)* | C/MSW's participation in professional development activities is limited to those that are convenient or are required. *(4.4.IN)* | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. *(4.4.I)* |

COMMENT: I liked that the student that wasn't yours felt comfortable asking you for help. Also I fact that you are looking ahead thinking of how we will work with new graduation requirements and documentation is awesome.  Nice work!
*Comment by Rachel Cole on Mar 26, 2018 at 6:30pm*

COMMENT: Thank you!
*Comment by Dianna Stringham on Mar 27, 2018 at 8:21am*



CCS 00242

Carmel Clay Schools
Carmel, Indiana



**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2017-2018
Initiated by Dianna Stringham
Started: Apr 25, 2018
Printed: Oct 11, 2021 at 8:48am

**Title: Parent notes**

1.3.HE 2.1.HE 2.3.HE 3.6.HE 4.2.HE

# DOMAIN 1: PLANNING AND PREPARATION
## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship; C/MSW teaches students how to engage in positive interactions. (2.1L.HE) | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. (1.3.E) | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. (1.3.IN) | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. (1.3.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship; C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|

CCS 00243

**CCS 00244**

# DOMAIN 3: DELIVERY OF SERVICES
## 3.6 Establishing A Culture For Productive Communication

**Highly Effective**

The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. (3.6.HE)

**Effective**

C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. (3.6.E)

**Improvement Necessary**

C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. (3.6.IN)

**Ineffective**

C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (3.6.I)

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.2 Communicating With Families

**Highly Effective**

C/MSW is proactive in providing information to families about the counseling program and about individual students throughout a variety of means. (4.2.HE)

**Effective**

C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E)

**Improvement Necessary**

C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN)

**Ineffective**

C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I)

## 4.4 Engaging In Professional Development

**Highly Effective**

C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. (4.4.HE)

**Effective**

C/MSW seeks out opportunities for professional development based on an individual assessment of need. (4.4.E)

**Improvement Necessary**

C/MSW's participation in professional development activities is limited to those that are convenient or are required. (4.4.IN)

**Ineffective**

C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. (4.4.I)

C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. (2.3.HE)

C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. (2.3.E)

C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. (2.3.IN)

C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. (2.3.I)

*Dianna Stringham - Artifact - Started: Apr 25, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2*

Case 1:22-cv-00817-TWP-MG   Document 17-1   Filed 06/30/22   Page 245 of 419 PageID #: 361



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2017-2018
Initiated by Dianna Stringham
Started: Apr 25, 2018
Printed: Oct 11, 2021 at 8:48am

---

**Title: Alabama luncheon**

4.4.HE

**DOMAIN 4: COUNSELOR RESPONSIBILITIES**
4.4 Engaging in Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. *(4.4.HE)* | C/MSW seeks out opportunities for professional development based on an individual assessment of need. *(4.4.E)* | C/MSW's participation in professional development activities is limited to those that are convenient or are required. *(4.4.IN)* | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. *(4.4.I)* |

CCS 00245

Carmel Clay Schools
Carmel, Indiana



**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2017-2018
Initiated by Dianna Stringham
Started: Apr 25, 2018
Printed: Oct 11, 2021 at 8:48am

---

## Title: Participating in a Professional Community

4.3.HE 4.5.HE 3.6.HE

## DOMAIN 3: DELIVERY OF SERVICES
### 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. (3.6.HE) | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. (3.6.E) | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. (3.6.IN) | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (3.6.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. (4.3.HE) | C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. (4.3.E) | C/MSW's relationships with colleagues in school and district events and projects when specifically requested. (4.3.IN) | C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. (4.3.I) |

### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|

Teacher Exhibit 9 - p. 019

*Dianna Stringham - Artifact - Started: Apr 25, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS  00246

C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE)

C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E)

C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN)

C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I)

CCS 00247



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2017-2018
Initiated by Dianna Stringham
Started: Apr 25, 2018
Printed: Oct 11, 2021 at 8:48am

**Title: Counseling program**

1.6.HE

Taught Organization and Development of the school counseling Program.

## DOMAIN 1: PLANNING AND PREPARATION
### 1.6 Developing A Plan To Evaluate The Counseling Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| CMSW's evaluation plan is highly sophisticated, with imaginative sources of evidence and a clear path toward improving the program on an ongoing basis. *(1.6.HE)* | CMSW's plan to evaluate the program is organized around clear goals and the collection of evidence to indicate the degree to which the goals have been met. *(1.6.E)* | CMSW has a rudimentary plan to evaluate the counseling program. *(1.6.IN)* | CMSW has no plan to evaluate the program or resists suggestions that such an evaluation is important. *(1.6.I)* |

*Dianna Stringham - Artifact - Started: Apr 25, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1*

CCS 00248

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2018
Finalization Worksheet
Primary Evaluator: Cole, Rachel



Carmel Clay Schools
Carmel, Indiana

## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 4.00 | X 0.150 | 0.60 |
| Final EER Score |  |  | 4.00 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 4.00 | X 0.750 | 3.00 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 4.00 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 2, 2018

Rachel Cole marked this document as "Complete" on May 1, 2018

Teacher Exhibit 9 - p. 022   *Dianna Stringham - Finalization - Evaluation Ending Jun 2018 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS 00249

18-19

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Karen McDaniel
Started: Sep 18, 2018
Sent to Dianna Stringham on Sep 19, 2018
Viewed by Dianna Stringham on Sep 20, 2018
Post-Observation Conference: Sep 25, 2018
Completed: Sep 25, 2018
Printed: Oct 11, 2021 at 8:48am

_Staff Signature_ _____ _Date_

_Administrator Signature_ _____ _Date_

**SCRIPTING**
9:00 - The C is meeting with seniors for their transition counseling meeting.  The C welcomes the S and introduces me, asking him to make sure he's okay with me sitting in.  They talk about his transition to college program schedule and how much he enjoys only having four classes to keep up with. (3.1.HE)

The C begins by getting basic information from the S like his email then goes through his transcript details with him.  She ensures he has all the required coursework for his AH diploma. (3.7.HE)

The C uses a Google Form to input specific information for his diploma/graduation.

The C and the S discuss his future plans, which include mechanical engineering both in state schools and out of state.

The C guides the S on how he should proceed with completing his college apps to help him save money.   (3.2.HE)

The C asks the S about his use and comfort level with Naviance.

The S and C then talk about where he is on the common application and his essays.

The C and the S discuss scholarship lists and opportunities found within Naviance.   She provides guidance on timelines for financial aid.  (1.4.HE)

The C asks the S to sign a paper of all that was discussed, makes a copy for her files and asks the S to think about Qs he might have for her. (2.3.HE)

When she returns from the copier, the S asks a question about Naviance and teacher recs.   She guides him through ways to approach a teacher regarding getting the recommendation.

Teacher Exhibit 10 - p. 001

_Dianna Stringham - Extended Observation - Started: Sep 18, 2018 - Printed: Oct 11, 2021 at  8:48am - Page 1 of 4_

CCS  00250

The C has a dual screen system which allows the S sitting next to her see the computer screen and follow along with the websites they are using. (2.4.HE)

The C's office is arranged with S interaction in mind.   She has all paperwork close at hand and the office decor is warm and welcoming. (2.2.HE)

The C and S have established a very good rapport which allows their conversation to be very productive.   (2.1.HE)

The S and C wrap up and the C offers him to reach out to her via email or in person if he has additional Qs.

Another S (sophomore) comes in who has asked to see her for help with time management.  The C and S spend time getting to know her routine, what's she's involved with outside of school and how she is using her planner.   The C gives the S examples of a time management tools and talks to her about prioritizing her work.   (1.2.HE)

The S then begins asking the C Qs about requirements related to the AH diploma.  The S pulls out her own copy of the POS that she has taken notes in to keep her Qs focused.  The C and S go through requirements re: math for her diploma type and her goals after high school. (1.1.HE)

9:45 – End of Observation

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. *(1.1.HE)* | C/MSW demonstrates understanding of counseling theory and techniques. *(1.1.E)* | C/MSW demonstrates basic understanding of counseling theory and techniques. *(1.1.IN)* | C/MSW demonstrates little understanding of counseling theory and techniques. *(1.1.I)* |

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. *(1.2.HE)* | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. *(1.2.E)* | C/MSW displays partial knowledge of child and adolescent development. *(1.2.IN)* | C/MSW displays little or no knowledge of child and adolescent development. *(1.2.I)* |

## 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. *(1.4.HE)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school.   *(1.4.E)* | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. *(1.4.IN)* | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. *(1.4.I)* |

Teacher Exhibit 10 - p. 002

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

**Highly Effective**

Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE)

**Effective**

C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E)

**Improvement Necessary**

C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN)

**Ineffective**

C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I)

## 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

**Highly Effective**

C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. (2.3.HE)

**Effective**

C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. (2.3.E)

**Improvement Necessary**

C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. (2.3.IN)

**Ineffective**

C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. (2.3.I)

## 2.4 Organizing Physical Space

**Highly Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE)

**Effective**

Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E)

**Improvement Necessary**

C/MSW attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN)

**Ineffective**

The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I)

# DOMAIN 3: DELIVERY OF SERVICES
## 3.1 Assessing Student Needs

**Highly Effective**

C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE)

**Effective**

C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E)

**Improvement Necessary**

C/MSW's assessments of student needs are perfunctory. (3.1.IN)

**Ineffective**

C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I)

*Dianna Stringham - Extended Observation - Started: Sep 18, 2018 – Printed: Oct 11, 2021 at 8:48am - Page 3 of 4*

CCS 00252

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. *(3.2.HE)* | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. *(3.2.E)* | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. *(3.2.IN)* | C/MSW's program is independent of identified student needs. *(3.2.I)* |

## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |

CCS 00253

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Rachel Cole
Started: Dec 3, 2018
Sent to Dianna Stringham on Dec 3, 2018
Viewed by Dianna Stringham on Dec 4, 2018
Completed: Dec 3, 2018
Printed: Oct 11, 2021 at 8:48am

_____
Staff Signature          Date

_____
Administrator Signature          Date

**SCRIPTING**

11/30/18  11:10 Dianne Stringham

Student is reviewing electives.  C shared he does PC and what do you like about that class.  He shared he likes the lifting not cardio.  Outdoor Exploration is one elective that he chose.  C then walked him through do you like to work with your hands. (1.1.HE) (1.2.HE)  She showed him description of Manufactoring and Construction courses.  S asked if it was all year.  C shared you could take Personnel Finance, preparing for college and careers and adult roles. (2.1.HE)  S said he would like to take Personnel Finance.  S said he would take Pers Finance.  She then said you still need a science and she reviewed options.  So he chose Earth Space.  She then said you still need a one full year elective. (2.2.HE)  S had mentioned he was interested in piano.  She then went through all the different departments. (2.4.HE) (3.5.HE) (4.3.HE)

Dianna Stringham - Short Observation - Started: Dec 3, 2018 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 3

CCS  00254

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

CCS 00256

## DOMAIN 3: DELIVERY OF SERVICES
### 3.5 Demonstrating Flexibility And Responsiveness

**Highly Effective**

C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3.5.HE)

**Effective**

C/MSW makes revisions in the counseling program when they are needed. (3.5.E)

**Improvement Necessary**

C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN)

**Ineffective**

C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.3 Participating In A Professional Community

**Highly Effective**

C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. (4.3.HE)

**Effective**

C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. (4.3.E)

**Improvement Necessary**

C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. (4.3.IN)

**Ineffective**

C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. (4.3.I)

COMMENT: You were very patient with this student and he needed you to be. He seemed a bit lost or had a lack of direction which you shared is fine and it is but you probably need to work with him individually or in a small group with some Naviance tasks. Nice job in taking extra time with him!
*Comment by Rachel Cole on Dec 3, 2018 at 8:28pm*

COMMENT: Thank you. He was flustered from the beginning. Another student was given his pass and came down, which was not even my student. He said that the teacher gave him the pass, so he came down even if I wasn't his counselor. My student received the pass late, and he was upset with that. He became a little better after you left. He's autistic and likes things to go as he has planned. He needs a lot of patience. Thank you for the review.
*Comment by Dianna Stringham on Dec 4, 2018 at 10:36am*

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #2
Evaluated by Rachel Cole
Started: Feb 25, 2019
Sent to Dianna Stringham on Feb 25, 2019
Viewed by Dianna Stringham on Feb 26, 2019
Completed: Feb 25, 2019
Printed: Oct 11, 2021 at 8:48am

_____
Staff Signature                              Date

_____
Administrator Signature                      Date

## SCRIPTING

[07:53] http://Dianna Stringham 10:19 C asked how are you doing with your classes. She said pretty good except for Alg. C shared that I know you have a math tutor. I understand what I am doing with her but then when I take the test I forget and make mistakes. C suggested that you alos meet with your teacher as well and make sure you know what to study and spend the time on the right stuff. (4.1:HE) C said okay we are going to schedule for Senior year. First I would like to start with Senior year. It has a lot of good information and take time to look at it and don't put in bottom of your locker. (1.3.HE) IN Navalance lets transition to and colleges I am thinking about. Have you used Naviance yet and she said yes I have. Great! She then walked her through the different tools in Naviance and gave her a summary of how she can use them to help herself in college planning. C used the yellow Naviance tool sheet and hit the categories listed and shared a brief explanation of each. On the resume' section she suggested that this would be something good to do now and when later you need this information time goes by so quickly and you would have it easily available. In the strength explorer it gives your top three strengths. When you have to address an essay that acts something about yourself this can be a good starting point and gets you moving in the right direction. (1.6.HE) She walked her through the strength explorer and the Holland code. (3.3.HE) The counselor then asked if she had taken the ACT and SAT and gave her short summary of each and suggested that she take it this Spring and the deadlines approaching for our building and surrounding schools for her to take it. C then shared information on Khan Academy and suggested using it as a study tool for the ACT. C then transitioned to so let's schedule. You have a 3.0 and though math is an area that you struggle you still are maintaining a 3.0 gpa. (2.4.HE) (3.5.HE) (4.4.E)

# DOMAIN 1: PLANNING AND PREPARATION
## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3:HE)* | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3:E)* | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)* | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)* |

## 1.6 Developing A Plan To Evaluate The Counseling Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's evaluation plan is highly sophisticated, with imaginative sources of evidence and a clear path toward improving the program on an ongoing basis. *(1.6:HE)* | C/MSW's plan to evaluate the program is organized around clear goals and the collection of evidence to indicate the degree to which the goals have been met. *(1.6.E)* | C/MSW has a rudimentary plan to evaluate the counseling program. *(1.6.IN)* | C/MSW has no plan to evaluate the program or resists suggestions that such an evaluation is important. *(1.6.I)* |

# DOMAIN 2: THE ENVIRONMENT
## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. *(2.4:HE)* | Counseling center or classroom arrangements are inviting and conducive to the planned activities. *(2.4.E)* | C/MSW attempts to create an inviting and well-organized physical environment are partially successful. *(2.4.IN)* | The physical environment is in disarray or is inappropriate to the planned activities. *(2.4.I)* |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3:HE)* | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.E)* | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.IN)* | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.I)* |

*Dianna Stringham - Short Observation - Started: Feb 25, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 3*

CCS 00258

CCS 00259

## 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3.5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. (4.1.HE) | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. (4.1.E) | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. (4.1.IN) | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. (4.1.I) |

### 4.4 Engaging in Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. (4.4.HE) | C/MSW seeks out opportunities for professional development based on an individual assessment of need. (4.4.E) | C/MSW's participation in professional development activities is limited to those that are convenient or are required. (4.4.IN) | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. (4.4.I) |

COMMENT: You did a nice job making this student empowered with the strengths they have and cited specific examples they need to follow up on in their weakness of math but showing her she has the resources available to her just take advantage of them. You also did a good job walking through Naviance and the tool worksheet so she could do some exploring on her own and since she was on Naviance could easily facilitate using these tools.  Nice job.
*Comment by Rachel Cole on Feb 25, 2019 at 8:00pm*

Carmel Clay Schools

Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #3
Evaluated by Rachel Cole
Started: Mar 21, 2019
Sent to Dianna Stringham on Mar 21, 2019
Viewed by Dianna Stringham on Mar 22, 2019
Completed: Mar 21, 2019
Printed: Oct 11, 2021 at 8:48am

_____    _____
Staff Signature                        Date

_____    _____
Administrator Signature                Date

## SCRIPTING

[03:16] Student came in and wanted to change his Plato class.  He doesn't like his current math class.  Student shared he likes to work to his self.  There are four teachers in there and they bug me, annoy me, and ask if I need help.  I would like to be in the C room class, be more chill, and finish my class.  C said what is their perspective.  S shared it is to help you and they want to support you.  C said she would like to check with Ms. McDaniel and make sure she is okay with him switching to the Plato class.  C called and Ms. McDaniel said this is temporary and if you go over and are making progress in the class then he could stay but if not we would move him back.  C then asked about some other classes.  She then asked for it to be bumped and needed to make some changes to get the schedule correct.  C then discussed we went over getting organized about time management.  She asked if he had tried that yet.  Student shared yeah I totally forgot about that and it is probably in my backpack and it is crammed in there.  Student shared last year I got it straightened out when I got searched and Ms. Wiseman helped get it organized.  The C then asked him to get all his papers out and said let's get some folders that I will give you and get it organized.  The S shared oh and I may be getting a job.  I had one interview at Texas Roadhouse and I am getting ready to have another one.    (1.3.HE) (1.5.E) (4.4.E) (4.1.HE)
(3.3.HE)

## DOMAIN 1: PLANNING AND PREPARATION
### 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. (1.3.HE) | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. (1.3.E) | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. (1.3.IN) | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. (1.3.I) |

Teacher Exhibit 10 - p. 011

*Dianna Stringham - Short Observation - Started: Mar 21, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS 00260

**1.5 Planning The Counseling Program, Integrated With The Regular School Program**

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. *(1.5.HE)* | C/MSW has developed a plan that includes the important aspects of counseling in the setting. *(1.5.E)* | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. *(1.5.IN)* | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. *(1.5.I)* |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.HE)* | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.E)* | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.IN)* | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. *(4.1.HE)* | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. *(4.1.E)* | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. *(4.1.IN)* | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. *(4.1.I)* |

### 4.4 Engaging In Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. *(4.4.HE)* | C/MSW seeks out opportunities for professional development based on an individual assessment of need. *(4.4.E)* | C/MSW's participation in professional development activities is limited to those that are convenient or are required. *(4.4.IN)* | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. *(4.4.I)* |

Teacher Exhibit 10 - p. 012          Dianna Stringham - Short Observation - Started: Mar 21, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2

CCS  00261

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2019
Finalization Worksheet
Primary Evaluator: Cole, Rachel



*Carmel Clay Schools*

*Carmel, Indiana*

## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 4.00 | X 0.150 | 0.60 |
| Final EER Score |  |  | 4.00 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 4.00 | X 0.750 | 3.00 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 4.00 |
| **Finalization** |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 23, 2019

Rachel Cole marked this document as "Complete" on May 22, 2019

Teacher Exhibit 10 - p. 013 *Dianna Stringham - Finalization - Evaluation Ending Jun 2019 - Printed: Oct 11, 2021 at 8:46am - Page 1 of 2*

CCS 00262

**Final Evaluator Comments:**

I appreciate your willingness to always help out in our department. I also recognize how much work you have put into the AP Team and kept a positive attitude along the way. I also see you working at creating relationships with your students and love that you support them outside of the school day at athletic events.   We have a lot of changes being implemented next year and I am glad you were able to attend the conference and be part of that as well. I want to keep our communication open and support of everyone in our department a focus as we move forward. Let's continue to have dialogue anytime we have questions or there are concerns. Looking forward to implementing some of the initiatives we learned about at the conferences and supporting our students more proactively along the way.



Teacher Exhibit 10 - p. 014  *Dianna Stringham - Finalization - Evaluation Ending Jun 2019 - Printed: Oct 11, 2021 at  8:48am - Page 2 of 2*

CCS  00263

19-20

**Carmel Clay Schools**
**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Karen McDaniel
Started: Oct 23, 2019
Sent to Dianna Stringham on Oct 23, 2019
Viewed by Dianna Stringham on Oct 23, 2019
Post-Observation Conference: Nov 4, 2019
Completed: Nov 5, 2019
Printed: Oct 11, 2021 at 8:48am

Staff Signature _____  Date _____

Administrator Signature _____  Date _____

**SCRIPTING**

9:45 - C and S are working together at a round table. The C is using a visual calendar to help the S prioritize balancing her job, her school work and her college apps. She is trying to help the S not feel quite so overwhelmed, as the S is tearful and feeling stress. (1.2.HE) (2.2.HE) (2.4.HE)

The S discusses the IB diploma requirements and changes. The C encourages the student to speak with the IB coordinator before she drops a second semester class change. (3.1.HE)

The C gives the S advice on how to be proactive to help manage her stress. 'Take one thing at a time.' 'Take deep breaths'. (3.3.HE)

The S asks Qs about college apps and Naviance and the C works with the S and PowerSchool to find out why she can't access her scores from ACT/SAT exams. The C provides the S with info from College Board to make sure her scores are visible. (3.2.HE)

The C encourages the S to stay organized to help minimize her anxiety/stress levels. She smiles at the S, tells her to remember to breathe, and invites her to stop back by to see her again. (1.1.HE)

Another S comes in and discusses her grades, classes for next semester, and plans for next year. The S and C discuss ACT/SAT timing, dates, etc. The S and C discuss other items and then wrap up their time together. The C is supportive and positive.

Another S enters and wants to discuss letters of rec from Ts showing up in Naviance. The C pulls up the S and C screens in Naviance and work through the issue. She gives the S advice on how to speak with his teacher about requesting a rec letter. (3.6.E)

10:25 - End of Observation

Teacher Exhibit 11 - p. 001          Dianna Stringham - Extended Observation - Started: Oct 23, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 3

CCS 00264

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES

## 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. *(3.1.HE)* | C/MSW assesses student needs and knows the range of student needs in the school. *(3.1.E)* | C/MSW's assessments of student needs are perfunctory. *(3.1.IN)* | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. *(3.1.I)* |

## 3.2 Assisting Students And Teachers In The Formulation Of Academic; Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. *(3.2.HE)* | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. *(3.2.E)* | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. *(3.2.IN)* | C/MSW's program is independent of identified student needs. *(3.2.I)* |

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.HE)* | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.E)* | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.IN)* | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. *(3.3.I)* |

## 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. *(3.6.HE)* | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. *(3.6.E)* | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. *(3.6.IN)* | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. *(3.6.I)* |

*Dianna Stringham - Extended Observation - Started: Oct 23, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 3 of 3*

CCS 00266

**Carmel Clay Schools**
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Rachel Cole
Started: Dec 12, 2019
Sent to Dianna Stringham on Dec 12, 2019
Viewed by Dianna Stringham on Dec 13, 2019
Completed: Dec 12, 2019
Printed: Oct 11, 2021 at 8:48am

Staff Signature _____ Date _____

Administrator Signature _____ Date _____

**SCRIPTING**
12.12.19

Dianna 10:16

Student came in and shared she didn't want to be in class, is upset because her dog died yesterday. Parents were in St. Thomas and flew home but I had to take care of her. Parents flew back and C said I am so sorry. How old was she? 14. That is most of your life. Student shared she only slept three hours. Student shared she is getting her service dog on Sunday. I feel bad she it is like I am replacing her. Zoe is always going to be Zoe. Maybe you could do a memorial for her. You could plant a tree and put the ashes there. You can write some good things down. She said I miss the last two days of school and came in early and took a math test and I was supposed to do a timed write. So there is that. I have my first ASL final on Friday. On Monday I have my Geom final and get my service dog. C shared you have a lot going on. Remember just take one thing at a time and remember to breathe. You have a lot going on. I feel like I am not going to pass my finals. C shared let's replace that with what I am going to do to do my best. Are you still working? Yes, I work until Saturday. C asked if she is going to work on a timeline. Then she made a sheet and started working with her on what that might look like. So, you are missing on Monday. She said so today ask your teachers today what you need to have to be prepared. So you will do that review packet for Geom. Then the ones you struggle with you go back to that chapter and work on those areas. C had a worksheet that she could just fill in. She suggested you need to work on organizing all your work to get it into folders so you have a plan on action for review. Take some time to chunk it. I know you are grieving and you can take some time to deal with that but also you need to move forward. When do you work Sat.? 9-5 Wow then today needs to be a big organization day and you need to utilize Sunday. You could also review with someone in class with someone in needed. Do you think you can get that rolling? I think so.

CCS 00267

# DOMAIN 1: PLANNING AND PREPARATION
## 1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. (1.1.HE) | C/MSW demonstrates understanding of counseling theory and techniques. (1.1.E) | C/MSW demonstrates basic understanding of counseling theory and techniques. (1.1.IN) | C/MSW demonstrates little understanding of counseling theory and techniques. (1.1.I) |

## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. (1.3.HE) | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. (1.3.E) | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. (1.3.IN) | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. (1.3.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions with students are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social and career plans. (3.2.HE) | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

Dianna Stringham - Short Observation - Started: Dec 12, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 4

CCS  00268

## 3.3 Using Counseling Techniques in Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3.5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. (4.1.HE) | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. (4.1.E) | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. (4.1.IN) | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. (4.1.I) |

## 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. (4.3.HE) | C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. (4.3.E) | C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. (4.3.IN) | C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. (4.3.I) |

## 4.4 Engaging In Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. (4.4.HE) | C/MSW seeks out opportunities for professional development based on an individual assessment of need. (4.4.E) | C/MSW's participation in professional development activities is limited to those that are convenient or are required. (4.4.IN) | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. (4.4.I) |

Dianna Stringham - Short Observation - Started: Dec 12, 2019 - Printed: Oct 11, 2021 at 8:48am - Page 3 of 4

CCS 00269



COMMENT: It was evident she felt comfortable coming to you and was listening to your guidance. I think the worksheet you provided was a tool she needed at this point or some of what you shared would have been lost in being overwhelmed with her situtation and lack of sleep. Love that student came to her counselor for compassion and support and had the feeling she would be heard, listened to and you still empathized but established some resilience in her for what lies ahead.

*Comment by Rachel Cole on Dec 12, 2019 at 1:07pm*

COMMENT: Please explain to me how this has to do with 4.3 and 4.4

Also, I would like to know why this is not considered highly effective on 1.3 and 3.5 What would you have liked me to do better? I feel that I addressed her situation as she presented. I did not plan anything and she was needing me in more of a social work capacity. I feel like I was highly appropriate to the situation. I also feel like I go above and beyond my colleagues when it comes to helping students get organized, which helps to improve our counseling program. I'm not sure why this would not be highly effective. Please explain this to me.

*Comment by Dianna Stringham on Dec 13, 2019 at 8:07am*

CONFIDENTIAL

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #2
Evaluated by Rachel Cole
Started: Feb 19, 2020
Sent to Dianna Stringham on Feb 19, 2020
Viewed by Dianna Stringham on Feb 20, 2020
Completed: Feb 19, 2020
Printed: Oct 11, 2021 at 8:48am

Staff Signature _____ Date _____

Administrator Signature _____ Date _____

## SCRIPTING

1:51 2/18/20 S came in has gotten into five schools and doesn't know which one to select. She is a nursing major and her top two schools are Purdue and Cincinnati. Okay C said I tell me some positives about Purdue. S shared great school, close to home, seems safer. Downfalls would be I have to drive and commute when I do the clinical's. C then repeated and said talk about Cincy. Incredible floor and labs. Has more resources. So many hospitals and they are walking distance. Downside don't know how I feel about going to a campus without knowing anyone. C suggested going on another visit. If possible go on a sunny day. Eat on campus. Ask what are the support systems? Will you have a car on campus. How big are the classes? Who teaches the classes? How often are you doing the clinical's? (1.2.HE) (1.5.E) (2.1.HE) (2.4.HE) (3.3.HE) (3.5.HE) (4.1.HE) (4.3.HE)

## DOMAIN 1: PLANNING AND PREPARATION
### 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. (1.2.HE) | C/MSW display accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. (1.2.E) | C/MSW displays partial knowledge of child and adolescent development. (1.2.IN) | C/MSW displays little or no knowledge of child and adolescent development. (1.2.I) |

Teacher Exhibit 11 - p. 008

Dianna Stringham - Short Observation - Started: Feb 19, 2020 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 3

CCS 00271

CCS 00272

## 1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. (1.5.HE) | C/MSW has developed a plan that includes the important aspects of counseling in their setting. (1.5.E) | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. (1.5.IN) | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. (1.5.I) |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

## 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. (3.5.HE) | C/MSW makes revisions in the counseling program when they are needed. (3.5.E) | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. (3.5.IN) | C/MSW adhere to the plan or program, in spite of evidence of its inadequacy. (3.5.I) |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. (4.1.HE) | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. (4.1.E) | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. (4.1.IN) | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. (4.1.I) |

## 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district events and projects and assumes leadership with colleagues. (4.3.HE) | C/MSW participates actively in school and district events and projects and maintains positive and productive relationships with colleagues. (4.3.E) | C/MSW's relationships with colleagues are cordial, and C/MSW participates in school and district events and projects when specifically requested. (4.3.IN) | C/MSW's relationships with colleagues are negative or self-serving, and C/MSW avoids being involved in school and district events and projects. (4.3.I) |

COMMENT: Very sweet student and i could see she really wanted to run her thought process by you! I love to see that :).
*Comment by Rachel Cole on Feb 19, 2020 at 6:40pm*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2020
Finalization Worksheet
Primary Evaluator: Cole, Rachel



Carmel Clay Schools
Carmel, Indiana

### Employee Effectiveness Rubric (EER)
Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 3.00 | X 0.300 | 0.90 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 3.00 | X 0.150 | 0.45 |
| Final EER Score |  |  | 3.55 |

### Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 3.55 | X 0.750 | 2.66 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 3.66 |
| Finalization |  |  | Highly Effective |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on Jun 24, 2020

Rachel Cole marked this document as "Complete" on May 19, 2020

Teacher Exhibit 11 - p. 011   *Dianna Stringham - Finalization - Evaluation Ending Jun 2020 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS 00274

**Final Evaluator Comments:**
Dianna your overall observations when observing working with a student are highly effective. You do a nice job when sitting with student's one to one listening and taking time to try to support them. You do need to be careful that we stay within our school policies even if you think you want to make something happen for a student. I think your heart and intention are to support them, but there are also boundaries and professionally that is an expectation you need to follow even if your opinion differs from our school policy or guidelines. (Plato World History, Study hall and aide in schedules doubled, Senior Transition). I think you have given time and done and given great guidance to help students dig themselves out of some holes and/or walked them through how they might make a tough decision on a college or course choice. You have a lot of patience and it is evident they feel comfortable coming to talk to you. I do want to express that I do have some concerns. I feel that information at SST isn't always fully done to the extent it needs to be done and there needs to be continued improvement in that area, I also know that administration has asked you to do something like set a 504 up or contact them back and it simply wasn't done I think because you didn't understand why? I need you to recognize that and follow through with what was requested or communicate back to them any questions or concerns. This year we have some information not communicated correctly as well. Email communication was a concern in some areas and the response back to parents for some needs to improve. When I had you do the ASVAB scoresheets you gave the counselors some misinformation and we went over it together, when you sent out the email a few weeks ago you shared that information about fifth year seniors and it simply wasn't true... These are things that I need my counselors to do correctly and that I am fearful I won't be able to catch and correct if I don't know about it. I want you to know I am concerned about your performance as a counselor.   The Rise framework does show Highly Effective but moving forward I do want to work on improvement in your role as a counselor overall. I am glad to hear you followed through with reaching out to the employee assistance folks and am very supportive of them and what they do for our district.



CONFIDENTIAL STAFF COPY

CCS  00275



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2019-2020
Initiated by Dianna Stringham
Started: Jun 24, 2020
Printed: Oct 11, 2021 at 8:48am

## Title: Rebuttal to evaluation

First, thank you for the kind things you say about me having a good rapport with students. I do. I am a hard-working, honest counselor that takes responsibility for any of my shortcomings.

First, in your evaluation of me, you reference me not following policies such as study halls and aides being doubled in schedules. I have done this, but so have other counselors. Counselors that have more experience than I have.

As far as SST, you are evaluating me on one date during quarantine. Yes, I could have been better prepared that day. I was going through a rough time being in quarantine and I told you that I have been going to SST with other counselors for the past five years. I have followed suit, what the seasoned counselors do. Some counselors would have a lot to say and at times have nothing to share. On that day, I had been in touch with a great number of students. I felt like they did not need additional supports at that time. After that you then asked me to meet with you before the SST meetings, so I did. I made spreadsheets for every SST. You seemed to be satisfied with my work at the time.

As far as the 504 situation, MB asked me to look at my list and make sure that we were not missing anyone. You specifically told me that was NOT my job. So, I did not do anything. Now, it is a part of my evaluation.

ASVAB, I did not give counselors the wrong information. I gave them the graduation checklist that has the 3 buckets on it. It is something I do with the students, especially if they fail. They need to have an awareness of what they need to do in order to graduate. So, it was not wrong information.

As far as the 5th year student is concerned. This particular student had English 11 (year), Adv Comp, Speech, and Government to complete. He was short more than 2 classes, so this is why I said that. I also know that the state said that we were graduating all seniors. KM sent out an email that referenced 5th year seniors. At that time it was very confusing. Again, not the only counselor that found this confusing.

Teacher Exhibit 11 - p. 013

CCS  00276

I know that I am an excellent counselor that has made some errors. However, errors that are not accurately described. Errors that my colleagues have made as well.

20 - -1



Carmel Clay Schools
Carmel, Indiana

**Stringnam, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Maureen Borto
Started: Sep 29, 2020
Sent to Dianna Stringham on Sep 29, 2020
Viewed by Dianna Stringham on Sep 30, 2020
Post-Observation Conference: Oct 6, 2020
Completed: Oct 6, 2020
Printed: Oct 11, 2021 at 8:48am

_Staff Signature_                                    _Date_

_Administrator Signature_                            _Date_

**SCRIPTING**
[11:23] C finished a senior conference and went up to the front to get a student who stopped by to see her

[11:24] C gave S a paper and pen to write down information

C gave S a Naviance forma nd student checklist

C : how do you like being at home.  how are you moving in your classes

S : love it.  done with gov and econ and 70 done with English

[11:25] C : wonderful

C : have you gone into your 21st century stuff

S : not yet

S : because I am not a student at the high school can I take the psat

C : you took psat last year

S : no I sat there and slept

C : you can sign up for the SAT and because you are 21st century scholar you can take for free, you will not take the psat

Teacher Exhibit 12 - p. 001

Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 11

[11:26] C gave S a copy of his transcript

C : you should be able to get onto college board and you can write on ere and take notes.   As you register as a 21st century scholar should be in there.   if you have trouble signing up, contact me and we will get you a form

S wrote down information c provided

[11:27] C : same with ACT, actstudent.org, so go to collegeboard.com and actstudent.org

S wrote down information and C made sure he wrote down correct information

C : you have two of each you can take for free.   a lot of schools right now are test optional so you don't have to take a test unless you want to

[11:28] C : being a 21st century scholar going to a public school they will match room and board.   if you go to private in IN they pay a portion of tuition and some will match (3.1.HE)

S : that is something I might not want to go to Ivy Tech, want to go to IU Kelley School ov Business on campus

[11:29] C : great, you will have to go to your Naviance account and add them in

S wrote that information down

C : classes you need to graduate are two English classes you have in your science, math good, gov and econ you have.   You have 42 credits and you need 40.   Your gpa is 2.88 so you are above the line for 21st center, your grades keep climbing up.   Last year was great.   I a m so proud of you.   Pass pass on Istep so you don't have to worry about other stuff to turn in.   You will graduate in May.

[11:30] C : let's take a look at updating my information on you

C brought up a spreadsheet of information.

C : last year  you had a 2.66 and now at 2.88.   You were thinking Ivy Tech last year and now it is IU.   What else are you thinking

[11:31] S : that is what I want but if I have to

C : what about Ball State, Southern Indiana, IUPUI that are all public and have housing, have you thought about any of those

S : my girlfriend goes to IUPUI right now and she doesn't like anything about ti

[11:32] C : I would say apply to IU and use the IU application because if you decide you want to go to Bloomington ro IUPUI you are only going to pay it one time, if you go through common app, you pay it twice

S wrote it down

S : when would I have to submit the application

Teacher Exhibit 12 - p. 002        Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at  8:48am - Page 2 of 11

CCS  00279

C : as soon as you can.  NOV 1st is to be considered for any scholarships besides 21st century.  Get that in in the next few weeks

[11:33] S : gotcha

C : wanted to major in business is that true

S : yes

C verified email and cell number

C : now let's order your diploma.  This is where you want to make sure everything is spelled correctly and right (2.2.E)

[11:34] C went through google form with student

C : will you be coming back for graduation ceremony in May

S : probably

C : I am going to say yes and if something changes let me know

C continued through the form

C : diploma ordered you are graduating, less than three months, how does that make you feel

S : amazing

[11:35] C : it should

C : now let's talk about naviance

C brought up naviance on the screen

C : I need for you to get on there tonight so I need to know if you have any trouble logging in.  Go in through canvas page

S : is that for the scholarships

C : that is scholar track

S : ok

C : you want to come in here, colleges I am applying to, you shouldn't need to match the account you don't need to match unless you want to do common app.  All of your application fees are waived and there is a form I sign (2.3.HE)

[11:36] S : for IU I don't go through this

C : yes, go through IU

Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at  8:48am - Page 3 of 11

CCS  00280

S : what is the common app

C : since you are thinking IU and IUPUI i think you are ok to do that

[11:37] C : once your colleges are in there, you are going to see apply to college

C showed S the steps she was doing in Naviance and how he needs to do that (2.4.HE)

C : what you might want to do is to ask a teacher to write you a letter because you are on the bubble of your gpa, this is how you will add a request.

[11:38] S took notes as C explained

C : due to Covid you might want to send and email before filling out the form and asks the write the letter. Pick someone who you like and likes you. If they agree then tag them

C showed S how to do that portion of Naviance

[11:39] S followed along and took notes

C : IU only allows one. Looking for other scholarships, you will want to go to scholarships and money and go to national search

S took notes as C went through Naviance

[11:40] C : when a scholarship comes directly to you you can spend that money however you want, on books, travel expenses as a college students so as you are looking that is a good thing

C : scholarships that are written directly to your school will stack directly at 21st Century, does that make sense

S : no

[11:41] C : so if you applied to Valpo and it is private they won't pay all of your tuition, they may have some other scholarships they will tack on to it.  They may pay for books, room and board and sometimes because of 21st century they pay for all of them.  Marion University has 25 full rides to 21st century scholarships and you should jump in if you are interested in that school

[11:42] C : after this I would go to scholarship list and now you can see Carmel and Hamilton County, so the way you find out if you qualify you click on it and read the description (3.2.HE)

S was looking at the screen as C went through information

[11:43] S took notes as C shared

C : you have to get there and take a look.  When you are looking now, some of the scholarships haven't been updated yet since they are in the spring

[11:44] S : all these extras are if I am looking for a different typ to scholarship

CCS 00281

C : the state is going to pay your tuition if you go to IUPUI, if you want to live int eh dorm it is 10000 and 21st century does not cover room and board.   Some schools will, you just have to see what they do with 21st century scholars.   Sometimes they will match and school will pay room and board, which makes it virtually free, but there are other things like books, so that is why we look for other scholarships (3.3.E)

[11:45] S :ok.  So I need to go to naviance and submit and application

C : you could do it this weekend

[11:46] S : I got to work on bettering myself

C : what do you mean

S : I had a little issue and we are not together anymore

C : I am sorry, did that just happen

S : friday

C : maybe give it some time

S : I have to change myself

C : I understand

C : do you have any questions, because you have a lot with 21st century scholar

C : you can always call or we can zoom

[11:47] S went back through notes

C went back through all the information and made sure S had it written down correctly

C : let me show you what this looks like

C brought up how to apply to IU

C : you are going to click on IU Bloomington and you will click on IU.edu and it takes you how to apply and then you will go to learn how to apply, click on freshman, then you weill go to complete application part

[11:48] C showed everything on the screen and S watched and took notes with each step the counselor shoed him

S : then it is straight forward from there

[11:49] C : yes, then once ou submit this, get back into Naviance because you don't have anything in there.   You need to put IU and IUPUI and click I submitted the application

Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at  8:48am - Page 5 of 11

CCS  00282

CCS 00283

S wrote down everything C shared

C : once you have submitted you have to let me know or it sits in a queue and doesn't go anywhere

S : If I don't do the pencil thing

[11:50] C : yes, I am going to show you what that looks like for me

C brought up her screen and showed him what she sees

S : so the little pencil thing

C : yes so that shows up green on his side

S : it is in the top right

C : you will see it on the side as an edit pencil and then it will show up green for me to send application, does that make sense

[11:51] S : yes

C : I'll let you think about that for a second and see if you have any other questions for me

S : I'm pretty sure I am all good for now

C : back to scholar track and make sure everything is updated, then the last thing is the FAFSA, which is part of scholar track which opens Thursday and you have to apply for 21st century scholars

[11:52] S : I have to make sure all the tasks are done

C : yes and one of those if filling out the FAFSA. This is free.  You want to be here and o to start and ti will open it

[11:53] C showed on the screen what to do and where to go

C : you and dad need an FSA ID

S wrote down information from counselor

C : this is an electronic signature so when you are done filling it out, dad and you sign with your IDs and you could even do this tonight and it takes a couple of days and then when it opens on October 1 you are ready (1.4.HE)

[11:54] S : I can get to that through scholar track

C : you could just go to Fafsa.ed.gov

S wrote down website as C shared

*Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at 8:48am - Page 6 of 11*

CCS 00284

[11:55] C : dad will use his taxes from 2019 to complete it. He will understand what I mean

S wrote it all down

C : what other questions do you have for me

S : I have to create the id before the application

C : yes, you need the fsa id, it just says get started, you'll need your social security number

S wrote down everything C shared

[11:56] S : ok

C : it is a lot right

S : so much, I have so much racing through my brain

C : take one thing at a time, you can do this

S : ok

C : all of it will come into place when you get it started and now it sounds like you have to go here to here

C : you just have to go to Naviance, then IU app, then scholars track

[11:57] S wrote it all down

S : then after that FAFSA

C : see not too bad when you look at it like that. Keep your grades up and keep working

C : what else you got for me

S : nothing

C : I am glad you came in since my other student canceled their appointment. I am sorry about your girlfriend, just give it some time. Maybe talk to her later (2.1.HE)

[11:58] S : kind of a difficult situation and I put myself in those

C : what about journaling some information

S : I have a lot written

C : still writing songs

Teacher Exhibit 12 - p. 007          Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at 8:48am - Page 7 of 11

S : no

C : You are done with those, I'll walk you back up to the front.  It was good to see you, we are going this way

[11:59] C walked S back up to the front of the counseling office

[12:02] C brought next S back to her office

C :where are you working

S : Runyon equipment rental

C : I know what you are talking about.  I have a couple of things for you.  How has school year been for you

[12:03] S : the online and the days are tough and when things are due, it overly confuses me.

C : How are you keeping track of things.  I saw with speech and algebra you are behind and I made you a copy

S explained where he as in each class

S : I wasn't really keeping track so now Ms. Hammon and I working on something to keep track of things

[12:04] C :sounds like you need help with organization.  I am going to give you two these and you can make more copies or I can give you amore copies.  I am going to give you a couple of these and one more thing.

C : let me staple this for you and then we have to start a senior meeting but I want to talk about this because it can help you stay organized

[12:05] C : this is the sq3r method with how to study.  People say they know how to study but this is full proof method and I used it and it completely changed my grades.  You survey a chapter before you even read, then you read it, you are telling your rain to get ready for this information

[12:06] C :these things I gave you are so you can right things own.  Everyone has their own method but this can be helpful for you. I use it for get it done this week

C went through each sheet she handed to student and how he could us them to study and organize

[12:07] C : here you can block off your work hours so this can be really helpful.  I am happy to give you more copies if you would like.

C : that calendar I gave you, you can hang it in your room, and you can write directly on here as to when you have a test, quiz or essay due so you can visually see it.  I have this on my pantry door to keep track of stuff.  Sounds like we need to do some organizing

[12:08] C : let's talk about transcript next, this is about naviance and what it can do for you.

S : ok

C : I'll give you a second to look at it

*Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at 8:48am - Page 8 of 11*

CCS 00285

S looked it as C brought her copy

[12:09] C : what classes do we need to graduate

C brought up S information on screen

C : the classes you need the two English classes, you have in your schedule, Algebra II and we have that in your schedule and we need that, gov and econ adn that is good. You have 39 credits and you need 40 to graduation and your gpa is 2.534 and we passed the ASVAB, the one thing I need is the employability form.

[12:10] C gave form to student and how employer will fill out

C : I need this as soon as possible

S : I can do this today

C : what kinds of questions, you are working toward core 40, what questions to you have about transcript

S : I need one more credit and I have JEL and this other classes so I will be at 45

[12:11] C : you will have ore that 40, you will probably graduate with 50 around there... any other questions.

S : no

## DOMAIN 1: PLANNING AND PREPARATION
### 1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. (1.4.HE) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school. (1.4.E) | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. (1.4.IN) | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. (1.4.I) |

## DOMAIN 2: THE ENVIRONMENT
### 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

Teacher Exhibit 12 - p. 009

*Dianna Stringham - Extended Observation - Started: Sep 29, 2020 - Printed: Oct 11, 2021 at 8:48am - Page 9 of 11*

CCS 00286

## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## 2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. (2.3.HE) | C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. (2.3.E) | C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. (2.3.IN) | C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. (2.3.I) |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or its inappropriate to the planned activities. (2.4.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. (3.1.HE) | C/MSW assesses student needs and knows the range of student needs in the school. (3.1.E) | C/MSW's assessments of student needs are perfunctory. (3.1.IN) | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. (3.1.I) |

## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. (3.2.HE) | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. (3.2.E) | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | C/MSW's program is independent of identified student needs. (3.2.I) |

## 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
| --- | --- | --- | --- |
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

COMMENT: Dianna - thank you for the invitation to observe. It is clear that you have established a great rapport and relationship with JD. Your work one on one with him and your other student was so nice to see. It is clear in those interactions the student knows you are interested in who they are and their goals.
*Comment by Maureen Borto on Sep 29, 2020 at 8:01pm*

CCS 00288

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Rachel Cole
Started: Apr 22, 2021
Sent to Dianna Stringham on Apr 22, 2021
Viewed by Dianna Stringham on Apr 23, 2021
Completed: Apr 22, 2021
Printed: Oct 11, 2021 at 8:48am

Carmel Clay Schools
Carmel, Indiana

_____
Staff Signature                                    Date

_____
Administrator Signature                       Date

## SCRIPTING

S shared I just want to go over the college stuff again. C have you been in Naviance? I am confused if I am still AHD. C said well let's see we will look at your history and what we are currently doing. I have you down for AHD and THD and see if you are still meeting the qualifiers for AHD. S shared my grades have gotten up a little bit. C shared so the D+ in Trig and the D- will knock you out of AHD if you don't get those up. So what do we need to do to get these up? S in Math I turn everything in but sometimes don't understand. In speech I don't even know. C said I am going to print these worksheets and we are going to write down what you are missing. S said I still have the other calendars you gave me. C have you used them? Well a little. C shared you still have four weeks to get these up. I am going to get April and May and highlight those days. On Wednesday to you need to see math and English teachers during SSRT. I need you to make plans with your teachers on the 21st. We have four to five gold days left. I am a visual person and so I printed this off. Do you think it helps to see it? S yes C Are you working right now? I am working at Express and I have a grass cutting business. It sounds like we need to have these papers on how to study as well. Now we are coming down to the wire and you are starting to get busy. This week is Monday. Do you work this week? S shared I work Tuesday 4:30-9:00. Okay do you work any other time. I think I will out Wednesday, but it is flexible on weather. Right after school it will only take an hour. Friday and Saturday I have sports so I have to work around that (1.3.E) (1.2.HE) (2.1.HE) (2.4.HE) (4.1.HE) (4.2.E)

CCS 00289

# DOMAIN 1: PLANNING AND PREPARATION
## 1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. *(1.2.HE)* | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. *(1.2.E)* | C/MSW displays partial knowledge of child and adolescent development. *(1.2.IN)* | C/MSW displays little or no knowledge of child and adolescent development. *(1.2.I)* |

## 1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. *(1.3.HE)* | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. *(1.3.E)* | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. *(1.3.IN)* | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. *(1.3.I)* |

# DOMAIN 2: THE ENVIRONMENT
## 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. *(2.1.HE)* | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. *(2.1.E)* | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. *(2.1.IN)* | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. *(2.1.I)* |

## 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. *(2.4.HE)* | Counseling center or classroom arrangements are inviting and conducive to the planned activities. *(2.4.E)* | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. *(2.4.IN)* | The physical environment is in disarray or is inappropriate to the planned activities. *(2.4.I)* |

*Dianna Stringham - Short Observation - Started: Apr 22, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 3*

CCS 00290

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. (4.1.HE) | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. (4.1.E) | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. (4.1.IN) | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. (4.1.I) |

### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I) |

COMMENT: It was evident the student was comfortable with you. I am wondering what he was thinking when you were giving him the worksheets? I think you let him know his grades needed to be a priority, but I am not convinced he understood where the other things he shared might need to go. As in beneath it if he really wants to get the AHD. Loved the relationship developed. He was comfortable, felt safe and knows you want him to succeed.
*Comment by Rachel Cole on Apr 22, 2021 at 11:04pm*

*Dianna Stringham - Short Observation - Started: Apr 22, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 3 of 3*

CCS 00291

**Stringham, Dianna**
Position: Counselor
Carmel High School
Professional Responsibilities
Evaluation Cycle: 2020-2021
Printed: Oct 11, 2021 at 8:48am



Carmel Clay Schools
Carmel, Indiana

# Professional Responsibilities

**Follows District Policies and Procedures**

- ☐ (4) - Highly Effective
- ☑ (3) - Effective
- ☐ (2) - Improvement Necessary
- ☐ (1) - Ineffective

**Deepens Knowledge and Expertise in Instructional Practice**

- ☐ (4) - Highly Effective
- ☑ (3) - Effective
- ☐ (2) - Improvement Necessary
- ☐ (1) - Ineffective

**Contributes to an Inclusive and Equitable School Culture through Collaboration**

- ☐ (4) - Highly Effective
- ☑ (3) - Effective
- ☐ (2) - Improvement Necessary
- ☐ (1) - Ineffective

**Final Score**
Calculated Value: 3.00

Administrator Signoff: Unsigned

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2021
Finalization Worksheet
Primary Evaluator: Cole, Rachel



**Carmel Clay Schools**
**Carmel, Indiana**

## Employee Effectiveness Rubric (EER)
## Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 3.00 | X 0.300 | 0.90 |
| DOMAIN 2: THE ENVIRONMENT | 3.00 | X 0.150 | 0.45 |
| DOMAIN 3: DELIVERY OF SERVICES | 3.00 | X 0.400 | 1.20 |
| DOMAIN 4: COUNSELOR RESPONSIBILITIES | 2.00 | X 0.150 | 0.30 |
| Final EER Score |  |  | 2.85 |

## Finalization Worksheet - 2020/21

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 2.85 | X 0.800 | 2.28 |
| Professional Responsibilities | 3.00 | X 0.200 | 0.60 |
| Sum of the Weighted Scores |  |  | 2.88 |
| Finalization |  |  | Effective |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Dianna Stringham acknowledged electronic receipt of this document on May 26, 2021

Rachel Cole marked this document as "Complete" on May 26, 2021

Teacher Exhibit 12 - p. 016   *Dianna Stringham - Finalization - Evaluation Ending Jun 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS 00293

**Final Evaluator Comments:**

This has been a challenging year for everyone. We ended last year with some concerns and did not have the start of the year that I had hoped for. In October we met to go over an improvement plan and discuss concerns that started from the end of last year and concerns that continued to be problems in the Fall. I think you showed improvement in the both the third and fourth items listed. You came to me numerous times and I know you even sought out Mo when you wanted to double check a procedure or protocol for something before acting on it. You ran different scenarios by me before calling parents back or telling students' information if you needed clarification. You also replayed conversations in 504 meetings to get feedback and make sure you were representing your role appropriately. You did all of these things in a timely manner to meet the fourth improvement area. I still want to see us work on our communication with parents. Making sure they feel heard and taking time to answer their questions where they feel they are fully understood. I want you to be able to not panic if you think they are going to be upset and calmly share the information that needs to be shared, ask for guidance from Mo or I prior to the communication or table it and tell them you will need to get back to them and do it that day or the following day. I want to do some more work on presenting the interventions you have put into motion for students at SST and feedback gathered from teachers or family. In SST we need to make sure we are focusing on students that you have worked to get back on track and need further guidance, not just bringing every student that is performing poorly academically and reporting out their grades or attendance. Again, I think this is just a communication skill we need to develop more. I think your relationship with students one on one is great in the area of building relationships. I like that you attend out of school activities that are school puts on to support other departments and students. At any time if you need any help or support please reach out to me or Mo. If you have any questions or concerns just ask for some time. We both are happy to assist and want to be more proactive than reactive.

While the evidence of your work this school year would indicate needs improvement on the finalization, we are using our professional judgement this year to round up your score to effective. In doing so, please know we still have concerns about your performance and you will continue to be on an improvement plan for the 2021-2022 school year. This improvement plan will have targeted goals, timelines and formal check ins. We will meet with you a few weeks prior to the start of the school year to go over the revised improvement plan.

CONFIDENTIAL STAFF COPY

CCS  00294



Observation
21-22

Carmel Clay Schools

Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Short Observation #1
Evaluated by Rachel Cole
Started: Sep 24, 2021
Sent to Dianna Stringham on Sep 27, 2021
Viewed by Dianna Stringham on Sep 27, 2021
Completed: Sep 27, 2021
Printed: Oct 11, 2021 at 8:37am

## SCRIPTING

Stringham 9.24.21

C is meeting with a student that has had Covid and is returning to school. He has a lot of tests and work to make up so C is working on how to help him approach his teachers and organize his time. C Gave him a physical calendar and suggested he could show the teachers to work out a time to take the tests, and they could see what he had going on with other courses. She suggested prioritizing and working with teachers on how he is going to approach all of this. S shared this might work well for me. When I don't write it down it can sometimes go to the wayside. C discussed sharing is with the teachers so they can see what he is having to do to make up and see all of his classes. S liked that because it would be spread out and he could have the weekend to prepare for the next wave. C added in another weekly schedule just in case he needed it. S also asked if he could change his Art class to APC for next semester. Student shared he is on the Cross Country team and he is trying out for baseball. C said let's take a look at your schedule. Your grades look good except for Honors Chemistry. Student is hoping to drop Photography and take APC. C is checking to see if that is a possibility. C asked how is cross country? I am done with it now. The season ends tomorrow he shared. S shared you could do postseason cross country, but he isn't going to participate in it. He is going to start baseball training and try-out for baseball in the Spring. C shared she used to be a runner. S asked if he could take APC fourth block. The Counselor shared it isn't taught fourth period. It actually fit into where your Photography class was first period.   (2.4.E) (3.2.E)

## DOMAIN 2: THE ENVIRONMENT
### 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning  the physical arrangement. *(2.4.HE)* | Counseling center or classroom arrangements are inviting and conducive to the planned activities. *(2.4.E)* | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. *(2.4.IN)* | The physical environment is in disarray or is inappropriate to the planned activities. *(2.4.I)* |

Teacher Exhibit 13 -p. 001          Dianna Stringham - Short Observation - Started: Sep 24, 2021 - Printed: Oct 11, 2021 at  8:37am - Page 1 of 2

CCS  00295

# DOMAIN 3: DELIVERY OF SERVICES
## 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| CMSW helps individual students and teachers formulate academic, personal/social, and career plans. (3.2.HE) | CMSW helps student and teachers formulate academic, personal/social and career plans to groups of students. (3.2.E) | CMSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. (3.2.IN) | CMSW's program is independent of identified student needs. (3.2.I) |

COMMENT: The student appreciated you working with him. You will need to check in with him to see how this plan is going. He seemed like he may need some continued coaching to make sure he follows through. My other thoughts on this were you need to confirm that he really meets the criterion for APC, I am wondering if he really finished Cross County and is he going to letter? Was he on the baseball team last year? If the answer to both of these is no then technically he can't be in APC. He is supposed to be rostered fully on a CHS team. He may be telling the truth, but you need to follow up and ask athletics or the cross country coach to confirm so we don't have a student placed in APC that shouldn't be. You also need to tell the student you will need to follow up just to make sure he meets the criterion and if not you will have to change his schedule. Secondly, I am also wondering did he need the Photography course for Academic Honors? Did he fully understand that they may have been in his schedule to serve meeting that criterion? I didn't know the grade level of the student, but those are opportunities and questions you need to ask and share that information so the student is fully informed. Ask him are you taking the Photography to meet your fine art credit? If we switch it just understand that you will need to meet that requirement next year. Just verify this information so it doesn't become a scheduling problem later for the student, APC teacher... You had a nice conversation with him. Put his name on your calendar to follow up and do a check-in. Hopefully he will be following through with everything but if not you may need to contact his parents and pull them in or do a follow-up with teachers.
*Comment by Rachel Cole on Sep 27, 2021 at 5:20pm*

CCS  00296

# Carmel Clay Schools
## Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Extended Observation #1
Evaluated by Rachel Cole
Started: Sep 29, 2021
Sent to Dianna Stringham on Sep 29, 2021
Viewed by Dianna Stringham on Sep 30, 2021
Post-Observation Conference: Oct 4, 2021
Completed: Oct 4, 2021
Printed: Oct 11, 2021 at 8:48am

_____
*Staff Signature*                    Date

_____
*Administrator Signature*            Date

## SCRIPTING
Dianna 11:31

Welcomed student and shared you got a haircut! S shared they did an activity in Bio and it showed their second grade pic and she looks the same. C then shared a folder of materials she is giving the student. It contained transcript, sr check list, test prep, SAT/ACT info. C asked if she was still swimming. S said yes , coaching, managing the pool and life guarding this summer. Her friend owns the pool. C said I want to come over in the summer. S shared she will probably do it one more year. S coaches ages 7 and 8 and not the greatest but is okay. C then went over some information to make sure correct. There are four schools that she is really considering and one of them S may swim. Rose Hulman may be a possiblity, C asked is she still thinking about engineering or stem field. S said yes. Boston Univ, Northeastern and Purdue are the other colleges still in the running. Doesn't have a number one. She switches back and forth if she stops swimming. S shared if I had to pick now I would probably land with Northeastern. C thought she would say Rose Hulman. S shared problem is I am not fully bought in that it would engineering for my major. S then transitioned to make sure meeting AHD and reviewing her schedule. English courses, Govt and Econ and Health are the classes you need. C asked what questions do you have about Naviance? S shared the recommendation forms. Can I undo the recommendation to the Anatomy teacher for Rose Hulman? That is through Naviance not the Common App. We will check on that is a moment. She has matched it because she can see the green line. All four of the schools she listed are present. Once you actually submit and send them the common app then you will go to colleges I am applying to you will click on the little pencil and then I can see I need to send your stuff out. On the common app do you have questions? S when it comes to the essay how do you get the schools questions? On the side when it says supplemental questions, click on that and you should be able to send them. S shared I am taking the SAT this weekend and when I get that past me I need to look through this stuff more. C peeked and looked at the dates for the schools and shared you still have time. C then transitioned to discussing scholarships and walked her through how to find those in Naviance. C showed how you can change those variables and find those scholarships. Click on one and see if this is something you could do. C also shared there is another way to look at local scholarships under scholarship list. It gives a blurb defining terms. You can see college specific and local and regional. She then went over merit based verses financial need. C mentioned Carmel Education Foundation and wrote it down for the student. S shared I do have another questions on the recommendation. Her Physics teacher said he wants more information than the teacher recommendation questionnaire. C took the time to discuss the difference between a teacher recommendation and a counselor recommendation and what they speak to in their letter. C shared when you go to colleges and letters of recommendation. C then went in and tried to see if she could cancel the teacher recommendation to Rose Hulman removed. Suggested she said to

Teacher Exhibit 13 -p. 003        Dianna Stringham - Extended Observation - Started: Sep 29, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2

CCS 00297

write something kind to the teacher in the thank you. She then transitioned to financial aide. You have to create a FSA ID because of your older sister. Parents will keep theirs and this opens Oct. 1st. You will create one they will use their existing number. Okay let's talk about SAT and ACT. S shared I am taking the SAT this Saturday. C said you will want to add in College Board the four schools so you don't have to pay for them. It takes two to three weeks to be sent from them then it will get there on time if you have them directly sent. (2.1.HE) (2.4.HE) (3.3.E)

## DOMAIN 2: THE ENVIRONMENT
### 2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. (2.1.HE) | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. (2.1.E) | C/MSW's interactions are a mix of positive and negative, the C/MSW's efforts at encouraging positive interactions among students are partially successful. (2.1.IN) | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. (2.1.I) |

### 2.4 Organizing Physical Space

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. (2.4.HE) | Counseling center or classroom arrangements are inviting and conducive to the planned activities. (2.4.E) | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. (2.4.IN) | The physical environment is in disarray or is inappropriate to the planned activities. (2.4.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.HE) | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.E) | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.IN) | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. (3.3.I) |

COMMENT: I thought you were well prepared for this senior conference. The student felt very welcomed and you did a nice job allowing her to ask questions and taking to answer them, but kept a flow to the meeting of what needed to be covered. You also made sure she was welcomed to come back to you if she was feeling overwhelmed. Nice job.
*Comment by Rachel Cole on Sep 29, 2021 at 10:25pm*

Teacher Exhibit 13 -p. 004          Dianna Stringham - Extended Observation - Started: Sep 29, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Ending Jun 2019
Finalization Worksheet
Primary Evaluator: Cole, Rachel



*Carmel Clay Schools*

*Carmel, Indiana*

## Employee Effectiveness Rubric (EER)
### Counselor (2016)

|  | Rating | Weight | Weighted Rating |
|---|---|---|---|
| DOMAIN 1: PLANNING AND PREPARATION | 4.00 | X 0.300 | 1.20 |
| DOMAIN 2: THE ENVIRONMENT | 4.00 | X 0.150 | 0.60 |
| DOMAIN 3: DELIVERY OF SERVICES | 4.00 | X 0.400 | 1.60 |
| DOMAIN 4: PROFESSIONAL RESPONSIBILITIES | 4.00 | X 0.150 | 0.60 |
| Final EER Score |  |  | 4.00 |

## Finalization Worksheet - 75%TER/25%SWL

| Component | Raw Score | Weight | Weighted Score |
|---|---|---|---|
| Employee Effectiveness Rubric | 4.00 | X 0.750 | 3.00 |
| School-Wide Learning Measure | 4.00 | X 0.250 | 1.00 |
| Sum of the Weighted Scores |  |  | 4.00 |
| Finalization |  |  | **Highly Effective** |

| Rating | Range |
|---|---|
| Highly Effective | 3.50 to 4.00 |
| Effective | 2.50 to 3.49 |
| Improvement Necessary | 1.75 to 2.49 |
| Ineffective | less than 1.75 |

Staff Signature    5/24/19
_____   _____
                  Date

Administrator Signature    5/24/19
_____   _____
                  Date

*Dianna Stringham - Finalization - Evaluation Ending Jun 2019 - Printed: May 24, 2019 at 10:02am - Page 1 of 2*

CCS 00299

**Final Evaluator Comments:**
I appreciate your willingness to always help out in our department. I also recognize how much work you have put into the AP Team and kept a positive attitude along the way. I also see you working at creating relationships with your students and love that you support them outside of the school day at athletic events. We have a lot of changes being implemented next year and I am glad you were able to attend the conference and be part of that as well. I want to keep our communication open and support of everyone in our department a focus as we move forward. Let's continue to have dialogue anytime we have questions or there are concerns. Looking forward to implementing some of the initiatives we learned about at the conferences and supporting our students more proactively along the way.

CCS  00300



21-22 Write-ups

Carmel Clay Schools

Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Artifact
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:50am

**Title: New Artifact**

This documentation is in reference to July 22nd. Late to work with an enrollment waiting and didn't reach out to me/office to let us know you were running behind and would arrive after the start time of the first enrollment. This would fall under Professional Responsibilities. The issue isn't that you were late. The concern is you need to communicate via text or call with (me and Pat/Julie) if you are going to be late to make us aware of the situation so we can plan appropriately and not use our time making a plan B and communicate appropriately to everyone involved (student, parents and staff). (4.5.IN) Following office procedures.

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE) | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E) | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN) | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I) |



**Carmel Clay Schools**
*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:49am

## Title: New Artifact

You introduced a parent to me in the summer and shared that their child was going to use a preferred name and pronouns and double-checked that we are still putting that in powerschool. I later followed up with you to see if you were following through with setting up the parent, student, counselor and social worker meeting to go over our transition process and how we can support them and discuss any questions or concerns that they might need answered. You said, "Do you want me to do that?" "I can do that." It is part of our procedures to do this and the counselor initiates this support. If the family is going to move forward with transitioning then this is part of our protocol. You then reached out to the social worker and wrote an email that said Rachel wants us to do this? Yes! I want you to do this, but actually it is our procedure for any student that is transitioning and you just need to follow the steps and set up the meeting for everyone. The social worker will then lead everyone through the meeting and both of you will be present to provide support and answer any questions they may need answered. I shouldn't have to tell you to do this step. If you have a question about it I am happy to answer it; but I shouldn't have to tell you to the parents of this process and to email the social worker to get it initiated is where the concern lies. (2.2.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

CCS 00302

**Carmel Clay Schools**
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

This documentation is in reference to July 22nd. Late to work with an enrollment waiting and didn't reach out to me/office to let us know you were running behind and would arrive after the start time of the first enrollment. This would fall under Professional Responsibilities. The issue isn't that you were late. The concern is you need to communicate via text or call with (me and Pat/Julie) if you are going to be late to make us aware of the situation so we can plan appropriately and not use our time making a plan B and communicate appropriately to everyone involved (student, parents and staff). (4.5.IN) Following office procedures.

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE) | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E) | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN) | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I) |

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1

CCS 00303

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

**Title: New Artifact**

You introduced a parent to me in the summer and shared that their child was going to use a preferred name and pronouns and double-checked that we are still putting that in powerschool. I later followed up with you to see if you were following through with setting up the parent, student, counselor and social worker meeting to go over our transition process and how we can support them and discuss any questions or concerns that they might need answered. You said, "Do you want me to do that?" "I can do that." It is part of our procedures to do this and the counselor initiates this support. If the family is going to move forward with transitioning then this is part of our protocol. You then reached out to the social worker and wrote an email that said Rachel wants us to do this? Yes I want you to do this, but actually it is our procedure for any student that is transitioning and you just need to follow the steps and set up the meeting for everyone. The social worker will then lead everyone through the meeting and both of you will be present to provide support and answer any questions they may need answered. I shouldn't have to tell you to do this step. If you have a question about it I am happy to answer it, but I shouldn't have to tell you to inform the parents of this process and to email the social worker to get it initiated is where the concern lies. (2.2.I)

---

**DOMAIN 2: THE ENVIRONMENT**
**2.2 Managing Routines And Procedures**

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

CCS 00304

**Carmel Clay Schools**
*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:44am

Artifact

**Title: New Artifact**

Your initial response needs to also seek out why she is looking to change teachers and explore what is going on that she is asking for this request.   (2.2.IN) (4.5.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)* | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. *(4.5.E)* | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. *(4.5.IN)* | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. *(4.5.I)* |

*Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:44am - Page 1 of 1*

CCS  00305



**Carmel Clay Schools**
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:45am

## Title: New Artifact

This is incorrect information to share. The ASVAB is not required by the state. It is one option and we feel a very good option where many of our students have success in making the minimum score of 31 to use for Graduation Pathways. If they don't take it we can look at other options if need be. (2.2.I) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I) |

CCS  00306



**Carmel Clay Schools**
**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 8, 2021
Viewed by Staff: Sep 5, 2021
Printed: Oct 11, 2021 at 8:45am

## Title: New Artifact

You did not follow our department rolling notes and when I replied to let you know the correct procedure so all parties would understand that you were now aware and how we would proceed you replied with a response to blame it on someone else in the department. I took an email from an Asst. Prin. to tell them our counselors understand the process. I took a phone call from the bookstore that they were getting students coming down and there was confusion, Pat and Julie dealt with students who were confused and then I tried to clarify with you and communicate to everyone that I think we are all now on the same page without letting them know you hadn't taken the time to read our department notes. You then respond to blame it on someone else which, if that is really what you thought should have only gone to me to discuss. It wasn't true so to again get the correct information established I sent another email and copied and pasted the information for everyone to see we do have a process, it has been communicated and we just all need to follow it. (2.2.I) (3.7.I) (4.2.IN) (4.5.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are non existent or in disarray. *(2.2.I)* |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:45am - Page 1 of 2

Teacher Exhibit 15 - p. 007

CCS 00307

# DOMAIN 4: COUNSELOR RESPONSIBILITIES

## 4.2 Communicating With Families

**Highly Effective**

C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)*

**Effective**

C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)*

**Improvement Necessary**

C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)*

**Ineffective**

C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)*

## 4.5 Showing Professionalism

**Highly Effective**

C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)*

**Effective**

C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. *(4.5.E)*

**Improvement Necessary**

C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. *(4.5.IN)*

**Ineffective**

C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. *(4.5.I)*

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:46am

**Title: New Artifact**

You weren't aware this student was already in the TCP program and sent her an application. Take time to look up their schedule and see what is going on with them and any of your notes if you can't remember before responding to an email without knowing. You should really look at every student's schedule before responding to their email if it is a schedule change request. You can learn a lot by just seeing their course requests. (2.2.IN) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

Teacher Exhibit 15 - p. 009

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:46am - Page 1 of 1

CCS  00309

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:46am

## Title: New Artifact

A parent was considering re-enrollment and requested to have a different counselor assignment. I asked you if you knew why this might be? You shared you had a good relationship with the student. You weren't sure why they would be requesting another counselor. I asked you to go through your email and see if there was something you forgot. You brought me the communication attached and shared the parent had left you a mean voicemail and the student wasn't able to see you because she didn't come on her scheduled time and then would come on other students scheduled time and want to see you. I ended up speaking with the student and parent because they came into our office. She brought the same communication that you printed and shared she had even met with you in our office. She had concerns that her daughter did not have a counselor who was going to support her even if she was off track, concerned with all the that was going on in the media that she didn't have a person in her corner and did not feel that you valued her transition after high school or modeled the kind of communication back to the parent that she would have liked her daughter to have seen when you were aware they were very frustrated. In looking at the email we went over there were numerous unprofessional responses that you agreed should not have been written ever in an email to a parent. This email was dated last March of last semester, but you can see that it follows a student and parent even if it goes into another semester or school year. Before sending a communication to parents you need to make sure it is professional and we are supporting the situation and providing the correct guidance and information. (4.2.I)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

**Highly Effective**

C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE)

**Effective**

C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E)

**Improvement Necessary**

C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN)

**Ineffective**

C/MSW provides little information to families' information about the counseling program as a whole about individual students. (4.2.I)

CCS 00310

Teacher Exhibit 15 - p. 010



**Carmel Clay Schools**
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

In this scenario there were lots of variables to be considered and communicated to the parents and student. When the request came in at that point before changing her schedule you really needed to collaborate with me on how to proceed if you didn't fully understand the ins and outs of this student's situation. You dropped the Cosmetology course and luckily they did not want to place it back into her schedule after learning due to her ISTEP scores that she could not be a Mid-year graduate unless she passes ASVAB. A math course was also removed from her schedule. In the spring and really should not have been since she did not pass ISTEP math. As a counselor we have to be the ones to provide the big picture for graduation requirements for our student fully to all those involved and that is part of our role at an IEP meeting. After seeing the email and me initiating going to your office to find out more details on this situation it was evident that this was a complicated scenario and we needed to collaborate and make sure we were communicating to both parents and student their options and clearing communicate the best and worse case scenarios. having t.They needed to understand what it would take to make sure their daughter graduated. Staying in a full year schedule, completing the required credits, keeping 95% attendance and taking both the ASVAB and ISTEP while participating in remediation for ISTEP would ensure graduation for the student in May. Secondly having a conversation with the family about what she is going to transition to was also an important piece of this conversation and not just getting her graduated. Trying to just handle this on email without collaborating if you didn't have a clear understanding of how everything could play out was not supporting or providing the service we needed to for this student.  (2.2.I) (3.7.I) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

Teacher Exhibit 15 - p. 011

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2

CCS 00311

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)*

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)*

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)*

**Ineffective**

C/MSW's reports, records, and documentation are missing, late, or inaccurate resulting in confusion. *(3.7.I)*

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

**Highly Effective**

C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)*

**Effective**

C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)*

**Improvement Necessary**

C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)*

**Ineffective**

C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)*

CCS 00312

**Carmel Clay Schools**
*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:47am

---

## Title: New Artifact

A Math teacher reached out to you on the last day of Registration week and let you know that your student actually failed Pre-Calc the spring semester prior. You did respond and called home and made the schedule change to repeat that course. My concern is why the math teacher is having to share this information with the counselor. I am wondering if the family was communicated with to do summer school. I see that she never registered with IOA, so I am wondering why we didn't change her schedule if they decided to not do summer school at that point. I am also concerned if there are other students who may fall in this scenario and we are not aware of it. The parent and student are relying on the counselor to keep their schedule correct and communicate with them if they need to repeat a course or discuss other options. (2.2.I) (3.7.I)

---

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late or inaccurate resulting in confusion. *(3.7.I)* |



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:47am

## Title: New Artifact

Counselor had communicated with this student that the course was full and they were on the waitlist. When she returned she saw that her student was in it, but the waitlist hadn't been used and she was not at the top of the list. We need to follow the procedures we have in for schedule changes and be consistent across the department. The counselor then had to call the student back and explain she did not get that seat and replace her original schedule which thankfully those courses were still open.  (2.2.I)

## DOMAIN 2: THE ENVIRONMENT
2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

CCS  00314

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

*Carmel Clay Schools*
*Carmel, Indiana*

## Title: New Artifact

Freshman counselor had to follow up with parent after seeing transcript and seeing the schedule that was created for this student at summer enrollment. Parents ended up altering schedule after conversation. When we do an enrollment we need to slow down and make sure we are using the transcript provided to help lead taking courses with us. If we do three or five enrollments in one summer day the process looks the same for each student and family. If after talking with them, they do schedule a challenging schedule then send the counselor an email to let them know to follow up before school starts to make sure they fully understand they have to stay in these courses for one semester and they will be transcripted. We want to challenge our students, but may need to approach it little by little. An email follow up to the parents after the meeting is an easy way to document the discussion and let them know who to reach out to if they have questions. (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2-HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

Student email indicates you would select a good math teacher for her. This was an opportunity to share what her role might look like in having a better relationship with her math teacher and how that leads to having a good experience and feeling that she is in a good place with her teacher. I think it would have been wise to explore why her perception was she did not have a good math teacher last year? I think taking this time would also show you want to understand her concerns and have a relationship with this student to support her and are willing to take the time to do this. (4.2.I) (4.5.IN) (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families either about the counseling program as a whole or about individual students. (4.2.I) |

### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| | | | |

Teacher Exhibit 15 - p. 016

*Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2*

CCS 00316

C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE)

C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E)

C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN)

C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I)

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2

CCS 00317

Teacher Exhibit 15 - p. 017



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

Counselor had communicated with this student that the course was full and they were on the waitlist. When she returned she saw that her student was in it, but the waitlist hadn't been used and she was not at the top of the list. We need to follow the procedures we have in for schedule changes and be consistent across the department. The counselor then had to call the student back and explain she did not get that seat and replace her original schedule which thankfully those courses were still open.  (2.2.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

CCS 00318



Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

In this parent email you never addressed that the student made a schedule change request last year and then again a week ago and it wasn't addressed.  It may have been he was on a waitlist, you missed seeing it but when I asked you acknowledged you received it, or why you did not follow up on making the schedule request until the parent emailed you for the third time.  Secondly her first question shows some concern for her son struggling in math.  She states she wants to do everything on the school side to insure his success.  Your response is he has a very nice teacher.  There was not mention of best practice for her student to initiate, mention of math tutors in school as an option, SSRT support with his teacher or any guidance on how they might approach this year differently.  I am also wondering if this was communicated to his current teacher or now the teacher that has replaced his current teacher.  The parent is clearly reaching out to you to get some guidance on how his math experience this year might look differently than the past.  Hopefully this is a student you are keeping on your radar checking his grade and will be able to facilitate some interventions if you see it not going well.  She has already expressed she has concerns so think about how you can be proactive with your support for him. (4.2:IN) (2.2.I)

---

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2:HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom.  (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

---

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
|  |  |  |  |

---

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 2

CCS 00319

Teacher Exhibit 15 - p. 019

C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2 HE)*

C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2 E)*

C/MSW provides limited though accurate information to families about the counseling program as a whole, and about individual students. *(4.2 IN)*

C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2 I)*

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 2 of 2

Teacher Exhibit 15 - p. 020

CCS 00320



*Write-ups*

**Carmel Clay Schools**
*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

**Title: New Artifact**

You asked for me to bump a student to CTSO that was not on the approved list and when I called the DC it was not an add at a later point either. This is your job to make sure the student has been approved and check the rosters before asking me to do so. It drains my time and if I didn't check would have caused problems later for the DC overseeing that department and the family would have been upset if she started the class a couple days and then it was found out she wasn't supposed to be in there and had not met the requirements.   (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records, and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

CCS 00321

Teacher Exhibit 16 - p. 001

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

Carmel Clay Schools
Carmel, Indiana

## Title: New Artifact

You sent an email with no communication and a list of grades for a student. This is not professional, helpful and this email could have been deleted thinking it was a mistake it was even sent with no information on how to proceed. The recipient did follow-up asking what was the purpose of the list. You then provided the needed information that should have been initially sent. (4.5.I)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE) | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E) | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN) | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I) |

*Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1*

CCS 00322

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am



*Carmel Clay Schools*
*Carmel, Indiana*

**Title: New Artifact**

A Math teacher reached out to you on the last day of Registration week and let you know that your student actually failed Pre-Calc the spring semester prior. You did respond and called home and made the schedule change to repeat that course. My concern is why the math teacher is having to share this information with the counselor, I am wondering if the family was communicated with to do summer school. I see that she never registered with IOA, so I am wondering why we didn't change her schedule if they decided to not do summer school at that point. I am also concerned if there are other students who may fall in this scenario and we are not aware of it. The parent and student are relying on the counselor to keep their schedule correct and communicate with them if they need to repeat a course or discuss other options. (2.2.l) (3.7.l)

---

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

*Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at  8:48am - Page 1 of 1*

CCS 00323

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

Carmel Clay Schools
Carmel, Indiana

## Title: New Artifact

You put a study hall in this student's schedule for second semester which we don't do at this point.  I also feel this student is listening to her friends and it sounds like it would be best for you to call her down and talk through her concerns and see if they align with future plans.  The items she brings up in her email are really discussions she should have with her counselor and you work with her to meet her goals for the future not just for this semester.   (4.2.IN)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means.  (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students.  (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students.  (4.2.I) |

Teacher Exhibit 16 - p. 004

CCS 00324

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 8, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

**Title: New Artifact**

I had two different teachers and a DC reach out to me that their course was over the limit. You explained you were using a feature to schedule the students automatically and didn't check to make sure it put them a course that was maxed out. The thinking would be that it wouldn't schedule them into it. We just need to doublecheck that in the future if we are going to use that feature so the teachers, student and myself are not involved in correcting it and having to start with an incorrect schedule. (2.2.IN)

---

**DOMAIN 2: THE ENVIRONMENT**
2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

Teacher Exhibit 16 - p. 005

CCS 00325

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

This student is one on your caseload that you will need to watch closely. She is going to need some support from her counselor as well as the parent. You are going to have to be intentional about communicating with them as well as teachers and providing interventions when needed in order for her to be successful. It may escalate to SST but make sure to include what you action items you are doing at Pre-SST even if it is checking in with Joanna Mulligan to see where her status is or phone calls home to get a pulse on how things are going.  (2.2.IN) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

Teacher Exhibit 16 - p. 006

*Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1*

CCS 00326



**Carmel Clay Schools**
**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

**Title: New Artifact**

You can retake a full year of a class to improve your grade.  I am not sure why you indicated you can't?  (2.2.IN) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray.  (2.2.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means.  (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students.  (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students.  (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students.  (4.2.I) |

Dianna Stringham - Artifact - Started: Sep 5, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1

CCS  00327

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

Carmel Clay Schools
Carmel, Indiana

## Title: New Artifact

The student can take ISTEP and not pass and waiver to graduate if he meets the other needed requirements of gpa and attendance. When communicating this information it is difficult to email it. It however is even more challenging when we don't communicate fully all of the information. We don't want students and parents thinking that if they don't pass ISTEP or can't do the Pathways they won't graduate. A phone call or zoom meeting would have probably been better as long as you communicated all of the information. An email can work but you need to make sure it is thorough and complete. (2.2.IN) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially, successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I) |

Teacher Exhibit 16 - p. 008

CCS 00328

**Carmel Clay Schools**
**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

This student is reaching out for help and expressing she thinks she may be misplaced.  As her counselor you need to help guide her through how to help herself but also communicate with the teacher and let her know of her concerns.  If she thinks she is misplaced then we can have a conversation with Jen Drudge to move her.  Since she is ENL she may need to have her TOR pulled in as well.  To simply send an email back to her to figure everything out on her own and not communicate any of this information to the teacher or TOR is not helping this student.  Hopefully you are going to follow up with the student and Chem teacher to see how she is progressing or if further conversation is needed.   (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |



**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 5, 2021
Sent to Staff: Sep 5, 2021
Viewed by Staff: Sep 8, 2021
Printed: Oct 11, 2021 at 8:48am

*Carmel Clay Schools*
*Carmel, Indiana*

### Title: New Artifact

Your initial response needs to also seek out why she is looking to change teachers and explore what is going on that she is asking for this request.   (2.2.IN) (4.5.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

**Highly Effective**

C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. (4.5.HE)

**Effective**

C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. (4.5.E)

**Improvement Necessary**

C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. (4.5.IN)

**Ineffective**

C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. (4.5.I)

Teacher Exhibit 16 - p. 010

CCS  00330

**Carmel Clay Schools**

**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 22, 2021
Sent to Staff: Sep 22, 2021
Viewed by Staff: Sep 23, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

We need to follow procedures for giving a hot pass set within the department. Social Worker uses a standard template and then we make sure their name gets added to the hot pass list. Communication from Counselor to Social Worker and then the student will be supported by both, Student Services Admin. can also see if student is on the list and student has standard hot pass that should be familiar with being issued. (2.2,1N)  (Also follows Professional Responsibilities with collaboration.)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

*Dianna Stringham - Artifact - Started: Sep 22, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1*

CCS  00331

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 22, 2021
Sent to Staff: Sep 22, 2021
Viewed by Staff: Sep 23, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

(3.7.I) (2.2.IN) The point of going to M Team was to have the correct people there, so we could problem-solve for this student. I gave you a heads-up to invite Darla, so we would be able to get the information needed to know how to move forward with supporting this student. Use a calendar or don't delete my email until it is taken care of to make sure you are following through. We don't want to waste other staff members time, we will have the information sooner than later and be able to cover questions with her with all parties present. Brad would know how to plan for the 504 plan. You took the time to ask for guidance on how to approach this, I took the time to seek out additional resources to make sure you would have everyone that needed to be included to problem-solve, you just need to make sure you follow through with the work to be ready for the meeting.

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

Teacher Exhibit 16 - p. 012

*Dianna Stringham - Artifact - Started: Sep 22, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Oct 11, 2021 at 8:48am

Carmel Clay Schools
Carmel, Indiana

## Title: New Artifact

(3.7.I)  This email states to not make the changes until after the meeting on Monday.  You asked me to make the changes and I read below to the other communication to catch it.  I shouldn't have to do this.  You need to read the email and make sure you are following the guidance provided.  You also removed some courses and then ESC sent an error message over to Mo Borto to correct.  She then reached out asking that the schedule have courses put in and I later followed up to just check that it was done and the schedule was still unfilled.  So we wouldn't have another error report sent I worked to find a solution to fill the schedule temporarily until the meeting.  This should have been a task you completed or followed up to get completed.  If the schedule had been left as is until the Monday meeting there would not have been any issues.  It ended up causing additional work for the report ran at ESC, on my end and on Mo Borto following up.

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate resulting in confusion. (3.7.I) |

CCS 00333

Dianna Stringham - Artifact - Started: Sep 29, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1



**Carmel Clay Schools**

*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Oct 11, 2021 at 8:48am

## Title: New Artifact

This student should have been dealt with a week and half sooner when the TOR reached out asking that his schedule be changed. The guidance I provided at that time was to follow up and find out what was going on. His Radio teacher a week and a half later reaches out to inquire about his schedule and was it going to be changed. If you had followed up initially he wouldn't have missed radio class time, the attendance report would have been entered correctly, there wouldn't have been miscommunication with the TOR and the discipline incident should have been reported to Mr. Glander earlier to address.   (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE)

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E)

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN)

**Ineffective**

C/MSW's reports, records, and documentation are missing or late or inaccurate, resulting in confusion. (3.7.I)

CCS 00334

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Oct 11, 2021 at 8:48am

**Carmel Clay Schools**
**Carmel, Indiana**

## Title: New Artifact

This was one of the email communications we discussed to not end with let me know if I need to do anything else.  The support needs to be a team approach and even when writing the intervention plan it needs to have the parents and student involved in that process.  When working with staff members it is also a team collaboration. (4.2.IN)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Oct 10, 2021
Sent to Staff: Oct 10, 2021
Viewed by Staff: Oct 10, 2021
Printed: Oct 11, 2021 at 8:48am

*Carmel Clay Schools*
*Carmel, Indiana*

## Title: New Artifact

When a student reaches out to their counselor they are asking for your help and aren't sure what what that totally looks like. They just know they need some help. The suggestions you made were good, but you need to let the teacher know they are struggling and it is okay to tell the student. It would have been ideal to actually talk with them face to face if you could and look at their grades in the class and learn more of what was going on. This week check back in with her so see if she has had a conversation with the teacher and how she is feeling at this point. I am assuming you would write her name down and do a follow up.   (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

Teacher Exhibit 16 - p. 016

CCS  00336

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Oct 10, 2021
Sent to Staff: Oct 10, 2021
Viewed by Staff: Oct 10, 2021
Printed: Oct 11, 2021 at 8:48am

**Carmel Clay Schools**
**Carmel, Indiana**

### Title: New Artifact

As a counselor you have recognized that this student has not attended school and is not working toward completing work for credits. I don't think we still know what this status is at JEL and have probably spent the tuition money on his spot. We are entering Oct. 11th and I feel like we have not progressed any closer to having a plan to support him this semester. I am concerned that you are not taking the action steps needed and working with Brittany to get this resolved and this student is falling more and more behind due to a lag of response in a timely manner. (2.2.I) (4.2.IN)

---

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSWs routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSWs' routines for the counseling center or classroom work are non-existent or in disarray. (2.2.I) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. (4.2.HE) | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. (4.2.E) | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (4.2.IN) | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. (4.2.I) |

*Dianna Stringham - Artifact - Started: Oct 10, 2021 - Printed: Oct 11, 2021 at 8:48am - Page 1 of 1*

CCS  00337

Carmel Clay Schools
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 22, 2021
Sent to Staff: Sep 22, 2021
Viewed by Staff: Sep 23, 2021
Printed: Oct 11, 2021 at 8:42am

## Title: New Artifact

(3.7.I) (2.2.IN)  The point of going to M Team was to have the correct people there, so we could problem-solve for this student.  I gave you a heads-up to invite Darla, so we would be able to get the information needed to know how to move forward with supporting this student.  Use a calendar or don't delete my email until it is taken care of to make sure you are following through.  We don't want to waste other staff members time, we will have the information sooner than later and be able to cover questions with her with all parties present.  Brad would know how to plan for the 504 plan.  You took the time to ask for guidance on how to approach this, I took the time to seek out additional resources to make sure you would have everyone that needed to be included to problem-solve, you just need to make sure you follow through with the work to be ready for the meeting.

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expensive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate resulting in confusion. (3.7.I) |

Teacher Exhibit 16 - p. 018     Dianna Stringham - Artifact - Started: Sep 22, 2021 - Printed: Oct 11, 2021 at 8:42am - Page 1 of 1.

CCS 00338

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 22, 2021
Sent to Staff: Sep 22, 2021
Viewed by Staff: Sep 23, 2021
Printed: Oct 11, 2021 at 8:43am

Carmel Clay Schools
Carmel, Indiana

## Title: New Artifact

We need to follow procedures for giving a hot pass set within the department. Social Worker uses a standard template and then we make sure their name gets added to the hot pass list. Communication from Counselor to Social Worker and then the student will be supported by both, Student Services Admin. can also see if student is on the list and student has standard hot pass that should be familiar with being issued. (2.2.IN) (Also follows Professional Responsibilities with collaboration.)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

CCS 00339

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Oct 11, 2021 at 8:40am

*Carmel Clay Schools*
*Carmel, Indiana*

## Title: New Artifact

This was one of the email communications we discussed to not end with let me know if I need to do anything else. The support needs to be a team approach and even when writing the intervention plan it needs to have the parents and student involved in that process. When working with staff members it is also a team collaboration. (4.2.IN)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

Teacher Exhibit 16 - p. 020

CCS 00340



**Carmel Clay Schools**

**Carmel, Indiana**

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff, Sep 30, 2021
Printed: Oct 11, 2021 at 8:40am

**Title: New Artifact**

This student should have been dealt with a week and half sooner when the TOR reached out asking that his schedule be changed. The guidance I provided at that time was to follow up and find out what was going on. His Radio teacher a week and a half later reaches out to inquire about his schedule and was it going to be changed. If you had followed up initially he wouldn't have missed radio class time, the attendance report would have been entered correctly, there wouldn't have been miscommunication with the TOR and the discipline incident should have been reported to Mr. Glander earlier to address.   (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are inadequate and/or disarray. *(2.2.I)* |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |

Teacher Exhibit 16 - p. 021

CCS 00341



**Carmel Clay Schools**
Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Sep 29, 2021
Sent to Staff: Sep 29, 2021
Viewed by Staff: Sep 30, 2021
Printed: Oct 11, 2021 at 8:42am

**Title: New Artifact**

(3.7.I) This email states to not make the changes until after the meeting on Monday. You asked me to make the changes and I read below to the other communication to catch it. I shouldn't have to this. You need to read the email and make sure you are following the guidance provided. You also removed some courses and then ESC sent an error message over to Mo Borto to correct. She then reached out asking that the schedule have courses put in and I later followed up to just check that it was done and the schedule was still unfilled. So we wouldn't have another error report sent I worked to find a solution to fill the schedule temporarily until the meeting. This should have been a task you completed or followed up to get completed. If the schedule had been left as is until the Monday meeting there would not have been any issues. It ended up causing additional work for the report ran at ESC, on my end and on Mo Borto following up.

**DOMAIN 3: DELIVERY OF SERVICES**
3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7I) |

Dianna Stringham - Artifact - Started: Sep 29, 2021 - Printed: Oct 11, 2021 at 8:42am - Page 1 of 1

CCS 00342



**Carmel Clay Schools**
*Carmel, Indiana*

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Oct 10, 2021
Sent to Staff: Oct 10, 2021
Viewed by Staff: Oct 10, 2021
Printed: Oct 11, 2021 at 8:39am

## Title: New Artifact

As a counselor you have recognized that this student has not attended school and is not working toward completing work for credits. I don't think we still know what his status is at JEL and have probably spent the tuition money on his spot. We are entering Oct. 11th and I feel like we have not progressed any closer to having a plan to support him this semester. I am concerned that you are not taking the action steps needed and working with Brittany to get this resolved and this student is falling more and more behind due to a lag of response in a timely manner. (2.2.I) (4.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are inconsistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

Teacher Exhibit 16 - p. 023

CCS 00343



Carmel Clay Schools

Carmel, Indiana

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Oct 10, 2021
Sent to Staff: Oct 10, 2021
Viewed by Staff: Oct 10, 2021
Printed: Oct 11, 2021 at 8:39am

**Title: New Artifact**

When a student reaches out to their counselor they are asking for your help and aren't sure what that totally looks like. They just know they need some help. The suggestions you made were good, but you need to let the teacher know they are struggling and it is okay to tell the student. It would have been ideal to actually talk with them face to face if you could and look at their grades in the class and learn more of what was going on. This week check back in with her so see if she has had a conversation with the teacher and how she is feeling at this point. I am assuming you would write her name down and do a follow up.   (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom work are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

7/27/2021                          DS Formal Plan of Assistance - Google Docs

*2nd improvement plan*

## Carmel Clay Schools
### Formal Plan of Assistance

Counselor  Dianna Stringham

Evaluator  Rachel Cole and Maureen Borto

A Plan of Assistance shall be established between the evaluator and the counselor to include the following:

| Plan Components | Action/Comments |
|---|---|
| 1. Note the specific performance expectation(s) not being met. | 2.2 Managing routines and procedures<br>3.7 Maintaining Records and Submitting them in a Timely Fashion<br>4.2 Communicating with Families<br>4.5 Showing Professionalism<br>**Professional Responsibilities:** Follows district policies and procedures<br>**Professional Responsibilities:** Contributes to an inclusive and equitable school culture through collaboration |
| 2. Refer to the appropriate Counselor evidence associated with the identified performance expectations addressed in this plan. Make additions to or clarify evidence in order to assist the counselor in meeting the expectations of the Plan of Assistance. | 2.2 Managing routines and procedures<br>3.7 Maintaining Records and Submitting them in a Timely Fashion<br>**Professional Responsibilities:** Follows district policies and procedures<br>• We are concerned with your ability to meet deadlines and follow established procedures and guidelines as established by the district, school, and department. For example, on 5/28/21, you sent an email to Mo Borto, Drew Grimes and Sara Knoop about 4 students who would be 5th year students at the CLC for the 21-22 school year. 3 out of the 4 students should not have been on a 5th year senior track. When I referenced the SST notes, ▮student▮ was discussed once on 3/25/21, ▮student▮ was discussed on 1/11/21 and 3/11/21, ▮student▮ was never discussed at SST. On 3/24/21 and 3/25/21 Mo went to each counselor to discuss 9th and 12th grade students who might need summer school and put in supports then to help them finish the school year on time with their needed credits. When Mo went to you, ▮student name▮ were never brought up as evidenced by no changes to their schedules. These students should have been on the top of your SST list in April and May and should have been at the top of your list when Mo came to discuss. Mo also sent reminder emails to counselors that if there is a 9th or 12th grade student in need of immediate supports to connect with her to provide those supports. These students were never discussed. |

https://docs.google.com/document/d/16pwK22SC_k6yrGdu7XvtURLWxHy6iYIlGNJuaixWKIQ/edit

CCS  00345      1/10

- Another concern was with ██student██ in late April and May. Rachel brought this to your attention that he needed an intervention due to not earning credits in the Fall and failing all his courses at that time in the Spring. Another Counselor was working to try and support his brother with similar grade deficiencies and brought it to my attention. Rachel wanted you to work with his Dad to support ██studen██ since they were reaching out for help and you and she discussed what that would look like. There was a lack of communication and follow through with the Teacher of Record who was going to be the point person to support him during the day. When Rachel attempted to update you after she talked with her there still lacked a follow through on the number of classes to be paced, end dates set and you were not leading the intervention. The Teacher of Record was having to check in and ask for guidance and direction consistently along the way. There was also no communication on your part to let the high school teachers know he was no longer in their virtual courses. They were reaching out to the TOR for support and planning how to possibly get him through the semester. Once the Teacher of Record let us know, it was past the date to remove them from PS causing Maria to have to remove those courses after the rollover.
- You need to be proactive in working with students to meet all the requirements and deadlines for scheduling, specific programs at CHS, 504s and IEPs, and graduation.

4.2 Communicating with Families
  - We are concerned about your timeliness, professionalism, and approach to communication.
  - You need to be thorough and follow up in a timely manner with parents, students and staff. If you don't have the exact answer, follow up to say you are working on it. Always be courteous and professional in your verbal and written communication. Use greetings and salutations in each email. If you can tell the person is not feeling heard, call them. Provide all the information needed. If the person is having trouble accepting or understanding why a decision was made, call them. While on the phone, see if they have other questions and seek to understand their concerns.
  - Your communication needs to show grace. Call a parent on the phone or see a student in person so they know they have been heard. By seeking to understand and listening, you can focus your

CCS 00346

| | conversations on what we can do to assist, which will build a trust between you and the family.<br><br>4.5 Showing Professionalism<br>**Professional Responsibilities:** Contributes to an inclusive and equitable school culture through collaboration<br>   • Your lack of attention to detail in deadlines and collaboration with students and families does not foster collaborative partnerships to enhance student success in a manner that demonstrates integrity, respect, flexibility, fairness, and trust. |
|---|---|
| 3. Note the system that will be used to monitor this Plan of Assistance. Examples: *Increased number of counselor walk-throughs, formal or informal observations; methods of collecting feedback from counselor on assigned reading; scheduled follow-up meetings; manner that counselor may submit written evidence or examples of student evidence.* | **Meetings and Observations**<br>Dianna will meet with the administration three times over the course of the plan. The meetings will occur the week of August 30, the week of September 13, and the week of September 27. Dianna is responsible for reaching out to Mrs. Cole 2 weeks prior to meeting, to suggest at least two dates and times for these meetings to take place.<br><br>In addition, the plan will be monitored through at least one informal observation and one formal observation, and a reflection conference will be scheduled after the formal observation.<br><br>**Routines/Procedures/Meeting Deadlines**<br>Dianna will meet all deadlines provided by the administration, including, but not limited to, those associated with scheduling and student placement. Dianna is responsible for immediately informing Mrs. Cole when any required deadlines are missed.<br>Dianna will submit an organizational plan (lesson plan) to Rachel every other Friday by 4:15 PM, starting on July 30 indicating the deadlines and progress monitoring that need to be met within that time frame. This should include, but is not limited to: scheduling deadlines, 504 conferences, senior meetings, ASVAB, transcripts, graduation deadlines, etc. The plan should be structured in the most meaningful way to assist Dianna.<br><br>Dianna will keep an SST log of the date of SST, students she presented, reason for presenting students, and follow up determined at SST. Dianna will also document the start time and end time of her SST sessions. These logs will be submitted the Monday following SST by 4:15 PM to Rachel Cole.<br><br>Dianna is required to observe a counselor, selected by Mrs. Cole, during their SST time in the first 4 weeks of the plan. It is Dianna's responsibility to reach out to Mrs. Cole to get the name of the counselor. It is her responsibility to schedule the time and submit a written reflection within 48 hours of that observation.<br><br>**Communication**<br>Email communication will be answered within 48 hours |

CCS  00347

| | |
|---|---|
| | unless it is an emergency.  Emergencies will be answered within 24 hours.

Dianna will keep a communication log for phone messages and emails that involve parental and student requests/concerns. The log will indicate the date and time of the request, student and parent name, request made, follow up provided and method of follow up (email or phone call).  These logs will be submitted each Friday by 4:15 PM to Rachel Cole.

Dianna should make every attempt to contact a parent by phone or email.  If after the 4th attempt there is no response from the parent, Dianna should follow up with Mrs. Cole on additional strategies to connect with the parent.

Dianna is required to copy Rachel Cole on any student and parent emails.

**Professionalism**
Dianna will make the administration aware of any student and/or parent situations that she might need assistance in handling via email.  After speaking with Mrs. Cole or Ms. Borto, Dianna should follow up with an email summary of the conversation and next steps.  While Dianna is welcome to ask questions, she should be building independence throughout the timing of the plan. |
| 4. Note the resources and support that will be extended to the counselor to assist in meeting the expectations of the Plan of Assistance. | Mrs. Cole will provide the names of 2-3 counselors Dianna can observe during SST. |
| 5. Note the date by which the plan must be completed | October 8, 2021 |
| 6. If the counselor's requirements to meet the expectations of the Plan of Assistance include participation in professional development activities, note below the nature of the activities, the expected time to be spent in or on the activities, and how feedback and reflection following the activities will be reported to the evaluator.  Also note the anticipated Professional Growth Points for license renewal that will be applicable at the conclusion of the PD activities. | Professional Growth Points will be awarded based on a log of professional development activities related to the Plan of Assistance. |
| 7. Note any pre-scheduled progress meetings between the evaluator and the teacher during the duration of the Plan of Assistance.

**or**

Reference or clarify any supporting documents that may be attached to this Plan of Assistance. | Dianna will meet with the administration three times over the course of the plan.  The meetings will occur the week of August 30, the week of September 13, and the week of September 27. Dianna is responsible for reaching out to Mrs. Cole the week before the scheduled meeting to suggest at least two dates and times for these meetings to take place.

A summative Plan of Assistance meeting will take place the week of October 11, 2021.  At that meeting, it will be |

4 of 4

Teacher Exhibit 17 - p. 004

CCS  00348     7/10

| | determined if Dianna will come off the plan, if the plan will be extended or if Mrs. Cole and Ms. Borto recommend non-renewal of Dianna's contract. |
|---|---|

## Signatures

This Plan of Assistance shall begin on ____Tuesday, July 27, 2021____

                                                        (Date)

_____
                    (Evaluator Signature)

I understand the expectations and provisions of this Plan of Assistance.

_____          _____
                    (Teacher Signature)                            (Date)

CCS 00349

10/28/21, 1:53 PM

## Follow up meeting with Dianna

Rachel Cole <RCole@ccs.k12.in.us>
Thu 9/9/2021 10:50 AM
To: Dianna Stringham <dstringh@ccs.k12.in.us>
Cc: Maureen Borto <mborto@ccs.k12.in.us>

Hello Dianna,

I am writing a follow up to our meeting last Monday August 30th at 4:00pm. Mo Borto, Jill Grimes (invited union representation), you and I met in my office to give you feedback on your work so far this year in relation to the areas in your improvement plan. This was our first meeting of three that are scheduled to give feedback so you are aware of any concerns we may see and provide ongoing feedback.

In this meeting Mo and I reviewed the action items within the plan which require you to turn in documentation of emails, phone records, task calendar and setting up meeting dates and SST observations. These are in your plan to assist you in keeping your job responsibilities organized, providing thorough communication that acknowledges and supports students/families, following routines and procedures within our department, maintaining records and showing professionalism. We acknowledged that you were staying on top of action items from the improvement plan and it is evident you are trying, there are, however, still major areas of concern. In the meeting we shared several examples where improvement is still needed, especially in the area of communication and professionalism. The examples are now uploaded in SFS as artifacts and tagged according to the feedback we provided. Going forward, we will upload documentation as it presents itself, in addition to addressing them directly with you.

During the meeting you voiced your concerns, including that you felt the plan was going well because you were meeting the timelines of these action items, so you did not understand how there are still so many concerns. You also shared that you felt we were picking on you specifically and that other counselors make mistakes. You also brought up other employees you feel have also been treated similarly to you. We explained that we will not discuss other employees. You also indicated we are doing this because of your race and sexual orientation, which we indicated had already been investigated by the district.

While you are welcome to share your concerns when we meet, we would like that to be a constructive conversation. At our next two meetings, we will continue to focus on providing you feedback on meeting the expectations of the plan.

If you have any further questions, I am happy to discuss.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN, 46032

Teacher Exhibit 18 - p. 001

CCS 00350

10/28/21, 1:43 PM

Follow up email from meeting two

Rachel Cole <RCole@ccs.k12.in.us>
Fri 9/24/2021 5:24 PM
To: Dianna Stringham <dstringh@ccs.k12.in.us>

Hello Dianna,

We met last Tuesday, Sept. 14th for our second meeting. Mo Borto and Jill Grimes (Union Rep) were also in attendance. In this meeting we recognized that we did not have as many items to address specifically, but we were still seeing some areas of concern. The first item we reviewed was the need to follow our department hot pass protocol. The second item was that when a staff member emails about a student concern, please respond to them that you are going to work on the student concern and will follow-up with them on the situation. It is important that you do not finish the email as you are asking the staff member if they would like you to do anything. You need to respond with action steps. A feeling of a team approach is important.

When we asked if there was something on our end we could do to support you during this time, you shared you felt blindsided by the artifacts being uploaded and amount of items that were addressed in the first meeting. You indicated you would prefer to try and have those concerns addressed at the time it occurs instead of at the next meeting. You also shared that you felt like there was some modeling provided, but that there were times you may need more, especially if it is a concern of ours. I shared that I thought it did make sense to try and go over email concerns or other concerns that come up sooner than later. I had addressed some of them, but not all of them. It isn't always easy to find the time to have direct conversations, but I would try to do that and possibly schedule a meeting if needed to carve out the time.

In regards to modeling, in the past, I have modeled with the Davies' student situation, █student█ Mother, the parent that wanted the teacher changed for math without talking to the teacher, changing the ENL schedule with Jen and Kim, and you reaching out to Social Worker for a Chromebook. I will continue to model for you through our one on one conversations, but the goal is for you to work towards independence. Building that independence is built into the plan as it indicates below:

"Dianna will make the administration aware of any student and/or parent situations that she might need assistance in handling via email. After speaking with Mrs. Cole or Ms. Borto, Dianna should follow up with an email summary of the conversation and next steps. While Dianna is welcome to ask questions, she should be building independence throughout the timing of the plan."

These summaries are designed to be your reference point as you go forward and encounter similar situations. Please share these summaries with me or Mo as we model things for you.

You also shared that you wanted to know if the SFS tool was being used to accumulate data to fire you or was it information being used to document concerns and show growth. The plan is designed for growth and SFS is to document evidence of the plan. Our meetings are designed to provide you feedback along the way. In addition to the artifacts in SFS, there will be at minimum 2 informal observations and 1 formal observation during the time of the plan.

Teacher Exhibit 19 - p. 001

CCS  00351

10/28/21, 1:43 PM

Please let me know if you have any questions.

Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

Teacher Exhibit 19 - p. 002

CCS  00352

10/28/21, 1:30 PM

## Follow up Meeting 3

Rachel Cole <RCole@ccs.k12.in.us>
Thu 9/30/2021 8:38 AM

To: Dianna Stringham <dstringh@ccs.k12.in.us>
Cc: Maureen Borto <mborto@ccs.k12.in.us>

Hi Dianna,

This is a follow up from my end on our third meeting Monday with Jill Grimes (Union Rep) and Mo Borto. We talked through the scenario with Caleb and how that should have been handled differently starting back to when the TOR initially reached out asking to move him. Your role with student name is to help identify why he wanted to switch out of his class. If at that point, you had met with to get that information to help problem solve, the other issues and miscommunication would not have followed. We also talked about making sure to be present and communicate with staff members on students who are going through a crisis. There needs to be follow up initiated by you if you do miss a meeting that you were invited to and the communication sent to you needs to be read thoroughly before passing an email request on that isn't supposed to happen yet. I shared that I wanted you to come up with some type of system that you wrote the students name on a calendar, note, or something to remind yourself you need to follow up and not let these concerns go or be forgotten until someone else brings it back to you.

You did share after reflecting on the feedback from our first two meetings that you need to slow down and get more organized, which we all agreed would be helpful. The aspect you did not recognize is why it is important to slow down. We explained to you slowing down allows you to gather all of the information you need on a student in order to know who to involve and what the next steps should be.

You and I met afterwards to discuss the ASVAB document and meeting coming up. My concern was it wasn't fully put together for what our students need at Carmel High School. From our meeting you got clarification and now know what needs to be presented in the document, but it should have initially been set up that way. You followed their brochure and, even though we can use parts of it, we have to meet the needs of our students. My expectation is that this is something you can oversee and accomplish without me having to fully check and login to the system.

We set our next meeting time for October 11 at 8am. I will continue to reach out as items come up weekly if it is doable and you shared you thought that was helpful as well.


Rachel Cole
Director of Counseling
Carmel High School
520 East Main Street
Carmel IN,46032

Teacher Exhibit 20 - p. 001

CCS 00353

**Designation Notice**
**under the Family and Medical Leave Act**

**U.S. Department of Labor**
**Wage and Hour Division**


WAGE AND HOUR DIVISION

**DO NOT SEND TO THE DEPARTMENT OF LABOR.**
**PROVIDE TO EMPLOYEE.**

OMB Control Number: 1235-0003
Expires: 6/30/2023

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form is optional, a fully completed Form WH-382 provides employees with the information required by 29 C.F.R. §§ 825.300(d), 825.301, and 825.305(c), which must be provided within five business days of the employer having enough information to determine whether the leave is for an FMLA-qualifying reason. Information about the FMLA may be found on the WHD website at www.dol.gov/agencies/whd/fmla.

## SECTION I - EMPLOYER

The employer is responsible in **all** circumstances for designating leave as FMLA-qualifying and giving notice to the employee. Once an eligible employee communicates a need to take leave for an FMLA-qualifying reason, an employer may not delay designating such leave as FMLA leave, and neither the employee nor the employer may decline FMLA protection for that leave.

Date: 11/15/21 _____ *(mm/dd/yyyy)*

From: Carmel Clay Schools / Deb Wolfe _____ *(Employer)*     To: Dianna Stringham _____ *(Employee)*

On 11/11/21 _____ *(mm/dd/yyyy)* we received your most recent information to support your need for leave due to:
*(Select as appropriate)*

- [ ] The birth of a child, or placement of a child with you for adoption or foster care, and to bond with the newborn or newly-placed child
- [x] Your own serious health condition
- [ ] The serious health condition of your spouse, child, or parent
- [ ] A qualifying exigency arising out of the fact that your spouse, child, or parent is on covered active duty or has been notified of an impending call or order to covered active duty with the Armed Forces
- [ ] A serious injury or illness of a covered servicemember where you are the servicemember's spouse, child, parent, or next of kin *(Military Caregiver Leave)*

**We have reviewed information related to your need for leave under the FMLA along with any supporting documentation provided and decided that your FMLA leave request is:** *(Select as appropriate)*

- [x] **Approved.** All leave taken for this reason will be designated as FMLA leave. Go to Section III for more information.

- [ ] **Not Approved**: *(Select as appropriate)*
  - [ ] The FMLA does not apply to your leave request.
  - [ ] As of the date the leave is to start, you do not have any FMLA leave available to use.
  - [ ] Other _____

- [ ] **Additional information** is needed to determine if your leave request qualifies as FMLA leave. *(Go to Section II for the specific information needed. If your FMLA leave request is approved and no additional information is needed, go to Section III.)*

## SECTION II – ADDITIONAL INFORMATION NEEDED

We need additional information to determine whether your leave request qualifies under the FMLA. Once we obtain the additional information requested, we will inform you **within 5 business days** if your leave will or will not be designated as FMLA leave and count towards the amount of FMLA leave you have available. **Failure to provide the additional information as requested may result in a denial of your FMLA leave request.**

If you have any questions, please contact: Deb Wolfe, Benefits Specialist ____ at 317-844-9961 ext. 1023 _____
                                        *(Name of employer FMLA representative)*        *(Contact information)*

**Incomplete or Insufficient Certification**
The certification you have provided is incomplete and/or insufficient to determine whether the FMLA applies to your leave request.
*(Select as applicable)*

- [ ] The certification provided is incomplete and we are unable to determine whether the FMLA applies to your leave request. *"Incomplete"* means one or more of the applicable entries on the certification have not been completed.

Page 1 of 2

Form WH-382, Revised June 2020

CCS 00354

Employee Name: Dianna Stringham

☐ The certification provided is insufficient to determine whether the FMLA applies to your leave request. *"Insufficient" means the information provided is vague, unclear, ambiguous or non-responsive.*

*Specify the information needed to make the certification complete and/or sufficient:* _____

You must provide the requested information no later than *(provide at least 7 calendar days)* _____ *(mm/dd/yyyy)*, unless it is not practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

### Second and Third Opinions

☐ We request that you obtain a (☐ second / ☐ third opinion) medical certification at our expense, and we will provide further details at a later time. *Note: The employee or the employee's family member may be requested to authorize the health care provider to release information pertaining only to the serious health condition at issue.*

## SECTION III – FMLA LEAVE APPROVED

As explained in Section I, your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave and will count against the amount of FMLA leave you have available to use in the applicable 12-month period. The FMLA requires that you notify us as soon as practicable if the dates of scheduled leave change, are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against the total **amount of FMLA leave** you have available to use in the applicable 12-month period: *(Select as appropriate)*

◼ Provided there is no change from your **anticipated FMLA leave schedule**, the following number of hours, days, or weeks will be counted against your leave entitlement: 59 days (October 11, 2021 through January 11, 2022) _____ .

☐ Because the leave you will need will be **unscheduled**, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).

Please be advised: *(check all that apply)*

◼ **Some or all of your FMLA leave will not be paid.** Any unpaid FMLA leave taken will be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

◼ **Based on your request, some or all of your available paid leave** *(e.g., sick, vacation, PTO)* **will be used during your FMLA leave.** Any paid leave taken for this reason will also be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

◼ **We are requiring you to use some or all of your available paid leave** *(e.g., sick, vacation, PTO)* **during your FMLA leave.** Any paid leave taken for this reason will also be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

◼ **Other:** Short-Term Disability -- IF APPROVED
*(e.g., Short- or long-term disability, workers' compensation, state medical leave law, etc.)* Any time taken for this reason will also be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

**Return-to-work requirements.** To be restored to work after taking FMLA leave, you (◼ will be / ☐ will not be) required to provide a certification from your health care provider (fitness-for-duty certification) that you are able to resume work. This request for a fitness-for-duty certification is *only* with regard to the particular serious health condition that caused your need for FMLA leave. **If such certification is not timely received, your return to work may be delayed until the certification is provided.**

A list of the essential functions of your position (☐ is / ☐ is not) attached. If attached, the fitness-for-duty certification must address your ability to perform the essential job functions.

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.
**DO NOT SEND THE COMPLETED FORM TO THE DEPARTMENT OF LABOR. EMPLOYEE INFORMATION.**

Form WH-382, Revised June 2020

Teacher Exhibit 21 - p. 002

CCS 00355

 **CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

5201 East Main Street
Carmel, IN 46033

317.844.9961, ext. 1023

www.ccs.k12.in.us

November 15, 2021

Dianna Stringham
4151 Limbaugh Way
Westfield, IN  46062

Dear Mrs. Stringham:

We've received the necessary paperwork from your attending physician to tentatively approve a leave of absence from through January 11, 2022.  Per the enclosed notice, if you are not released to return sooner than January 12, 2022 a total of 59 absences will be charged against your 60 days of available FMLA leave.

During your absence, you will be required to use your available personal illness days until we receive approval from the short-term disability carrier regarding your eligibility for disability benefits.  If approved, STD will pay you for 3 of every 5 absences and we'll return the illness days to your accrual.

Your doctor indicates that you have a follow-up appointment on December 10, 2021.  At that appointment, please ask your doctor to provide us a written update on your work status no later than **December 14, 2021**. The note, which must confirm the date you are expected to be released to return to work, should be faxed to 317-571-4094.

While on approved leave you are prohibited from being on district property and performing any work-related tasks.   You are also prohibited from other employment, including self-employment.

If you have any questions, please don't hesitate to contact me.  We wish you a speedy recovery!

Sincerely,

*Deb Wolfe*

Deb Wolfe
Benefits Specialist

Enclosures

CCS  00356

**Employee Name:** Dianna Stringham

Health Care Provider's name: *(Print)* Elisabeth Prosser MD

Health Care Provider's business address: 515 E Main St     Suite 101, Carmel, IN

Type of practice / Medical specialty: Family Practice

Telephone: (317) 571 4651   Fax: (317) 571 4381   E-mail:

## PART A:  Medical Information

Limit your response to the medical condition(s) for which the employee is seeking FMLA leave. Your answers should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. **After completing Part A, complete Part B to provide information about the amount of leave needed.** Note: For FMLA purposes, "incapacity" means the inability to work, attend school, or perform regular daily activities due to the condition, treatment of the condition, or recovery from the condition. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b).

(1)  State the approximate date the condition started or will start: >3+ years _____ *(mm/dd/yyyy)*

(2)  Provide your **best estimate** of how long the condition lasted or will last: unknown, likely years _____

(3)  Check the box(es) for the questions below, as applicable. For all box(es) checked, the amount of leave needed must be provided in Part B.

☐ **Inpatient Care**: The patient (☐ has been / ☐ is expected to be) admitted for an overnight stay in a hospital, hospice, or residential medical care facility on the following date(s): _____

☑ **Incapacity plus Treatment**: *(e.g. outpatient surgery, strep throat)*
Due to the condition, the patient (☐ has been / ☐ is expected to be) incapacitated for *more than* three consecutive, full calendar days 10·11·21 *(mm/dd/yyyy)* to _____ *(mm/dd/yyyy)*.

The patient (☑ was / ☐ will be) seen on the following date(s):  10·18·21, 10·1·21, 4·12·21
2·24·21, 8·7·20, 5·15·20, 5·8·20

The condition (☑ has / ☐ has not) also resulted in a course of continuing treatment under the supervision of a health care provider *(e.g. prescription medication (other than over-the-counter) or therapy requiring special equipment)*

☐ **Pregnancy**: The condition is pregnancy.  List the expected delivery date: _____ *(mm/dd/yyyy)*.

☐ **Chronic Conditions**: *(e.g. asthma, migraine headaches)* Due to the condition, it is medically necessary for the patient to have treatment visits at least twice per year.

☐ **Permanent or Long Term Conditions**: *(e.g. Alzheimer's, terminal stages of cancer)* Due to the condition, incapacity is permanent or long term and requires the continuing supervision of a health care provider (even if active treatment is not being provided).

☐ **Conditions requiring Multiple Treatments**: *(e.g. chemotherapy treatments, restorative surgery)* Due to the condition, it is medically necessary for the patient to receive multiple treatments.

☐ **None of the above**: If none of the above condition(s) were checked, (i.e., inpatient care, pregnancy) no additional information is needed. Go to page 4 to sign and date the form.

Form WH-380-E, Revised June 2020

Teacher Exhibit 23 - p. 001

CCS 00357

Employee Name: Dianna Stringham

(4)  If needed, briefly describe other appropriate medical facts related to the condition(s) for which the employee seeks FMLA leave. *(e.g., use of nebulizer, dialysis)* _____

**PART B: Amount of Leave Needed**
For the medical condition(s) checked in Part A, complete all that apply. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage.

(5)  Due to the condition, the patient (☑ had / ☐ will have) **planned medical treatment(s)** (scheduled medical visits) *(e.g. psychotherapy, prenatal appointments)* on the following date(s): <u>10·18·21, 10·1·21, 4·12·21, 2·24·21</u>
<u>8·7·20, 5·15·20, 5·8·20, 4·17·19, 12·27·18, 2·21·18, 3·8·17, 2·8·17, 10·6·16, 5·18·16</u>
<u>9·28·15</u>

(6)  Due to the condition, the patient (☑ was / ☐ will be) **referred to other health care provider(s)** for evaluation or treatment(s).
State the nature of such treatments: *(e.g. cardiologist, physical therapy)* <u>Dr Terry Parrish psychiatrist, counseling</u>
Provide your **best estimate** of the beginning date <u>Early November</u> *(mm/dd/yyyy)* and end date _____
*(mm/dd/yyyy)* for the treatment(s).  (Waiting for specialist) 11·11·21
Provide your **best estimate** of the duration of the treatment(s), including any period(s) of recovery *(e.g. 3 days/week)*
<u>To be determined by specialist treating team: At least weekly Appts c counselor</u>

(7)  Due to the condition, it is medically necessary for the employee to work a **reduced schedule**.
Provide your **best estimate** of the reduced schedule the employee is able to work. From _____
*(mm/dd/yyyy)* to _____ *(mm/dd/yyyy)* the employee is able to work: *(e.g., 5 hours/day, up to 25 hours a week)*
<u>See #8</u>

(8)  Due to the condition, the patient (☑ was / ☑ will be) **incapacitated for a continuous period of time**, including any time for treatment(s) and/or recovery.
Provide your **best estimate** of the beginning date <u>10·11·21</u> *(mm/dd/yyyy)* and end date
<u>11·12·21</u> *(mm/dd/yyyy)* for the period of incapacity.

(9)  Due to the condition, it (☐ was / ☐ is / ☐ will be) medically necessary for the employee to be absent from work on an **intermittent basis** (periodically), including for any episodes of incapacity i.e., episodic flare-ups. Provide your **best estimate** of how often (frequency) and how long (duration) the episodes of incapacity will likely last.
Over the next 6 months, episodes of incapacity are estimated to occur _____ times per
(☐ day / ☐ week / ☐ month) and are likely to last approximately _____ (☐ hours / ☑ days) per episode.

Page 3 of 4                                             Form WH-380-E, Revised June 2020

Teacher Exhibit 23 - p. 002

CCS  00358

Employee Name: Dianna Stringham

## PART C: Essential Job Functions

If provided, the information in Section I question #4 may be used to answer this question. If the employer fails to provide a statement of the employee's essential functions or a job description, answer these questions based upon the employee's own description of the essential job functions. An employee who must be absent from work to receive medical treatment(s), such as scheduled medical visits, for a serious health condition is considered to be *not able* to perform the essential job functions of the position during the absence for treatment(s).

(10)  Due to the condition, the employee (☑ was not able / ☑ is not able / ☐ will not be able) to perform *one or more* of the essential job function(s). Identify at least one essential job function the employee is not able to perform:

At this time patient is unable to engage in stress situations is
Also unable to maintain concentration secondary to depression and Anxiety

Signature of
Health Care Provider _____     Date  10 20 21  *(mm/dd/yyyy)*

---

| Definitions of a Serious Health Condition *(See 29 C.F.R. §§ 825.113-.115)* |
| --- |

**Inpatient Care**

- An overnight stay in a hospital, hospice, or residential medical care facility.
- Inpatient care includes any period of incapacity or any subsequent treatment in connection with the overnight stay.

**Continuing Treatment by a Health Care Provider (any one or more of the following)**

**Incapacity Plus Treatment:** A period of incapacity of more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves either:

- ○ Two or more in-person visits to a health care provider for treatment within 30 days of the first day of incapacity unless extenuating circumstances exist. The first visit must be within seven days of the first day of incapacity; or,
- ○ At least one in-person visit to a health care provider for treatment within seven days of the first day of incapacity, which results in a regimen of continuing treatment under the supervision of the health care provider. For example, the health provider might prescribe a course of prescription medication or therapy requiring special equipment.

**Pregnancy:** Any period of incapacity due to pregnancy or for prenatal care.

**Chronic Conditions:** Any period of incapacity due to or treatment for a chronic serious health condition, such as diabetes, asthma, migraine headaches. A chronic serious health condition is one which requires visits to a health care provider (or nurse supervised by the provider) at least twice a year and recurs over an extended period of time. A chronic condition may cause episodic rather than a continuing period of incapacity.

**Permanent or Long-term Conditions:** A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective, but which requires the continuing supervision of a health care provider, such as Alzheimer's disease or the terminal stages of cancer.

**Conditions Requiring Multiple Treatments:** Restorative surgery after an accident or other injury; or, a condition that would likely result in a period of incapacity of more than three consecutive, full calendar days if the patient did not receive the treatment.

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.  The Department of Labor estimates that it will take an average of 15 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR. RETURN TO THE PATIENT.**

Form WH-380-E, Revised June 2020

Teacher Exhibit 23 - p. 003

CCS  00359

**Attending Physician Statement
for Disability Claim**
Return to Deb Wolfe, Benefits Specialist
Fax: (317) 571-4094
Due: October 26, 2021

*Products and financial services provided by
American United Life Insurance Company®
a ONEAMERICA® company*

 ONEAMERICA®

---

Employee Name: Dianna Stringham   Employer Name and Number: Carmel Clay Schools - 616525

### Attending Physician's Statement for Disability Claim Form

**Please attach copies of all medical records and test results. This form is not required for Maternity STD Claims.**

Name of Patient: Dianna — Stringham   ☐ Male ☒ Female   Date of Birth: 06/25/1967
       *First*        *Middle*        *Last*

Height: 5'3"   Weight: 181

Blood Pressure *(last visit)* Date: _____   ☐ Left-handed
Systolic: _____ / Diastolic: _____   ☐ Right-handed

### 1. History

a. Is this condition due to:  ☒ Sickness  ☐ Injury

b. When did symptoms first appear or injury occur? > 3+ years

c. Date patient was unable to work because of impairment: 10·1·21

d. Date you first restricted patient's ability to work due to this condition: 10·18·21

e. Has patient ever had same or similar condition?   ☒ Yes  ☐ No
   If "Yes", state when and describe: > 3+ years, waxing + waning of condition

f. Was this patient referred to you?   ☐ Yes  ☒ No
   If "Yes", by whom and what is his/her specialty? _____

g. Have you referred this patient to another treating provider?   ☒ Yes  ☐ No
   If "Yes", to whom and what is his/her specialty? Psychiatrist

### 2. Diagnosis

a. Primary diagnosis impacting function: Depression   ICD9/10 Code(s) _____
   Nature of treatment (including surgery or other procedures):

b. Secondary diagnosis impacting function: Anxiety   ICD9/10 Code(s) _____
   Nature of treatment (including surgery or other procedures):

c. Subjective Symptoms: Sad mood, anxious, poor concentration

d. Tests Conducted:  ☐ X-rays  ☐ CT Scan  ☐ MRI  ☐ EKG  ☐ Lab Work  ☐ Psychological Testing

e. Objective findings: Tearful, anxious

### 3. For Pregnancy Disabilities

Are there any present complications or anticipated difficulties in connection with:

Pregnancy   ☐ Yes ☐ No   Date of last menstrual period: _____

Delivery   ☐ Yes ☐ No   Expected Date of Delivery: _____

Post Partum   ☐ Yes ☐ No   Actual Date of Delivery: _____   ☐ Vaginal  ☐ C-Section

If yes to any of these, please specify in detail: _____

---

CCS  00360

**Attending Physician Statement
for Disability Claim**

*Products and financial services provided by
American United Life Insurance Company®
a OneAmerica® company*

 ONEAMERICA®

Employee Name: Dianna Stringham     Employer Name and Number: Carmel Clay Schools - 616525

**4. Dates of Treatment for this condition**
a. Date of first visit: 9·28·15
b. Date of last visit: 10·18·21
c. Next office visit: TBD
d. Frequency:  ☐ Weekly  ☐ Monthly  ☐ Other: TBD by specialist
e. Does treatment regimen include a return to work component if functional improvement is anticipated?  ☐ Yes  ☐ No

**5.** Is the patient required to take any prescription medication regularly for the condition?  ☒ Yes  ☐ No
If "Yes", please provide a listing of all current prescribed medications.

**6. Progress**
a. Has patient ............. ☐ Recovered      ☐ Improved      ☐ Unchanged      ☒ Retrogressed
b. Is patient ............... ☒ Ambulatory    ☐ House confined  ☐ Bed confined   ☐ Hospital confined
If "Hospital Confined", give name and address of location: _____
Dates of Confinement: _____
c. Do you expect any significant improvement in the future?  ☒ Yes  ☐ No
If "Yes", when?:  ☐ 1 Month  ☒ 1 - 3 Months  ☐ 3 - 6 Months  ☐ 6 - 12 Months  ☐ Other
If "No", why not?

**7. Restrictions and Limitations**
a. What restrictions, if any, have you placed upon your patient? 10·18·21
b. When were these placed and when do you anticipate lifting them? TBD by specialist

**8. Return to work plan**
Have you discussed a return to work plan with your patient?  ☐ Yes  ☒ No
The date you released patient to return to work _____  ☐ Full-time  ☐ Reduced hours  ☐ Number of hours
Please identify your recommendations for any job modification that would enable the patient to return to work _____

**9. Cardiac (if applicable)**
a. Functional Capacity       ☐ Class 1 (No Limitation)       ☐ Class 2 (Slight Limitation)
(American Heart Assoc. Standards)  ☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)
b. Was this patient referred to cardiac rehab?  ☐ Yes  ☐ No

**10. Mental / Nervous Impairment (if applicable)**
☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (No limitations)
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (Slight limitations)
☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (Moderate limitations)
☒ Class 4 – Patient is unable to engage in stress situations or engage interpersonal relations (Marked limitations)
☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (Slight limitations)

**11.** Is the patient competent to endorse checks and direct the use of proceeds thereof?  ☒ Yes  ☐ No

CCS  00361

**Attending Physician Statement
for Disability Claim**

*Products and financial services provided by
American United Life Insurance Company®
a ONEAMERICA® company*



ONEAMERICA®

---

Employee Name: Dianna Stringham          Employer Name and Number: Carmel Clay Schools - 616525

**12. Current Functional Ability**

a. In an 8 hour work day, what is the maximum number of hours your patient could perform each of these levels of activity?
   (please indicate appropriate number of hours):

| | | |
|---|---|---|
| _____ Hrs. | Sedentary Work Activity | 10 lbs. maximum lifting or carrying articles. Walking/standing on occasion. Sitting 6 to 8 hours. |
| _____ Hrs. | Light Work Activity | 20 lbs. maximum lifting, carrying 10 lbs. articles frequently, most jobs involving standing with a degree of pushing and pulling. Standing 6 to 8 hours. |
| _____ Hrs. | Medium Work Activity | 50 lbs. maximum lifting with frequent lifting/carrying of up to 25 lbs. Frequent walking and standing. |
| _____ Hrs. | Heavy Work Activity | 100 lbs. maximum lifting, frequent lifting/carrying of up to 50 lbs. Frequent walking and standing. |

b. Please check appropriate box:

| | Occasionally 0% to 33% | Frequently 33% to 66% | Continuously 66% to 100% |
|---|---|---|---|
| Bending | ☐ | ☐ | ☐ |
| Climbing | ☐ | ☐ | ☐ |
| Reaching | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ |
| Squatting | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ |
| Push/pull | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ |
| Lifting (lbs.) | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ |

What is this assessment based on?  ☐ Observed activity  ☐ Measured activity  ☐ Physical therapy report

c. Upper Extremity Function – Please indicate upper extremity functional capabilities:

| | | | |
|---|---|---|---|
| Simple grasp | ☐ Left | ☐ Right | Comments _____ |
| Pinch | ☐ Left | ☐ Right | Comments _____ |
| Fine manipulation | ☐ Left | ☐ Right | Comments _____ |
| Power grip | ☐ Left | ☐ Right | Comments _____ |
| Repetitive motion | ☐ Left | ☐ Right | Comments _____ |

---

The undersigned Medical Provider represents and warrants any information or documents provided to American United Life Insurance Company® (AUL) by this Medical Provider and the facts and other matters contained in the foregoing are true and accurate to the best of the undersigned's knowledge and belief. The undersigned Medical Provider acknowledges reading and understanding the state specific fraud statements on page 4.

Attending Physician's Signature: _E Prosser_          Date: 10·20·21

Medical Provider's Name (Please Print): Elisabeth Prosser MD

Degree / Specialty: MD   Family Practice

Telephone Number: _____   Fax Number: _____   Tax ID#: _____

Office Address: 515 E Main St   Suite 101
                Number/Street

Carmel  IN                                                    46032
City or Town                              State              Zip Code

---

CCS  00362



## FACSIMILE TRANSMITTAL SHEET

COMPANY: One America   FROM: Dr. Parrish's Office

ATTENTION: Deb Wolfe   PHONE: 317.843.9922 ext _____

FAX NUMBER: 317-571-4094   FAX: 317.581.3918

PHONE NUMBER: _____   EMAIL: _____@indianahealthgroup.com

RE: Dianna Stringham
DOB: 06/25/1967   DATE: 12 / 6 / 2021

TOTAL NO. OF PAGES INCLUDING COVER: 4

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

NOTES/COMMENTS:

CONFIDENTIALITY NOTICE: The document accompanying this fax may contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996. All protected health information from mental health and drug or alcohol records are also protected by the federal confidentiality rules (32 CFR Part 2) and I.C. 16-39-2-5. The information is intended only for the use of the individual(s) or entity named above. The federal rules prohibit you from making further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse client. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this faxed information is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at (317) 843-9922 to arrange for the return of the original documents to us.

703 Pro-Med Lane ▪ Carmel, IN 46032   Phone 317.843.9922   Fax 317.581.3918   www.indianahealthgroup.com

Teacher Exhibit 24 - p. 001

CCS  00363

**Attending Physician Statement
for Disability Claim**
Return to Deb Wolfe, Benefits Specialist
Fax: (317) 571-4094
Due: December 14, 2021

*Products and financial services provided by
American United Life Insurance Company,
a OneAmerica company*

 ONEAMERICA

---

Employee Name: Dianna Stringham    Employer Name and Number: Carmel Clay Schools - 616525

**Attending Physician's Statement for Disability Claim Form**

**Please attach copies of all medical records and test results. This form is not required for Maternity STD Claims.**

Name of Patient: Dianna Stringham    ☐ Male  ☒ Female    Date of Birth: 06/25/1967
First    Middle    Last

Height: 5'3"   Weight: 187 lbs   Blood Pressure (last visit) Date: _____  Systolic: _____ / Diastolic: _____   ☐ Left-handed  ☒ Right-handed

**1. History**    MENTAL HEALTH ISSUES
a. Is this condition due to: ☒ Sickness  ☐ Injury
b. When did symptoms first appear or injury occur: MARCH, 2020
c. Date patient was unable to work because of impairment: OCT 11, 2021
d. Date you first restricted patient's ability to work due to this condition: OCT 11, 2021
e. Has patient ever had same or similar condition?  ☐ Yes  ☒ No
If "Yes", state when and describe: _____
f. Was this patient referred to you?  ☒ Yes  ☐ No
If "Yes", by whom and what is his/her specialty? DR. ELISABETH PROSSER
g. Have you referred this patient to another treating provider?  ☐ Yes  ☒ No
If "Yes", to whom and what is his/her specialty? _____

**2. Diagnosis**
a. Primary diagnosis impacting function: ANXIETY    ICD9/10 Code(s) _____
Nature of treatment (including surgery or other procedures): THERAPY, MEDICATION
b. Secondary diagnosis impacting function: DEPRESSION    ICD9/10 Code(s) _____
Nature of treatment (including surgery or other procedures): THERAPY MEDICATION
c. Subjective Symptoms: LOW MOOD, HIGH ANXIETY, EXCESSIVE WORRY
d. Tests Conducted: ☐ X-rays ☐ CT Scan ☐ MRI ☐ EKG ☐ Lab Work ☐ Psychological Testing N/A
e. Objective findings: SAD AND ANXIOUS AFFECT, TEARFULNESS, INSOMNIA

**3. For Pregnancy Disabilities** N/A
Are there any present complications or anticipated difficulties in connection with:
Pregnancy  ☐ Yes ☐ No   Date of last menstrual period: _____
Delivery  ☐ Yes ☐ No   Expected Date of Delivery: _____
Post Partum  ☐ Yes ☐ No   Actual Date of Delivery: _____   ☐ Vaginal ☐ C-Section
If yes to any of these, please specify in detail: _____

Teacher Exhibit 24 - p. 002    Page 1 of 4    G-27913 8/16/16
CCS 00364

**Attending Physician Statement for Disability Claim**

Products and financial services provided by American United Life Insurance Company® a OneAmerica® company



ONEAMERICA®

Employee Name: __Dianna Stringham__     Employer Name and Number: __Carmel Clay Schools - 616525__

**4. Dates of Treatment for this condition**

a. Date of first visit: __NOV 11, 2021__

b. Date of last visit: __DEC 16, 2021__

c. Next office visit: __MAR 15, 2022__

d. Frequency: ☐ Weekly ☐ Monthly ☒ Other: __EVERY 3 MOS OR AS NEEDED__

e. Does treatment regimen include a return to work component if functional improvement is anticipated? ☒ Yes ☐ No __POSSIBLY__

**5. Is the patient required to take any prescription medication regularly for the condition?** ☒ Yes ☐ No
If "Yes", please provide a listing of all current prescribed medications. __ZOLOFT 100mg T po g eve__

**6. Progress**

a. Has patient ............, ☐ Recovered    ☒ Improved    ☐ Unchanged    ☐ Retrogressed

b. Is patient ............... ☒ Ambulatory   ☐ House confined   ☐ Bed confined   ☐ Hospital confined

If "Hospital Confined", give name and address of location: _____

Dates of Confinement: _____

c. Do you expect any significant improvement in the future? ☒ Yes ☐ No

If "Yes", when?: ☐ 1 Month   ☒ 1 - 3 Months   ☐ 3 - 6 Months   ☐ 6 - 12 Months   ☐ Other

If "No", why not? _____

**7. Restrictions and Limitations**

a. What restrictions, if any, have you placed upon your patient? __NOT RETURNING TO WORK__

b. When were these placed and when do you anticipate lifting them? __OCT 11, 2021   LIFTED  JAN 11, 2022__

**8. Return to work plan**

Have you discussed a return to work plan with your patient? ☒ Yes ☐ No

The date you released patient to return to work __JAN 11, 2022__ ☒ Full-time ☐ Reduced hours ☐ Number of hours

Please identify your recommendations for any job modification that would enable the patient to return to work _____
__PT NOT TO WORK AT CARMEL SCHOOLS__

**9. Cardiac (if applicable)**   __N/A__

a. Functional Capacity    ☐ Class 1 (No Limitation)   ☐ Class 2 (Slight Limitation)

(American Heart Assoc. Standards)   ☐ Class 3 (Marked Limitation)   ☐ Class 4 (Complete Limitation)

b. Was this patient referred to cardiac rehab? ☐ Yes ☐ No

**10. Mental / Nervous Impairment (if applicable)**

☒ Class 1 – Patient is able to function under stress and engage in interpersonal relations (No limitations)  __BUT NOT AT HER PLACE OF WORK__

☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (Slight limitations)

☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (Moderate limitations)

☐ Class 4 – Patient is unable to engage in stress situations or engage interpersonal relations (Marked limitations)

☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (Slight limitations)

**11. Is the patient competent to endorse checks and direct the use of proceeds thereof?** ☒ Yes ☐ No

Teacher Exhibit 24 - p. 003

G-27913  6/16/16

CCS  00365

**Attending Physician Statement
for Disability Claim**

*Products and financial services provided by
American United Life Insurance Company,
a OneAmerica® company*



ONEAMERICA®

---

Employee Name: __Dianna Stringham__          Employer Name and Number: __Carmel Clay Schools - 616525__

**12. Current Functional Ability**   *N/A*

   a. In an 8 hour work day, what is the maximum number of hours your patient could perform each of these levels of activity?
   (please indicate appropriate number of hours):

     _____ Hrs.  Sedentary Work Activity    10 lbs. maximum lifting or carrying articles. Walking/standing on occasion. Sitting 6 to 8 hours.

     _____ Hrs.  Light Work Activity    20 lbs. maximum lifting, carrying 10 lbs. articles frequently, most jobs involving standing with a degree of pushing and pulling. Standing 6 to 8 hours.

     _____ Hrs.  Medium Work Activity    50 lbs. maximum lifting with frequent lifting/carrying of up to 25 lbs. Frequent walking and standing.

     _____ Hrs.  Heavy Work Activity    100 lbs. maximum lifting, frequent lifting/carrying of up to 50 lbs. Frequent walking and standing.

   b. Please check appropriate box:

|  | Occasionally 0% to 33% | Frequently 33% to 66% | Continuously 66% to 100% |
|---|---|---|---|
| Bending | ☐ | ☐ | ☐ |
| Climbing | ☐ | ☐ | ☐ |
| Reaching | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ |
| Squatting | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ |
| Push/pull | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ |
| Lifting (lbs.) | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ | ☐ No. of lbs. _____ |

*N/A FOR ANY*

   What is this assessment based on?  ☐ Observed activity  ☐ Measured activity  ☐ Physical therapy report

   c. Upper Extremity Function – Please indicate upper extremity functional capabilities:

| | | | |
|---|---|---|---|
| Simple grasp | ☐ Left | ☐ Right | Comments _____ |
| Pinch | ☐ Left | ☐ Right | Comments _____ |
| Fine manipulation | ☐ Left | ☐ Right | Comments _____ |
| Power grip | ☐ Left | ☐ Right | Comments _____ |
| Repetitive motion | ☐ Left | ☐ Right | Comments _____ |

*N/A FOR ANY*

---

The undersigned Medical Provider represents and warrants any information or documents provided to American United Life Insurance Company® (AUL) by this Medical Provider and the facts and other matters contained in the foregoing are true and accurate to the best of the undersigned's knowledge and belief. The undersigned Medical Provider acknowledges reading and understanding the state specific fraud statements on page 4.

Attending Physician's Signature: _____*Terry Parrish, MD*_____          Date: __12/16/202__

Medical Provider's Name (Please Print): __Terry Parrish, MD__

Degree / Specialty: __Psychiatry__

Telephone Number: __317-843-9922__          Fax Number: __317-581-3918__          Tax ID#: __35-1706785__

Office Address: __703 Pro Med Lane__
    Number/Street

    __Carmel, IN 46032__
    City or Town                                                                State                                    Zip Code

---



----- Forwarded Message -----
**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**To:** diannastringham@yahoo.com <diannastringham@yahoo.com>
**Sent:** Tuesday, January 11, 2022, 10:19:24 AM EST
**Subject:** Fw: Transition Plan

**Redacted: Attorney-Client Privilege**

---

**From:** Maureen Borto <mborto@ccs.k12.in.us>
**Sent:** Tuesday, January 11, 2022 8:36 AM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>
**Subject:** Transition Plan

Dianna,

Welcome back!

Thank you for meeting with me this morning.  Below is a timeline of what we talked about.  Please let me or Rachel know if you have any questions.

**1/11/22**

- Kathleen will move into the office across from me in student services
- You will be in your previously assigned office in the counseling department
- You will have your laptop returned to her after tech repurposes.  Kathleen will be given a different device to use.
- Today will be spent with Kathleen staffing students and understanding the work that has been done while you were out

**1/11/22 - 1/14/22**

- You have the remainder of the week to:
  - change your out of office reply and voicemail
  - meet with Taryn to staff your assigned caseload
  - meet with Rachel to discuss:

CCS 00367

- Pathways in preparation for junior scheduling
- Department information missed while gone
- Junior schedule appointments
  - o assess/review/audit your assigned caseload
    - SST notes
    - M-Team notes
    - 504s
    - IEPs
    - Stoplight data
    - Student folders - Rachel will get you these folders from other counselors with notes
    - Naviance
- During this time Kathleen will continue to service your assigned caseload:
  - o Attend IEP/504 meetings
  - o Attend SST/M-Team
  - o Meet and communicate with students
  - o Communicate with parents
  - o Communicate with staff
- If a student wishes to see you during this time they can, but please know Kathleen can continue that to allow you time to get reacquaint yourself with your assigned caseload
- Please send Rachel 2-3 different meeting dates and times during the week of 1/17/22 for us to review the updated dates for your improvement plan and SFS documentation

1/18/22

- You resume full responsibility of your assigned caseload:
  - o Meeting with students
  - o Communicating with students, staff, parents
  - o Attending IEPs, 504s, SST, M-Team
  - o Reviewing Stoplight data
  - o Scheduling students
  - o Responsibilities of CHS Counselor
- I will send communication to staff and parents about you resuming her assigned caseload

Thanks,

Mo

Maureen Borto

Assistant Principal

Carmel High School

317-846-7721 ext. 7806

317-571-4642

CCS 00368

CARMEL CLAY SCHOOLS

Report of Discrimination and/or Harassment

This form is to be used by any employee or student who has either observed or been subject to discrimination and/or harassment. To insure a full investigation, it should be completed as accurately as possible; however, it is not critical to be 100 percent precise. An investigation may require the complainant to be interviewed.

Date of Report: Jan 3, 2022 (2nd Report)

Employee Name: Dianna (First) _____ (MI) Stringham (Last)

Location/School: CHS _____ Position: School counselor

Email: diannastringham@yahoo.com Phone: 317 514 1004

Name of Accused: Rachel Cole

Location/School: CHS _____ Position: Director

Relationship of the Accused to the Complainant (manager, co-worker, client, etc): Direct supervisor

Date of Incident: April 2021 — Oct 11, 2021
(If more than one event, please report each event on a separate form)

Where did the specific event occur: at CHS

Please explain the events that occurred (if needed, please attach additional page): I was being targeted, harassed, micromanaged after being put on an Improvement plan. The intolerance and retaliation became so

Please list names of Witnesses, if any: Casey Danubio, Stephanie Payne, Kelly Wernke, Jill Grimes

The information provided in this complaint is true and correct to the best of my knowledge. I am willing to cooperate fully in the investigation of my complaint and provide whatever evidence Carmel Clay Schools deems relevant.

Complainant's Signature: Dianna Stringham Date: Jan 3 2022

CCS 00369

extreme, I broke out in hives and have a
recorded reading of high blood pressure for the
first time.

In May 2021, Rachel tried to give me a
"Needs Improvement" rating after I have
been "Highly Effective" the previous 6 years.
Because she didn't have enough documentation,
the review was changed to "Effective".

When I started this year, Rachel told
me that my new improvement plan would
like effect August 1st. From August 1st
to October 11th, Rachel Cole wrote me
up 32 times in 60 days! This is certainly
retaliation. On Oct. 11th, I went on FMLA
because I would not take her abuse
anymore!

CCS 00370

**Carmel Clay Schools**
**Formal Plan of Assistance**

Counselor  Dianna Stringham

Evaluator  Rachel Cole and Maureen Borto

A Plan of Assistance shall be established between the evaluator and the counselor to include the following:

| Plan Components | Action/Comments |
|---|---|
| 1. Note the specific performance expectation(s) not being met. | 2.2 Managing routines and procedures<br>3.7 Maintaining Records and Submitting them in a Timely Fashion<br>4.2 Communicating with Families<br>4.5 Showing Professionalism<br>**Professional Responsibilities:** Follows district policies and procedures<br>**Professional Responsibilities**: Contributes to an inclusive and equitable school culture through collaboration |
| 2. Refer to the appropriate Counselor evidence associated with the identified performance expectations addressed in this plan. Make additions to or clarify evidence in order to assist the counselor in meeting the expectations of the Plan of Assistance. | 2.2 Managing routines and procedures<br>3.7 Maintaining Records and Submitting them in a Timely Fashion<br>**Professional Responsibilities**: Follows district policies and procedures<br><ul><li>We are concerned with your ability to meet deadlines and follow established procedures and guidelines as established by the district, school, and department. For example, on 5/28/21, you sent an email to Mo Borto, Drew Grimes and Sara Knoop about 4 students who would be 5th year students at the CLC for the 21-22 school year.  3 out of the 4 students should not have been on a 5th year senior track.  When I referenced the SST notes, student    was discussed once on 3/25/21, student    was discussed on 1/11/21 and 3/11/21, student    was never discussed at SST. On 3/24/21 and 3/25/21 Mo went to each counselor to discuss 9th and 12th grade students who might need summer school and put in supports then to help them finish the school year on time with their needed credits.  When Mo went to you, student name were never brought up as evidenced by no changes to their schedules.  These students should have been on the top of your SST list in April and May and should have been at the top of your list when Mo came to discuss.  Mo also sent reminder emails to counselors that if there is a 9th or 12th grade student in need of immediate supports to connect with her to provide those supports.  These students were never discussed.</li></ul> |

1 of 4

Teacher Exhibit 27 - p. 001

CCS  00371

- Another concern was with ███████ in late April and May.  Rachel brought this to your attention that he needed an intervention due to not earning credits in the Fall and failing all his courses at that time in the Spring. Another Counselor was working to try and support his brother with similar grade deficiencies  and brought it to my attention.  Rachel wanted you to work with his Dad to support ███████ since they were reaching out for help and you and she discussed what that would look like.  There was a lack of communication and follow through with the Teacher of Record who was going to be the point person to support him during the day. When Rachel attempted to update you after she talked with her there still lacked a follow through on the number of classes to be paced, end dates set and you were not leading the intervention. The Teacher of Record was having to check in and ask for guidance and direction consistently along the way.  There was also no communication on your part to let the high school teachers know he was no longer in their virtual courses. They were reaching out to the TOR for support and planning how to possibly get him through the semester. Once the Teacher of Record let us know, it was past the date to remove them from PS causing Maria to have to remove those courses after the rollover.
- You need to be proactive in working with students to meet all the requirements and deadlines for scheduling, specific programs at CHS, 504s and IEPs, and graduation.

4.2 Communicating with Families

- We are concerned about your timeliness, professionalism, and approach to communication.
- You need to be thorough and follow up in a timely manner with parents, students and staff.  If you don't have the exact answer, follow up to say you are working on it.  Always be courteous and professional in your verbal and written communication.  Use greetings and salutations in each email.  If you can tell the person is not feeling heard, call them.  Provide all the information needed.  If the person is having trouble accepting or understanding why a decision was made, call them.  While on the phone, see if they have other questions and seek to understand their concerns.
- Your communication needs to show grace.  Call a parent on the phone or see a student in person so they know they have been heard.  By seeking to understand and listening, you can focus your

Teacher Exhibit 27 - p. 002

CCS  00372

<table>
<tr>
<td></td>
<td>conversations on what we can do to assist, which will build a trust between you and the family.<br><br>4.5 Showing Professionalism<br><b>Professional Responsibilities</b>: Contributes to an inclusive and equitable school culture through collaboration
<ul><li>Your lack of attention to detail in deadlines and collaboration with students and families does not foster collaborative partnerships to enhance student success in a manner that demonstrates integrity, respect, flexibility, fairness, and trust.</li></ul></td>
</tr>
<tr>
<td>3. Note the system that will be used to monitor this Plan of Assistance. Examples: <i>increased number of counselor walk-throughs, formal or informal observations; methods of collecting feedback from counselor on assigned reading; scheduled follow-up meetings; manner that counselor may submit written evidence or examples of student evidence.</i></td>
<td><b>Meetings and Observations</b><br>Dianna will meet with the administration three times over the course of the plan.  The meetings will occur the week of February 7, the week of February 28, and the week of March 14. Dianna is responsible for reaching out to Mrs. Cole and Ms. Borto 2 weeks prior to meeting, to suggest at least two dates and times for these meetings to take place.<br><br>In addition, the plan will be monitored through at least one informal observation and one formal observation, and a reflection conference will be scheduled after the formal observation.<br><br>Per Dianna's request, we will have a standing 30-minute meeting, every Wednesday from 8:30-9:00am with Mrs. Cole and Ms. Borto each week to discuss feedback on her work with students.<br><br><b>Routines/Procedures/Meeting Deadlines</b><br>Dianna will meet all deadlines provided by the administration, including, but not limited to, those associated with scheduling and student placement. Dianna is responsible for immediately informing Mrs. Cole and Ms. Borto when any required deadlines are missed. Dianna will submit an organizational plan (lesson plan) to Mrs. Cole and Ms. Borto every other Friday by 4:15 PM, starting on July 30 indicating the deadlines and progress monitoring that need to be met within that time frame. This should include, but is not limited to: scheduling deadlines, 504 conferences, senior meetings, ASVAB, transcripts, graduation deadlines,  etc.  The plan should be structured in the most meaningful way to assist Dianna.<br><br>Dianna will keep an SST log of the date of SST, students she presented, reason for presenting students, and follow up determined at SST.  Dianna will also document the start time and end time of her SST sessions.  These logs will be submitted the Monday following SST by 4:15 PM to Mrs. Cole and Ms. Borto.<br><br>If Dianna would like she may observe a counselor, selected by Mrs. Cole and Ms. Borto, during their SST time</td>
</tr>
</table>

CCS  00373

|  | in the first 4 weeks of the plan. If Dianna wishes to do this, it is Dianna's responsibility to reach out to Mrs. Cole and Ms. Borto to get the name of the counselor. It is her responsibility to schedule the time and submit a written reflection within 48 hours of that observation. |
|  | **Communication**<br>Email communication will be answered within 48 hours unless it is an emergency. Emergencies will be answered within 24 hours. |
|  | Dianna will keep a communication log for phone messages and emails that involve parental and student requests/concerns. The log will indicate the date and time of the request, student and parent name, request made, follow up provided and method of follow up (email or phone call). These logs will be submitted each Friday by 4:15 PM to Mrs. Cole and Ms. Borto. |
|  | Dianna should make every attempt to contact a parent by phone or email. If after the 4th attempt there is no response from the parent, Dianna should follow up with Mrs. Cole and Ms. Borto on additional strategies to connect with the parent. |
|  | Dianna is required to copy Mrs. Cole and Ms. Borto on any student and parent emails. |
|  | **Professionalism**<br>Dianna will make the administration aware of any student and/or parent situations that she might need assistance in handling via email. After speaking with Mrs. Cole or Ms. Borto, Dianna should follow up with an email summary of the conversation and next steps. While Dianna is welcome to ask questions, she should be building independence throughout the timing of the plan. |
| 4. Note the resources and support that will be extended to the counselor to assist in meeting the expectations of the Plan of Assistance. | Mrs. Cole and Ms. Borto will provide the names of 2-3 counselors Dianna can observe during SST, if Dianna would like to observe a counselor. |
| 5. Note the date by which the plan must be completed | March 25, 2022 |
| 6. If the counselor's requirements to meet the expectations of the Plan of Assistance include participation in professional development activities, note below the nature of the activities, the expected time to be spent in or on the activities, and how feedback and reflection following the activities will be reported to the evaluator. Also note the anticipated Professional Growth Points for license renewal that will be applicable at the conclusion of the PD activities. | Professional Growth Points will be awarded based on a log of professional development activities related to the Plan of Assistance. |

CCS  00374

| 7. Note any pre-scheduled progress meetings between the evaluator and the teacher during the duration of the Plan of Assistance. <br><br> **or** <br><br> Reference or clarify any supporting documents that may be attached to this Plan of Assistance. | Dianna will meet with the administration three times over the course of the plan.  The meetings will occur the week of February 7, the week of February 28, and the week of March 14. Dianna is responsible for reaching out to Mrs. Cole and Ms. Borto 2 weeks prior to meeting, to suggest at least two dates and times for these meetings to take place. <br><br> A summative Plan of Assistance meeting will take place the week of March 28, 2022.  At that meeting, it will be determined if Dianna will come off the plan, if the plan will be extended or if Mrs. Cole and Ms. Borto recommend non-renewal of Dianna's contract. |
|---|---|

**Signatures**

This Plan of Assistance has been extended on

_____
Friday, January 21, 2022
(Date)

_____
(Evaluator Signature)

I understand the expectations and provisions of this Plan of Assistance.

_____        _____
(Teacher Signature)                              (Date)

CCS  00375

1/24/22, 8:55 AM                                    SFS        Teacher Exhibit 28 - p. 001

   Overview    Support ⌄    CCS Docs ⌄    Utilities ⌄                    Dianna Stringham ⌄

## Dianna Stringham
                                                                    Evaluation Ending Jun 2022 ⌄

| Location & Position | Evaluators | Evaluation Group |
|---|---|---|
| Carmel High School Counselor | Rachel Cole (Primary) Maureen Borto | 2020/21 - 80.0% Employee Evaluation Rubric - 20.0% Professional Responsibilities |

**To Do List:**

REVIEW **Artifact** - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW **Artifact** - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole
REVIEW Artifact - created on Jan 23, 2022 submitted or updated by Rachel Cole

## Evaluation Items                                              Add Item...  ⌄

| | | |
|---|---|---|
| ℗ Professional Responsibilities | In Progress | ◯ Started Sep 5, 2021 |
| Ⓒ Short Observation | | 0  [2]  0  0   Sep 24, 2021 by Rachel Cole |
| Ⓒ Extended Observation | | [2][1]  0  0   Sep 29, 2021 by Rachel Cole |

SFS   Teacher Exhibit 28 - p. 002

Artifacts: 62 Available     View List

LVIS: 11 Activities Listed     View List

Rubric Summary     Hide

Counselor (v.2016)

Observations     Artifacts – Hide Artifacts Ⓐ ⓐ
Ⓐ 62 Evaluator Artifacts

*Note: Click on any marks (circles) in the rubric below to learn more about that mark.*

DOMAIN 1: PLANNING AND PREPARATION (30.00%)     Hide   |   Hide Text   |   Hide Titles

1.1 Demonstrating Knowledge Of Counseling Theory And Techniques

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW demonstrates deep and thorough understanding of counseling theory and techniques. | C/MSW demonstrates understanding of counseling theory and techniques. | C/MSW demonstrates basic understanding of counseling theory and techniques. | C/MSW demonstrates little understanding of counseling theory and techniques. |

1.2 Demonstrating Knowledge Of Child And Adolescent Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| In addition to accurate knowledge of the typical developmental characteristics of the age group and exceptions to the general patterns, C/MSW displays knowledge of the extent to which individual students follow the general patterns. | C/MSW displays accurate understanding of the typical developmental characteristics of the age group, as well as exceptions to the general patterns. | C/MSW displays partial knowledge of child and adolescent development. | C/MSW displays little or no knowledge of child and adolescent development. |

1.3 Establishing Goals For The Counseling Program Appropriate To The Setting And The Students Served

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's goals for the counseling program are highly appropriate to the situation in the school and to the age of the students and have been developed following consultations with students, parents, and colleagues. | C/MSW's goals for the counseling program are clear and appropriate to the situation in the school and to the age of the students. | C/MSW's goals for the counseling program are rudimentary and are partially suitable to the situation and the age of the students. | C/MSW has no clear goals for the counseling program, or they are inappropriate to either the situation or the age of the students. |

1.4 Demonstrating Knowledge Of State And Federal Regulations And Of Resources Both Within And Beyond The School And District

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's knowledge of governmental regulations and of resources for students is extensive, including those available through the school or district and in the community. | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, and some familiarity with resources external to the school. | C/MSW displays awareness of governmental regulations and of resources for students available through the school or district, but no knowledge of resources available more broadly. | C/MSW demonstrates little or no knowledge of governmental regulations and of resources for students available through the school or district. |

1/24/22, 8:55 AM      SFS      Teacher Exhibit 28 - p. 003

1.5 Planning The Counseling Program, Integrated With The Regular School Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's plan is highly coherent and serves to support not only the students individually and in groups, but also the broader educational program. | C/MSW has developed a plan that includes the important aspects of counseling in the setting. | C/MSW's plan has a guiding principle and includes a number of worthwhile activities, but some of them don't fit with the broader goals. | Counseling program consists of a random collection of unrelated activities, lacking coherence or an overall structure. |

1.6 Developing A Plan To Evaluate The Counseling Program

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's evaluation plan is highly sophisticated, with imaginative sources of evidence and a clear path toward improving the program on an ongoing basis. | C/MSW's plan to evaluate the program is organized around clear goals and the collection of evidence to indicate the degree to which the goals have been met. | C/MSW has a rudimentary plan to evaluate the counseling program. | C/MSW has no plan to evaluate the program or resists suggestions that such an evaluation is important. |

## DOMAIN 2: THE ENVIRONMENT (15.00%)      Hide | Hide Text | Hide Titles

2.1 Creating An Environment Of Respect And Rapport

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Students seek out the C/MSW, reflecting a high degree of comfort and trust in the relationship. C/MSW teaches students how to engage in positive interactions. ② | C/MSW's interactions with students are positive and respectful, and the C/MSW actively promotes positive student-student interactions. | C/MSW's interactions are a mix of positive and negative; the C/MSW's efforts at encouraging positive interactions among students are partially successful. | C/MSW's interactions with students are negative or inappropriate, and the C/MSW does not promote positive interactions among students. |

2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. | C/MSW's routines for the counseling center or classroom work effectively. | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ |

2.3 Establishing Standards Of Conduct And Contributing To The Culture For Student Behavior Throughout The School

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW has established clear standards of conduct for counseling sessions and student feedback is routinely incorporated in maintaining them. C/MSW takes a leadership role in maintaining the environment of civility in the school. | C/MSW has established clear standards of conduct for counseling sessions and makes a significant contribution to the environment of civility in the school. | C/MSW's efforts to establish standards of conduct for counseling sessions are partially successful. C/MSW attempts, with limited success, to contribute to the level of civility in the school as a whole. | C/MSW has established no standards of conduct for students during counseling sessions and makes no contribution to maintaining an environment of civility in the school. |

2.4 Organizing Physical Space

CCS 00378    3/6

1/24/22, 8:55 AM                                    SFS          Teacher Exhibit 28 - p. 004

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| Counseling center or classroom arrangements are inviting and conducive to the planned activities. Student perspective is considered when planning the physical arrangement. ② | Counseling center or classroom arrangements are inviting and conducive to the planned activities. ① | C/MSW's attempts to create an inviting and well-organized physical environment are partially successful. | The physical environment is in disarray or is inappropriate to the planned activities. |

## DOMAIN 3: DELIVERY OF SERVICES (40.00%)                    Hide  |  Hide Text  |  Hide Titles

### 3.1 Assessing Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW conducts detailed and individualized assessments of student needs to provide services to individual or small groups of students and contribute to program planning. | C/MSW assesses student needs and knows the range of student needs in the school. | C/MSW's assessments of student needs are perfunctory. | C/MSW does not assess student needs or the assessments result in inaccurate conclusions. |

### 3.2 Assisting Students And Teachers In The Formulation Of Academic, Personal/Social, And Career Plans, Based On Knowledge Of Student Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW helps individual students and teachers formulate academic, personal/social, and career plans. | C/MSW helps student and teachers formulate academic, personal/social, and career plans for groups of students. ① | C/MSW's attempts to help students and teachers formulate academic, personal/social, and career plans are partially successful. | C/MSW's program is independent of identified student needs. |

### 3.3 Using Counseling Techniques In Individual And Classroom Programs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW uses varied and extensive range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. | C/MSW uses a range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. ② | C/MSW displays a narrow range of counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. | C/MSW has few counseling techniques to help students acquire skills in decision making and problem solving for both interactions with other students and future planning. |

### 3.4 Brokering Resources To Meet Needs

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW brokers with other programs and agencies both within and beyond the school or district to meet individual student needs. | C/MSW brokers with other programs within the school or district to meet student needs. | C/MSW's efforts to broker services with other programs in the school are partially successful. | C/MSW does not make connections with other programs in order to meet student needs. |

### 3.5 Demonstrating Flexibility And Responsiveness

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|

CCS  00379

1/24/22, 8:55 AM                                      SFS           Teacher Exhibit 28 - p. 005

| | | | |
|---|---|---|---|
| C/MSW is continually seeking ways to improve the counseling program and makes changes as needed in response to student, parent, or teacher input. | C/MSW makes revisions in the counseling program when they are needed. | C/MSW makes modest changes in the counseling program when confronted with evidence of the need for change. | C/MSW adheres to the plan or program, in spite of evidence of its inadequacy. |

### 3.6 Establishing A Culture For Productive Communication

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. | C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. | C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. | C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. (A) |

### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (A)(A)(A)(A) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (A)(A)(A)(A)(A)(A)(A) (A)(A)(A)(A)(A)(A)(A)(A)(A) |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES (15.00%)                    Hide   |   Hide Text   |   Hide Titles

### 4.1 Reflecting On Practice

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's reflection is highly accurate and perceptive, citing specific examples that were not fully successful for at least some students. C/MSW draws on an extensive repertoire to suggest alternative strategies. | C/MSW's reflection provides an accurate and objective description of practice, citing specific positive and negative characteristics. C/MSW makes some specific suggestions as to how the counseling program might be improved. | C/MSW's reflection on practice is moderately accurate and objective without citing specific examples and with only global suggestions as to how it might be improved. | C/MSW does not reflect on practice, or the reflections are inaccurate or self-serving. |

### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. (A)(A)(A)(A)(A)(A)(A) (A)(A)(A)(A) | C/MSW provides no information to families about the counseling program as a whole or about individual students. (A) (A)(A) |

### 4.3 Participating In A Professional Community

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW makes a substantial contribution to school and district | C/MSW participates actively in school and district events and | C/MSW's relationships with colleagues are cordial, and | C/MSW's relationships with colleagues are negative or self- |

CCS 00380

SFS

Teacher Exhibit 28 - p. 006

| | | | |
|---|---|---|---|
| events and projects and assumes leadership with colleagues. | projects and maintains positive and productive relationships with colleagues. | C/MSW participates in school and district events and projects when specifically requested. | serving, and C/MSW avoids being involved in school and district events and projects. |

## 4.4 Engaging In Professional Development

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW actively pursues professional development opportunities and makes a substantial contribution to the profession through such activities as offering workshops to colleagues. | C/MSW seeks out opportunities for professional development based on an individual assessment of need. | C/MSW's participation in professional development activities is limited to those that are convenient or are required. | C/MSW does not participate in professional development activities even when such activities are clearly needed for the development of counseling skills. |

## 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. Ⓐ Ⓐ Ⓐ | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ Ⓐ |

CCS 00381



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:09am

**Title: New Artifact**

CLC-No Senior confs done ▮studentname▮/12th) (2.2.I) (3.7.I)

# DOMAIN 2: THE ENVIRONMENT
## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

# DOMAIN 3: DELIVERY OF SERVICES
## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

*Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 24, 2022 at 9:09am - Page 1 of 1*

CCS 00382

CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:09am

**Title: BOT JD**

Student in BOT class and has already completed the course in Summer School Eng 9-2 (Hartman and Westphal) student John Duncan (3.7.IN)

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |

CCS  00383

Teacher Exhibit 29 - p. 002



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:11am

## Title: New Artifact

SSH teacher asked what student needed to take since done with Eng and I said he is Bio-1-2 in his schedule with Sam Goodbar can you let him work on that to finish in your class and copied Sam. Sam responded she does not have ███████ on her caseload this year. It ended up we changed the teacher to Grimes. He had finished it already. I let the Registrar know and he is going to work on Health. ███ 10th  (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  *(3.7.HE)* | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. *(3.7.E)* | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. *(3.7.IN)* | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. *(3.7.I)* |



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:12am

## Title: New Artifact

Found five senior students on DS caseload that appears has not had their senior conference.  Supposed to be done Oct. 4th or day or two after if behind.  This was discussed.  (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student.  (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively.  (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom.  (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray.  (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely.  The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner.  (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late.  (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion.  (3.7.I) |



**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:13am

**Title: New Artifact**

Student schedule changed and no communication to staff. I had TOR of ENL, Eng DC, Eng teacher, SSH teacher and Elective teacher sending me emails asking me why it changed? Had supporting counselor change ENL 3 to 5. Remove SSH for next semester. She already earned credit for ENL 3 and was showing a 3.5 level. Will pick two different classes next semester. I talked to Val Piehl about situation who was unaware. TOR had asked Sept. 15th for SSRT to be moved to ENL was only request. (2.2.I) Prof Resp not apparent. This was a time drain on many staff people and student to get corrected and figure out what should have happened in the first place. If you are not sure what to do then communicate and pick up the phone to make sure we are supporting students appropriately and following the supports we need to make sure our ENL students should receive.

**DOMAIN 2: THE ENVIRONMENT**
2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

*Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 24, 2022 at 9:13am - Page 1 of 1*

CCS 00386

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:15am

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

## Title: BOT JD

Student in BOT class and has already completed the course in Summer School Eng 9-2 (Hartman and Westphal) student stu de nt na me (3.7.IN)

# DOMAIN 3: DELIVERY OF SERVICES
## 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner.  (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late.  (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion.  (3.7.I) |

Teacher Exhibit 29 - p. 006



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:16am

## Title: New Artifact

Parent called concerned her son was not finishing math test with extended time very nice email. Supporting counselor reached out to math teacher to ask if she was providing ext time. Teacher said his 504 plan doesn't have extended time. Coun said well I am looking at it and it is the only accommodation he has can you send me what you were sent this year. Year prior plan was sent and had different accommodation and no extended time. Stuelpe/Ryan Dvorak/12th (2.2.I) (3.7.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

Teacher Exhibit 29 - p. 007

CCS 00388

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:17am

**Title: New Artifact**

Since return has not been copying me on emails even with reminder to do so last week. I have only been copied on one email.   (2.2.I) (4.5.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)* | C/MSW displays high standards of honesty, integrity and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students.  *(4.5.E)* | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students.  *(4.5.IN)* | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students.   *(4.5.I)* |

Teacher Exhibit 29 - p. 008



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:17am

**Title: New Artifact**

1.20.22  Came to SST unprepared to discuss students on caseload. (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE)

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E)

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN)

**Ineffective**

C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I)

Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 24, 2022 at 9:17am - Page 1 of 1

CCS 00390

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:18am

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

---

**Title: New Artifact**

DS was sent an email with timeline on how she would transition back.  One expectation was to  send me 2-3 different meeting dates and times for the following week to update and go over the improvement plan and SFS documentation.  DS did not send any dates.  From Borto and Cole   (2.2.I) (4.5.I)

---

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)* | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. *(4.5.E)* | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. *(4.5.IN)* | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. *(4.5.I)* |



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:19am

**Title: New Artifact**

I inquired where she was after our meeting that ended at 3:00pm yesterday and DS stated she had a therapy appt. I reminded her that she needs to let me know text or email is fine when she has an appt. and is leaving the building along with Julie and Pat our front office Admin. Asst.s and that she needed to copy me on emails. 1.13.22  DS left building again without texting, emailing or communicating with me and did not return. 1.14.22 (2.2.I) (4.5.I)

# DOMAIN 2: THE ENVIRONMENT
## 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

# DOMAIN 4: COUNSELOR RESPONSIBILITIES
## 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)* | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. *(4.5.E)* | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentially. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. *(4.5.IN)* | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. *(4.5.I)* |

*Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 24, 2022 at 9:19am - Page 1 of 1*

CCS 00392

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:19am

CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Title: New Artifact**

Left building with no communication to me or Admin. Asst. and did not return 1.12.22 Professionlism (4.5.I)

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.5 Showing Professionalism

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW can be counted on to hold the highest standards of honesty, integrity, and confidentiality and to advocate for students, taking a leadership role with colleagues. C/MSW is uniformly and consistently positive and professional in interactions with colleagues, parents and students. *(4.5.HE)* | C/MSW displays high standards of honesty, integrity, and confidentiality and advocates for students when needed. C/MSW is generally positive and professional in interactions with colleagues, parents and students. *(4.5.E)* | C/MSW is honest in interactions with colleagues, students, and the public; does not violate confidentiality. C/MSW is sometimes positive and professional in interactions with colleagues, parents and students. *(4.5.IN)* | C/MSW displays dishonesty in interactions with colleagues, students, and the public; violates principles of confidentiality. C/MSW is not positive and professional in interactions with colleagues, parents and students. *(4.5.I)* |

Teacher Exhibit 29 - p. 012

CCS 00393

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:20am

**Title: New Artifact**

Student in Geom this year and hasn't passed Alg 1-2, counselor noticed in preparing to schedule.  Stuelpe/Ryan Dushane/11th  (2.2.I) (3.7.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE)

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E)

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN)

**Ineffective**

C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I)

Teacher Exhibit 29 - p. 014

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:24am

CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Title: New Artifact**

In going over a student for new substitute counselor to check in on, I saw he had Earth Space Sci I-1 in the Fall and Zoology in the Spring.  Earth Space is a yearlong course and Zoology is a singleton and an Adv Sci.  Student is struggling in Earth Space and transferred here from Houston. He did not have Earth Space at all on his transcript prior.  Shook, Cole/Garwey Dual/11th (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:23am

## Title: New Artifact

In 504 meeting with student I gave to her from DS, the 504 plan had an accommodation of a hot pass. The student had not received this. Supporting Counselor had a hot pass made and gave it to the student 11.10.21. Nor was it on the hot pass document. Cool/Megan Dearing  (2.2.I)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |



**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:21am

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

## Title: New Artifact

Mom called and asked why he didn't have a social studies class. He is a Junior and did not have US History in his schedule.  Worked with DC of Social Studies to allow him in his class next semester and doing independent work to earn US History I-1 credit.  I called Mom to explain how we were going to support him and I didn't know why it was not scheduled.  Student wasn't sure why either.  I talked with DC of SS and added to sem 2 class with an override and DC is doing an Ind Study to get him caught up on his time.  (2.2.I) (3.7.I)

### DOMAIN 2: THE ENVIRONMENT
#### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

### DOMAIN 3: DELIVERY OF SERVICES
#### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

Teacher Exhibit 29 - p. 017

CCS 00398

**CARMEL CLAY SCHOOLS**

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:22am

**Title: New Artifact**

Improvement Plan no follow up since counselor wrote it without student and parent input. Mom called inquiring how it works and thought there would be some initiated on our end. (2.2.IN)

**DOMAIN 2: THE ENVIRONMENT**
2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

CCS 00399

Teacher Exhibit 29 - p. 018

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:24am

CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

## Title: New Artifact

Student should have been placed in BOT courses for Bio 1 and Eng 10 both sem needed.  He is also failing four classes.  Was brought to SST one time no date entered?  Payne/Isaac Duncan/ 11th  (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

Teacher Exhibit 29 - p. 019

CCS 00400

Teacher Exhibit 30 - p. 001

1/24/22, 8:54 AM                              Mail - Dianna Stringham - Outlook

**SFS Daily Email**

**no-reply@standardforsuccess.com** <no-reply@standardforsuccess.com>
Mon 1/24/2022 2:02 AM
To: Dianna Stringham <dstringh@ccs.k12.in.us>

WARNING..External Sender.

**2022-01-24 Standard For Success Summary**

Dianna Stringham

The following activity occurred in your account recently.

- Artifact created on Jan 23, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 23, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 23, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 23, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 23, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole
- Artifact created on Jan 24, 2022 submitted or updated by Rachel Cole

To access your Standard For Success account go to https://edu.standardforsuccess.com/access/login

CCS 00401

1/24/22, 8:55 AM                                    SFS              Teacher Exhibit 30 - p. 002

     Overview    Support ⌄    CCS Docs ⌄    Utilities ⌄                    Dianna Stringham ⌄

## Stringham, Dianna - Artifact

Back to Artifacts List · Switch View · View PDF Version (sans rubric)

### Shared On Jan 23, 2022
This artifact was uploaded by Rachel Cole

### Artifact Details
Title: New Artifact

Description:
Week of Oct. 24th: Supporting Counselor (Cool) found in her section of caseload helping to support that student did not have Health in course requests for the year. **student** is a Senior, (3.7.IN) (2.2.IN)  This could have resulted in Senior having to go to summer school to graduate and both student and parent would lose trust in our office.  Caused additional work, time and communication on others in our department.

### Attachments & Links   Allowable Filetypes

Click Here to Switch to Add Links

Description

*250 characters*

Choose File | No file chosen

Upload Attachment

### Comments

Create New Comment

Counselor (v.2016)

## DOMAIN 2: THE ENVIRONMENT (15.00%)
Hide  |  Hide Text  |  Hide Titles

2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. | C/MSW's routines for the counseling center or classroom work effectively. | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. | C/MSW's routine for the counselir center or classroom work are nonexistent in disarray. |

## DOMAIN 3: DELIVERY OF SERVICES (40.00%)
Hide  |  Hide Text  |  Hide Titles

3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. | C/MSW's report: records, and documentation missing, late, or inaccurate, resulting in confusion. |

CCS  00402

Teacher Exhibit 30 - p. 0...



**CARMEL CLAY SCHOOLS**

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 8:56am

## Title: New Artifact

student name Senior. Supporting Counselor saw student had Chemistry and then took ICP after earning credits in Chemistry? (2.2.1N)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

Teacher Exhibit 30 - p. 0...



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:00am

**Title: New Artifact**

(3.7.I) Supporting Counselor met with student Faith Dean and shared she is not going to get AHD but can graduate with Core 40. Wasn't scheduled for third and fourth DC, AP or IB.  Changed on spreadsheet.

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

Teacher Exhibit 30 - p. 0...

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:01am

## Title: New Artifact

student name Did not transfer credits correctly from previous school for PE and Health. Student had WH I-1 and he took AP WH I-1 at IOA this summer? That should not have happened. He was placed in FC for AP WH second semester as a Senior. Not something we want to do and if unique situation then collaboration with me to see next steps on what we can do. (2.2.IN) Prof Resp. not following district procedures. Caused additional work on others and time collaborating with all stakeholders and explaining to student and parent what we could do to support the situation.

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

Teacher Exhibit 30 - p. 0..



# CARMEL CLAY SCHOOLS

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:02am

## Title: New Artifact

█████████ does not have Govt. in their schedule or on transcript. Also only has 2.5 math credits at CHS. Need 3 years of math in high school or transcript. Does not have him in a math course this year or QR course and has a supported study hall and Ceramics in schedule. (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

Teacher Exhibit 30 - p. 0..



# CARMEL CLAY SCHOOLS

TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:03am

## Title: New Artifact

**student name** Student did not have either PE credits and C enrolled her in Lifetime Fitness in Spring of Jr year when she enrolled.  We made Lifetime Fitness PE I and added PE II in this spring because she is a senior and needs it to graduate. (2.2.I) (3.7.I)  If this had not been caught student would not have been allowed to graduate and with the circumstances this student is going through she does not need to handle any more unnecessary challenges.

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

**Highly Effective**

C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE)

**Effective**

C/MSW's routines for the counseling center or classroom work effectively. (2.2.E)

**Improvement Necessary**

C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN)

**Ineffective**

C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I)

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

**Highly Effective**

C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE)

**Effective**

C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner.  (3.7.E)

**Improvement Necessary**

C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN)

**Ineffective**

C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I)

*Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 24, 2022 at 9:03am - Page 1 of 1*

CCS  00407

Teacher Exhibit 30 - p. 0...



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:04am

**Title: New Artifact**

Supporting Counselor (Mikesell) let me know that out of office email to parents during this time period had my name and email to contact for help but email was written incorrectly.  (2.2.IN) (4.2.I)  Students and parents suffer from not getting a timely response or correct communication.

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

*Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 24, 2022 at 9:04am - Page 1 of 1*

CCS  00408

Teacher Exhibit 30 - p. 0...



# CARMEL CLAY SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Evaluation Cycle: 2021-2022
Artifact
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:05am

## Title: New Artifact

Student student I had two teachers and a DC email me about this students schedule changing and asked why?  There was no communication to staff members and student didn't know it was changed.  Student had emailed and asked about it, but no communication or discussion about going into SSH.  (2.2.I)  I met with student two times and communicated with all teachers so clean things up.  Communication is missing here for all parties.

## DOMAIN 2: THE ENVIRONMENT
2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. *(2.2.HE)* | C/MSW's routines for the counseling center or classroom work effectively. *(2.2.E)* | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. *(2.2.IN)* | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. *(2.2.I)* |

CCS  00409

Teacher Exhibit 30 - p. 0. .



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:06am

## Title: New Artifact

Supporting counselor noticed on audit that student had Senior Transition Schedule and didn't meet guidelines.  Not AHD or THD, also dropped WL after sem
began could have had conversation at that time it was in the window of ten days. (3.6.I) student name     Caused additional time of staff and student.

## DOMAIN 3: DELIVERY OF SERVICES
### 3.6 Establishing A Culture For Productive Communication

**Highly Effective**

The C/MSW is proactive at initiating and facilitating a culture of communication between teachers, parents and individual students. *(3.6.HE)*

**Effective**

C/MSW promotes a culture throughout the school for productive and respectful communication between and among students and teachers. *(3.6.E)*

**Improvement Necessary**

C/MSW's attempts to promote a culture throughout the school for productive and respectful communication between and among students and teachers are partially successful. *(3.6.IN)*

**Ineffective**

C/MSW makes no attempt to establish a culture for productive communication in the school as a whole, either among students or among teachers, or between students and teachers. *(3.6.I)*

CCS 00410

Teacher Exhibit 30 - p. 0...



CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:07am

**Title: New Artifact**

Student missed due to Covid and DS met with her, no follow up of support. I worked with DC and teacher this week and made a change in placement for course.
Bothers me that I believe if we had more intervention this would not have had to happen.  Student is ~~Student name~~ 10th.  (3.7.I) (2.2.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records, and documentation is highly systematic, efficient and timely.  The C/MSW utilizes these extensive records to enhance opportunities for students.  (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner.  (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late.  (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion.  (3.7.I) |

CCS  00411

Teacher Exhibit 30 - p. 0.



**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:08am

**Title: New Artifact**

Six Senior student ASVAB scoresheets with DNP on DS desk and Two that did pass. These were supposed to be given to students and plan discussed on next steps. (2.2.I) (3.7.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records, and documentation is highly systematic, efficient and timely. The C/MSW utilizes these extensive records to enhance opportunities for students. (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner. (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

CCS 00412

Teacher Exhibit 30 - p. 0.

**CARMEL CLAY SCHOOLS**
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 24, 2022
Printed: Jan 24, 2022 at 9:08am

**Title: New Artifact**

Six Senior student ASVAB scoresheets with DNP on DS desk and Two that did pass.  These were supposed to be given to students and plan discussed on next steps. (2.2.I) (3.7.IN)

## DOMAIN 2: THE ENVIRONMENT
### 2.2 Managing Routines And Procedures

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's routines for the counseling center or classroom are seamless, efficient, expansive and geared to the individual needs of each student. (2.2.HE) | C/MSW's routines for the counseling center or classroom work effectively. (2.2.E) | C/MSW has rudimentary and partially successful routines for the counseling center or classroom. (2.2.IN) | C/MSW's routines for the counseling center or classroom work are nonexistent or in disarray. (2.2.I) |

## DOMAIN 3: DELIVERY OF SERVICES
### 3.7 Maintaining Records And Submitting Them In A Timely Fashion

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW's approach to reports, records and documentation is highly systematic, efficient and timely.  The C/MSW utilizes these extensive records to enhance opportunities for students.   (3.7.HE) | C/MSW's reports, records, and documentation are accurate and are submitted in a timely manner.  (3.7.E) | C/MSW's reports, records, and documentation are generally accurate but are occasionally late. (3.7.IN) | C/MSW's reports, records, and documentation are missing, late, or inaccurate, resulting in confusion. (3.7.I) |

CCS  00413

CARMEL CLAY
SCHOOLS
TOGETHER WE ACHIEVE

**Stringham, Dianna**
Position: Counselor
Carmel High School
Artifact
Evaluation Cycle: 2021-2022
Initiated by Rachel Cole
Started: Jan 23, 2022
Sent to Staff: Jan 23, 2022
Viewed by Staff: Jan 25, 2022
Printed: Jan 25, 2022 at 8:45am

**Title: New Artifact**

student name

Looked to see if brought to SST or M Team and no actions were implemented. (4.2.IN)

supporting counselor noticed when she went in to look at schedule she was doing poorly and has only attended school five days.

## DOMAIN 4: COUNSELOR RESPONSIBILITIES
### 4.2 Communicating With Families

| Highly Effective | Effective | Improvement Necessary | Ineffective |
|---|---|---|---|
| C/MSW is proactive in providing information to families about the counseling program and about individual students through a variety of means. *(4.2.HE)* | C/MSW provides thorough and accurate information to families about the counseling program as a whole and about individual students. *(4.2.E)* | C/MSW provides limited though accurate information to families about the counseling program as a whole and about individual students. *(4.2.IN)* | C/MSW provides no information to families, either about the counseling program as a whole or about individual students. *(4.2.I)* |

CCS  00414

*Dianna Stringham - Artifact - Started: Jan 23, 2022 - Printed: Jan 25, 2022 at 8:45am - Page 1 of 1*



----- Forwarded Message -----
**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**To:** Rachel Cole <rcole@ccs.k12.in.us>; Maureen Borto <mborto@ccs.k12.in.us>
**Sent:** Thursday, January 27, 2022, 09:17:02 AM EST
**Subject:** Fw: Verification Form

**Redacted: Attorney-Client
Privilege**

**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Sent:** Wednesday, January 26, 2022 9:52 PM
**To:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Subject:** Re: Verification Form

Dr. O,

Hi! Yes, you are not interpreting this correctly. I have already done my practicum and internship 19 years ago. This is just saying that I have completed the hours. This is NOT as a mental health counselor. I am having to take 4 additional courses to get my Mental Health license. I have to complete 3000 hours post completion of the 4 classes, which will not happen until the end of August. The state told me is that I just have to have my employer sign the practicum and internship hours because I have worked as a licensed school counselor. My degree is completed and was completed in May 2003. I can actually have any of the schools that I have worked for complete this form because I have already been working as a licensed school counselor.

I hope this is clear. I am not trying to pull one over on anyone.

I'm not sure how you got this. I gave this to Rachel to sign and she never spoke to me about it. As she doesn't speak to me about much of anything.

Thanks,

CCS 00415

Dianna

**From:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Sent:** Wednesday, January 26, 2022 3:20 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** Verification Form

Good Afternoon Mrs. Stringham,

I am in receipt of your request that CCS fill out a form representing that you have completed certain requirements for licensure as a mental health counselor or mental health counselor associate. It does not appear that CCS can validly attest to the information that has been requested. Among other requirements, the form requires a person filling it out to represent that you have completed an internship, received academic credit, and performed supervised clinical experience. As far as your employment with CCS is concerned, none of these is true.

If you think I have misinterpreted this form or what you are requesting, then I recommend that you contact me directly for further discussion.

Thank you,

Dr. Oestreich

**Dr. Thomas Oestreich**

Assistant Superintendent, Staff and Student Services



**Carmel Clay Schools**

*Together We Achieve*

5201 E Main St. Carmel, IN 46033

**O** (317)844-9961, ext. 1094

**F** (317)844-9965

**ccs.k12.in.us**



CCS  00416



----- Forwarded Message -----
**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**To:** diannastringham@yahoo.com <diannastringham@yahoo.com>
**Sent:** Friday, January 28, 2022, 10:51:53 AM EST
**Subject:** Fw: Verification Form

**Redacted: Attorney-Client Privilege**

**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Sent:** Friday, January 28, 2022 10:34 AM
**To:** Thomas Oestreich <toestrei@ccs.k12.in.us>; Shelley Coover <scoover@ccs.k12.in.us>
**Cc:** Rachel Cole <RCole@ccs.k12.in.us>; Maureen Borto <mborto@ccs.k12.in.us>
**Subject:** Fw: Verification Form

Dr. Ostreich and Shelley,

This harassment is unbelievable.  I asked Rachel to sign the documents this morning and she said she didn't feel comfortable signing that my practicum and internship were not done at Carmel High School.

I told her I called the Professional Licensing board and they said that all I had to do was have my current employer sign off on those two sheets.  Rachel said ,"no I will not do it.  I'm done with this. "

I then asked her to put on letterhead that I worked for Carmel for the past 8 years.  She refused to even do this.  I asked her again to call the professional licensing board and she said no.  I am highly frustrated with Rachel and how she treats me.  If this were any other counselor, she would sign it no problem.  When it comes to me, she discriminates against me because I'm gay or a Latina or both.  I'm so tired of her discrimination against me.  She is hateful and mean.

Thanks,

Dianna

Please add to my complaint.

**From:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Sent:** Wednesday, January 26, 2022 9:52 PM
**To:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Subject:** Re: Verification Form

CCS 00417

Dr. O,

Hi! Yes, you are not interpreting this correctly. I have already done my practicum and internship 19 years ago. This is just saying that I have completed the hours. This is NOT as a mental health counselor. I am having to take 4 additional courses to get my Mental Health license. I have to complete 3000 hours post completion of the 4 classes, which will not happen until the end of August. The state told me is that I just have to have my employer sign the practicum and internship hours because I have worked as a licensed school counselor. My degree is completed and was completed in May 2003. I can actually have any of the schools that I have worked for complete this form because I have already been working as a licensed school counselor.

I hope this is clear. I am not trying to pull one over on anyone.

I'm not sure how you got this. I gave this to Rachel to sign and she never spoke to me about it. As she doesn't speak to me about much of anything.

Thanks,

Dianna

---

**From:** Thomas Oestreich <toestrei@ccs.k12.in.us>
**Sent:** Wednesday, January 26, 2022 3:20 PM
**To:** Dianna Stringham <dstringh@ccs.k12.in.us>
**Subject:** Verification Form

Good Afternoon Mrs. Stringham,

I am in receipt of your request that CCS fill out a form representing that you have completed certain requirements for licensure as a mental health counselor or mental health counselor associate. It does not appear that CCS can validly attest to the information that has been requested. Among other requirements, the form requires a person filling it out to represent that you have completed an internship, received academic credit, and performed supervised clinical experience. As far as your employment with CCS is concerned, none of these is true.

If you think I have misinterpreted this form or what you are requesting, then I recommend that you contact me directly for further discussion.

Thank you,

Dr. Oestreich

**Dr. Thomas Oestreich**

Assistant Superintendent, Staff and Student Services

**Carmel Clay Schools**

Teacher Exhibit 33 - p. 002

CCS 00418



*Together We Achieve*

5201 E Main St. Carmel, IN 46033

**O** (317)844-9961, ext. 1094

**F** (317)844-9965

ccs.k12.in.us



CCS 00419