UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANNA STRINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-00817-TWP-MG ) |
| CARMEL CLAY SCHOOLS, BOARD OF SCHOOL TRUSTEES OF CARMEL CLAY SCHOOLS, | ) ) ) ) |
| Defendants. | ) ) |

**MINUTE ENTRY FOR SEPTEMBER 30, 2022**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Friday, January 13, 2023, at 9:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 9/30/2022

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**